**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

**ENTRY OF APPEARANCE OF PATRICK H. PELUSO**

      Patrick H. Peluso, a member of the bar of this Court, of Woodrow & Peluso, LLC hereby enters his appearance on behalf of Plaintiff Tech Instrumentation, Inc.

        Respectfully submitted,

        **TECH INSTRUMENTATION, INC.**
        individually and on behalf of all others similarly situated,

Dated: January 23, 2017        By: /s/ Patrick H. Peluso
                One of Plaintiff's Attorneys

        Steven L. Woodrow
        swoodrow@woodrowpeluso.com
        Patrick H. Peluso
        ppeluso@woodrowpeluso.com
        Woodrow & Peluso, LLC
        3900 East Mexico Ave., Suite 300

Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Tel: 877.333.9427
Fax: 888.498.8946
Law@StefanColeman.com

2