IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

## MOTION TO RESCHEDULE CONFERENCE AND
## FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER

  Plaintiff Tech Instrumentation, Inc. ("Plaintiff" or "Tech"), through its counsel, moves this Court for an Order rescheduling the scheduling and planning conference scheduled for February 1, 2017 and granting an extension of time for the Parties to submit their proposed scheduling order. In support of the Motion, Plaintiff states as follows:

  1. On December 6, 2016, Plaintiff filed its Complaint. (Dkt. 1.)

  2. Also on December 6, 2016, Plaintiff filed its Placeholder Motion for Class Certification. (Dkt. 2.)

  3. On December 7, 2016, the Court set a Scheduling Conference for February 1, 2017 at 9:45 a.m., but advised that "[i]f this date is not convenient for any party, he or she shall file a motion to reschedule the conference to a more convenient time". (Dkt. 5.)

1

4. The Court's Order set the Parties' deadline to submit a proposed scheduling order as January 25, 2017. (*Id.*)

5. On December 19, 2016, Defendant Eurton Electric Company, Inc. ("Defendant" or "Eurton") was served with the summons and complaint. (*See* Proof of Service, attached hereto as Exhibit A.)

6. On January 6, 2017, attorney Ted Bacon—a Los Angeles-based attorney with the law firm of AlvaradoSmith—contacted Plaintiff's counsel to advise that he had been retained by Defendant and requested an extension until January 24, 2017 for Defendant to respond to the Complaint so that Mr. Bacon may have sufficient time to review the matter. Plaintiff had no objection to the extension.

7. On January 19, 2017, Mr. Bacon contacted Plaintiff's counsel to request an additional extension, until January 31, 2017, for Defendant to respond to the Complaint. Plaintiff had no objection.

8. On January 23, 2017, Mr. Bacon again contacted Plaintiff's counsel and suggested the Parties engage in early settlement discussions. Mr. Bacon and Plaintiff's counsel will engage in such discussions over the coming weeks.

9. Also on January 23, 2017, Mr. Bacon advised that Defendant had not yet retained local counsel in Colorado.

10. Thus—both to afford the Parties an opportunity to engage in early settlement discussions and to afford Defendant time to retain Colorado counsel—Plaintiff requests that the Court enter an Order extending the deadline for the Parties to submit their proposed scheduling order by twenty-one (21) days, until February 15, 2017. Plaintiff also requests

that the February 1, 2017 Conference be rescheduled for February 22, 2017, or a date thereafter that is convenient for the Court.

                              Respectfully submitted,

                              **TECH INSTRUMENTATION, INC.**
                              individually and on behalf of all others similarly situated,

Dated: January 25, 2017               By: /s/ Steven L. Woodrow
                                       One of Plaintiff's Attorneys

                                 Steven L. Woodrow
                                 swoodrow@woodrowpeluso.com
                                 Patrick H. Peluso
                                 ppeluso@woodrowpeluso.com
                                 Woodrow & Peluso, LLC
                                 3900 East Mexico Ave., Suite 300
                                 Denver, Colorado 80210
                                 Telephone: (720) 213-0675
                                 Facsimile: (303) 927-0809

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2017, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

/s/ Steven L. Woodrow