# EXHIBIT A

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Steven L. Woodrow, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Telephone No: 605-295-2009 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The District Of Colorado | | |
| Plaintiff: Tech Instrumentation, Inc., et al. | | |
| Defendant: Eurton Electric Company, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>16CV02981KMT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; order Setting Scheduling/ Planning Conference and Setting Deadline for Filing; Consent/ Non-Consent Form; Plaintiff's Placeholder Motion for and Memorandum In Support of Class Certification

3. a. Party served:           Eurton Electric Company, Inc.
   b. Person served:          Thomas A. Zeigler, Agent for Service

4. Address where the party was served:   1 MacArthur Place, Suite 200
                                          Santa Ana, CA  92707

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 19, 2016 (2) at: 4:42PM

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Sergio Corona                                     d. **The Fee for Service was:**

   1500 W. El Camino Avenue, #510                       e. I am: (3) registered California process server
   Sacramento, CA 95833                                      (i)   Independent Contractor
   855-5VALPRO, Fax (866) 900-4665                           (ii)  Registration No.:     201561840
   www.ValproAttorneyServices.com                            (iii) County:              Los Angeles

   Valpro

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Dec. 19, 2016

                                                                                (Sergio Corona)

Judicial Council Form                       PROOF OF SERVICE                                    woodrow.9541
Rule 2.150.(a)&(b) Rev January 1, 2007