# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO RESCHEDULE CONFERENCE AND FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER

The Court, having considered Plaintiff's Motion to Reschedule Conference and for Extension of Time to Submit Proposed Scheduling Order, and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;
2. The Parties shall file their proposed scheduling order on or before February 15, 2017;
3. The Scheduling and Planning Conference is rescheduled for February 22, 2017 at 9:45 a.m.

IT IS SO ORDERED

        Hon. Kathleen M. Tafoya