**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situation

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

**JOINT MOTION FOR EXTENSION OF TIME TO SET Rule 16(b)
SCHEDULING CONFERENCE**

A Scheduling Conference in this matter is set to take place at 9:45 a.m. on Wednesday, February 1, 2017 before Magistrate Judge Kathleen M. Tafoya.

Plaintiff Tech Instrumentation, Inc., ("Tech Instrumentation") and Defendant Eurton Electric Company, Inc. ("Eurton"), through their undersigned counsel, respectfully submit, under D.C.COLO.LCivR 6.1(a) the following Joint Motion for Extension of Time to Set Rule 16(b) Scheduling Conference 28 days later than scheduled.

**<u>CERTIFICATION – DUTY TO CONFER</u>**

Pursuant to D.C.COLOR.L.CivR 7.1(a), counsel for the above parties certify that before filing this motion, they conferred in good faith and have agreed upon the relief requested herein.

## MOTION

1. Eurton's Answer to Plaintiff's Complaint is not due until January 31, 2017, and it just retained counsel for this case.

2. The requested extension of 28 days is not sought for any improper purpose for the purposes of unreasonable delay.  This date would be 29 days after Defendant's Answer to Plaintiff's Complaint is due on January 31, 2017.

3. As required by D.C.COLO.LCivR. 6.1(b), Eurton represents that it has not sought any prior extensions.

DATED this 27th day of January 2017.

*/s/ Jeffrey H. Kass*
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel: (303) 861-7760
Fax: (303) 861-7767
Jeffrey.Kass@lewisbrisbois.com

*/s/ Steven L. Woodrow*
Steven L. Woodrow
Patrick H. Peluso
Woodrow & Peluso, LLC
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210
Tel (720) 213-0675
Facsimile (303) 927-0809

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33133
Tel (877) 333-9427
Facsimile (888)498-8946
Law@StefanColeman.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of January 2017, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF TIME TO SET Rule 16(b) SCHEDULING CONFERENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      */s/ Jeffrey H. Kass*
                                                  Jeffrey H. Kass