**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., A COLORADO CORPORATION, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
                    Plaintiffs,

      v.

EURTON ELECTRIC COMPANY, INC., A CALIFORNIA CORPORATION
                    Defendant.

---

**EURTON ELECTRIC COMPANY, INC.'S ANSWER TO THE COMPLAINT**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Defendant EURTON ELECTRIC COMPANY, INC. ("Eurton"), answers the Complaint of Plaintiff TECH INSTRUMENTATION, INC. ("Plaintiff"), as follows:

## I. <u>INTRODUCTION</u>

      In response to the introductory, non-numbered initial paragraph of the Complaint, Eurton lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies each and every allegation therein.

## II. <u>PARTIES</u>

      1.      In response to Paragraph 1 of the Complaint, based upon information and belief, Eurton admits the allegations therein.

2.      In response to Paragraph 2 of the Complaint, Eurton denies that it does business "throughout the United States," but admits all other allegations contained therein.

### III. <u>JURISDICTION AND VENUE</u>

3.      In response to Paragraph 3 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

4.      In response to Paragraph 4 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

5.      In response to Paragraph 5 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

### IV. <u>COMMON ALLEGATIONS OF FACT</u>

6.      In response to Paragraph 6 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

7.      In response to Paragraph 7 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

8.      In response to Paragraph 8 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

9.      In response to Paragraph 9 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

10.      In response to Paragraph 10 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

## V. <u>FACTS SPECIFIC TO PLAINTIFF TECH INSTRUMENTATION</u>

11.      In response to Paragraph 11 of the Complaint, Eurton denies the allegations contained therein.

12.      In response to Paragraph 12 of the Complaint, Eurton lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies all allegations contained therein.

13.      In response to Paragraph 13 of the Complaint, Eurton lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies all allegations contained therein.

14.      In response to Paragraph 14 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph

contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

15.    In response to Paragraph 15 of the Complaint, Eurton admits that it created originals of those documents contained in Exhibit A, but denies all other allegations contained therein.

16.    In response to Paragraph 16 of the Complaint, Eurton denies the allegations contained therein.

17.    In response to Paragraph 17 of the Complaint, Eurton lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies each and every allegation therein.

18.    In response to Paragraph 18 of the Complaint, Eurton denies the allegations contained therein.

19.    In response to Paragraph 19 of the Complaint, Eurton lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies each and every allegation therein.

20.    In response to Paragraph 20 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed at Eurton, Eurton denies each and every allegation therein.

## VI. CLASS ACTION ALLEGATIONS

21.    In response to Paragraph 21 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

22.      In response to Paragraph 22 of the Complaint, Eurton admits that the Subject Note speaks for itself and is the best evidence of its contents.  As to the remaining allegations, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.

23.      In response to Paragraph 23 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

24.      In response to Paragraph 24 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact directed against Eurton, Eurton denies each and every allegation therein.

25.      In response to paragraph 25 of the Complaint, Eurton admits that Paragraph 24 of the DOT speaks for itself.  As to the remaining allegations, Eurton denies each and every allegation therein.

26.      In response to Paragraph 26 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

27.      In response to Paragraph 27 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

28.      In response to Paragraph 28 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

**VII. <u>FIRST CAUSE OF ACTION</u>**
**Claim for Relief for Violation of the JFPA, 47 U.S.C. § 227, et seq.**
**(On Behalf of Plaintiff and the Class)**

29.     In response to Paragraph 29 of the Complaint, Eurton re-alleges and incorporates by reference Paragraphs 1 through 28 as if set forth herein.

30.     In response to Paragraph 30 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

31.     In response to Paragraph 31 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

32.     In response to Paragraph 32 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

33.     In response to Paragraph 33 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

34.     In response to Paragraph 34 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

35.     In response to Paragraph 35 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

36.     In response to Paragraph 36 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

37.     In response to Paragraph 37 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

38.     In response to Paragraph 38 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

39.     In response to Paragraph 39 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

40.     In response to Paragraph 40 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

41.     In response to Paragraph 41 of the Complaint, the allegations in this paragraph contain legal conclusions as to which no answer is necessary.  To the extent that the paragraph contains allegations of fact against Eurton, Eurton denies each and every allegation therein.

## **AFFIRMATIVE DEFENSES**

1.     The Complaint, and each claim asserted in the Complaint, fails to set forth facts sufficient to constitute a claim for relief against Eurton.

2.     None of the Plaintiff's claims are emendable to class action treatment.

3.     The relevant provisions of the TCPA are impermissibly vague and, therefore, are unconstitutional.

4.      The relevant provisions of the TCPA violate the U.S. Constitution and the Constitution of the State of Colorado.

5.      Plaintiff is not an adequate class representative.

6.      The Complaint fails to aver Plaintiff's alleged actual damages with any specificity.

7.      Plaintiff failed to mitigate its damages.

8.      Eurton had expressed permission to transmit advertisements by facsimile to the recipients.

9.      Eurton had an established business relationship with the recipients of its facsimile advertisements.

10.     Eurton has complied with the TCPA.

11.     Eurton was not the proximate cause of Plaintiff's alleged damages, if any, and Plaintiff was not damaged in fact by any of the acts alleged.

12.     Eurton reserves the right to raise such additional defenses that become apparent during discovery, including but not limited to the affirmative defenses of waiver, estoppel, unclean hands and set-off.

WHEREFORE, Eurton prays;

1.      That Plaintiff takes nothing by its Complaint;

2.      For dismissal of the Complaint against Eurton with prejudice;

3.      For attorneys' fees as permitted by law or contract and costs of suit; and

4.      For such other and further relief as the Court may deem just and proper.

Dated:  January 31, 2017                Respectfully Submitted,


By:  */s/ Jeffrey H. Kass*
     Jeffrey H. Kass
     Ian R. Rainey
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     1700 Lincoln Street, Suite 4000
     Denver, Colorado 80203
     303.861.7760

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of January 2017, I electronically filed the foregoing EURTON ELECTRIC COMPANY, INC.'S ANSWER TO THE COMPLAINT with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

                              */s/ Jeffrey H. Kass*
                                Jeffrey H. Kass