**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situation

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

**CORPORATE DISCLOSURE STATEMENT**

      Defendant Eurton Electric Company by and through its attorneys, Lewis Brisbois Bisgaard & Smith, LLP, submits the following Corporate Disclosure Statement pursuant to F.R.C.P. 7.1.

      Eurton is a California non-governmental corporation that is neither owned by a parent corporation nor has any publically held corporation owning 10% or more of its stock.

      A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 7th day of February 2017.

      */s/ Jeffrey H. Kass*
      Jeffrey H. Kass
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      1700 Lincoln Street, Suite 4000
      Denver, CO 80203
      Tel: (303) 861-7760
      Fax: (303) 861-7767
      Jeffrey.Kass@lewisbrisbois.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of February 2017, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                 */s/ Jeffrey H. Kass*
                 Jeffrey H. Kass