IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situation

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

---

**UNOPPOSED MOTION FOR EURTON ELECTRIC COMPANY, INC.'S CO-COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE BY TELEPHONE**

---

Defendant Eurton Electric Company, Inc. ("Eurton") states: Pursuant to D. C. Colo. L. Civ. R. 7.1(a), on February 22, 2017, counsel for the parties conferred regarding this motion by e-mail. Counsel for plaintiff Tech Industries, Inc., advised that Plaintiff would not oppose the motion.

    1.    At the Scheduling Conference scheduled for March 1, 2017, at 10:30 a.m. (MST), co-counsel for Eurton, Jeffrey Kass of Lewis Brisbois, Denver, Colorado, will appear in person.

    2.    Eurton's co-counsel, David J. Masutani of AlvaradoSmith, Los Angeles, California, requests permission to appear at the hearing by telephone. As grounds for this request, Eurton informs the Court that Mr. Masutani's appearance by telephone would save Eurton substantial billed attorney's time and out-of-pocket costs for transportation, and Mr. Kass'

personal appearance for Eurton should fulfill the Court's Scheduling Conference Order and adequately protect Eurton's interests.

DATED: February 22, 2017                    Respectfully submitted,

                                                            ALVARADOSMITH
                                                            A Professional Corporation

                                                     By:   */s/ David J. Masutani*
                                                                Theodore E. Bacon
                                                                David J. Masutani
                                                                ALVARADOSMITH, APC
                                                               633 W. Fifth Street, Suite 1100
                                                               Los Angeles, California 90071
                                                               Tel: (213) 229-2400

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2017, I electronically filed the foregoing **UNOPPOSED MOTION FOR EURTON ELECTRIC COMPANY, INC.'S CO-COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE BY TELEPHONE** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

/s/ *David J. Masutani*
David J. Masutani