**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC.,
a Colorado corporation, individually
and on behalf of all others similarly situation

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

## ENTRY OF APPEARANCE

Robin E. Alexander of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby enters her appearance in the above-captioned matter on behalf of Defendant EURTON ELECTRIC COMPANY, INC.

DATED this 24th day of February 2017.

    */s/ Robin E. Alexander*
Jeffrey H. Kass
Robin E. Alexander
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel: (303) 861-7760
Fax: (303) 861-7767
Jeffrey.Kass@lewisbrisbois.com
Robin.Alexander@lewisbrisbois.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 */s/ Robin E. Alexander*
                                                 Robin E. Alexander