IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 16-cv-02981-MSK-KMT | Date: | March 1, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation,

    Defendant.

Patrick Peluso

Robin Alexander
David Masutani (by telephone)

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:25 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Counsel confirm initial disclosures will be exchanged by March 15, 2017.

Discussion regarding settlement.  Mr. Peluso states the parties have engaged in some settlement discussions.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 5 depositions.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Court states its practice regarding discovery disputes.

Joinder of Parties/Amendment to Pleadings:  April 14, 2017
Class Certification Discovery Cut-off:   July 25, 2017
Motion for Class Certification:   August 8, 2017
Merits Discovery Cut-off as to named Plaintiff:   October 2, 2017
Dispositive Motions Deadline:   Not set at this time
Disclosure of Affirmative Experts on class issues:   June 8, 2017
Disclosure of Rebuttal Experts on class issues:   July 9, 2017

**ORDERED:** **A Telephonic Status/Scheduling Conference is set for October 24, 2017 at 11:00 a.m. to discuss further discovery after potential class certification.  The parties shall initiate a conference call and contact 303-335-2780 at the scheduling time.  The parties are further directed to use a LAND LINE; NO CELLULAR, CORDLESS OR SPEAKER PHONES ARE PERMITTED.  The parties are directed to file a status report, as discussed, on or before October 17, 2017.**

**Scheduling Order entered.**

**10:59 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:34

\*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.