IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

---

**STIPULATION TO CONTINUE THE DISCOVERY CUTOFF DATES, THE MOTION FOR CLASS CERTIFICATION FILING DEADLINE, AND ALL ASSOCIATED DATES**

---

Plaintiff Tech Instrumentation, Inc. ("Tech") and defendant Eurton Electric Company, Inc. ("Eurton") states: Pursuant to D. C. Colo. L. Civ. R. 7.1(a), on February 22, 2017, counsel for the parties conferred regarding this motion by e-mail. Counsel for plaintiff Tech Industries, Inc., advised that Plaintiff would not oppose the motion. Tech Industries, Inc. ("Tech")

WHEREAS, Plaintiff Tech Instrumentation, Inc. ("Tech") filed the instant lawsuit in this Court on December 7, 2016, based on diversity pursuant to 28 U.S.C. §§ 1332, 1441 and 1446;

WHEREAS, in the Complaint, Tech has alleged claims for relief for violation of the Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, 47 USC § 227, et seq., and the regulations promulgated under the Act;

WHEREAS, Tech and defendant Eurton Electric Company, Inc. ("Eurton") (collectively, the "Parties") through counsel timely complied with Federal Rules of Civil Procedure Rule 26(f) by filing a Federal Rules of Civil Procedure Rule 26(f) Joint Report with the Court;

1

WHEREAS, on March 1, 2017, the Court issued a Scheduling Order in which the Court set certain dates in connection with the matter.

WHEREAS, shortly after the Scheduling Order issued, Tech served the first sets of Requests for Production of Documents and Special Interrogatories on Eurton. The responses to those first sets of written discovery requests were due on April 28, 2017. Approximately one week prior to that due date, Eurton's counsel asked for, and Tech's counsel granted, a first extension of time to provide Responses and Documents in response to the Requests for Documents to May 30, 2017;

WHEREAS, it is taking Eurton significantly more time to respond to Tech's discovery requests than contemplated by the Federal Rules of Civil Procedure, and Eurton has requested, through its counsel, an additional extension of time to provide Responses and Documents in response to the Requests for Documents;

WHEREAS, due to the upcoming Class Certification Discovery Cutoff date of July 25, 2017, and the Motion for Class Certification filing deadline of August 8, 2017, Tech's counsel was only willing to grant a very brief second extension of time to Eurton to provide Responses and Documents in response to the Requests for Documents to June 2, 2017;

WHEREAS, Tech's counsel is willing to grant Eurton an extension of time for Eurton to respond to its written discovery provided that the Class Certification Discovery Cutoff Date and the Motion for Class Certification filing deadline, and all related dates, are also extended.

WHEREAS, this is the Parties' first request for the continuance of any dates in the Scheduling Order.

WHEREAS, neither party will be prejudiced by an extension of the Discovery Cutoff Dates or the deadline for filing the Motion for Class Certification.

WHEREAS, the Parties continue to discuss the possibility of settlement, with Tech, as of May 31, 2017, having requested of Eurton certain financial documents for it to evaluate Eurton's

2

financial condition.

WHEREAS, the Parties through their counsel have met and conferred and agreed that due to circumstances, good cause exists to (1) continue the discovery cutoff dates to enable Eurton to provide meaningful responses to discovery propounded by Tech, and (2) to continue the deadline for Tech to file its Motion for Class Certification.

NOW THEREFORE, the Parties STIPULATE and AGREE and propose that the Court's Scheduling Order, subject to the Court's approval, shall be modified as follows:

- The deadline for Tech to designate all experts on class issues and to provide Eurton's counsel with all information specified in FRCP 26(a)(2) shall be continued from June 8, 2017, to August 7, 2017.
- The deadline for Eurton to designate all experts on class issues and to provide Tech's counsel with all information specified in FRCP 26(a)(2) shall be continued from July 9, 2017, to September 7, 2017.
- The cutoff for Class Certification Discovery, including Interrogatories and Requests for Production of Documents and/or Admissions, shall be continued from July 25, 2017, to September 25, 2017.
- The deadline for Tech to file its Motion for Class Certification shall be continued from August 8, 2017, to October 9, 2017.
- The cutoff for discovery for the merits as to Tech, including Interrogatories and Requests for Production of Documents and/or Admissions, shall be continued from October 2, 2017, to December 1, 2017.

The Telephonic Status/Scheduling Conference that is currently set for October 24, 2017, at 11:00 a.m. to discuss further discovery after potential class certification shall remain on calendar as scheduled.

IT IS SO STIPULATED.

DATED: June 2, 2017

        /s/ Steven L. Woodrow
Steven L. Woodrow
Patrick H. Peluso
WOODROW & PELUSO, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (307) 927-0809
swoodrow@woodrowpeluso.com
Attorneys for Plaintiff Tech Instrumentation, Inc.

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33133
Tel: (877) 333-9427
Fax: (888) 498-8946
Law@StefanColeman.com
Attorneys for Plaintiff Tech Instrumentation, Inc.

DATED: June 2, 2017

        /s/ David J. Masutani
Theodore E. Bacon
David J. Masutani
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, California 90071
Tel: (213) 229-2400
Fax: (213) 229-2499
tbacon@AlvaradoSmith.com
dmasutani@AlvaradoSmith.com
Attorneys for Eurton Electric Company, Inc.

Jeffrey H. Kass
Robin E. Alexander
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Tel: (303) 861-7760
Fax: (303) 861-7767
Jeffrey.Kass@lewisbrisbois.com
Robin.Alexander@lewisbrisbois.com
Attorneys for Eurton Electric Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2017, I electronically filed the foregoing **STIPULATION TO CONTINUE THE DISCOVERY CUTOFF DATES, THE MOTION FOR CLASS CERTIFICATION FILING DEADLINE, AND ALL ASSOCIATED DATES** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

/s/ David J. Masutani
David J. Masutani