# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  **1:16-cv- 02981**

**TECH INSTRUMENTATION, INC.**, a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**EURTON ELECTRIC COMPANY, INC.**, a California corporation

    Defendant.

---

**DECLARATION OF STEVEN L. WOODROW IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND DEADLINES FOR THE PARTIES
TO COMPLETE DISCOVERY RELATED TO CLASS CERTIFICATION,
TO FILE PAPERS RELATED TO CLASS CERTIFICATION,
AND RELATED DEADLINES**

I, Steven Woodrow, on oath declare as follows:

1.     I am one of the attorneys for Plaintiff and the alleged Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

2.     I submit this declaration in support of Plaintiff's unopposed Motion to Extend Deadlines for the Parties to Complete Discovery Related to Class Certification, to File Papers Related to Class Certification, and Related Deadlines.

3.     On March 28, 2017, my firm served Plaintiff's first set of written discovery requests, with a return date of April 28, 2017. Approximately one week prior to the deadline, Defendant requested an extension until May 30 to respond, which Plaintiff granted.

4.     On May 31, 2017, Defendant Eurton's counsel advised Plaintiff that it required more time to respond to Plaintiff's discovery requests and requested an additional 45 days.

5.     Due to concerns that a long extension of Eurton's time to respond to discovery would threaten Plaintiff's ability to meet other deadlines for class certification, I responded that Plaintiff was willing to grant only an additional 14 days (starting on June 1, 2017) and only on the condition that the Parties file a joint stipulation extending class certification related deadlines.

6.     The Parties filed a joint stipulation on June 2, 2017, which was denied by the Court on June 8, 2017.

7.     On June 9, 2017, after the Court denied the joint stipulation, Eurton served responses to Plaintiff's written discovery requests and produced a list of each fax number on its fax list. The produced list had many deficiencies, which I brought to the attention of Defendant's counsel by email on June 13, 2017.

8. On July 7, 2017, Eurton supplemented its discovery responses to address some of the issues highlighted in the June 13, 2017 email. However, even with this supplement, deficiencies remained.

9. Only July 11, 2017, after reviewing the supplemented responses, my firm served a Second Set of Requests to Produce, and First Set of Requests to Admit, and a Rule 30(b)(6) Notice (which was set for August 2, 2017 due to Eurton's failure to respond with available dates as requested on June 13, 2017).

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on July 18, 2017.

/s/ Steven L. Woodrow
Steven L. Woodrow