# EXHIBIT C



**Patrick Peluso <ppeluso@woodrowpeluso.com>**

---

## Fwd: Tech Industries, Inc. v. Eurton Electric

**Steven Woodrow** <swoodrow@woodrowpeluso.com>
To: Patrick Peluso <ppeluso@woodrowpeluso.com>

Wed, Jun 21, 2017 at 2:04 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Steven Woodrow <swoodrow@woodrowpeluso.com>
> **Date:** June 21, 2017 at 2:07:05 PM EDT
> **To:** "Jacob M. Clark" <jclark@alvaradosmith.com>
> **Cc:** Ted Bacon <tbacon@alvaradosmith.com>
> **Subject: Re: Tech Industries, Inc. v. Eurton Electric**
>
> It is not agreeable. Your side has delayed the case long enough, and the Court denied your last motion for an extension citing a lack of good cause. You can have until Friday to provide a date to meet and confer next week. The issues aren't complicated.
>
> -Steven
>
> Sent from my iPhone
>
> On Jun 21, 2017, at 2:04 PM, Jacob M. Clark <jclark@alvaradosmith.com> wrote:
>
>> Steven,
>>
>> With regard to the above referenced matter, it is my understanding that you have provided a "meet and confer" letter to David Masutani with regard to the responses to the written discovery, wherein you requested a response by today, June 20, 2017. Unfortunately, David Masutani is no longer with our firm. I will now be the associate on this matter and, as such, in order to allow enough time to review your "meet and confer" letter and address your concerns, I request a 10-day extension to respond to your "meet and confer" letter. Please advise if this extension would be agreeable.
>>
>> If you have any questions or would like to discuss this matter further, please do not hesitate to contact me.
>>
>> Thank you for your cooperation.

Sincerely,

Jacob

**JACOB M. CLARK**

ASSOCIATE

1 MacArthur Place, Suite 200

Santa Ana, CA 92707    <image002.png>

T: 714.852.6800

F: 714.852.6899

jclark@alvaradosmith.com

NOTICE OF STRICT CONFIDENTIALITY. This transmission constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message, together with any attachments. This communication, including its attachments, may contain confidential and privileged material for the sole use of the intended individual or entity recipient, and receipt by any party other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return Email, and delete this message along with any attachments from your computer.