# EXHIBIT D

## WESTFAX, INC. RESPONSE TO SUBPOENA

Re: Tech Instrumentation, Inc., v. Eurton Electric Company, Inc.
Case No.16-cv-02981; U. S. District Court for the District of Colorado

WestFax, Inc. ("WestFax") responds to the Subpoena. WestFax's responses are directed to the Subpoena Addendum A. WestFax is continuing to review its records and the research is ongoing. The initial response is as follows:

1. WestFax Customer Agreement is attached.

2. None

3. The Summary Invoices sent to WestFax's customer indicate the number of facsimiles broadcasted.

4. Westfax does not have a removal list for this customer. WestFax's free toll-free removal service is self-executing by the person calling the removal number and a reason for a removal is not given.

5. The first Summary Invoice for this WestFax customer was September 2012.

6. The last Summary Invoice for this WestFax customer was December 2016

7. None

8. None

9. The WestFax Invoices for Eurton Electric Company, Inc. for 2013, 2014, 2015 and 2016 are attached. WestFax's last fax broadcast for this customer was in December 2016. The Invoices and Reports were sent to john@eurtonelectric.com. WestFax provided a Detailed Report to this customer after each fax broadcast. WestFax does not have any of the Reports it sent to this customer.

WESTFAX, INC.

By: _____
Barry Clark, President

Δπ EXHIBIT 2
Deponent Buchanan
Date 7/13/17 Rptr. MB
WWW.DEPOBOOK.COM

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF California

COUNTY OF Orange   SS

I, Barry Clark, being first duly sworn, on oath depose and say that:

(1)   I am an authorized custodian of the business records for WestFax, Inc. of Centennial, Colorado and have the authority to certify those records.

(2)   The copy of the records is a true copy of the records provided pursuant to a Subpoena served upon WestFax, Inc. in the above referenced lawsuit. The records were retrieved by personnel of WestFax, Inc., acting under WestFax, Inc.'s direction or control, at or near the time the response to the Subpoena was due.

(3)   The records provided were generated by WestFax Inc.'s proprietary fax broadcasting platform. The platform allows senders to send facsimiles to recipients and creates certain records contemporaneously with the services performed and as a part of WestFax, Inc.'s regular business practice.

(4)   Other documents requested in the Subpoena may have existed but may not have retained as a part of WestFax, Inc.'s regular business practice.

(5)   The proprietary fax broadcasting platform, including revisions and modifications thereto, has been in continuous operation for more than five (5) years. There were no reported problems with the fax broadcasting platform relating to the records and their accuracy produced pursuant to the Subpoena.

Signature of Custodian

Barry Clark
Name of Custodian (PRINTED)

9200 E Mineral Ave Ste 275
Address
Centennial, CO 80112
City, State, Zip Code

SUBSCRIBED AND SWORN TO before me this 20 day of July, 2017.

SEE ATTACHED CERTIFICATE   Notary Public

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 20 day of July, 2017 by BARRy Weston CLark,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Seal)
Signature



VICTOR G. CARDI
Commission No. 2093228
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires JANUARY 8, 2019

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Custod
(Title or description of attached document)

ian of Business Records
(Title or description of attached document continued)

Number of Pages __1__ Document Date July 20 2017

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

A new customer has signed up online.

Customer Name: Eurton Electric (ACCT-00007810)
First Name: John
Last Name: Buchanan
Email: john@eurtonelectric.com
Phone: 562-946-4477
Fax: 562-946-0014
Address Line 1: 9920 Painter Ave.
Address Line 2: P.O. Box 2113
City: Santa Fe Springs
State: CA
Zip: 90670
How would you like to receive your invoices?: email
Billing Contact Name: Julie

Scope: Production

The Customer has agreed to WestFax's Terms and Conditions set forth below effective Wednesday, August 29, 2012

Terms and Conditions

By accepting below "I ACCEPT" Customer AGREES to use Westfax's facsimile platform strictly in accordance with these Terms and Conditions:WestFax's platform enables a Customer to send its messages by facsimile. The Customer agrees to use WestFax's platform strictly in accordance with all federal, state and local laws, rules and regulations, including in particular the Telephone Consumer Protection Act ("TCPA").The Customer is already aware without WestFax's involvement or advice that the TCPA and the FCC state:1. The Customer is the "sender" and WestFax is the "fax broadcaster".2. The Customer will comply and is solely responsible for complying with the TCPA and the FCC's facsimile advertising rules.3. The TCPA and the FCC's rules include but are not limited to these requirementsa. Sending facsimile advertisements only to those recipients the sender has express consent or permission to send to or to recipients the sender has an "established business relations with"b. Including an "opt-out" notice conspicuously on the first page of the facsimile advertisement. The opt out notice language must state:"The recipient is entitled to request that the sender not send any future unsolicited advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. 800_____ is the telephone number and _____ is the fax number for the recipient to transfer such opt-out request."WestFax is not an advertiser or sender. WestFax is not involved with, responsible for or liable to the Customer or any other person or entity for the Customer's facsimile messages (including advertisements) or any matter related thereto.The Customer has not received from or relied upon WestFax or any of its employees and agents any information or advice about the TCPA and FCC Regulations implementing the TCPA or any other similar state law.By law, WestFax does not provide any advice on how to comply with the facsimile advertising rules or any legal aspects of sending facsimile advertisements.WestFax does not provide data (e.g. lists) or any content (including an "opt-out" notice) for the Customer's messages. Westfax's services are as set forth on the Customer's Broadcast Fax Order Form or other work order created by and provided to WestFax by the Customer.Orders will be completed in accordance with the Customer's properly formatted instructions, documents and databases created by and provided to WestFax by the Customer.Payment for services is due in accordance with the Customer's Payment Plan. WestFax has the right to change the Customer's Payment Plan by notifying the Customer. Orders may be cancelled or rescheduled pending notice and acceptance of the revised Payment Plan. WestFax will provide Customer with an Invoice for all orders. Unpaid Invoices bear interest at the rate of 1.5% per month from the date due until paid. Customer is liable for all costs and expenses, including reasonable attorney fees, incurred by WestFax to collect any amounts due to WestFax for its services or for any violations of the Terms and Conditions.The Customer agrees:To fully release and discharge WestFax from any: (1) violation of any federal, state and local laws, rules and regulations, including in the TCPA (collectively referred to as the "Laws"); (2) breach of any agreement or contract; (3) statement or representation made by WestFax; and (4) unlawful act or omission or other wrongdoing.Not to sue or bring any claim against WestFax on account of a violation of the Laws, any breach, WestFax statement or representation or an unlawful act or omission or other wrongdoing.To fully defend, pay any damages and hold WestFax harmless from any violation of any Laws, breach of any agreement or contract, WestFax statement or representation or unlawful act or omission or other wrongdoing. If a Customer elects to use WestFax's toll free removal service, the service shall consist of forwarding such removal requests to the Customer in accordance with FCC Regulations.WestFax's total liability for damages to the Customer or any third party for any service provided by WestFax to the Customer shall be limited to the amount charged to the Customer for the particular service performed by WestFax pursuant to the work order. IN NO EVENT SHALL WESTFAX BE LIABLE FOR ANY DIRECT, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, PENALTIES, LEGAL FEES OR ANY OTHER AMOUNTS.