IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

## ENTRY OF APPEARANCE

Theodore E. Bacon of the law firm ALVARADOSMITH, APC, hereby enters his appearance in the above-captioned matter on behalf of Defendant EURTON ELECTRONIC COMPANY, INC.

DATED: November 27, 2017

Respectfully submitted,

ALVARADOSMITH
A Professional Corporation

By:   /s/ Theodore E. Bacon
    Theodore E. Bacon
    Jacob Clark
    ALVARADOSMITH, APC
    633 W. Fifth Street, Suite 900
    Los Angeles, California 90071
    Tel: (213) 229-2400
    Fax: (213) 229-2499
    tbacon@alvaradosmith.com
    jclark@alvaradosmith.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of November 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

/s/ *Theodore E. Bacon*
Theodore E. Bacon