IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

---

**ENTRY OF APPEARANCE**

---

Jacob Clark of the law firm ALVARADOSMITH, APC, hereby enters his appearance in the above-captioned matter on behalf of Defendant EURTON ELECTRONIC COMPANY, INC.

DATED: November 27, 2017

Respectfully submitted,

ALVARADOSMITH
A Professional Corporation

By:   /s/ Jacob Clark
      Theodore E. Bacon
      Jacob Clark
      ALVARADOSMITH, APC
      633 W. Fifth Street, Suite 900
      Los Angeles, California 90071
      Tel: (213) 229-2400
      Fax: (213) 229-2499
      tbacon@alvaradosmith.com
      jclark@alvaradosmith.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of November 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

*/s/ Jacob Clark*
Jacob Clark