IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

---

## JOINT STATUS REPORT

---

Plaintiff Tech Instruments, Inc. ("Plaintiff") and defendant Eurton Electric Company, Inc. ("Defendant") respectfully submit this Joint Status Report in preparation for the Status Conference set for February 12, 2018.

Plaintiff's Motion to Certify Class was filed on November 6, 2017. Subsequently, Defendant filed its Opposition on November 27, 2017 and Plaintiff filed its Reply on December 11, 2017. As such, the motion has been fully brief by the parties and is under submission with the Court.

Based upon the Court's Scheduling Order of March 1, 2017, this Status Conference is for the purpose of discussing further discovery in the event the Court grants class certification. While the motion is still pending with the Court, the parties propose the following time estimates in preparation of the Status Conference:

| | |
|---|---|
| **Initial Designation of Expert Witnesses** | 120 days |
| **Designation of Reply Expert Witnesses** | 150 days |
| **Discovery Cut-Off** | 180 days |
| **Discovery Motions Cut-off** | 210 days |

1

In the event that the Motion is not granted, discovery has been completed with regard to the individual claim by Plaintiff against Defendant. As such, the parties would be ready to discuss scheduling trial for Plaintiff's individual claims.

DATED: February 5, 2018

/s/ Jacob M. Clark
Theodore E. Bacon
Jacob M. Clark
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, California 90071
Tel: (213) 229-2400
Fax: (213) 229-2499
tbacon@AlvaradoSmith.com
jclark@AlvaradoSmith.com
Attorneys for Defendant Eurton Electric Company, Inc.

DATED: February 5, 2018

/s/ Steven L. Woodrow
Steven L. Woodrow
Patrick H. Peluso
WOODROW & PELUSO, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (307) 927-0809
swoodrow@woodrowpeluso.com
Attorneys for Plaintiff Tech Instrumentation, Inc.

## CERTIFICATION OF SERVICE

      I hereby certify that on this 5th day of February 2018, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

                                      */s/ Jacob M. Clark*
                                      Jacob M. Clark

4609801.1 -- B2144.4