## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

---

## JOINT STATUS REPORT

---

      Pursuant to the Court's Minute Order of February 6, 2018, Plaintiff Tech Instruments, Inc. ("Plaintiff") and defendant Eurton Electric Company, Inc. ("Defendant") respectfully submit this Joint Status Report.

      Plaintiff's Motion to Certify Class ("Motion") was filed on November 6, 2017. Subsequently, Defendant filed its Opposition on November 27, 2017 and Plaintiff filed its Reply on December 11, 2017. As such, the Motion has been fully briefed by the parties and is under submission with the Court.

      The parties believe that a status conference would be necessary after the Court has made its ruling on Plaintiff's Motion for the purposes of scheduling the remaining deadlines and dates based upon said ruling. In preparation for such a status conference, the parties propose the following time estimates for discovery in the event that the Motion is granted:

| | |
|---|---|
| **Initial Designation of Expert Witnesses** | 120 days |
| **Designation of Reply Expert Witnesses** | 150 days |
| **Discovery Cut-Off** | 180 days |
| **Discovery Motions Cut-off** | 210 days |

1

In the event that the Motion is not granted, discovery has been completed with regard to the individual claim by Plaintiff against Defendant. As such, the parties would be ready to discuss scheduling trial for Plaintiff's individual claims pending, or to proceed concurrently with, any appeal adverse decision on class certification.

DATED:  May 7, 2018

/s/ Jacob M. Clark
Theodore E. Bacon
Jacob M. Clark
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, California 90071
Tel: (213) 229-2400
Fax: (213) 229-2499
tbacon@AlvaradoSmith.com
jclark@AlvaradoSmith.com
Attorneys for Defendant Eurton Electric Company,
Inc.

DATED:  May 7, 2018

/s/ Steven L. Woodrow
Steven L. Woodrow
Patrick H. Peluso
WOODROW & PELUSO, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (307) 927-0809
swoodrow@woodrowpeluso.com
Attorneys for Plaintiff Tech Instrumentation, Inc.

2

## CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of May 2018, I electronically filed the foregoing **JOINT STATUS REPORT**  with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

*/s/ Jacob M. Clark*
Jacob M. Clark