IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situation

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

---

## UNOPPOSED MOTION FOR EURTON ELECTRIC COMPANY, INC.'S COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE FOR JUNE 18, 2018 BY TELEPHONE

---

Defendant Eurton Electric Company, Inc. ("Eurton") states: Pursuant to D. C. Colo. L. Civ. R. 7.1(a), on June 6, 2018, counsel for Eurton and counsel for plaintiff Tech Instrumentation, Inc. ("Tech") conferred regarding this motion by e-mail. Counsel for Tech advised that Tech would not oppose the motion.

Eurton's co-counsel, Jacob M. Clark of AlvaradoSmith, Santa Ana, California, requests permission to appear at the hearing by telephone. As grounds for this request, Eurton informs the Court that Mr. Clark's appearance by telephone would save Eurton substantial billed

1

attorney's time and out-of-pocket costs for transportation.

DATED: June 8, 2018                    /s/ Jacob M. Clark
                                       Theodore E. Bacon
                                       Jacob M. Clark
                                       ALVARADOSMITH, APC
                                       633 W. Fifth Street, Suite 1100
                                       Los Angeles, California 90071
                                       Tel: (213) 229-2400
                                       Fax: (213) 229-2499
                                       tbacon@AlvaradoSmith.com
                                       jclark@AlvaradoSmith.com
                                       Attorneys for Defendant Eurton Electric Company, Inc.

4659869.1 -- B2144.4

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2018, I electronically filed the foregoing **UNOPPOSED MOTION FOR EURTON ELECTRIC COMPANY, INC.'S COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE FOR JUNE 18, 2018 BY TELEPHONE** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record.

/s/ Jacob M. Clark
Jacob M. Clark

4659869.1 -- B2144.4