IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 16-cv-02981-MSK-KMT | Date: | June 18, 2018 |
| Courtroom Deputy: | Emily Buchanan | FTR: | Courtroom 101 |

*Parties:*  *Counsel:*

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,   Patrick Peluso

   Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation,   Jacob Clark (by telephone)

   Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**11:11 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Chief Judge Krieger has certified a class in this case. Discovery as to the individual plaintiff has been completed.

Court and counsel agree to leave the proposed language in the scheduling order under section 8a.

**ORDERED:** Counsel shall meet and confer on or before **June 29, 2018** regarding Plaintiff's position that John Buchanan, President of Defendant Eurton Electric Company, Inc. has had extensive and improper *ex parte* communication with members of the certified class.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Deadline to submit proposed notice to the class, with a chart that identifies areas of disagreement: **August 17, 2018**

**ORDERED:**   Within 10 business days of the Court's ruling on the notice, counsel shall submit a proposed scheduling order.

Deadline to disseminate Notice to the Class: to be determined after ruling on notice issues
Initial Designation of Expert Witnesses: to be determined after ruling on notice issues
Designation of Reply Expert Witnesses: to be determined after ruling on notice issues
Discovery Cut-off:     to be determined after ruling on notice issues
Dispositive Motions Deadline:   to be determined after ruling on notice issues
Discovery Motion Cut-off: to be determined after ruling on notice issues

Chief Judge Krieger will set the Final Pretrial Conference, Trial Preparation Conference, and Trial.  The parties anticipate a 3 day jury trial.

**Scheduling Order entered.**

**11:39 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:28

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.