**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

---

**JOINT MOTION TO STAY ALL DEADLINES PENDING MEDIATION**

---

      Plaintiff Tech Instrumentation, Inc. ("Plaintiff" or "TII") and Defendant Eurton Electric Company, Inc. ("Defendant" or "Eurton") (collectively "Parties"), hereby respectfully move the Court for an Order staying all deadlines, including the August 17, 2018 notice plan deadline, pending the Parties upcoming scheduled mediation session during which the Parties will attempt to negotiate a class-wide settlement resolving this matter. In support of this motion, the Parties state as follows:

      1.     On December 6, 2016, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, *et seq.* ("JFPA" or "Act").

      2.     On May 29, 2018, following more than a year of litigation and fulsome briefing, the Court granted Plaintiff's Motion for Class Certification. (Dkt. 47.)

3.      On June 28, 2018, the Court entered a Joint Scheduling Order requiring the Parties to submit a class notice place to the Court on August 17, 2018. (Dkt. 55.)

4.      Thereafter, counsel for both Parties engaged in a series of discussions regarding the potential for a settlement.

5.      The Parties ultimately have agreed to participate in a mediation session scheduled on November 27, 2018 in Denver, Colorado with respected mediator Joe Epstein. Given defense counsel's trial schedule, November 27, 2018 was the earliest available mediation date.

6.      "It is well settled that the district court has the power to stay proceedings pending before it and to control its docket for the purpose of 'economy of time and effort for itself, for counsel, and for litigants.'" *Pet Milk Co. v. Ritter*, 323 F.2d 586, 588 (10th Cir. 1963) (quoting *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). When exercising its discretion to grant a stay, the Court considers the following factors: "(1) whether a stay would promote judicial economy; (2) whether a stay would avoid confusion and inconsistent results; and (3) whether a stay would unduly prejudice the parties or create undue hardship." *Alter v. F.D.I.C.*, No. 2:13-CV-456 TS, 2014 WL 4257768, at *1 (D. Utah Feb. 27, 2014). Further, in *Alter*, the court found that a stay pending the outcome of a scheduled mediation session "would promote judicial economy." *Id.*

7.      Here, a stay would promote judicial economy and would potentially prevent unnecessarily duplicative acts. That is, given that the notice plan deadline is August 17th, it is possible that the Parties would be required to disseminate notice to class members only to turn around and reach a settlement and again be required to send additional notice. Further, the Court would be engaged in the notice planning and process and, thus, would expend judicial resources

on an act that may ultimately be duplicative. Instead, a stay pending the outcome of the mediation would allow counsel to focus their attention on the mediation and a potential resolution. Moreover, assuming *arguendo*, that notice is disseminated on two separate occasions, this would leave class members confused regarding what their potential claims are or what the posture of the case is.

8.      Additionally, neither party will be prejudiced by the stay given the short duration of the stay and the fact that a stay will allow the Parties to focus their attention on a potential resolution of the matter.

9.      The Parties propose that the Court stay the matter pending the scheduled November 27, 2018 mediation with a status report due fourteen days thereafter advising of whether a settlement has been reached.

**WHEREFORE**, the Parties respectfully request that the Court grant the Joint Motion to Stay All Deadlines Pending the Resolution of Mediation and for such additional relief as the Court deems necessary and just.

Dated: August 8, 2018                    By: s/ Steven L. Woodrow
                                         One of Plaintiff's Attorneys

                                         Steven L. Woodrow
                                         swoodrow@woodrowpeluso.com
                                         Patrick H. Peluso
                                         ppeluso@woodrowpeluso.com
                                         WOODROW & PELUSO, LLC
                                         3900 East Mexico Ave., Suite 300
                                         Denver, Colorado 80210
                                         Telephone: (720) 213-0675
                                         Facsimile: (303) 927-0809

                                         Attorneys for Plaintiff Tech Instrumentation, Inc.

Dated: August 8, 2018                    By: s/  Theodore E. Bacon
                                         One of Defendant's Attorneys


                                         Theodore E. Bacon
                                         David J. Masutani
                                         ALVARADOSMITH, APC
                                         633 W. Fifth Street, Suite 1100
                                         Los Angeles, California 90071
                                         Tel: (213) 229-2400
                                         Fax: (213) 229-2499
                                         tbacon@AlvaradoSmith.com
                                         dmasutani@AlvaradoSmith.com

                                         Jacob M. Clark
                                         ALVARADOSMITH, APC
                                         633 West Fifth Street, Suite 900
                                         Los Angeles, California 90071
                                         Tel: (213) 229-2400
                                         Fax: (213) 229-2499
                                         jclark@alvaradosmith.com

                                         Jeffrey H. Kass
                                         Robin E. Alexander
                                         LEWIS BRISBOIS BISGAARD &SMITH LLP
                                         1700 Lincoln Street, Suite 4000
                                         Denver, Colorado 80203
                                         Tel: (303) 861-7760
                                         Fax: (303) 861-7767
                                         Jeffrey.Kass@lewisbrisbois.com
                                         Robin.Alexander@lewisbrisbois.com

                                         Attorneys for Defendant Eurton Electric Company,
                                         Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.


s/ Steven L. Woodrow