# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant.

---

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY ALL DEADLINES PENDING MEDIATION

The Court having considered the Joint Motion to Stay All Deadlines Pending Mediation and all other matters presented to the Court, hereby orders:

1. All deadlines in the above-captioned proceeding shall be stayed pending the resolution of the Parties' mediation session scheduled for November 27, 2018.

2. The Parties shall inform the Court as to the outcome of the mediation session by December 11, 2018.

IT IS HEREBY ORDERED that the Joint Motion to Stay All Deadlines Pending the Resolution of Mediation is GRANTED.

Dated: _____

                                                                                               Hon. Marcia S. Krieger
                                                                                               United States District Judge