# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

## NOTICE OF APPEARANCE BY TAYLOR T. SMITH

**TO:**    CLERK OF THE COURT
           ATTORNEYS OF RECORD

    Please take notice that Taylor T. Smith, a member of the bar of this Court, of Woodrow & Peluso, LLC hereby enters his appearance as attorney of record for Plaintiff Tech Instrumentation, Inc. and the Class in the above-captioned case. Please direct all future pleadings, notices, and correspondence accordingly.

                                                        Respectfully submitted,

                                                        **TECH INSTRUMENTATION, INC.,**
                                                        individually and on behalf of all others similarly situated,

Dated: August 8, 2018                          By:  s/Taylor T. Smith

                                                        Taylor T. Smith
                                                        Woodrow & Peluso, LLC
                                                        3900 E. Mexico Ave., Suite 300

Denver, Colorado 80210
Tel: 720-907-7628
tsmith@woodrowpeluso.com

## CERTIFICATE OF SERVICE

I, Taylor T. Smith, hereby certify that on August 8, 2018, I served the foregoing papers on all counsel of record by filing such papers with the Court using the Court's electronic filing system, which will transmit copies to all counsel of record.

                                               s/Taylor T. Smith