**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC, A COLORADO CORPORATION, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

   Plaintiff

 v.

EURTON ELECTRIC COMPANY, INC., A CALIFORNIA CORPORATION

   Defendant

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT EURTON ELECTRIC COMPANY BY JEFFREY H. KASS AND ROBIN E. ALEXANDER**

---

  Jeffrey H. Kass and Robin E. Alexander, of the law firm Lewis Brisbois Bisgaard & Smith LLP, hereby move to withdraw as attorneys of record for Defendant, Eurton Electric Company, Inc. ("Defendant").

  1. On November 27, 2017, Jacob Clark, Esq. of the law firm AlvaradoSmith, APC-Los Angles, entered an appearance in this litigation on behalf of Defendant (Dkt 38). Good cause exists for the present motion, as Mr. Clark will represent Defendant in this litigation from this point forward.

  2. Defendant will not be prejudiced by the undersigned's withdrawal from this matter as counsel of record for Defendant. Defendant will continue to be represented in this matter, and therefore, this withdrawal will not result in Defendant appearing in this matter without counsel admitted to the bar of this Court.

3. This Motion is being served on the Defendant, who is aware of Mr. Kass and Ms. Alexander's intent to withdraw from this case. Defendant is informed that it is responsible for complying with all court orders and time limitations established by applicable statues and rules. Defendant is also advised that as a corporation, it may not appear without counsel admitted to the bar of this Court, and absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against them.

WHEREFORE, the undersigned respectfully requests that the Court grant this notice and motion for withdrawal, and enter an order withdrawing Jeffrey H. Kass and Robin E. Alexander's appearance in this case and removing them from the Court's electronic notice system for this case.

Respectfully submitted this 3rd day of January, 2019.

Respectfully Submitted,

By: *s/Jeffrey H. Kass, Esq.*
Jeffrey H. Kass
Ian R. Rainey
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760

*Attorneys for Eurton Electric Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 3rd day of January, 2019, I presented the foregoing Motion to Withdraw as Counsel of Record for Plaintiff by Jeffrey H. Kass to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all Counsel of record:

                                                       *s/Matthew Clark*
                                                      An Employee of Lewis Brisbois Bisgaard & Smith LLP