# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC, A COLORADO CORPORATION, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

      Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., A CALIFORNIA CORPORATION

      Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW
## JEFFREY H. KASS, ESQ. AND ROBIN E. ALEXANDER ESQ.

---

THIS MATTER comes before the Court on attorneys Jeffrey H. Kass and Robin E. Alexander's Motion to Withdraw as Counsel of Record for Defendant Eurton Electric Company ("Motion"). The Court, having read the Motion, being advised in the premises, and for good cause shown, hereby

GRANTS the motion. Attorneys Jeffrey H. Kass, Esq., and Robin E. Alexander, Esq. are granted leave to withdraw as counsel for Defendant.

Dated this ____ day of _____, 2019.

 

_____
United States District Court Judge