IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No: 16-cv-02981-MSK-KMT | Date: January 4, 2019 |
| Courtroom Deputy: Kristina Senamontry | FTR:   Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| TECH INSTRUMENTATION, INC., | Patrick Peluso |
| Plaintiff, | |
| v. | |
| EURTON ELECTRIC COMPANY, INC., | Theodore Bacon |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:54 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Plaintiff request the following Accounting database system, Fax list and Customer list from Defendant to be able to complete the Motion for class certification and present effective notice plan.

**ORDERED: Defendant to provide Plaintiff with the names, addresses, business number, fax number and email information from the Accounting database system and Customer list under Protective Order by February 4, 2019.  Parties shall submit class Notice to the court for approval by March 4, 2019.  Counsel to file a status report to advise the court of further scheduling needs by June 4, 2019.**

**Scheduling Order entered.**

**11:19 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:25

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.