# EXHIBIT A

**Legal Notice**

**ATTENTION! If You Received a Fax Advertisement from Eurton Electric from December 16, 2013 Through the Present You May Be Part of a Class Action Lawsuit**

**Learn More At:**

**www.[websiteURL].com**

*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981
[Settlement Administrator]
[Address Line 1]
[Address Line 2]
[Address Line 3]

Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

First Class Postage Permit

**Summary Notice**

You are receiving this notice because you have been identified as a potential class member in *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.* Case No. 1:16-cv-02981, pending in the U.S. District Court for the District of Colorado. The Court has certified a Class that could impact your legal rights, whether you act or not. **This is only a summary of the Full Notice.** Visit www.[website].com to read the Full Notice.

**Nature of the Action.** This lawsuit alleges that Eurton Electric unlawfully sent unsolicited fax advertisements. Eurton denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the pending litigation.

**How Do I Know if I am a Class Member?** You fall into the definition of the Class if you received a cold call from Eurton pursuant to its three-step procedure, are listed on a list prepared by Eurton, and received one or more faxes sent by Eurton between December 16, 2013 through the present.

**What are My Options?** You can discuss the case with Class Counsel. You may enter an appearance through your own attorney. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*" to the Class Administrator, postmarked by [opt-out deadline]. Specific information is available at www.website.com. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the litigation or any potential settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense if you so desire.

**How Do I Get More Information?** For more information about the pending litigation and a copy of the full Notice, go to www.[website].com, contact the Administrator at [toll free #] or [Address], or call Class Counsel at 720-213-0676.

---

**FOR MORE INFORMATION, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*" to:

[Settlement Administrator]
*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
[Address Line 1]
[Address Line 2]

For all other inquiries, contact Class Counsel at:

Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
ppeluso@woodrowpeluso.com