# EXHIBIT 1

PROPOSED CHANGES TO FRONT OF POSTCARD

**Legal Notice**

**ATTENTION!**

**If You Received a Fax Advertisement**

**from Eurton Electric**

**from December 13, 2013 Through the**

**Present**

**You May Be Part of a**

**Class Action Lawsuit**

**PLEASE READ THIS NOTICE**

**IMMEDIATELY TO KNOW YOUR**

**RIGHTS!**

4754557.1 -- B2144.4

PROPOSED CHANGES TO BACK OF POSTCARD [SHOWING TEXT ONLY]

*YOU MAY BE AFFECTED BY A CLASS ACTION LAWSUIT ABOUT WHETHER EURTON ELECTRIC SENT UNSOLICITED FAX ADVERTISEMENTS*

The lawsuit is called *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.* Case No. 1:16-cv-0298l, and is in the United States District Court for the District of Colorado. The Court has decided that this case should be a class action on behalf of a "Class," or group of people, which may include you. **This notices summarizes your rights and options before an upcoming trial.** More information is in a detailed notice available at the website: www.[website].com.

**WHAT IS THIS CASE ABOUT?** This lawsuit claims that Eurton Electric unlawfully sent unsolicited fax advertisements without prior permission from the recipient. Eurton Electric denies it did anything wrong and says it obtained verbal permission prior to sending the fax advertisements. **The Court has not decided whether the Class or Eurton Electric is right.** The lawyers for the Class will have to prove their claims at a trial.

**HOW DO YOU KNOW IF YOU ARE A CLASS MEMBER?** You are a member of the Class if you (1) received a cold call from Eurton Electric pursuant to its three-step procedure, (2) are listed on a list prepared by Eurton Electric, and (3) received one or more faxes sent by Eurton Electric between December 16, 2013 through the present.

**WHO REPRESENTS YOU?** The Court has appointed Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC to represent you as "Class Counsel." You don't have to pay Class Counsel, or anyone else, to participate. Instead, if they get money or benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid by Eurton Electric or out of any money recovered, before giving the rest to the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

**WHAT ARE YOUR OPTIONS?** You have a choice of whether to stay in the Class or not, and **you must decide now.**

*Option 1:*   If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, Eurton Electric—as part of any other lawsuit—for sending any unsolicited fax advertisements between December 16, 2013 through the present. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class, you do not have to do anything now.

***Option 2:*** If you wish to be excluded from the Class, you will not receive any money or benefits from this lawsuit if any are awarded, but you will keep any rights to sue Eurton Electric for these claims, now or in the future, and will not be bound by any orders or judgments of the Court.  To ask to be excluded, send a letter to the Class Administrator at the address below, postmarked by **[Date]**, that says "I wish to be excluded from *Tech Instruments, Inc. v. Eurton Electric Company, Inc.*"  Include your name, address, telephone number, and fax number.

**How Can You Get More Information?** For more information about the lawsuit and a copy of the detailed notice, go to www.[website].com, contact the Class Administrator at [toll free #] or [Address], or call Class Counsel at 720-213-0676.

# EXHIBIT 2

LEGAL NOTICE

# If you are a woman and are or were employed by MNO, a class action lawsuit may affect your rights.

You may be affected by a class action lawsuit about whether MNO, Inc. discriminated against women.

The lawsuit is called *Johnson v. MNO, Inc.*, No. CV-00-1234, and is in the United States District Court for the District of State. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people, that could include you. This notice summarizes your rights and options before an upcoming trial. More information is in a detailed notice available at the website below. If you're included, you have to decide whether to stay in the Class and be bound by whatever results, or ask to be excluded and keep your right to sue MNO. **There is no money available now and no guarantee that there will be.**

### ARE YOU AFFECTED?

Women employed as account executives by MNO, Inc. at any time from June 6, 1996, through July 15, 2003, are Class members. This includes women currently employed, as long as they were hired on or before July 15, 2003, as well as those no longer employed, but who were employed any time from June 6, 1996, through July 15, 2003. Those who worked at MNO as independent contractors are NOT included.

### WHAT IS THIS CASE ABOUT?

The lawsuit claims that MNO discriminated against female account executives. The suit claims women received less pay than men in similar jobs. It also says that MNO required women to achieve more than men to get promoted. The lawsuit seeks to ensure an equal workplace for women, as well as money or benefits for the Class.

MNO denies it did anything wrong and says it has a fair workplace that gives women the same opportunities as men. **The Court has not decided whether the Class or MNO is right.** The lawyers for the Class will have to prove their claims at a trial set to begin on Month 00, 0000.

### WHO REPRESENTS YOU?

The Court asked Lawfirm One, LLP of City, ST and Lawfirm Two, P.C. of City, ST, to represent you as "Class Counsel." You don't have to pay Class Counsel, or anyone else, to participate. Instead, if they get money or benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid by MNO or out of any money recovered, before giving the rest to the Class. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer. Mary Johnson and Louise Smith are Class members like you, and the Court accepted them as the "Class Representatives."

### WHAT ARE YOUR OPTIONS?

You have a choice of whether to stay in the Class or not, and **you must decide this now.** If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, MNO—as part of any other lawsuit—for gender discrimination that occurred from June 6, 1996, through July 15, 2003. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class, you do not have to do anything now.

If you ask to be excluded from the Class, you cannot get any money or benefits from this lawsuit if any are awarded, but you will keep any rights to sue MNO for these claims, now or in the future, and will not be bound by any orders or judgments of the Court. To ask to be excluded, send a letter to the address below, postmarked by **Month 00, 0000,** that says you want to be excluded from *Johnson v. MNO, Inc.* Include your name, address, and telephone number.

### HOW CAN YOU GET MORE INFORMATION?

If you have questions or want a detailed notice or other documents about this lawsuit and your rights, visit www mnoclassaction com, or write to: MNO Class Action, P.O. Box 000, City, ST 00000-0000.

## www mnoclassaction com

---

**Who's affected?**

Women account executives employed by MNO, Inc. any time from June 6, 1996, through July 15, 2003, including current and former employees, and full and part-time employees.

# EXHIBIT 3

| ACTIVITY REPORT |
|---|

TIME : 06/26/2017 11:59
NAME : EURTON ELECTRIC
FAX : 5629460014
TEL :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #110 | 06/22 | 14:15 | 19164859385 | 36 | 01 | OK | TX | |
| #111 | 06/22 | 14:17 | 13103223627 | 00 | 00 | BUSY | TX | |
| #112 | 06/22 | 14:18 | 19256890911 | 37 | 01 | OK | TX | |
| #122 | 06/22 | 14:19 | 19567236258 | 30 | 00 | NG | TX | |
| #113 | 06/22 | 14:21 | 19099873838 | 32 | 01 | OK | TX | ECM |
| #115 | 06/22 | 14:23 | 18055665544 | 42 | 01 | OK | TX | |
| #116 | 06/22 | 14:24 | 16192595134 | 24 | 01 | OK | TX | ECM |
| #119 | 06/22 | 14:27 | 14052365596 | 31 | 01 | OK | TX | ECM |
| #120 | 06/22 | 14:28 | 15035669256 | 01:03 | 01 | OK | TX | ECM |
| #121 | 06/22 | 14:30 | 15122893172 | 00 | 00 | BUSY | TX | |
| #105 | 06/22 | 14:33 | 13197950200 | 00 | 00 | BUSY | TX | |
| #114 | 06/22 | 14:34 | 18186786500 | 33 | 01 | OK | TX | ECM |
| #124 | 06/22 | 14:38 | 13103208844 | 25 | 01 | OK | TX | ECM |
| #125 | 06/22 | 14:39 | 13516376687 | 36 | 01 | OK | TX | |
| #126 | 06/22 | 14:40 | 19729067071 | 33 | 01 | OK | TX | |
| #127 | 06/22 | 14:41 | 16317374418 | 37 | 01 | OK | TX | |
| #128 | 06/22 | 14:43 | 17136884398 | 30 | 01 | OK | TX | ECM |
| #129 | 06/22 | 14:44 | 19737722232 | 41 | 01 | OK | TX | ECM |
| #104 | 06/22 | 14:46 | 18302721523 | 32 | 01 | OK | TX | ECM |
| #118 | 06/22 | 14:48 | 15026360798 | 41 | 01 | OK | TX | |
| #123 | 06/22 | 14:49 | 19567236258 | 33 | 01 | OK | TX | ECM |
| #117 | 06/22 | 14:52 | 19495014930 | 00 | 00 | BUSY | TX | |
| #130 | 06/22 | 15:03 | 17196330072 | 00 | 00 | BUSY | TX | |
| #131 | 06/22 | 16:10 | 17136828624 | 28 | 01 | OK | TX | ECM |
| #132 | 06/26 | 11:24 | 17328408885 | 38 | 01 | OK | TX | |
| #133 | 06/26 | 11:27 | 17704722593 | 23 | 01 | OK | TX | ECM |
| #134 | 06/26 | 11:29 | 13526863868 | 32 | 01 | OK | TX | ECM |
| #135 | 06/26 | 11:30 | 14018857879 | 36 | 01 | OK | TX | |
| #137 | 06/26 | 11:33 | 19082131267 | 24 | 01 | OK | TX | ECM |
| #138 | 06/26 | 11:34 | 14109970463 | 22 | 01 | OK | TX | ECM |
| #139 | 06/26 | 11:35 | 15104626413 | 35 | 01 | OK | TX | |
| #140 | 06/26 | 11:37 | 12153867590 | 00 | 00 | BUSY | TX | |
| #141 | 06/26 | 11:38 | 17172995609 | 01:03 | 01 | OK | TX | |
| #142 | 06/26 | 11:39 | 15188691388 | 27 | 01 | OK | TX | |
| #143 | 06/26 | 11:41 | 19735956149 | 44 | 01 | OK | TX | ECM |
| #144 | 06/26 | 11:42 | 14156483838 | 32 | 01 | OK | TX | |
| #145 | 06/26 | 11:43 | 17028896030 | 36 | 01 | OK | TX | |
| #146 | 06/26 | 11:44 | 12812920911 | 39 | 01 | OK | TX | |
| #147 | 06/26 | 11:45 | 14809538789 | 36 | 01 | OK | TX | |
| #148 | 06/26 | 11:46 | 18013553414 | 33 | 01 | OK | TX | ECM |
| #149 | 06/26 | 11:48 | 15053270659 | 32 | 01 | OK | TX | ECM |
| #150 | 06/26 | 11:49 | 12147414777 | 46 | 01 | OK | TX | ECM |
| #151 | 06/26 | 11:51 | 13607548331 | 22 | 01 | OK | TX | ECM |
| #152 | 06/26 | 11:52 | 13607348765 | 36 | 01 | OK | TX | |
| #153 | 06/26 | 11:53 | 14048734581 | 37 | 01 | OK | TX | |
| #155 | 06/26 | 11:54 | 19043891329 | 22 | 01 | OK | TX | ECM |
| #156 | 06/26 | 11:55 | 12033898249 | 35 | 01 | OK | TX | |
| #157 | 06/26 | 11:57 | 17274465625 | 00 | 00 | BUSY | TX | |
| #158 | 06/26 | 11:58 | 15165695305 | 53 | 01 | OK | TX | |
| #159 | 06/26 | 11:59 | 17603247797 | 22 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

```
                        ┌─────────────────┐
                        │ ACTIVITY REPORT │
                        └─────────────────┘

                                           TIME  : 06/22/2017 14:15
                                           NAME  : EURTON ELECTRIC
                                           FAX   : 5629460014
                                           TEL   :
                                           SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #067 | 06/21 | 14:01 | 17043987101 | 49 | 01 | OK | TX | ECM |
| #068 | 06/21 | 14:03 | 19516544054 | 36 | 01 | OK | TX | ECM |
| #069 | 06/21 | 14:04 | 19412550411 | 27 | 01 | OK | TX | ECM |
| #070 | 06/21 | 14:13 | 19545658229 | 41 | 01 | OK | TX | ECM |
| #062 | 06/21 | 14:16 | 19872221901 | 00 | 00 | BUSY | TX | |
| #066 | 06/21 | 14:25 | 19518089171 | 01:30 | 00 | NG | TX | |
| #071 | 06/21 | 14:28 | 19545833265 | 00 | 00 | BUSY | TX | |
| #072 | 06/21 | 14:57 | 19372221901 | 27 | 01 | OK | TX | ECM |
| #074 | 06/21 | 15:00 | 19518089171 | 27 | 01 | OK | TX | ECM |
| #075 | 06/21 | 15:01 | 14107961248 | 00 | 00 | BUSY | TX | |
| #076 | 06/21 | 15:03 | 19198960051 | 00 | 00 | BUSY | TX | |
| #077 | 06/21 | 15:04 | 19195440474 | 00 | 00 | BUSY | TX | |
| #073 | 06/21 | 15:17 | 19545833265 | 00 | 00 | BUSY | TX | |
| #078 | 06/21 | 16:58 | 12147487340 | 37 | 01 | OK | TX | |
| #079 | 06/21 | 17:00 | 15733397090 | 01:03 | 01 | OK | TX | |
| #080 | 06/21 | 17:02 | 17196330072 | 00 | 00 | BUSY | TX | |
| #081 | 06/21 | 17:03 | 16108746372 | 27 | 01 | OK | TX | ECM |
| | 06/22 | 05:28 | 402 715 5998 | 31 | 01 | OK | RX | ECM |
| | 06/22 | 08:11 | 303 299 9309 | 21 | 01 | OK | RX | ECM |
| | 06/22 | 08:31 | 541 673 8598 | 01:04 | 01 | OK | RX | |
| #082 | 06/22 | 08:58 | 15416738598 | 42 | 01 | OK | RX | ECM |
| | 06/22 | 10:55 | 9062265341 | 18 | 01 | OK | RX | ECM |
| | 06/22 | 12:45 | 8172371686 | 23 | 01 | OK | RX | ECM |
| | 06/22 | 13:01 | | 45 | 02 | OK | RX | ECM |
| | 06/22 | 13:11 | 8005067139 | 29 | 01 | OK | RX | ECM |
| #083 | 06/22 | 13:31 | 19152283777 | 00 | 00 | BUSY | TX | |
| #084 | 06/22 | 13:31 | 18167411019 | 01:00 | 01 | OK | TX | ECM |
| #085 | 06/22 | 13:33 | 16239370408 | 37 | 01 | OK | TX | |
| #086 | 06/22 | 13:36 | 16307664166 | 37 | 01 | OK | TX | |
| #088 | 06/22 | 13:38 | 15107821422 | 01:05 | 01 | OK | TX | ECM |
| #089 | 06/22 | 13:39 | 18165611778 | 30 | 01 | OK | TX | ECM |
| #090 | 06/22 | 13:41 | 15414616729 | 38 | 01 | OK | TX | |
| #092 | 06/22 | 13:43 | 13367897149 | 38 | 01 | OK | TX | |
| #093 | 06/22 | 13:45 | 19786633812 | 32 | 01 | OK | TX | ECM |
| #094 | 06/22 | 13:46 | 19733500112 | 25 | 01 | OK | TX | ECM |
| #095 | 06/22 | 13:47 | 12166428779 | 33 | 01 | OK | TX | ECM |
| #096 | 06/22 | 13:48 | 14023325958 | 23 | 01 | OK | TX | ECM |
| #087 | 06/22 | 13:49 | 16184516940 | 33 | 01 | OK | TX | |
| #091 | 06/22 | 13:50 | 14076288919 | 37 | 01 | OK | TX | |
| #097 | 06/22 | 13:51 | 17152351015 | 25 | 01 | OK | TX | ECM |
| #099 | 06/22 | 13:54 | 19525631817 | 33 | 01 | OK | TX | |
| #102 | 06/22 | 13:57 | 18089454180 | 37 | 01 | OK | TX | |
| #103 | 06/22 | 13:59 | 19733940041 | 23 | 01 | OK | TX | ECM |
| #098 | 06/22 | 14:00 | 19792634369 | 33 | 01 | OK | TX | |
| #100 | 06/22 | 14:01 | 14109921494 | 38 | 01 | OK | TX | ECM |
| #101 | 06/22 | 14:02 | 16142376387 | 33 | 01 | OK | TX | |
| #105 | 06/22 | 14:08 | 18314235487 | 01:25 | 01 | OK | TX | |
| #107 | 06/22 | 14:11 | 14144528231 | 32 | 01 | OK | TX | ECM |
| #109 | 06/22 | 14:13 | 19257983850 | 46 | 01 | OK | TX | ECM |
| #109 | 06/22 | 14:14 | 18189802412 | 29 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000108

ACTIVITY REPORT

TIME : 06/02/2017 11:53
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #472 | 05/22 | 15:33 | 16269231995 | 01:46 | 08 | OK | TX | ECM |
| #473 | 05/22 | 15:41 | 15597846327 | 31 | 01 | OK | TX | ECM |
|  | 05/23 | 06:52 | 33074081S2 | 31 | 01 | OK | RX | ECM |
|  | 05/23 | 08:39 | 3154548418 | 29 | 01 | OK | RX | ECM |
|  | 05/23 | 09:58 | 8005100783 | 31 | 01 | OK | RX | ECM |
| #474 | 05/23 | 11:57 | 17148002754 | 44 | 02 | OK | TX | ECM |
| #476 | 05/23 | 12:15 | 13154548418 | 30 | 01 | OK | TX | ECM |
| #475 | 05/23 | 12:20 | 13307408192 | 34 | 01 | OK | TX | ECM |
|  | 05/24 | 05:43 |  | 22 | 01 | OK | RX | ECM |
|  | 05/24 | 09:59 |  | 26 | 01 | OK | RX | ECM |
|  | 05/24 | 12:21 | 409 945 5219 | 01:12 | 01 | OK | RX | ECM |
|  | 05/24 | 13:41 |  | 33 | 02 | OK | TX |  |
| #477 | 05/24 | 15:16 | 14099455219 | 32 | 01 | OK | TX |  |
| #478 | 05/25 | 11:42 | 15597327393 | 21 | 01 | OK | TX | ECM |
|  | 05/25 | 17:59 |  | 25 | 01 | OK | RX | ECM |
| #479 | 05/26 | 15:05 | 12067678294 | 33 | 01 | OK | TX |  |
|  | 05/30 | 11:06 |  | 01:43 | 02 | OK | RX |  |
|  | 05/31 | 07:53 | 6 | 02:33 | 03 | OK | RX | ECM |
|  | 05/31 | 10:24 |  | 23 | 01 | OK | RX | ECM |
|  | 05/31 | 11:39 |  | 01:39 | 02 | OK | RX |  |
| #480 | 05/31 | 11:43 | 14323324436 | 30 | 01 | OK | TX | ECM |
| #481 | 05/31 | 11:47 | 16416484624 | 22 | 01 | OK | TX |  |
|  | 05/31 | 13:13 |  | 38 | 01 | OK | RX | ECM |
| #482 | 05/31 | 16:10 | 13108780333 | 02:15 | 04 | OK | TX |  |
|  | 06/01 | 09:08 | 855 219 4122 | 23 | 01 | OK | RX | ECM |
|  | 06/01 | 10:35 |  | 23 | 01 | OK | RX | ECM |
|  | 06/01 | 15:05 |  | 23 | 01 | OK | RX | ECM |
| #483 | 06/01 | 15:24 | 18059252864 | 26 | 01 | OK | RX | ECM |
|  | 06/01 | 20:53 |  | 14 | 01 | OK | RX | ECM |
|  | 06/02 | 07:28 | 7347641088 | 47 | 02 | OK | RX | ECM |
| #485 | 06/02 | 10:41 | 16263314757 | 40 | 02 | OK | TX |  |
| #486 | 06/02 | 11:02 | 12047836416 | 49 | 01 | OK | TX |  |
| #490 | 06/02 | 11:08 | 16045300899 | 29 | 01 | OK | TX | ECM |
| #487 | 06/02 | 11:09 | 12163624020 | 34 | 01 | OK | TX | ECM |
| #488 | 06/02 | 11:12 | 12017361860 | 00 | 00 | BUSY | TX | ECM |
| #489 | 06/02 | 11:12 | 12019458168 | 39 | 01 | OK | TX |  |
| #491 | 06/02 | 11:15 | 15615853715 | 48 | 01 | OK | TX | ECM |
| #493 | 06/02 | 11:18 | 12105583209 | 37 | 01 | OK | TX |  |
| #492 | 06/02 | 11:23 | 12102280377 | 36 | 01 | OK | TX |  |
| #496 | 06/02 | 11:25 | 12014753526 | 36 | 01 | OK | TX | ECM |
| #498 | 06/02 | 11:33 | 16263314757 | 33 | 02 | OK | TX | ECM |
| #497 | 06/02 | 11:36 | 16055279291 | 32 | 01 | OK | TX |  |
| #494 | 06/02 | 11:37 | 12109462473 | 00 | 00 | BUSY | TX |  |
| #499 | 06/02 | 11:41 | 15745331511 | 53 | 01 | OK | TX | ECM |
| #500 | 06/02 | 11:45 | 12107361860 | 50 | 01 | OK | TX |  |
| #001 | 06/02 | 11:47 | 16102581230 | 31 | 01 | OK | TX | ECM |
| #002 | 06/02 | 11:48 | 16048796974 | 38 | 01 | OK | TX |  |
| #003 | 06/02 | 11:49 | 18025890104 | 25 | 01 | OK | TX | ECM |
| #004 | 06/02 | 11:50 | 12155271604 | 49 | 01 | OK | TX | ECM |
| #005 | 06/02 | 11:52 | 15867763529 | 46 | 01 | OK | TX |  |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

EE 000127

```
                        ┌─────────────────┐
                        │ ACTIVITY REPORT │
                        └─────────────────┘
```

```
                                    TIME : 06/07/2017 13:29
                                    NAME : EURTON ELECTRIC
                                    FAX  : 5629460014
                                    TEL  :
                                    SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|---|
| #101 | 06/06 | 11:33 | 19042911788 | 37 | 01 | OK | TX |
| #102 | 06/06 | 11:34 | 12173422898 | 53 | 01 | OK | TX |
| #103 | 06/06 | 11:36 | 12253551855 | 31 | 01 | OK | TX ECM |
| #104 | 06/06 | 12:00 | 12257524824 | 36 | 01 | OK | TX |
| #105 | 06/06 | 12:01 | 13033556572 | 31 | 01 | OK | TX ECM |
| #106 | 06/06 | 12:02 | 12604326051 | 38 | 01 | OK | TX |
| #107 | 06/06 | 12:03 | 12252621578 | 38 | 01 | OK | TX |
| #108 | 06/06 | 12:04 | 12519434979 | 27 | 01 | OK | TX |
| #109 | 06/06 | 12:05 | 12199471099 | 37 | 01 | OK | TX ECM |
|  | 06/06 | 13:06 |  | 37 | 01 | OK | RX |
|  | 06/06 | 13:13 | 405 6321434 | 55 | 02 | OK | RX |
| #110 | 06/06 | 13:22 | 12708988498 | 37 | 01 | OK | TX |
| #111 | 06/06 | 13:23 | 12199221849 | 32 | 01 | OK | TX ECM |
| #115 | 06/06 | 13:34 | 12288751627 | 25 | 01 | OK | TX ECM |
| #112 | 06/06 | 13:37 | 13032926529 | 31 | 01 | OK | TX ECM |
| #113 | 06/06 | 13:39 | 13032923667 | 00 | 00 | BUSY | TX |
| #114 | 06/06 | 13:51 | 12532772323 | 00 | 00 | BUSY | TX |
| #116 | 06/06 | 14:00 | 13033335008 | 32 | 01 | OK | TX ECM |
| #117 | 06/06 | 14:01 | 12708987957 | 41 | 01 | OK | TX |
| #118 | 06/06 | 14:02 | 12625499410 | 37 | 01 | OK | TX |
| #119 | 06/06 | 14:03 | 12293821034 | 55 | 01 | OK | TX |
| #120 | 06/06 | 14:05 | 12519374657 | 39 | 01 | OK | TX ECM |
| #121 | 06/06 | 14:06 | 12168812566 | 40 | 01 | OK | TX |
| #122 | 06/06 | 14:08 | 14257755589 | 55 | 01 | OK | TX ECM |
| #123 | 06/06 | 14:15 | 13032926529 | 32 | 01 | OK | TX |
| #124 | 06/06 | 14:33 | 12067824101 | 00 | 00 | BUSY | TX |
| #125 | 06/06 | 14:33 | 17409673503 | 25 | 01 | OK | TX ECM |
|  | 06/06 | 15:14 | 6192207178 | 25 | 01 | OK | RX ECM |
|  | 06/06 | 16:13 | 562 698 2259 | 24 | 01 | OK | RX ECM |
| #126 | 06/07 | 10:24 | 19043872460 | 37 | 01 | OK | TX |
| #128 | 06/07 | 10:26 | 15095354799 | 49 | 01 | OK | TX |
| #129 | 06/07 | 10:27 | 15095343752 | 42 | 01 | OK | TX |
| #127 | 06/07 | 10:41 | 3551937 | 00 | 00 | BUSY | TX |
| #130 | 06/07 | 10:46 | 15095359841 | 00 | 00 | BUSY | TX |
| #131 | 06/07 | 11:46 | 15095343139 | 22 | 01 | OK | TX ECM |
| #132 | 06/07 | 11:47 | 19043551937 | 26 | 01 | OK | TX ECM |
|  | 06/07 | 11:54 | 5626936064 | 02:20 | 01 | OK | RX |
| #133 | 06/07 | 11:57 | 15053261620 | 57 | 01 | OK | TX |
| #134 | 06/07 | 11:59 | 15043664533 | 37 | 01 | OK | TX |
| #136 | 06/07 | 12:01 | 15036201763 | 32 | 01 | OK | TX ECM |
| #137 | 06/07 | 12:02 | 15032329821 | 51 | 01 | OK | TX |
| #138 | 06/07 | 12:04 | 19129630044 | 42 | 01 | OK | TX |
| #139 | 06/07 | 12:05 | 19107908608 | 38 | 01 | OK | TX |
| #140 | 06/07 | 12:05 | 19107303115 | 36 | 01 | OK | TX |
| #141 | 06/07 | 12:08 | 19104241355 | 46 | 01 | OK | TX |
| #142 | 06/07 | 12:09 | 19099468069 | 35 | 01 | OK | TX |
| #143 | 06/07 | 12:10 | 19094219768 | 35 | 01 | OK | TX |
| #135 | 06/07 | 12:24 | 5043494792 | 00 | 00 | BUSY | TX |
| #144 | 06/07 | 13:28 | 19093810773 | 22 | 01 | OK | TX ECM |
| #145 | 06/07 | 13:29 | 19073570649 | 00 | 00 | BUSY | TX |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000140

```
                              ACTIVITY REPORT

                                        TIME : 06/29/2017 14:16
                                        NAME : EURTON ELECTRIC
                                        FAX  : 5629460014
                                        TEL  :
                                        SER.#: BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #308 | 06/28 | 13:05 | 19498589141 | 26 | 01 | OK | TX | ECM |
| #309 | 06/28 | 13:07 | 19497561143 | 29 | 01 | OK | TX | ECM |
| #310 | 06/28 | 13:08 | 19134954378 | 33 | 01 | OK | TX | ECM |
|  | 06/28 | 13:12 |  | 23 | 01 | OK | RX | ECM |
| #312 | 06/28 | 13:14 | 13043430715 | 32 | 01 | OK | TX | ECM |
| #313 | 06/28 | 13:15 | 16162610432 | 32 | 01 | OK | TX | ECM |
| #314 | 06/28 | 13:16 | 17573637512 | 38 | 01 | OK | TX | ECM |
| #311 | 06/28 | 13:17 | 15137720654 | 33 | 01 | OK | TX | ECM |
| #315 | 06/28 | 13:21 | 19543216638 | 02:14 | 01 | OK | TX |  |
| #316 | 06/28 | 13:25 | 14408843430 | 32 | 01 | OK | TX | ECM |
| #317 | 06/28 | 13:26 | 19198780915 | 36 | 01 | OK | TX |  |
| #318 | 06/28 | 13:27 | 14146454287 | 32 | 01 | OK | TX | ECM |
| #319 | 06/28 | 13:28 | 13365479339 | 30 | 01 | OK | TX | ECM |
| #320 | 06/28 | 13:30 | 13172416867 | 32 | 01 | OK | TX | ECM |
| #321 | 06/28 | 13:31 | 13149979183 | 32 | 01 | OK | TX | ECM |
| #322 | 06/28 | 13:32 | 15058813546 | 37 | 01 | OK | TX |  |
| #324 | 06/28 | 13:50 | 18162216688 | 37 | 01 | OK | TX | ECM |
| #325 | 06/28 | 13:51 | 19544676768 | 01:09 | 01 | OK | TX |  |
| #326 | 06/28 | 13:52 | 16164514407 | 29 | 01 | OK | TX | ECM |
| #327 | 06/28 | 13:54 | 13309324246 | 27 | 00 | NG | TX |  |
| #323 | 06/28 | 13:55 | 19078617187 | 38 | 01 | OK | TX |  |
| #328 | 06/28 | 14:27 | 12105332281 | 00 | 00 | BUSY | TX |  |
| #329 | 06/28 | 14:29 | 18063425399 | 00 | 00 | BUSY | TX |  |
| #330 | 06/28 | 14:30 | 17145228133 | 23 | 01 | OK | TX | ECM |
| #331 | 06/28 | 14:31 | 17147754909 | 39 | 01 | OK | TX |  |
| #334 | 06/28 | 14:33 | 16029160685 | 36 | 01 | OK | TX | ECM |
| #332 | 06/28 | 14:37 | 19733768788 | 36 | 01 | OK | TX | ECM |
| #333 | 06/28 | 14:38 | 19528845030 | 35 | 01 | OK | TX | ECM |
| #335 | 06/28 | 14:40 | 15152446366 | 34 | 01 | OK | TX | ECM |
| #336 | 06/28 | 15:18 | 19076617187 | 36 | 02 | OK | TX |  |
| #337 | 06/29 | 10:04 | 19092365987 | 23 | 01 | OK | TX | ECM |
| #338 | 06/29 | 10:06 | 15036556227 | 24 | 01 | OK | TX |  |
| #339 | 06/29 | 10:07 | 18129348848 | 19 | 01 | OK | TX | ECM |
| #340 | 06/29 | 10:08 | 13305629901 | 33 | 01 | OK | TX | ECM |
| #342 | 06/29 | 11:41 | 15106527081 | 26 | 01 | OK | TX | ECM |
| #343 | 06/29 | 11:42 | 19494619113 | 00 | 00 | BUSY | TX |  |
| #341 | 06/29 | 11:57 | 17043740029 | 40 | 02 | OK | TX | ECM |
| #344 | 06/29 | 11:58 | 16263314757 | 00 | 00 | BUSY | TX |  |
| #345 | 06/29 | 12:20 | 17043740029 | 00 | 00 | BUSY | TX |  |
| #346 | 06/29 | 13:45 | 17043740029 | 30 | 01 | OK | TX | ECM |
| #347 | 06/29 | 14:03 | 18165873377 | 36 | 01 | OK | TX |  |
| #348 | 06/29 | 14:04 | 15029663910 | 30 | 01 | OK | TX | ECM |
| #349 | 06/29 | 14:06 | 15403429808 | 27 | 01 | OK | TX | ECM |
| #350 | 06/29 | 14:07 | 18005546276 | 36 | 01 | OK | TX | ECM |
| #351 | 06/29 | 14:08 | 13162837538 | 29 | 01 | OK | TX | ECM |
| #352 | 06/29 | 14:10 | 19133210706 | 36 | 01 | OK | TX |  |
| #353 | 06/29 | 14:11 | 17132280931 | 34 | 01 | OK | TX |  |
| #354 | 06/29 | 14:12 | 15013750706 | 40 | 01 | OK | TX |  |
| #355 | 06/29 | 14:14 | 12156272034 | 23 | 01 | OK | TX | ECM |
| #357 | 06/29 | 14:16 | 16152593896 |  |  |  |  |  |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000166

**ACTIVITY REPORT**

TIME  : 06/27/2017 14:59
NAME  : EURTON ELECTRIC
FAX   : 5629460014
TEL   :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|---|
| #213 | 06/26 | 16:06 | 12558301182 | 38 | 01 | OK | TX | |
| #196 | 06/26 | 16:08 | 17196351928 | 00 | 00 | BUSY | TX | |
| #214 | 06/26 | 16:10 | 17047955560 | 49 | 01 | OK | TX | |
| #216 | 06/26 | 16:11 | 17043470596 | 53 | 01 | OK | TX | |
| #217 | 06/26 | 16:13 | 17087555283 | 42 | 01 | OK | TX | |
| #220 | 06/26 | 16:18 | 12143243737 | 00 | 00 | BUSY | TX | |
| #221 | 06/26 | 16:18 | 16592253484 | 33 | 01 | OK | TX | ECM |
| #211 | 06/26 | 16:19 | 13148426811 | 39 | 01 | OK | TX | |
| #212 | 06/26 | 16:21 | 13094548701 | 51 | 01 | OK | TX | |
| #218 | 06/26 | 16:23 | 18124772690 | 40 | 01 | OK | TX | |
| #215 | 06/26 | 16:33 | 12173323505 | 00 | 00 | BUSY | TX | |
| #219 | 06/26 | 16:36 | 14409740500 | 00 | 00 | BUSY | TX | |
| #222 | 06/26 | 16:44 | 15096850139 | 23 | 01 | OK | TX | ECM |
| #223 | 06/26 | 16:45 | 15406622970 | 34 | 01 | OK | TX | ECM |
| #224 | 06/26 | 16:46 | 13362974195 | 33 | 01 | OK | TX | ECM |
| #225 | 06/26 | 16:48 | 16615406005 | 01:02 | 01 | OK | TX | |
| #226 | 06/26 | 16:49 | 13019485265 | 49 | 01 | OK | TX | |
| #227 | 06/26 | 16:51 | 13014243080 | 29 | 01 | OK | TX | ECM |
| #229 | 06/26 | 16:52 | 19734021447 | 32 | 01 | OK | TX | ECM |
| #228 | 06/26 | 17:07 | 18506646759 | 00 | 00 | BUSY | TX | |
|  | 06/27 | 07:27 | 171454903628 | 16 | 01 | OK | RX | ECM |
|  | 06/27 | 10:37 |  | 31 | 02 | OK | RX | ECM |
| #230 | 06/27 | 14:20 | 17136882583 | 39 | 01 | OK | TX | |
| #231 | 06/27 | 14:21 | 12485829033 | 42 | 01 | OK | TX | |
| #232 | 06/27 | 14:22 | 15133670363 | 35 | 01 | OK | TX | ECM |
| #233 | 06/27 | 14:23 | 17818992402 | 29 | 01 | OK | TX | |
| #234 | 06/27 | 14:24 | 17043685788 | 50 | 01 | OK | TX | |
| #235 | 06/27 | 14:26 | 13362927162 | 28 | 01 | OK | TX | ECM |
| #236 | 06/27 | 14:27 | 17249380692 | 27 | 01 | OK | TX | ECM |
| #237 | 06/27 | 14:28 | 18475209540 | 24 | 01 | OK | TX | ECM |
| #238 | 06/27 | 14:29 | 14253795897 | 28 | 01 | OK | TX | ECM |
| #239 | 06/27 | 14:30 | 15056547407 | 24 | 01 | OK | TX | ECM |
| #240 | 06/27 | 14:31 | 13307501009 | 33 | 01 | OK | TX | ECM |
| #242 | 06/27 | 14:34 | 17044428242 | 33 | 01 | OK | TX | ECM |
| #243 | 06/27 | 14:36 | 18182233509 | 00 | 00 | BUSY | TX | |
| #244 | 06/27 | 14:36 | 18598874958 | 36 | 01 | OK | TX | |
| #245 | 06/27 | 14:37 | 17185236041 | 24 | 01 | OK | TX | ECM |
| #246 | 06/27 | 14:39 | 17035251637 | 37 | 01 | OK | TX | |
| #247 | 06/27 | 14:40 | 12514716967 | 55 | 01 | OK | TX | |
| #248 | 06/27 | 14:41 | 12059795533 | 25 | 01 | OK | TX | ECM |
| #249 | 06/27 | 14:42 | 14154956161 | 51 | 01 | OK | TX | ECM |
| #250 | 06/27 | 14:44 | 17012329446 | 25 | 01 | OK | TX | |
| #251 | 06/27 | 14:48 | 17196381577 | 38 | 01 | OK | TX | |
| #252 | 06/27 | 14:49 | 13202350981 | 52 | 01 | OK | TX | |
| #253 | 06/27 | 14:51 | 16053320228 | 32 | 01 | OK | TX | ECM |
| #254 | 06/27 | 14:52 | 13157377347 | 51 | 01 | OK | TX | |
| #255 | 06/27 | 14:53 | 18088426022 | 34 | 01 | OK | TX | ECM |
| #256 | 06/27 | 14:55 | 17347476098 | 34 | 01 | OK | TX | ECM |
| #258 | 06/27 | 14:57 | 19735370404 | 30 | 01 | OK | TX | |
| #260 | 06/27 | 14:58 | 12483072571 | 56 | 01 | OK | TX | |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

EE 000168

ACTIVITY REPORT

```
TIME   : 07/12/2017 13:30
NAME   : EURTON ELECTRIC
FAX    : 5629460014
TEL    :
SER.#  : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #028 | 07/10 | 15:38 | 15036906688 | 33 | 01 | OK | TX | ECM |
| #037 | 07/10 | 15:44 | 17707397033 | 32 | 01 | OK | TX | |
| #039 | 07/10 | 15:47 | 16152424702 | 40 | 01 | OK | TX | |
| #040 | 07/10 | 15:48 | 18037394365 | 33 | 01 | OK | TX | ECM |
| #041 | 07/10 | 15:49 | 13366603463 | 33 | 01 | OK | TX | ECM |
| #043 | 07/10 | 15:56 | 15173714605 | 36 | 01 | OK | TX | ECM |
| #044 | 07/10 | 15:58 | 15044867482 | 35 | 01 | OK | TX | ECM |
| #045 | 07/10 | 15:59 | 15047341321 | 26 | 01 | OK | TX | ECM |
| #046 | 07/10 | 16:05 | 12516668403 | 36 | 01 | OK | TX | ECM |
| #038 | 07/10 | 16:08 | 15025894276 | 53 | 00 | NG | TX | |
| #042 | 07/10 | 16:13 | 17709722741 | 00 | 00 | BUSY | TX | |
| | 07/11 | 08:10 | | 24 | 01 | OK | RX | ECM |
| | 07/11 | 08:49 | 055  361 0633 | 32 | 01 | OK | RX | |
| #048 | 07/11 | 14:08 | 18308961280 | 37 | 01 | OK | TX | ECM |
| #049 | 07/11 | 14:09 | 15032952966 | 39 | 01 | OK | TX | |
| #047 | 07/11 | 14:12 | 16503421026 | 35 | 01 | OK | TX | ECM |
| #050 | 07/11 | 14:14 | 12547523799 | 35 | 01 | OK | TX | ECM |
| #051 | 07/11 | 14:15 | 18187843299 | 36 | 01 | OK | TX | ECM |
| #052 | 07/11 | 14:16 | 14809459906 | 28 | 01 | OK | TX | ECM |
| #053 | 07/11 | 14:18 | 15207959442 | 41 | 01 | OK | TX | ECM |
| #054 | 07/11 | 14:19 | 16032558082 | 01:04 | 01 | OK | TX | |
| #055 | 07/11 | 14:20 | 16152543443 | 38 | 01 | OK | TX | |
| #056 | 07/11 | 14:22 | 13183239410 | 02:05 | 01 | OK | TX | |
| #057 | 07/11 | 14:24 | 14025923768 | 34 | 01 | OK | TX | ECM |
| #059 | 07/11 | 14:27 | 16025563787 | 39 | 01 | OK | TX | |
| #060 | 07/11 | 14:28 | 16102727305 | 25 | 01 | OK | TX | ECM |
| #061 | 07/11 | 14:29 | 17819356966 | 35 | 01 | OK | TX | ECM |
| #063 | 07/11 | 14:31 | 19087820378 | 00 | 00 | BUSY | TX | |
| #064 | 07/11 | 14:32 | 18568454387 | 28 | 01 | OK | TX | ECM |
| #065 | 07/11 | 14:33 | 17045252319 | 35 | 01 | OK | TX | ECM |
| #066 | 07/11 | 14:34 | 16315630928 | 25 | 01 | OK | TX | ECM |
| #058 | 07/11 | 14:36 | 13168321375 | 36 | 01 | OK | TX | ECM |
| #067 | 07/11 | 14:43 | 13057503469 | 36 | 01 | OK | TX | |
| #068 | 07/11 | 14:44 | 18036990210 | 50 | 01 | OK | TX | |
| #069 | 07/11 | 14:46 | 15053254465 | 35 | 01 | OK | TX | ECM |
| #070 | 07/11 | 14:47 | 12014803861 | 29 | 01 | OK | TX | ECM |
| #071 | 07/11 | 14:48 | 17704995015 | 24 | 01 | OK | TX | |
| #072 | 07/11 | 14:49 | 17709416819 | 38 | 01 | OK | TX | |
| #073 | 07/11 | 14:51 | 12129258998 | 36 | 01 | OK | TX | ECM |
| #062 | 07/11 | 14:52 | 17188215874 | 00 | 00 | BUSY | TX | |
| #074 | 07/12 | 09:29 | 19499162600 | 51 | 02 | OK | TX | |
| #075 | 07/12 | 13:14 | 18005869504 | 24 | 01 | OK | TX | ECM |
| #076 | 07/12 | 13:18 | 13013907927 | 00 | 00 | BUSY | TX | |
| #082 | 07/12 | 13:18 | 12156594384 | 00 | 00 | BUSY | TX | |
| #080 | 07/12 | 13:22 | 15403458227 | 38 | 01 | OK | TX | |
| #081 | 07/12 | 13:23 | 17818267165 | 36 | 01 | OK | TX | ECM |
| #077 | 07/12 | 13:24 | 14072974310 | 37 | 01 | OK | TX | ECM |
| #078 | 07/12 | 13:25 | 16033323758 | 39 | 01 | OK | TX | |
| #079 | 07/12 | 13:27 | 13019670218 | 35 | 01 | OK | TX | ECM |
| #083 | 07/12 | 13:29 | 17083858664 | 36 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000188

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/19/2017 13:23
                                    NAME  : EURTON ELECTRIC
                                    FAX   : 5629460014
                                    TEL   :
                                    SER.# : BROC6J596755
```

```
DATE,TIME                06/19  13:23
FAX NO./NAME             13305335235
DURATION                 00:00:00
PAGE(S)                  00
RESULT                   BUSY
MODE                     STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000227

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/19/2017 11:05
                                    NAME  : EURTON ELECTRIC
                                    FAX   : 5629460014
                                    TEL   :
                                    SER.# : BROC6J596755
```

```
        DATE,TIME                06/19  11:05
        FAX NO./NAME             13305335235
        DURATION                 00:00:00
        PAGE(S)                  00
        RESULT                   NG
        MODE                     STANDARD
```

NG: POOR LINE CONDITION

EE 000228

TRANSMISSION VERIFICATION REPORT

```
TIME : 06/19/2017 13:36
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755
```

```
DATE,TIME         06/19  13:35
FAX NO./NAME      1310292988
DURATION          00:00:00
PAGE(S)           00
RESULT            BUSY
MODE              STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000230

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 06/15/2017 15:06
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
        DATE,TIME          06/15  15:06
        FAX NO./NAME       13102929880
        DURATION           00:00:00
        PAGE(S)            00
        RESULT             BUSY
        MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000231

| | |
|---|---|
| TRANSMISSION VERIFICATION REPORT | |

```
                                    TIME  : 06/20/2017 15:33
                                    NAME  : EURTON ELECTRIC
                                    FAX   : 5629460014
                                    TEL   :
                                    SER.# : BROC6J596755
```

```
    DATE,TIME          06/20  15:32
    FAX NO./NAME       14123612855
    DURATION           00:00:44
    PAGE(S)            00
    RESULT             NG
    MODE               STANDARD
```

NG: POOR LINE CONDITION

EE 000233

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘

                        TIME   : 06/20/2017 14:25
                        NAME   : EURTON ELECTRIC
                        FAX    : 5629460014
                        TEL    :
                        SER.#  : BROC6J596755
```

| | |
|---|---|
| DATE,TIME | 06/20  14:24 |
| FAX NO./NAME | 14123612855 |
| DURATION | 00:01:02 |
| PAGE(S) | 00 |
| RESULT | NG |
| MODE | STANDARD |

NG: POOR LINE CONDITION

#79

Went
through   Jk

EE 000234

```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────────┘
                              TIME  :  06/21/2017 15:17
                              NAME  :  EURTON ELECTRIC
                              FAX   :  5629460014
                              TEL   :
                              SER.# :  BROC6J596755
```

```
┌─────────────────────────────────────────────────────────────┐
│                                                              │
│     DATE,TIME          06/21  15:17                          │
│     FAX NO./NAME        19545833265                          │
│     DURATION            00:00:00                             │
│     PAGE(S)             00                                   │
│     RESULT              BUSY                                 │
│     MODE                STANDARD                             │
│                                                              │
└─────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000236

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                          TIME  : 06/21/2017 14:28
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌─────────────────────────────────────────────────────────┐
│   DATE,TIME              06/21  14:28                     │
│   FAX NO./NAME           19545833265                      │
│   DURATION               00:00:00                         │
│   PAGE(S)                00                               │
│   RESULT                 BUSY                             │
│   MODE                   STANDARD                         │
└─────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

ok #

EE 000237

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘

                              TIME  : 06/21/2017 15:01
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
    DATE,TIME              06/21  15:01
    FAX NO./NAME           14107961248
    DURATION               00:00:00
    PAGE(S)                00
    RESULT                 BUSY
    MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000239

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                          TIME  : 06/21/2017 13:50
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────┐
│   DATE,TIME           06/21  13:50                         │
│   FAX NO./NAME        14107951248                          │
│   DURATION            00:00:00                             │
│   PAGE(S)             00                                   │
│   RESULT              BUSY                                 │
│   MODE                STANDARD                             │
└──────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000240

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                              TIME  : 06/21/2017 15:03
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌─────────────────────────────────────────────────────────┐
│   DATE,TIME              06/21  15:03                     │
│   FAX NO./NAME           19198560051                      │
│   DURATION               00:00:00                         │
│   PAGE(S)                00                               │
│   RESULT                 BUSY                             │
│   MODE                   STANDARD                         │
└─────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000242

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 06/21/2017 13:54
                                        NAME : EURTON ELECTRIC
                                        FAX  : 5629460014
                                        TEL  :
                                        SER.# : BROC6J596755
```

```
        DATE,TIME              06/21  13:54
        FAX NO./NAME           19198560051
        DURATION               00:00:00
        PAGE(S)                00
        RESULT                 BUSY
        MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000243

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/21/2017 15:04
NAME  : EURTON ELECTRIC
FAX   : 5629460014
TEL   :
SER.# : BROC6J596755
```

```
DATE,TIME          06/21  15:04
FAX NO./NAME       19195440474
DURATION           00:00:00
PAGE(S)            00
RESULT             BUSY
MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000245

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                              TIME  : 06/21/2017 13:57
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────┐
│   DATE,TIME              06/21  13:57                       │
│   FAX NO./NAME           19195440474                        │
│   DURATION               00:00:00                           │
│   PAGE(S)                00                                 │
│   RESULT                 BUSY                               │
│   MODE                   STANDARD                           │
└──────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000246

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                              TIME  : 06/20/2017 15:33
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
        DATE,TIME               06/20  15:33
        FAX NO./NAME            13346714544
        DURATION                00:00:00
        PAGE(S)                 00
        RESULT                  BUSY
        MODE                    STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000248

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 06/20/2017 14:23
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
       DATE,TIME              06/20  14:23
       FAX NO./NAME           13346714544
       DURATION               00:00:00
       PAGE(S)                00
       RESULT                 BUSY
       MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

ok #

went   jk

through

EE 000249

```
                    ┌─────────────────┐
                    │ ACTIVITY REPORT │
                    └─────────────────┘
```

```
TIME   : 06/28/2017 11:15
NAME   : EURTON ELECTRIC
FAX    : 5629460014
TEL    :
SER.#  : BROC6J595755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #261 | 06/27 | 15:00 | 17168553417 | 33 | 01 | OK | TX | ECM |
| #265 | 06/27 | 15:01 | 12018186611 | 02 | 00 | CANCEL | TX | |
| #262 | 06/27 | 15:02 | 17168247731 | 25 | 01 | OK | TX | ECM |
| | 06/27 | 15:03 | | 44 | 01 | OK | RX | ECM |
| #263 | 06/27 | 15:04 | 19188348513 | 34 | 01 | OK | TX | |
| #264 | 06/27 | 15:05 | 17819352342 | 41 | 01 | OK | TX | |
| #257 | 06/27 | 15:09 | 14192447581 | 35 | 01 | OK | TX | |
| #259 | 06/27 | 15:10 | 16082552300 | 37 | 01 | OK | TX | |
| #241 | 06/27 | 15:14 | 18645839931 | 38 | 01 | OK | TX | ECM |
| #266 | 06/27 | 15:23 | 16264438120 | 17 | 01 | OK | TX | ECM |
| #267 | 06/27 | 15:57 | 12018186611 | 37 | 01 | OK | TX | |
| #268 | 06/27 | 15:59 | 13013504026 | 24 | 01 | OK | TX | ECM |
| #269 | 06/27 | 16:00 | 14198699084 | 39 | 01 | OK | TX | ECM |
| #270 | 06/27 | 16:01 | 17149611140 | 37 | 01 | OK | TX | ECM |
| #271 | 06/27 | 16:02 | 13056720301 | 36 | 01 | OK | TX | |
| #272 | 06/27 | 16:03 | 14056343637 | 29 | 01 | OK | TX | ECM |
| #273 | 06/27 | 16:04 | 15126271313 | 38 | 01 | OK | TX | |
| #274 | 06/27 | 16:06 | 18122846572 | 36 | 01 | OK | TX | |
| #275 | 06/27 | 16:07 | 16022547100 | 32 | 01 | OK | TX | ECM |
| #276 | 06/27 | 16:08 | 18136399344 | 25 | 01 | OK | TX | ECM |
| #277 | 06/27 | 16:09 | 18502773072 | 35 | 01 | OK | TX | |
| #278 | 06/27 | 16:10 | 16144812112 | 37 | 01 | OK | TX | |
| #279 | 06/27 | 16:11 | 17687472626 | 25 | 01 | OK | TX | ECM |
| #280 | 06/27 | 16:12 | 13239373912 | 35 | 01 | OK | TX | |
| #282 | 06/27 | 16:15 | 19152283777 | 00 | 00 | BUSY | TX | |
| #286 | 06/27 | 16:20 | 15122893172 | 00 | 00 | BUSY | TX | |
| #287 | 06/27 | 16:20 | 16305307935 | 31 | 01 | OK | TX | ECM |
| #288 | 06/27 | 16:22 | 17062260810 | 00 | 00 | BUSY | TX | |
| #289 | 06/27 | 16:23 | 16162437751 | 38 | 01 | OK | TX | |
| #290 | 06/27 | 16:25 | 17274465625 | 00 | 00 | BUSY | TX | |
| #291 | 06/27 | 16:25 | 12153867550 | 36 | 01 | OK | TX | |
| #292 | 06/27 | 16:27 | 12143243737 | 00 | 00 | BUSY | TX | |
| #293 | 06/27 | 16:28 | 14409740500 | 37 | 01 | OK | TX | |
| #294 | 06/27 | 16:29 | 12173523505 | 28 | 01 | OK | TX | ECM |
| #295 | 06/27 | 16:31 | 19495814930 | 41 | 01 | OK | TX | |
| #283 | 06/27 | 16:32 | 13103223627 | 32 | 01 | OK | TX | ECM |
| #284 | 06/27 | 16:33 | 19567236258 | 33 | 01 | OK | TX | ECM |
| #285 | 06/27 | 16:35 | 13197950200 | 00 | 00 | BUSY | TX | |
| #281 | 06/27 | 16:42 | 18506646769 | 00 | 00 | BUSY | TX | |
| #296 | 06/27 | 16:50 | 17172591241 | 42 | 01 | OK | TX | |
| #297 | 06/27 | 16:52 | 17148852163 | 00 | 00 | BUSY | TX | |
| #299 | 06/27 | 16:55 | 18182233609 | 00 | 00 | BUSY | TX | |
| #300 | 06/27 | 16:56 | 12018186611 | 39 | 01 | OK | TX | ECM |
| #298 | 06/27 | 16:59 | 19072621600 | 43 | 01 | OK | TX | |
| #301 | 06/27 | 17:20 | 19792330737 | 33 | 01 | OK | TX | ECM |
| #302 | 06/28 | 11:08 | 12127502053 | 34 | 01 | OK | TX | ECM |
| #303 | 06/28 | 11:10 | 17050252505 | 00 | 00 | BUSY | TX | |
| #304 | 06/28 | 11:11 | 19388669259 | 39 | 01 | OK | TX | |
| #305 | 06/28 | 11:14 | 19782513700 | 25 | 01 | OK | TX | ECM |
| #306 | 06/28 | 11:15 | 12018969190 | 27 | 01 | OK | TX | ECM |

```
BUSY : BUSY/NO RESPONSE
NG   : POOR LINE CONDITION / OUT OF MEMORY
CV   : COVERPAGE
POL  : POLLING
RET  : RETRIEVAL
```

EE 000251

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                        TIME  : 06/15/2017 13:50
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755
```

```
        DATE,TIME            06/15  13:50
        FAX NO./NAME         12485455557
        DURATION             00:00:00
        PAGE(S)              00
        RESULT               BUSY
        MODE                 STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000253

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

```
                              TIME  :  06/15/2017 11:40
                              NAME  :  EURTON ELECTRIC
                              FAX   :  5629460014
                              TEL   :
                              SER.# :  BROC6J596755
```

```
┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│    DATE,TIME                    06/15  11:40                        │
│    FAX NO./NAME                 12485455557                         │
│    DURATION                     00:00:00                            │
│    PAGE(S)                      00                                  │
│    RESULT                       BUSY                                │
│    MODE                         STANDARD                            │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000254

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                              TIME  : 06/13/2017 15:31
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME              06/13  15:31                          │
│   FAX NO./NAME           15095474559                           │
│   DURATION               00:00:00                             │
│   PAGE(S)                00                                    │
│   RESULT                 BUSY                                  │
│   MODE                   STANDARD                             │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000257

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
                              TIME  : 06/08/2017 13:59
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME              06/08  13:59                           │
│   FAX NO./NAME           15095474559                           │
│   DURATION               00:00:00                              │
│   PAGE(S)                00                                     │
│   RESULT                 BUSY                                  │
│   MODE                   STANDARD                             │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000258

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

                          TIME  : 06/30/2017 09:33
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌───────────────────────────────────────────────────────┐
│                                                         │
│   DATE,TIME            06/30  09:33                      │
│   FAX NO./NAME         14806334719                       │
│   DURATION            00:00:00                           │
│   PAGE(S)              00                                │
│   RESULT               BUSY                              │
│   MODE                 STANDARD                          │
│                                                         │
└───────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

6/30 - spoke w/ KAREN she Answered after I intro'd she hung up C/B

EE 000260

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘

                              TIME  : 06/29/2017 14:20
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│   DATE,TIME            06/29  14:20                            │
│   FAX NO./NAME         14806334719                            │
│   DURATION             00:00:00                               │
│   PAGE(S)              00                                     │
│   RESULT               BUSY                                   │
│   MODE                 STANDARD                               │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000261

```
                    ┌─────────────────┐
                    │ ACTIVITY REPORT │
                    └─────────────────┘
```

```
                                      TIME  : 07/13/2017 15:03
                                      NAME  : EURTON ELECTRIC
                                      FAX   : 5629460014
                                      TEL   :
                                      SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|---|
| #086 | 07/12 | 13:31 | 13862380973 | 02 | 00 | CANCEL | TX |
| #084 | 07/12 | 13:31 | 14198933553 | 32 | 01 | OK | TX ECM |
| #085 | 07/12 | 13:33 | 12156594304 | 00 | 00 | BUSY | TX |
|  | 07/12 | 14:12 | 7863850664 | 29 | 01 | OK | RX ECM |
| #087 | 07/12 | 14:15 | 19512562164 | 40 | 01 | OK | TX ECM |
| #088 | 07/12 | 14:53 | 13862380973 | 35 | 01 | OK | TX ECM |
| #089 | 07/12 | 14:54 | 19197025133 | 37 | 01 | OK | TX ECM |
| #090 | 07/12 | 14:55 | 14107376764 | 30 | 01 | OK | TX ECM |
| #091 | 07/12 | 14:56 | 13013736394 | 35 | 01 | OK | TX |
| #092 | 07/12 | 14:57 | 19148342995 | 43 | 01 | OK | TX |
| #093 | 07/12 | 14:59 | 18453409190 | 34 | 01 | OK | TX ECM |
| #094 | 07/12 | 15:00 | 19736274252 | 38 | 01 | OK | TX |
| #095 | 07/12 | 15:01 | 13179254166 | 27 | 01 | OK | TX ECM |
| #096 | 07/12 | 15:02 | 16102665775 | 41 | 01 | OK | TX ECM |
| #097 | 07/12 | 15:04 | 12293000386 | 36 | 01 | OK | TX ECM |
| #098 | 07/12 | 15:05 | 18017731035 | 01:02 | 01 | OK | TX |
| #099 | 07/12 | 15:06 | 14325639397 | 31 | 01 | OK | TX ECM |
| #100 | 07/12 | 15:08 | 19157751929 | 30 | 01 | OK | TX ECM |
|  | 07/12 | 15:15 | 8055434472 | 20 | 01 | OK | RX ECM |
|  | 07/13 | 08:52 |  | 21 | 01 | OK | RX |
| #101 | 07/13 | 09:26 | 15264470536 | 00 | 00 | BUSY | TX |
| #102 | 07/13 | 09:37 | 12035961344 | 21 | 01 | OK | TX ECM |
| #103 | 07/13 | 10:04 | 15264470534 | 01:32 | 00 | NG | TX |
| #104 | 07/13 | 11:48 | 19783675700 | 49 | 01 | OK | TX ECM |
| #105 | 07/13 | 11:49 | 13373650548 | 36 | 01 | OK | TX ECM |
| #106 | 07/13 | 11:50 | 12024839512 | 39 | 01 | OK | TX ECM |
| #108 | 07/13 | 11:52 | 19157750222 | 39 | 01 | OK | TX |
| #109 | 07/13 | 11:54 | 17136433243 | 39 | 01 | OK | TX |
| #110 | 07/13 | 11:56 | 17033851758 | 36 | 01 | OK | TX ECM |
| #111 | 07/13 | 11:57 | 16022757582 | 40 | 01 | OK | TX |
| #112 | 07/13 | 11:58 | 13604259324 | 39 | 01 | OK | TX ECM |
| #113 | 07/13 | 11:59 | 16158896773 | 27 | 01 | OK | TX |
| #114 | 07/13 | 12:00 | 13055915653 | 39 | 01 | OK | TX |
| #115 | 07/13 | 12:02 | 12053495747 | 38 | 01 | OK | TX |
| #116 | 07/13 | 12:03 | 14402058366 | 29 | 01 | OK | TX ECM |
| #117 | 07/13 | 12:04 | 18047455085 | 37 | 01 | OK | TX |
| #118 | 07/13 | 12:05 | 13162638100 | 39 | 01 | OK | TX |
| #107 | 07/13 | 12:07 | 17178989347 | 43 | 01 | OK | TX ECM |
| #120 | 07/13 | 12:08 | 18107443798 | 31 | 01 | OK | TX ECM |
| #121 | 07/13 | 12:09 | 12879783251 | 47 | 01 | OK | TX |
| #122 | 07/13 | 12:11 | 13362749989 | 39 | 01 | OK | TX ECM |
| #119 | 07/13 | 12:26 | 18128860573 | 01:06 | 01 | OK | TX |
|  | 07/13 | 12:48 |  | 20 | 00 | NG | RX |
|  | 07/13 | 12:54 | 615 889 6773 | 27 | 01 | OK | RX ECM |
|  | 07/13 | 13:05 |  | 39 | 01 | OK | RX ECM |
|  | 07/13 | 14:00 | 335 668 3463 | 27 | 01 | OK | RX ECM |
| #123 | 07/13 | 14:59 | 18124790100 | 52 | 01 | OK | TX ECM |
| #124 | 07/13 | 15:00 | 15093396921 | 20 | 01 | OK | TX ECM |
| #125 | 07/13 | 15:01 | 18123769729 | 26 | 01 | OK | TX ECM |
| #126 | 07/13 | 15:02 | 15036466557 | 30 | 01 | OK | TX ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000270

| ACTIVITY REPORT |
|---|

```
TIME  : 07/07/2017 14:38
NAME  : EURTON ELECTRIC
FAX   : 5529460014
TEL   :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #445 | 07/06 | 15:03 | 19104525301 | 38 | 01 | OK | TX | |
| #446 | 07/06 | 15:04 | 18036491036 | 03:59 | 01 | OK | TX | ECM |
| #448 | 07/06 | 16:32 | 14348478812 | 37 | 01 | OK | TX | |
| #449 | 07/06 | 16:33 | 14089462426 | 38 | 01 | OK | TX | |
| #450 | 07/06 | 16:34 | 19896848497 | 27 | 01 | OK | TX | ECM |
| #451 | 07/06 | 16:36 | 19732380010 | 25 | 01 | OK | TX | ECM |
| #452 | 07/06 | 16:36 | 17814409903 | 36 | 01 | OK | TX | |
| #453 | 07/06 | 16:38 | 12486244770 | 34 | 01 | OK | TX | ECM |
| #454 | 07/06 | 16:39 | 18473361456 | 37 | 01 | OK | TX | |
| #455 | 07/06 | 16:40 | 13352723557 | 37 | 01 | OK | TX | |
| #456 | 07/06 | 16:41 | 15618480255 | 37 | 01 | OK | TX | |
| #447 | 07/06 | 16:43 | 18479480221 | 33 | 01 | OK | TX | ECM |
| #457 | 07/06 | 16:44 | 15596515068 | 37 | 01 | OK | TX | ECM |
| #458 | 07/06 | 16:45 | 17246588644 | 27 | 01 | OK | TX | |
| #459 | 07/06 | 16:45 | 12154421328 | 39 | 01 | OK | TX | ECM |
| #460 | 07/06 | 16:48 | 19547923560 | 49 | 01 | OK | TX | ECM |
| #461 | 07/06 | 16:49 | 12187227842 | 33 | 01 | OK | TX | ECM |
| | 07/07 | 08:30 | | 38 | 01 | OK | RX | |
| #463 | 07/07 | 09:08 | 14145669664 | 01:10 | 02 | OK | TX | |
| #464 | 07/07 | 10:53 | 15592925701 | 34 | 01 | OK | TX | |
| | 07/07 | 11:31 | 2532722323 | 01:49 | 01 | OK | RX | |
| #465 | 07/07 | 11:49 | 13056391213 | 39 | 01 | OK | TX | |
| #466 | 07/07 | 11:51 | 19186634171 | 41 | 01 | OK | TX | ECM |
| #467 | 07/07 | 11:52 | 12259247700 | 42 | 01 | OK | TX | |
| #468 | 07/07 | 11:53 | 17012826083 | 48 | 01 | OK | TX | ECM |
| #459 | 07/07 | 11:54 | 15413170384 | 59 | 01 | OK | TX | ECM |
| #470 | 07/07 | 11:57 | 14107851163 | 00 | 00 | BUSY | TX | |
| #471 | 07/07 | 11:57 | 18106536130 | 37 | 01 | OK | TX | |
| #479 | 07/07 | 11:58 | 15015626461 | 02 | 00 | CANCEL | TX | |
| #472 | 07/07 | 11:59 | 19188341065 | 51 | 01 | OK | TX | ECM |
| #473 | 07/07 | 12:01 | 13157684807 | 26 | 01 | OK | TX | ECM |
| | 07/07 | 12:03 | 15015626461 | 04 | 00 | NG | RX | |
| #475 | 07/07 | 12:04 | 16153520418 | 39 | 01 | OK | TX | |
| #476 | 07/07 | 12:05 | 17168845953 | 40 | 01 | OK | TX | ECM |
| #477 | 07/07 | 12:06 | 15106615706 | 38 | 01 | OK | TX | ECM |
| #474 | 07/07 | 12:09 | 13212673799 | 34 | 01 | OK | TX | ECM |
| #480 | 07/07 | 13:45 | 18665213541 | 40 | 01 | OK | TX | ECM |
| #481 | 07/07 | 13:52 | 15015626461 | 33 | 01 | OK | TX | |
| #478 | 07/07 | 13:54 | 13038935124 | 00 | 00 | BUSY | TX | |
| #482 | 07/07 | 14:08 | 18005869502 | 42 | 01 | OK | TX | ECM |
| #483 | 07/07 | 14:09 | 17012291639 | 34 | 01 | OK | TX | ECM |
| #484 | 07/07 | 14:11 | 16108893837 | 37 | 01 | OK | TX | |
| #486 | 07/07 | 14:13 | 19549895738 | 32 | 01 | OK | TX | |
| #487 | 07/07 | 14:14 | 16084411952 | 39 | 01 | OK | TX | |
| #489 | 07/07 | 14:16 | 18142256067 | 45 | 01 | OK | TX | ECM |
| #485 | 07/07 | 14:18 | 17804895525 | 30 | 01 | OK | TX | ECM |
| #488 | 07/07 | 14:21 | 13173566382 | 36 | 01 | OK | TX | |
| | 07/07 | 14:33 | | 20 | 00 | NG | RX | ECM |
| #490 | 07/07 | 14:35 | 17044358816 | 34 | 01 | OK | TX | |
| #492 | 07/07 | 14:37 | 17057906270 | 38 | 01 | OK | TX | |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000306

## ACTIVITY REPORT

```
TIME : 07/10/2017 15:37
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #493 | 07/07 | 14:39 | 18435460094 | 01:11 | 01 | OK | TX | |
| #494 | 07/07 | 14:40 | 13193638389 | 23 | 01 | OK | TX | ECM |
| #495 | 07/07 | 14:41 | 17737282499 | 34 | 01 | OK | TX | ECM |
| #491 | 07/07 | 14:42 | 13015076205 | 34 | 01 | OK | TX | ECM |
| | 07/07 | 14:44 | 501 562 6461 | 32 | 01 | OK | RX | ECM |
| #496 | 07/07 | 14:47 | 17097882277 | 51 | 01 | OK | TX | |
| #497 | 07/07 | 14:49 | 18167562149 | 38 | 01 | OK | TX | |
| #498 | 07/07 | 14:50 | 13036516787 | 01:20 | 01 | OK | TX | |
| #499 | 07/07 | 14:52 | 12147475292 | 53 | 01 | OK | TX | |
| #500 | 07/07 | 14:54 | 15017246659 | 00 | 00 | BUSY | TX | |
| | 07/10 | 07:25 | | 01:09 | 01 | OK | RX | ECM |
| #001 | 07/10 | 09:12 | 12095233821 | 42 | 01 | OK | RX | ECM |
| | 07/10 | 11:02 | | 33 | 01 | OK | RX | |
| #003 | 07/10 | 11:33 | 15852541839 | 00 | 00 | BUSY | TX | |
| #004 | 07/10 | 11:34 | 18037963348 | 39 | 00 | NG | TX | |
| #008 | 07/10 | 11:35 | 18604297176 | 28 | 01 | OK | TX | ECM |
| #005 | 07/10 | 11:36 | 17703212520 | 01:37 | 01 | OK | TX | |
| #006 | 07/10 | 11:38 | 17062530254 | 34 | 01 | OK | TX | ECM |
| #007 | 07/10 | 11:39 | 13366290959 | 38 | 01 | OK | TX | |
| #002 | 07/10 | 11:41 | 18032526902 | 40 | 01 | OK | TX | |
| | 07/10 | 12:06 | 5626936064 | 57 | 01 | OK | RX | |
| | 07/10 | 13:17 | | 33 | 02 | OK | RX | ECM |
| #010 | 07/10 | 14:04 | 14126217169 | 27 | 01 | OK | TX | ECM |
| #011 | 07/10 | 14:05 | 16516460610 | 23 | 01 | OK | TX | ECM |
| #012 | 07/10 | 14:06 | 16169578927 | 42 | 01 | OK | TX | ECM |
| #013 | 07/10 | 14:08 | 12032691466 | 00 | 00 | BUSY | TX | |
| #014 | 07/10 | 14:09 | 14107709664 | 34 | 01 | OK | TX | |
| #015 | 07/10 | 14:10 | 18165258628 | 32 | 01 | OK | TX | ECM |
| #009 | 07/10 | 14:11 | 17242284165 | 39 | 01 | OK | TX | |
| #016 | 07/10 | 14:13 | 19142371171 | 32 | 01 | OK | TX | ECM |
| #017 | 07/10 | 14:14 | 14137395476 | 39 | 01 | OK | TX | |
| #018 | 07/10 | 14:15 | 18164548083 | 25 | 01 | OK | TX | ECM |
| #020 | 07/10 | 14:18 | 12057592252 | 01:22 | 01 | OK | TX | |
| #021 | 07/10 | 14:20 | 18582790362 | 00 | 00 | BUSY | TX | |
| #022 | 07/10 | 14:21 | 12057634232 | 37 | 01 | OK | TX | |
| #025 | 07/10 | 14:22 | 14323812521 | 31 | 01 | OK | TX | ECM |
| #024 | 07/10 | 14:25 | 12106556727 | 00 | 00 | BUSY | TX | |
| #019 | 07/10 | 14:26 | 13193634653 | 00 | 00 | BUSY | TX | |
| #023 | 07/10 | 14:29 | 13054494911 | 33 | 01 | OK | TX | ECM |
| | 07/10 | 15:00 | | 53 | 02 | OK | RX | ECM |
| #026 | 07/10 | 15:25 | 16192602506 | 25 | 01 | OK | TX | ECM |
| #027 | 07/10 | 15:26 | 18067631685 | 29 | 01 | OK | TX | ECM |
| #029 | 07/10 | 15:29 | 19160536847 | 43 | 01 | OK | TX | |
| #030 | 07/10 | 15:30 | 15122441846 | 27 | 01 | OK | TX | ECM |
| #031 | 07/10 | 15:31 | 15122597073 | 39 | 01 | OK | TX | |
| #032 | 07/10 | 15:32 | 13607572681 | 35 | 01 | OK | TX | ECM |
| #033 | 07/10 | 15:34 | 12195631066 | 38 | 01 | OK | TX | |
| #034 | 07/10 | 15:35 | 12152953082 | 32 | 01 | OK | TX | ECM |
| #035 | 07/10 | 15:36 | 17036310175 | 48 | 01 | OK | TX | ECM |
| #036 | 07/10 | 15:37 | 13016684454 | 27 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000371

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                        TIME  : 06/27/2017 16:22
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755
```

```
        DATE,TIME              06/27  16:22
        FAX NO./NAME           17062260810
        DURATION               00:00:00
        PAGE(S)                00
        RESULT                 BUSY
        MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

EE 000384

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
                          TIME : 06/26/2017 16:01
                          NAME : EURTON ELECTRIC
                          FAX  : 5629460014
                          TEL  :
                          SER.# : BROC6J596755
```

```
DATE,TIME                 06/26  16:01
FAX NO./NAME              17062660818
DURATION                  00:00:00
PAGE(S)                   00
RESULT                    BUSY
MODE                      STANDARD
```

BUSY: BUSY/NO RESPONSE

6/30 – spoke w/ female – but breaking too much bad connection
C/B

706-226-0818

EE 000385

ACTIVITY REPORT

TIME : 07/06/2017 15:03
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #403 | 07/03 | 16:35 | 18505001225 | 25 | 01 | OK | TX | ECM |
| #404 | 07/03 | 16:37 | 15388914025 | 39 | 01 | OK | TX | |
| #400 | 07/03 | 16:38 | 18032521119 | 39 | 01 | OK | TX | |
| | 07/05 | 09:33 | | 19 | 01 | OK | RX | ECM |
| #405 | 07/05 | 12:01 | 12083757007 | 45 | 01 | OK | TX | |
| #407 | 07/05 | 12:03 | 18185971280 | 25 | 01 | OK | TX | ECM |
| #408 | 07/05 | 12:04 | 12104773090 | 25 | 01 | OK | TX | ECM |
| #406 | 07/05 | 12:08 | 12129889192 | 40 | 01 | OK | TX | ECM |
| | 07/05 | 12:25 | 8282580080 | 02:22 | 03 | OK | RX | |
| #409 | 07/05 | 13:28 | 13047526084 | 26 | 01 | OK | TX | ECM |
| #410 | 07/05 | 13:29 | 9080090 | 34 | 01 | OK | TX | ECM |
| #411 | 07/05 | 13:31 | 12154409786 | 55 | 01 | OK | TX | |
| #412 | 07/05 | 13:32 | 19182498676 | 22 | 01 | OK | TX | ECM |
| #413 | 07/05 | 13:34 | 13035342410 | 36 | 01 | OK | TX | |
| #414 | 07/05 | 13:59 | 19728871286 | 25 | 01 | OK | TX | ECM |
| #415 | 07/05 | 13:59 | 15855462979 | 25 | 01 | OK | TX | ECM |
| #416 | 07/05 | 14:00 | 13368827912 | 24 | 01 | OK | TX | ECM |
| #417 | 07/05 | 14:01 | 19204352444 | 37 | 01 | OK | TX | |
| #418 | 07/05 | 14:03 | 14017321550 | 37 | 01 | OK | TX | |
| #419 | 07/05 | 14:04 | 15414618655 | 41 | 01 | OK | TX | |
| #420 | 07/05 | 14:05 | 13182220724 | 41 | 01 | OK | TX | ECM |
| #421 | 07/05 | 14:08 | 16613935636 | | | OK | RX | ECM |
| | 07/05 | 14:15 | | 01:19 | 03 | OK | RX | ECM |
| | 07/05 | 14:23 | | 44 | 02 | OK | RX | ECM |
| | 07/05 | 16:32 | 6613935636 | 30 | 01 | OK | RX | ECM |
| | 07/06 | 08:49 | 701 787 3323 | 01:42 | 02 | OK | TX | |
| #422 | 07/06 | 10:06 | 19417211932 | 02:38 | 01 | OK | TX | |
| | 07/06 | 10:15 | 9417211932 | 34 | 01 | OK | RX | ECM |
| #423 | 07/06 | 11:26 | 19378329508 | 43 | 02 | OK | TX | ECM |
| #424 | 07/06 | 14:08 | 13035342410 | 36 | 01 | OK | TX | |
| #425 | 07/06 | 14:10 | 2154409786 | 00 | 00 | BUSY | TX | |
| #425 | 07/06 | 14:11 | 13182498676 | 32 | 01 | OK | TX | ECM |
| #427 | 07/06 | 14:12 | 13047526084 | 30 | 01 | OK | TX | |
| #428 | 07/06 | 14:13 | 19259340457 | 27 | 01 | OK | TX | ECM |
| #429 | 07/06 | 14:14 | 19366336160 | 24 | 01 | OK | TX | |
| #430 | 07/06 | 14:15 | 15092484850 | 39 | 01 | OK | TX | |
| #431 | 07/06 | 14:16 | 13236554291 | 35 | 01 | OK | TX | ECM |
| #432 | 07/06 | 14:17 | 18054345515 | 37 | 00 | NG | TX | |
| #435 | 07/06 | 14:20 | 19857250061 | 43 | 01 | OK | TX | |
| #436 | 07/06 | 14:22 | 18033963953 | 00 | 00 | BUSY | TX | |
| #434 | 07/06 | 14:25 | 17022229122 | 39 | 01 | OK | TX | |
| #433 | 07/06 | 14:36 | 17074310461 | 00 | 00 | BUSY | TX | |
| #437 | 07/06 | 14:52 | 16024378862 | 25 | 01 | OK | TX | ECM |
| #438 | 07/06 | 14:53 | 17026421006 | 37 | 01 | OK | TX | |
| #439 | 07/06 | 14:55 | 14177814849 | 38 | 01 | OK | TX | |
| #440 | 07/06 | 14:56 | 13937807563 | 01:00 | 01 | OK | TX | |
| #441 | 07/06 | 14:58 | 18507696720 | 39 | 01 | OK | TX | |
| #442 | 07/06 | 14:59 | 16314678249 | 35 | 01 | OK | TX | ECM |
| #443 | 07/06 | 15:00 | 17633831437 | 40 | 01 | OK | TX | ECM |
| #444 | 07/06 | 15:02 | 13366321008 | 44 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

EE 000506

```
ACTIVITY REPORT
```

TIME : 06/12/2017 12:16
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #192 | 06/08 | 14:06 | 15124470102 | 33 | 01 | OK | TX | ECM |
| #193 | 06/08 | 14:07 | 15124480267 | 37 | 01 | OK | TX | ECM |
| #194 | 06/08 | 14:08 | 15177504737 | 29 | 01 | OK | TX | |
| #195 | 06/08 | 14:10 | 15095760372 | 39 | 01 | OK | TX | |
| #196 | 06/08 | 14:11 | 15207452500 | 32 | 01 | OK | TX | ECM |
| #197 | 06/08 | 16:57 | 15167830037 | 36 | 01 | OK | TX | |
| #198 | 06/08 | 16:58 | 15008650542 | 26 | 01 | OK | TX | ECM |
| #199 | 06/08 | 16:59 | 15086771300 | 35 | 01 | OK | TX | |
| #200 | 06/08 | 17:00 | 15082912544 | 32 | 01 | OK | TX | ECM |
| #201 | 06/08 | 17:02 | 15072813879 | 25 | 01 | OK | TX | ECM |
| #202 | 06/08 | 17:03 | 15152768700 | 36 | 01 | OK | TX | |
| #203 | 06/08 | 17:10 | 14356748971 | 36 | 01 | OK | TX | ECM |
| | 06/09 | 00:14 | | 47 | 02 | OK | RX | ECM |
| #205 | 06/09 | 10:11 | 15137728044 | 33 | 01 | OK | TX | ECM |
| #206 | 06/09 | 10:12 | 15137721066 | 36 | 01 | OK | TX | ECM |
| #207 | 06/09 | 10:16 | 17574592151 | 27 | 01 | OK | TX | ECM |
| #208 | 06/09 | 10:18 | 19897255185 | 32 | 01 | OK | TX | |
| #209 | 06/09 | 10:19 | 17195907917 | 39 | 01 | OK | TX | |
| | 06/09 | 10:22 | 17342613058 | 32 | 01 | OK | TX | ECM |
| #211 | 06/09 | 10:26 | | 37 | 01 | OK | RX | ECM |
| | 06/09 | 10:28 | 17166842294 | 32 | 01 | OK | TX | ECM |
| #210 | 06/09 | 10:30 | 12560836531 | 00 | 00 | BUSY | | |
| #204 | 06/09 | 11:24 | | 44 | 01 | OK | RX | |
| | 06/12 | 09:48 | 855 219 4122 | 23 | 01 | OK | RX | ECM |
| #212 | 06/12 | 11:13 | 18153977357 | 38 | 01 | OK | TX | |
| #213 | 06/12 | 11:14 | 18154593337 | 30 | 01 | OK | TX | ECM |
| #214 | 06/12 | 11:15 | 18156924148 | 50 | 01 | OK | TX | |
| #215 | 06/12 | 11:17 | 18164213770 | 33 | 01 | OK | TX | ECM |
| #216 | 06/12 | 11:18 | 16109213830 | 33 | 01 | OK | TX | ECM |
| #217 | 06/12 | 11:19 | 16106306785 | 25 | 01 | OK | TX | ECM |
| #218 | 06/12 | 11:20 | 17022229122 | 25 | 01 | OK | TX | ECM |
| #219 | 06/12 | 11:22 | 16619487310 | 37 | 01 | OK | TX | ECM |
| #220 | 06/12 | 11:24 | 18124233323 | 38 | 01 | OK | TX | |
| #221 | 06/12 | 11:33 | 14347925672 | 28 | 01 | OK | TX | ECM |
| #223 | 06/12 | 11:39 | 18187000054 | 23 | 01 | OK | TX | ECM |
| #222 | 06/12 | 11:45 | 18165250288 | 33 | 01 | OK | TX | ECM |
| #226 | 06/12 | 11:47 | 18174888918 | 28 | 01 | OK | TX | ECM |
| #224 | 06/12 | 11:48 | 18188461786 | 34 | 01 | OK | TX | ECM |
| #227 | 06/12 | 11:49 | 18187781990 | 37 | 01 | OK | TX | |
| #225 | 06/12 | 11:50 | 19137227889 | 39 | 01 | OK | TX | |
| #229 | 06/12 | 11:56 | 19073570649 | 00 | 00 | BUSY | | |
| #230 | 06/12 | 11:58 | 19073570649 | 02 | 00 | CANCEL | TX | |
| #228 | 06/12 | 11:58 | 18318998866 | 40 | 01 | OK | TX | ECM |
| #231 | 06/12 | 12:03 | 18022674312 | 38 | 01 | OK | TX | |
| #232 | 06/12 | 12:07 | 12667824181 | 34 | 01 | OK | TX | ECM |
| #234 | 06/12 | 12:10 | 12035279777 | 27 | 01 | OK | TX | ECM |
| #235 | 06/12 | 12:11 | 12163986121 | 25 | 01 | OK | TX | |
| #236 | 06/12 | 12:12 | 18162282062 | 52 | 01 | OK | TX | |
| #237 | 06/12 | 12:13 | 16505888842 | 22 | 01 | OK | TX | ECM |
| #233 | 06/12 | 12:15 | 18709348786 | 01:05 | 01 | OK | TX | |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

EE 000519

```
                        ACTIVITY REPORT


                                    TIME : 06/06/2017 11:32
                                    NAME : EURTON ELECTRIC
                                    FAX  : 5629460014
                                    TEL  :
                                    SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #055 | 06/05 | 12:01 | 17328708794 | 29 | 01 | OK | TX | ECM |
| #052 | 06/05 | 12:03 | 12063222126 | 32 | 01 | OK | TX | ECM |
| #056 | 06/05 | 12:04 | 17183388914 | 23 | 01 | OK | TX | ECM |
| #057 | 06/05 | 12:05 | 17193903840 | 39 | 01 | OK | TX | |
| #058 | 06/05 | 12:08 | 17609664595 | 57 | 01 | OK | TX | ECM |
| #059 | 06/05 | 12:10 | 17342840032 | 41 | 01 | OK | TX | |
| #060 | 06/05 | 12:12 | 17343266669 | 31 | 01 | OK | TX | ECM |
| #051 | 06/05 | 12:15 | 17406538312 | 31 | 01 | OK | TX | ECM |
| #063 | 06/05 | 12:21 | 17574874381 | 24 | 01 | OK | TX | ECM |
| #064 | 06/05 | 12:24 | 15736864874 | 29 | 01 | OK | TX | ECM |
| #062 | 06/05 | 12:25 | 17573973405 | 31 | 01 | OK | TX | ECM |
| #065 | 06/05 | 12:26 | 17344266384 | 22 | 01 | OK | TX | ECM |
| #066 | 06/05 | 13:10 | 17575490666 | 54 | 01 | OK | TX | ECM |
| #067 | 06/05 | 13:15 | 17604800411 | 28 | 01 | OK | TX | ECM |
| #069 | 06/05 | 13:21 | 19042824511 | 50 | 01 | OK | TX | ECM |
| #068 | 06/05 | 13:24 | 12017912699 | 38 | 01 | OK | TX | |
| #070 | 06/05 | 13:37 | 18595250993 | 49 | 01 | OK | TX | ECM |
| #072 | 06/05 | 13:42 | 12077950229 | 37 | 01 | OK | TX | |
| #073 | 06/05 | 13:43 | 18645839931 | 48 | 00 | CANCEL | TX | |
| #071 | 06/05 | 13:46 | 18602336295 | 32 | 01 | OK | TX | ECM |
| #075 | 06/05 | 14:10 | 18592319051 | 32 | 01 | OK | TX | ECM |
| #076 | 06/05 | 14:11 | 18592530121 | 47 | 01 | OK | TX | |
| #077 | 06/05 | 14:12 | 18592574473 | 28 | 01 | OK | TX | ECM |
| #078 | 06/05 | 14:13 | 18648775879 | 32 | 01 | OK | TX | ECM |
| | 06/05 | 14:26 | 716 823 0371 | 31 | 01 | OK | RX | |
| #079 | 06/05 | 14:35 | 17635452894 | 26 | 01 | OK | TX | ECM |
| #081 | 06/05 | 14:37 | 19015254087 | 37 | 01 | OK | TX | |
| #082 | 06/05 | 14:38 | 19017747008 | 53 | 01 | OK | TX | |
| #083 | 06/05 | 14:40 | 18706900089 | 32 | 01 | OK | TX | ECM |
| #080 | 06/05 | 14:42 | 17607447059 | 33 | 01 | OK | TX | ECM |
| #084 | 06/05 | 14:52 | 6982259 | 00 | 00 | BUSY | TX | |
| | 06/05 | 15:03 | | 27 | 01 | OK | RX | ECM |
| #085 | 06/05 | 15:29 | 6982259 | 19 | 01 | OK | TX | ECM |
| | 06/05 | 15:31 | 562 598 2259 | 25 | 01 | OK | RX | ECM |
| #086 | 06/05 | 15:33 | 14145669654 | 32 | 01 | OK | TX | ECM |
| | 06/06 | 08:46 | 800 946 8180 | 22 | 01 | OK | RX | ECM |
| #087 | 06/06 | 11:14 | 12765307315 | 46 | 01 | OK | TX | ECM |
| #088 | 06/06 | 11:15 | 12396436554 | 22 | 01 | OK | TX | ECM |
| #089 | 06/06 | 11:16 | 12257553180 | 22 | 01 | OK | TX | ECM |
| #090 | 06/06 | 11:17 | 12252450579 | 25 | 01 | OK | TX | ECM |
| #091 | 06/06 | 11:18 | 12604838082 | 27 | 01 | OK | TX | ECM |
| #092 | 06/06 | 11:19 | 12604844485 | 47 | 01 | OK | TX | ECM |
| #093 | 06/06 | 11:21 | 12814797043 | 28 | 01 | OK | TX | ECM |
| #094 | 06/06 | 11:22 | 12626396670 | 50 | 01 | OK | TX | |
| #095 | 06/06 | 11:23 | 12198746080 | 23 | 01 | OK | TX | ECM |
| #096 | 06/06 | 11:25 | 6982259 | 19 | 01 | OK | TX | ECM |
| #097 | 06/06 | 11:28 | 12645262337 | 32 | 01 | OK | TX | ECM |
| #098 | 06/06 | 11:29 | 12168838952 | 23 | 01 | OK | TX | ECM |
| #099 | 06/06 | 11:30 | 12186240261 | 21 | 01 | OK | TX | ECM |
| #100 | 06/06 | 11:31 | 12259273335 | 44 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION / OUT OF MEMORY
CV : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000520

```
                        ┌─────────────────┐
                        │ ACTIVITY REPORT │
                        └─────────────────┘

                                    TIME : 06/08/2017 14:05
                                    NAME : EURTON ELECTRIC
                                    FAX  : 5629460014
                                    TEL  :
                                    SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #146 | 06/07 | 13:30 | 19072583054 | 28 | 01 | OK | TX | ECM |
| #147 | 06/07 | 13:31 | 19048296111 | 36 | 01 | OK | TX | |
| #148 | 06/07 | 13:32 | 19047839957 | 37 | 01 | OK | TX | |
| #149 | 06/07 | 13:34 | 15043494752 | 30 | 01 | OK | TX | ECM |
| #150 | 06/07 | 14:53 | 19166172659 | 32 | 01 | OK | TX | ECM |
| #151 | 06/07 | 15:01 | 19166655622 | 33 | 01 | OK | TX | ECM |
| #152 | 06/07 | 15:02 | 19163611829 | 31 | 01 | OK | TX | ECM |
| #154 | 06/07 | 15:05 | 15022574312 | 00 | 00 | BUSY | TX | |
| #155 | 06/07 | 15:05 | 14809684276 | 25 | 01 | OK | TX | ECM |
| #156 | 06/07 | 15:07 | 14345255225 | 36 | 01 | OK | TX | |
| #157 | 06/07 | 15:08 | 13109700333 | 59 | 02 | OK | TX | |
| #153 | 06/07 | 15:10 | 19157780671 | 36 | 01 | OK | TX | |
| #159 | 06/07 | 15:17 | 14254546735 | 38 | 01 | OK | TX | ECM |
| #160 | 06/07 | 15:19 | 14234991107 | 24 | 01 | OK | TX | ECM |
| #159 | 06/07 | 15:23 | 14323630132 | 57 | 01 | OK | TX | ECM |
| #161 | 06/07 | 15:51 | 19073570649 | 00 | 00 | BUSY | TX | |
| #163 | 06/08 | 08:33 | 19184399708 | 41 | 01 | OK | TX | |
| #164 | 06/08 | 08:34 | 18172583221 | 21 | 01 | OK | TX | ECM |
| #162 | 06/08 | 08:38 | 19188726183 | 21 | 01 | OK | TX | ECM |
| | 06/08 | 09:04 | | 19 | 01 | OK | RX | ECM |
| | 06/08 | 09:20 | | 01:07 | 01 | OK | RX | |
| #165 | 06/08 | 11:51 | 15124597469 | 53 | 01 | OK | TX | |
| #166 | 06/08 | 11:53 | 15137728844 | 31 | 01 | OK | TX | ECM |
| #167 | 06/08 | 11:54 | 15137728045 | 00 | 00 | BUSY | TX | |
| #168 | 06/08 | 11:55 | 15138213353 | 35 | 01 | OK | TX | ECM |
| #169 | 06/08 | 11:56 | 15138519817 | 35 | 01 | OK | TX | ECM |
| #170 | 06/08 | 11:58 | 14794420342 | 29 | 01 | OK | TX | ECM |
| #171 | 06/08 | 11:59 | 14783281374 | 25 | 01 | OK | TX | ECM |
| #172 | 06/08 | 12:00 | 14403654956 | 30 | 01 | OK | TX | |
| #173 | 06/08 | 12:01 | 14357537429 | 37 | 01 | OK | TX | ECM |
| #174 | 06/08 | 12:02 | 14402446810 | 27 | 01 | OK | TX | ECM |
| #175 | 06/08 | 12:03 | 15407269518 | 29 | 01 | OK | TX | |
| #176 | 06/08 | 12:04 | 15413441513 | 36 | 01 | OK | TX | ECM |
| #177 | 06/08 | 12:06 | 15414791907 | 29 | 01 | OK | TX | ECM |
| | 06/08 | 13:31 | 9495993650 | 33 | 02 | OK | RX | ECM |
| #178 | 06/08 | 13:38 | 15403426404 | 32 | 01 | OK | TX | ECM |
| #179 | 06/08 | 13:40 | 15414850211 | 32 | 01 | OK | TX | |
| #180 | 06/08 | 13:41 | 15419883502 | 52 | 01 | OK | TX | |
| #181 | 06/08 | 13:42 | 15419235431 | 32 | 01 | OK | TX | ECM |
| #182 | 06/08 | 13:43 | 15418896257 | 26 | 01 | OK | TX | ECM |
| #183 | 06/08 | 13:44 | 15417722241 | 38 | 01 | OK | TX | |
| | 06/08 | 13:46 | | 49 | 01 | OK | RX | |
| #184 | 06/08 | 13:54 | 15417478288 | 29 | 01 | OK | TX | ECM |
| #185 | 06/08 | 13:55 | 15403899937 | 47 | 01 | OK | TX | ECM |
| #186 | 06/08 | 13:57 | 15414857067 | 35 | 01 | OK | TX | |
| #187 | 06/08 | 13:59 | 15095474559 | 00 | 00 | BUSY | TX | |
| #188 | 06/08 | 14:01 | 15104987901 | 35 | 01 | OK | TX | ECM |
| #189 | 06/08 | 14:02 | 15304777316 | 23 | 01 | OK | TX | ECM |
| #190 | 06/08 | 14:03 | 15306660658 | 31 | 01 | OK | TX | ECM |
| #191 | 06/08 | 14:05 | 15107894643 | 29 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000648

ACTIVITY REPORT

TIME : 06/05/2017 12:00
NAME : EURTON ELECTRIC
FAX : 5629460014
TEL :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #006 | 06/02 | 11:55 | 12037432325 | 27 | 01 | OK | TX | ECM |
| #007 | 06/02 | 11:56 | 12158268006 | 28 | 01 | OK | TX | ECM |
| #008 | 06/02 | 11:58 | 12105211333 | 27 | 01 | OK | TX | ECM |
| #010 | 06/02 | 12:04 | 12054874958 | 23 | 01 | OK | TX | ECM |
| #011 | 06/02 | 12:08 | 12107326147 | 37 | 01 | OK | TX | ECM |
| #012 | 06/02 | 12:10 | 12053845283 | 01:31 | 01 | OK | TX | |
| #009 | 06/02 | 12:13 | 12067576771 | 00 | 00 | BUSY | TX | |
| #013 | 06/02 | 12:18 | 12087651818 | 24 | 01 | OK | TX | ECM |
| #014 | 06/02 | 12:19 | 15104365040 | 38 | 01 | OK | TX | ECM |
| #015 | 06/02 | 12:21 | 12079476752 | 25 | 01 | OK | TX | ECM |
| #016 | 06/02 | 12:22 | 15706446508 | 31 | 01 | OK | TX | ECM |
| #018 | 06/02 | 12:25 | 12095265473 | 26 | 01 | OK | TX | ECM |
| #019 | 06/02 | 12:26 | 12152894403 | 36 | 01 | OK | TX | |
| #020 | 06/02 | 12:28 | 12028827104 | 24 | 01 | OK | TX | ECM |
| #017 | 06/02 | 12:36 | 16102665775 | 40 | 01 | OK | TX | ECM |
| #021 | 06/02 | 12:53 | 13618037365 | 48 | 03 | OK | TX | ECM |
| #022 | 06/02 | 12:56 | 13237281216 | 17 | 01 | OK | TX | ECM |
| #023 | 06/02 | 12:58 | 14942296042 | 45 | 03 | OK | TX | ECM |
| #024 | 06/02 | 13:26 | 15102370608 | 19 | 01 | OK | TX | ECM |
| #025 | 06/02 | 13:30 | 17166838655 | 37 | 01 | OK | TX | |
| #026 | 06/02 | 13:31 | 13103231149 | 32 | 02 | OK | TX | ECM |
| #028 | 06/02 | 13:37 | 17172991240 | 00 | 00 | BUSY | TX | |
| #029 | 06/02 | 13:46 | 17172745003 | 36 | 01 | OK | TX | |
| #030 | 06/02 | 13:48 | 17168230371 | 23 | 01 | OK | TX | ECM |
| #027 | 06/02 | 13:49 | 17174312340 | 00 | 00 | BUSY | TX | |
| #031 | 06/02 | 14:15 | 16049408614 | 36 | 01 | OK | TX | ECM |
| #032 | 06/02 | 14:17 | 12156739360 | 37 | 01 | OK | TX | ECM |
| #033 | 06/02 | 14:23 | 15867711072 | 53 | 01 | OK | TX | |
| #034 | 06/02 | 14:29 | 12084596586 | 57 | 01 | OK | TX | |
| #035 | 06/02 | 14:31 | 12057625546 | 38 | 01 | OK | TX | |
| #036 | 06/02 | 14:33 | 15616891644 | 36 | 01 | OK | TX | |
| #037 | 06/02 | 14:37 | 12154826653 | 22 | 01 | OK | TX | ECM |
| #038 | 06/02 | 14:39 | 13232487760 | 38 | 02 | OK | TX | ECM |
| #039 | 06/02 | 14:41 | 12082321975 | 22 | 01 | OK | TX | ECM |
| #041 | 06/02 | 14:46 | 19037599939 | 00 | 00 | BUSY | TX | |
| #042 | 06/02 | 14:47 | 14088843868 | 25 | 01 | OK | TX | |
| #043 | 06/02 | 14:49 | 17148472474 | 25 | 01 | OK | TX | ECM |
| #040 | 06/02 | 14:50 | 17148714591 | 32 | 01 | OK | TX | ECM |
| | 06/02 | 14:52 | 1 | 29 | 01 | OK | RX | ECM |
| #044 | 06/02 | 14:53 | 15855864327 | 54 | 01 | OK | TX | |
| #045 | 06/02 | 15:51 | 13100700333 | 02:12 | 04 | OK | TX | |
| | 06/05 | 07:24 | | 20 | 01 | OK | RX | ECM |
| #046 | 06/05 | 09:07 | 18175357323 | 52 | 01 | OK | TX | |
| #047 | 06/05 | 10:58 | 17272590704 | 36 | 01 | OK | TX | ECM |
| #048 | 06/05 | 11:00 | 17275353841 | 39 | 01 | OK | TX | |
| #050 | 06/05 | 11:04 | 12088352332 | 37 | 01 | OK | TX | ECM |
| #051 | 06/05 | 11:06 | 12053239060 | 23 | 01 | OK | TX | ECM |
| #049 | 06/05 | 11:09 | 12052521586 | 50 | 01 | OK | TX | |
| #053 | 06/05 | 11:58 | 17244890911 | 24 | 01 | OK | TX | ECM |
| #054 | 06/05 | 12:00 | 17326366624 | 38 | 01 | OK | TX | |

BUSY: BUSY/NO RESPONSE
NG   : POOR LINE CONDITION / OUT OF MEMORY
CV   : COVERPAGE
POL  : POLLING
RET  : RETRIEVAL

EE 000684

```
                        ┌─────────────────────┐
                        │   ACTIVITY REPORT   │
                        └─────────────────────┘
```

TIME : 06/13/2017 12:40
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| | 06/12 | 15:36 | 2532722323 | 47 | 01 | OK | RX | |
| #238 | 06/12 | 16:55 | 18008779508 | 01:35 | 04 | OK | TX | |
| #239 | 06/12 | 16:57 | 18008779508 | 01:35 | 04 | OK | TX | |
| | 06/13 | 09:26 | | 19 | 01 | OK | RX | ECM |
| #240 | 06/13 | 10:29 | 10067445690 | 04:07 | 01 | OK | TX | ECM |
| #241 | 06/13 | 10:34 | 18015520737 | 31 | 01 | OK | TX | |
| #242 | 06/13 | 10:35 | 17024335403 | 24 | 01 | OK | TX | |
| #243 | 06/13 | 10:40 | 18283245412 | 29 | 01 | OK | TX | ECM |
| #244 | 06/13 | 10:41 | 18283245588 | 28 | 01 | OK | TX | ECM |
| #245 | 06/13 | 10:42 | 18014845107 | 23 | 01 | OK | TX | ECM |
| #246 | 06/13 | 10:44 | 17753594649 | 23 | 01 | OK | TX | ECM |
| #247 | 06/13 | 10:45 | 18508926428 | 31 | 01 | OK | TX | ECM |
| #248 | 06/13 | 10:46 | 17075859734 | 33 | 01 | OK | TX | ECM |
| #249 | 06/13 | 10:47 | 18454730089 | 33 | 01 | OK | TX | ECM |
| #250 | 06/13 | 10:49 | 18472972216 | 44 | 01 | OK | TX | ECM |
| #251 | 06/13 | 10:50 | 18473528231 | 24 | 01 | OK | TX | |
| #253 | 06/13 | 10:52 | 17819329715 | 47 | 01 | OK | TX | |
| #254 | 06/13 | 10:54 | 18028720048 | 34 | 01 | OK | TX | ECM |
| #255 | 06/13 | 10:55 | 18036489407 | 25 | 01 | OK | TX | ECM |
| #256 | 06/13 | 10:57 | 18122389980 | 45 | 01 | OK | TX | |
| #257 | 06/13 | 10:58 | 18042384212 | 24 | 01 | OK | TX | ECM |
| #252 | 06/13 | 10:59 | 18585604051 | 33 | 01 | OK | TX | |
| #258 | 06/13 | 11:00 | 17753566635 | 48 | 01 | OK | TX | ECM |
| #260 | 06/13 | 11:03 | 18014664871 | 24 | 01 | OK | TX | |
| #261 | 06/13 | 11:04 | 17753533300 | 37 | 01 | OK | TX | ECM |
| #262 | 06/13 | 11:05 | 17813319505 | 27 | 01 | OK | TX | |
| #263 | 06/13 | 11:06 | 17753296981 | 55 | 01 | OK | TX | |
| #264 | 06/13 | 11:08 | 17738471820 | 49 | 01 | OK | TX | ECM |
| #265 | 06/13 | 11:09 | 17737282799 | 25 | 01 | OK | TX | |
| #266 | 06/13 | 11:11 | 17725591771 | 50 | 01 | OK | TX | ECM |
| #267 | 06/13 | 11:12 | 18474370933 | 26 | 01 | OK | TX | ECM |
| #259 | 06/13 | 11:13 | 18013951899 | 35 | 01 | OK | TX | |
| #269 | 06/13 | 11:21 | 17044620904 | 37 | 01 | OK | TX | |
| #270 | 06/13 | 11:23 | 18435545974 | 38 | 01 | OK | TX | |
| #271 | 06/13 | 11:24 | 12059563922 | 27 | 01 | OK | TX | ECM |
| #273 | 06/13 | 11:28 | 17087880288 | 24 | 01 | OK | TX | ECM |
| #274 | 06/13 | 11:29 | 19166172659 | 33 | 01 | OK | TX | |
| #268 | 06/13 | 11:30 | 18474550385 | 38 | 01 | OK | TX | ECM |
| #272 | 06/13 | 11:39 | 17078261851 | 50 | 01 | OK | TX | |
| #275 | 06/13 | 11:51 | 16612814008 | 37 | 01 | OK | TX | |
| #277 | 06/13 | 11:54 | 16613270689 | 00 | 00 | BUSY | TX | |
| #276 | 06/13 | 11:58 | 16613241231 | 31 | 00 | NG | TX | |
| #279 | 06/13 | 12:21 | 16618241006 | 27 | 01 | OK | TX | ECM |
| #283 | 06/13 | 12:27 | 18148984001 | 37 | 01 | OK | TX | |
| #284 | 06/13 | 12:28 | 17709551314 | 27 | 01 | OK | TX | ECM |
| #281 | 06/13 | 12:34 | 17047952152 | 39 | 01 | OK | TX | ECM |
| #285 | 06/13 | 12:36 | 17709424257 | 33 | 01 | OK | TX | |
| #286 | 06/13 | 12:37 | 18138551640 | 00 | 00 | BUSY | TX | |
| #287 | 06/13 | 12:38 | 18185556242 | 33 | 01 | OK | TX | ECM |
| #288 | 06/13 | 12:39 | 17026335960 | 51 | 01 | OK | TX | |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL

EE 000853

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘
```

```
                        TIME  : 06/27/2017 16:25
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────┐
│   DATE,TIME          06/27  16:25                          │
│   FAX NO./NAME       17274465625                           │
│   DURATION           00:00:00                              │
│   PAGE(S)            00                                     │
│   RESULT             BUSY                                   │
│   MODE               STANDARD                              │
└──────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

6/30   Verified w/ Mike

EE 000854

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

```
                                 TIME  : 06/30/2017 11:22
                                 NAME  : EURTON ELECTRIC
                                 FAX   : 5629460014
                                 TEL   :
                                 SER.# : BROC6J596755
```

```
┌─────────────────────────────────────────────────────────────────────┐
│                                                                       │
│     DATE,TIME                    06/30  11:22                          │
│     FAX NO./NAME                 17274465625                           │
│     DURATION                     00:00:00                             │
│     PAGE(S)                      00                                    │
│     RESULT                       BUSY                                  │
│     MODE                         STANDARD                             │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000855

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                        TIME   : 06/26/2017 15:11
                        NAME   : EURTON ELECTRIC
                        FAX    : 5629460014
                        TEL    :
                        SER.#  : BROC6J596755
```

```
┌────────────────────────────────────────────────────────────────────┐
│                                                                      │
│     DATE,TIME              06/26  15:11                               │
│     FAX NO./NAME           17274465625                               │
│     DURATION               00:00:00                                  │
│     PAGE(S)                00                                        │
│     RESULT                 BUSY                                      │
│     MODE                   STANDARD                                  │
│                                                                      │
└────────────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

Ok #

EE 000856

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
```

```
                                TIME  : 06/19/2017 12:09
                                NAME  : EURTON ELECTRIC
                                FAX   : 5629460014
                                TEL   :
                                SER.# : BROC6J596755
```

```
┌─────────────────────────────────────────────────────────┐
│                                                           │
│   DATE,TIME              06/19  12:09                      │
│   FAX NO./NAME           13867528328                      │
│   DURATION               00:00:00                         │
│   PAGE(S)                00                                │
│   RESULT                 BUSY                              │
│   MODE                   STANDARD                         │
│                                                           │
└─────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

6/30 spoke w/ Glen Allen - he said hasn't had
a fax machine for over 2 months
he has gotten rid of All LAND lines.
Said Email him we have Email Address

EE 000863

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

```
                              TIME  : 06/30/2017 10:18
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

```
┌───────────────────────────────────────────────────────────────────┐
│                                                                     │
│      DATE,TIME              06/30  10:18                             │
│      FAX NO./NAME           13867528320                             │
│      DURATION               00:00:00                                │
│      PAGE(S)                00                                      │
│      RESULT                 BUSY                                   │
│      MODE                   STANDARD                               │
│                                                                     │
└───────────────────────────────────────────────────────────────────┘
```

        BUSY: BUSY/NO RESPONSE

EE 000866

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                        TIME  : 06/30/2017 10:58
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755
```

```
DATE,TIME              06/30  10:58
FAX NO./NAME           18506646759
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

didn't go
through

EE 000869

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

                        TIME  : 06/26/2017 17:07
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755

┌──────────────────────────────────────────────────────────┐
│   DATE,TIME              06/26  17:07                       │
│   FAX NO./NAME           18506646769                        │
│   DURATION               00:00:00                           │
│   PAGE(S)                00                                 │
│   RESULT                 BUSY                               │
│   MODE                   STANDARD                           │
└──────────────────────────────────────────────────────────┘

        BUSY: BUSY/NO RESPONSE
```

6/30 spoke w/Donna she verified fx # correct

ok #

Went through

EE 000870

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                          TIME  : 06/27/2017 16:42
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌────────────────────────────────────────────────────────────┐
│                                                              │
│   DATE,TIME              06/27  16:42                         │
│   FAX NO./NAME           18506646769                         │
│   DURATION               00:00:00                            │
│   PAGE(S)                00                                   │
│   RESULT                 BUSY                                 │
│   MODE                   STANDARD                            │
│                                                              │
└────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

went
through

EE 000871

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                          TIME  : 06/27/2017 16:15
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              06/27  16:15                           │
│   FAX NO./NAME           19152283777                           │
│   DURATION               00:00:00                              │
│   PAGE(S)                00                                     │
│   RESULT                 BUSY                                   │
│   MODE                   STANDARD                              │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

6/30 spoke w/ Albert he gave me Another
       fax #@ 915 642 0116

EE 000874

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 06/22/2017 13:31
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

|  |  |
|---|---|
| DATE,TIME | 06/22  13:31 |
| FAX NO./NAME | 19152283777 |
| DURATION | 00:00:00 |
| PAGE(S) | 00 |
| RESULT | BUSY |
| MODE | STANDARD |

BUSY: BUSY/NO RESPONSE

OK #

EE 000875

```
                              ACTIVITY REPORT

                                          TIME : 06/19/2017 11:07
                                          NAME : EURTON ELECTRIC
                                          FAX  : 5629460014
                                          TEL  :
                                          SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #387 | 06/15 | 11:47 | 13197520537 | 39 | 01 | OK | TX | |
| #388 | 06/15 | 11:48 | 13144273302 | 33 | 01 | OK | TX | ECM |
| #389 | 06/15 | 11:49 | 13133661855 | 28 | 01 | OK | TX | ECM |
| #383 | 06/15 | 11:50 | 19183422423 | 32 | 01 | OK | TX | ECM |
| #384 | 06/15 | 11:51 | 13146450078 | 39 | 01 | OK | TX | |
| #385 | 06/15 | 11:52 | 13172710345 | 40 | 01 | OK | TX | |
| #390 | 06/15 | 12:56 | 13042321599 | 24 | 01 | OK | TX | ECM |
| #391 | 06/15 | 12:57 | 13078561434 | 37 | 01 | OK | TX | |
| #392 | 06/15 | 12:58 | 13177860044 | 37 | 01 | OK | TX | |
| #393 | 06/15 | 13:00 | 18606212415 | 29 | 01 | OK | TX | ECM |
| #394 | 06/15 | 13:01 | 13056205084 | 00 | 00 | BUSY | TX | |
| #395 | 06/15 | 13:02 | 13142417723 | 27 | 01 | OK | TX | ECM |
| #396 | 06/15 | 13:03 | 19528900058 | 39 | 01 | OK | TX | |
| #397 | 06/15 | 13:11 | 16176251650 | 33 | 01 | OK | TX | ECM |
| #398 | 06/15 | 13:34 | 19520955636 | 43 | 01 | OK | TX | |
| #399 | 06/15 | 13:35 | 17704605162 | 01:06 | 01 | OK | TX | |
| #401 | 06/15 | 13:38 | 13202865302 | 25 | 01 | OK | TX | ECM |
| #400 | 06/15 | 13:43 | 16192629985 | 38 | 01 | OK | TX | ECM |
| #402 | 06/15 | 13:46 | 19184330440 | 00 | 00 | BUSY | TX | |
| #403 | 06/15 | 13:48 | 17575474772 | 36 | 01 | OK | TX | |
| #405 | 06/15 | 13:50 | 12485455557 | 00 | 00 | BUSY | TX | |
| #406 | 06/15 | 13:51 | 13056284143 | 29 | 01 | OK | TX | ECM |
| #407 | 06/15 | 13:52 | 13197547977 | 25 | 01 | OK | TX | ECM |
| #408 | 06/15 | 14:05 | 19184309993 | 32 | 01 | OK | TX | |
| #404 | 06/15 | 14:06 | 17143851688 | 27 | 00 | NG | TX | |
| #412 | 06/15 | 14:48 | 13108333186 | 51 | 01 | OK | TX | ECM |
| #409 | 06/15 | 14:51 | 18054873666 | 33 | 01 | OK | TX | ECM |
| #410 | 06/15 | 14:53 | 13202293109 | 00 | 00 | BUSY | TX | |
| #411 | 06/15 | 15:06 | 1318292988 | 00 | 00 | BUSY | TX | |
| | 06/16 | 09:34 | 15624374795 | 36 | 01 | OK | RX | ECM |
| | 06/16 | 14:03 | | 44 | 01 | OK | RX | |
| | 06/16 | 14:10 | | 54 | 01 | OK | RX | |
| #413 | 06/16 | 14:44 | 4374795 | 47 | 01 | OK | TX | ECM |
| | 06/17 | 15:13 | | 24 | 01 | OK | RX | ECM |
| | 06/19 | 08:42 | 6057847319 | 23 | 01 | OK | RX | ECM |
| #414 | 06/19 | 09:54 | 16263314757 | 46 | 02 | OK | TX | ECM |
| #416 | 06/19 | 10:19 | 19254546485 | 25 | 01 | OK | TX | ECM |
| #417 | 06/19 | 10:20 | 17149569676 | 18 | 01 | OK | TX | ECM |
| #418 | 06/19 | 10:52 | 13386303320 | 23 | 01 | OK | TX | ECM |
| #419 | 06/19 | 10:53 | 13307505473 | 22 | 01 | OK | TX | ECM |
| #420 | 06/19 | 10:54 | 16173892435 | 00 | 00 | BUSY | TX | |
| #421 | 06/19 | 10:55 | 13362302435 | 26 | 01 | OK | TX | ECM |
| #422 | 06/19 | 10:56 | 13604571269 | 33 | 01 | OK | TX | ECM |
| #423 | 06/19 | 10:57 | 14027340227 | 24 | 01 | OK | TX | ECM |
| #425 | 06/19 | 11:00 | 14024740141 | 01:06 | 01 | OK | TX | |
| #426 | 06/19 | 11:02 | 14023790258 | 37 | 01 | OK | TX | |
| #427 | 06/19 | 11:03 | 14023315666 | 39 | 01 | OK | TX | |
| #428 | 06/19 | 11:05 | 13305335235 | 00 | 00 | NG | TX | |
| #429 | 06/19 | 11:05 | 13037441229 | 24 | 01 | OK | TX | |
| #430 | 06/19 | 11:06 | 13256535086 | 26 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000891

```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────────┘

                        TIME  : 06/28/2017 11:10
                        NAME  : EURTON ELECTRIC
                        FAX   : 5629460014
                        TEL   :
                        SER.# : BROC6J596755
```

```
┌───────────────────────────────────────────────────────┐
│                                                         │
│  DATE,TIME              06/28  11:10                    │
│  FAX NO./NAME           17058252585                     │
│  DURATION               00:00:00                        │
│  PAGE(S)                00                              │
│  RESULT                 BUSY                            │
│  MODE                   STANDARD                        │
│                                                         │
└───────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

*not in service*

CAlleD BACK
They Verified #
said their fax
WAS offline FOR
A while – Go ahead
FAX again. If
STill having PROBlems
call them BACK

EE 000893

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                          TIME  : 06/27/2017 16:55
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│    DATE,TIME                  06/27  16:55                     │
│    FAX NO./NAME               18182233609                      │
│    DURATION                   00:00:00                         │
│    PAGE(S)                    00                               │
│    RESULT                     BUSY                             │
│    MODE                       STANDARD                         │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

EE 000896

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                          TIME  : 06/27/2017 14:36
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
DATE,TIME              06/27  14:36
FAX NO./NAME           18182233609
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

6/30 spoke w/ SUSANNE she verified fax #
AND SAID the FAX machine is out of
PAPER / No one in office to fill it todAy

re-Fx @ late DATE

OK #

EE 000897

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
                          TIME  : 06/20/2017 15:18
                          NAME  : EURTON ELECTRIC
                          FAX   : 5629460014
                          TEL   :
                          SER.# : BROC6J596755
```

```
        DATE,TIME          06/20  15:18
        FAX NO./NAME       14122699168
        DURATION           00:00:00
        PAGE(S)            00
        RESULT             BUSY
        MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE

6/30 spoke w/NANCY she gave me
Alternate Fx # 4122693659

EE 000899

ACTIVITY REPORT

```
TIME  : 06/20/2017 13:55
NAME  : EURTON ELECTRIC
FAX   : 5629460014
TEL   :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|-----|------|------|--------------|----------|---------|--------|---------|
| #484 | 06/19 | 13:16 | 14057528360 | 01:05 | 01 | OK | TX |
| #485 | 06/19 | 13:18 | 15152793305 | 54 | 01 | OK | TX |
| #486 | 06/19 | 13:19 | 17130546014 | 39 | 01 | OK | TX ECM |
| #475 | 06/19 | 13:22 | 13103252630 | 00 | 00 | BUSY | TX |
| #477 | 06/19 | 13:23 | 13305335235 | 00 | 00 | BUSY | TX |
| #474 | 06/19 | 13:32 | 13857528328 | 00 | 00 | BUSY | TX |
| #478 | 06/19 | 13:36 | 1318292988 | 00 | 00 | BUSY | TX |
| #487 | 06/19 | 13:43 | 16263314757 | 32 | 02 | OK | TX ECM |
| #488 | 06/19 | 14:10 | 16263314757 | 35 | 02 | OK | TX ECM |
| #490 | 06/19 | 14:20 | 14084357928 | 24 | 01 | OK | TX ECM |
| #491 | 06/19 | 14:21 | 14089840162 | 32 | 01 | OK | TX ECM |
| #493 | 06/19 | 14:23 | 14067210067 | 25 | 01 | OK | TX ECM |
| #494 | 06/19 | 14:23 | 14067210067 | 24 | 01 | OK | TX ECM |
| #489 | 06/19 | 14:24 | 14159250057 | 33 | 01 | OK | TX ECM |
| #492 | 06/19 | 14:27 | 14068626280 | 33 | 01 | OK | TX ECM |
| #495 | 06/19 | 14:35 | 14067213412 | 33 | 01 | OK | TX ECM |
| | 06/20 | 07:38 | | 01:44 | 02 | OK | RX |
| | 06/20 | 07:58 | | 24 | 02 | OK | RX ECM |
| | 06/20 | 08:08 | 701 787 3323 | 01:43 | 02 | OK | RX |
| | 06/20 | 09:32 | 7149558665 | 43 | 01 | OK | RX ECM |
| #496 | 06/20 | 10:28 | 18043215341 | 30 | 01 | OK | TX ECM |
| | 06/20 | 11:00 | 5626936064 | 01:03 | 01 | OK | RX |
| | 06/20 | 11:14 | 9254546485 | 33 | 01 | OK | RX ECM |
| | 06/20 | 12:01 | | 33 | 02 | OK | RX ECM |
| #498 | 06/20 | 13:07 | 14067560420 | 43 | 00 | NG | TX ECM |
| #002 | 06/20 | 13:09 | 19896314688 | 34 | 01 | OK | TX |
| #500 | 06/20 | 13:11 | 14154565482 | 51 | 01 | OK | TX ECM |
| #001 | 06/20 | 13:12 | 14128209134 | 25 | 01 | OK | TX |
| #004 | 06/20 | 13:14 | 14196982540 | 40 | 01 | OK | TX |
| #005 | 06/20 | 13:15 | 14178696678 | 40 | 01 | OK | TX |
| #006 | 06/20 | 13:17 | 14056313153 | 00 | 00 | BUSY | TX |
| #007 | 06/20 | 13:18 | 14196369222 | 29 | 01 | OK | TX ECM |
| #015 | 06/20 | 13:19 | 14147743653 | 30 | 01 | OK | TX |
| #008 | 06/20 | 13:20 | 14079802257 | 36 | 01 | OK | TX |
| #010 | 06/20 | 13:23 | 14122710279 | 34 | 01 | OK | TX ECM |
| #011 | 06/20 | 13:24 | 14194727654 | 01:01 | 01 | OK | TX |
| #013 | 06/20 | 13:26 | 13057598669 | 01:05 | 01 | OK | TX |
| #014 | 06/20 | 13:27 | 18002572869 | 30 | 01 | OK | TX ECM |
| #497 | 06/20 | 13:29 | 13605986166 | 40 | 01 | OK | TX |
| #017 | 06/20 | 13:32 | 14103555302 | 33 | 01 | OK | TX ECM |
| #019 | 06/20 | 13:34 | 14135333560 | 48 | 01 | OK | TX |
| #020 | 06/20 | 13:36 | 14194723053 | 39 | 01 | OK | TX |
| #022 | 06/20 | 13:40 | 14107964492 | 38 | 01 | OK | TX |
| #023 | 06/20 | 13:42 | 14193895155 | 33 | 01 | OK | TX ECM |
| #024 | 06/20 | 13:43 | 14128318168 | 39 | 01 | OK | TX |
| #025 | 06/20 | 13:44 | 14059471934 | 42 | 01 | OK | TX ECM |
| #499 | 06/20 | 13:46 | 14145452185 | 34 | 01 | OK | TX ECM |
| #009 | 06/20 | 13:48 | 14178631734 | 48 | 01 | OK | TX |
| #027 | 06/20 | 13:54 | 14122699168 | 00 | 00 | BUSY | TX |
| #028 | 06/20 | 13:54 | 14126819185 | 41 | 01 | OK | TX |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000971

ACTIVITY REPORT

```
TIME : 06/19/2017 13:16
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #424 | 06/19 | 11:07 | 14024740141 | 57 | 01 | OK | TX | |
| #431 | 06/19 | 11:10 | 14024760049 | 40 | 01 | OK | TX | |
| #432 | 06/19 | 11:11 | 18642958031 | 27 | 01 | OK | TX | ECM |
| #433 | 06/19 | 11:12 | 17704240806 | 23 | 01 | OK | TX | ECM |
| #434 | 06/19 | 11:13 | 17033693786 | 26 | 01 | OK | TX | ECM |
| #435 | 06/19 | 11:14 | 18585304820 | 30 | 01 | OK | TX | ECM |
| #436 | 06/19 | 11:15 | 18132389527 | 34 | 01 | OK | TX | ECM |
| #437 | 06/19 | 11:16 | 14056321434 | 51 | 01 | OK | TX | |
| #438 | 06/19 | 11:18 | 14043502359 | 24 | 01 | OK | TX | ECM |
| #440 | 06/19 | 11:20 | 13154728822 | 37 | 01 | OK | TX | |
| #441 | 06/19 | 11:21 | 13172443928 | 39 | 01 | OK | TX | |
| #443 | 06/19 | 11:23 | 13527955015 | 33 | 01 | OK | TX | ECM |
| #444 | 06/19 | 11:24 | 13615736575 | 42 | 01 | OK | TX | ECM |
| #445 | 06/19 | 11:25 | 13366684878 | 38 | 01 | OK | TX | ECM |
| #446 | 06/19 | 11:27 | 18602410051 | 33 | 01 | OK | TX | ECM |
| #439 | 06/19 | 11:28 | 15026356470 | 34 | 01 | OK | TX | |
| #447 | 06/19 | 11:30 | 13193379619 | 38 | 01 | OK | TX | |
| #448 | 06/19 | 11:31 | 14037200445 | 33 | 01 | OK | TX | ECM |
| #449 | 06/19 | 11:33 | 13052334935 | 32 | 01 | OK | TX | ECM |
| #450 | 06/19 | 11:34 | 13526225704 | 32 | 01 | OK | TX | ECM |
| #451 | 06/19 | 11:36 | 13307923687 | 00 | 00 | BUSY | TX | |
| #452 | 06/19 | 11:37 | 13182270013 | 37 | 01 | OK | TX | |
| #453 | 06/19 | 11:38 | 13606757292 | 24 | 01 | OK | TX | ECM |
| #442 | 06/19 | 11:39 | 13237215064 | 32 | 01 | OK | TX | ECM |
| #454 | 06/19 | 11:40 | 13368548004 | 33 | 01 | OK | TX | ECM |
| #455 | 06/19 | 11:41 | 15074947811 | 37 | 01 | OK | TX | |
| #456 | 06/19 | 11:43 | 13346923704 | 39 | 01 | OK | TX | |
| #457 | 06/19 | 11:44 | 13362754565 | 42 | 01 | OK | TX | |
| #458 | 06/19 | 11:46 | 13604238476 | 39 | 01 | OK | TX | |
| #459 | 06/19 | 11:47 | 13237253930 | 31 | 01 | OK | TX | ECM |
| #460 | 06/19 | 11:48 | 17609664595 | 01:08 | 01 | OK | TX | ECM |
| #461 | 06/19 | 11:50 | 13612896339 | 39 | 01 | OK | TX | |
| #462 | 06/19 | 11:58 | 13103262638 | 00 | 00 | BUSY | TX | |
| #463 | 06/19 | 12:09 | 13867528328 | 00 | 00 | BUSY | TX | |
| #464 | 06/19 | 12:51 | 17704240806 | 24 | 01 | OK | TX | ECM |
| #465 | 06/19 | 12:52 | 16154590656 | 29 | 01 | OK | TX | ECM |
| #467 | 06/19 | 12:54 | 17244574904 | 34 | 01 | OK | TX | ECM |
| #468 | 06/19 | 12:55 | 18475406797 | 34 | 01 | OK | TX | ECM |
| #469 | 06/19 | 12:57 | 12032484896 | 59 | 01 | OK | TX | |
| #470 | 06/19 | 12:58 | 16613275069 | 30 | 01 | OK | TX | |
| #471 | 06/19 | 13:00 | 14039480395 | 38 | 01 | OK | TX | |
| #466 | 06/19 | 13:02 | 12199409899 | 40 | 01 | OK | TX | |
| #473 | 06/19 | 13:03 | 16173896823 | 23 | 01 | OK | TX | ECM |
| #476 | 06/19 | 13:06 | 13307923687 | 26 | 01 | OK | TX | ECM |
| #479 | 06/19 | 13:09 | 13202539109 | 38 | 01 | OK | TX | |
| #472 | 06/19 | 13:10 | 14019414451 | 33 | 01 | OK | TX | ECM |
| #480 | 06/19 | 13:11 | 14064532482 | 23 | 01 | OK | TX | ECM |
| #481 | 06/19 | 13:13 | 14052593956 | 00 | 00 | BUSY | TX | |
| #482 | 06/19 | 13:14 | 14062483741 | 37 | 01 | OK | TX | |
| #483 | 06/19 | 13:15 | 14062481121 | 01:04 | 01 | OK | TX | |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000982

```
ACTIVITY REPORT
```

TIME : 07/03/2017 16:34
NAME : EURTON ELECTRIC
FAX  : 5629460014
TEL  :
SER.# : BROC6J596755

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #358 | 06/29 | 14:17 | 19704840574 | 30 | 01 | OK | TX | ECM |
| #359 | 06/29 | 14:18 | 18455691558 | 36 | 01 | OK | TX | ECM |
| #355 | 06/29 | 14:20 | 14806334719 | 00 | 00 | BUSY | TX | |
| | 06/29 | 16:33 | | 01:43 | 05 | OK | RX | ECM |
| | 06/29 | 18:24 | | 34 | 01 | OK | RX | ECM |
| | 06/30 | 09:00 | 855 219 4122 | 21 | 01 | OK | RX | ECM |
| #360 | 06/30 | 09:28 | 15124446765 | 42 | 01 | OK | TX | |
| #361 | 06/30 | 09:30 | 17176202308 | 37 | 01 | OK | TX | ECM |
| #362 | 06/30 | 09:31 | 17145225815 | 47 | 01 | OK | TX | ECM |
| #364 | 06/30 | 09:33 | 14806334719 | 00 | 00 | BUSY | TX | |
| #365 | 06/30 | 09:35 | 18063425399 | 00 | 00 | BUSY | TX | |
| #363 | 06/30 | 09:48 | 17043740029 | 00 | 00 | BUSY | TX | |
| #366 | 06/30 | 09:51 | 13867528328 | 00 | 00 | BUSY | TX | |
| #367 | 06/30 | 10:18 | 13867528328 | 00 | 00 | BUSY | TX | |
| #369 | 06/30 | 10:43 | 13193950200 | 29 | 01 | OK | TX | ECM |
| #368 | 06/30 | 10:58 | 18506646769 | 00 | 00 | BUSY | TX | |
| #370 | 06/30 | 11:22 | 17274465625 | 00 | 00 | BUSY | TX | |
| #371 | 06/30 | 11:23 | 12143243737 | 00 | 00 | BUSY | TX | |
| #372 | 06/30 | 11:57 | 19156420116 | 00 | 00 | BUSY | TX | |
| | 06/30 | 14:40 | | 42 | 02 | OK | RX | ECM |
| #373 | 06/30 | 15:12 | 18002292055 | 26 | 01 | OK | TX | ECM |
| #374 | 06/30 | 15:13 | 12075966923 | 28 | 01 | OK | TX | ECM |
| #375 | 06/30 | 15:14 | 14197294337 | 35 | 01 | OK | TX | ECM |
| #376 | 06/30 | 15:15 | 19256876261 | 23 | 01 | OK | TX | ECM |
| #377 | 06/30 | 15:17 | 18648958050 | 36 | 01 | OK | TX | ECM |
| #378 | 06/30 | 15:19 | 16302272039 | 00 | 00 | BUSY | TX | |
| | 07/03 | 07:15 | 559 292 5781 | 01:13 | 02 | OK | RX | ECM |
| #379 | 07/03 | 14:13 | 14099401329 | 40 | 01 | OK | TX | |
| #380 | 07/03 | 14:14 | 12153579193 | 34 | 01 | OK | TX | |
| #381 | 07/03 | 14:15 | 15037705518 | 46 | 01 | OK | TX | ECM |
| #382 | 07/03 | 14:17 | 12813321780 | 26 | 01 | OK | TX | ECM |
| #383 | 07/03 | 14:17 | 17072077230 | 28 | 01 | OK | TX | ECM |
| #384 | 07/03 | 14:18 | 15307811325 | 30 | 01 | OK | TX | ECM |
| #385 | 07/03 | 14:19 | 13193538389 | 32 | 01 | OK | TX | ECM |
| #387 | 07/03 | 14:22 | 13344930955 | 27 | 01 | OK | TX | |
| #388 | 07/03 | 14:23 | 12084674757 | 37 | 01 | OK | TX | |
| #389 | 07/03 | 14:24 | 17018392253 | 41 | 01 | OK | TX | |
| #391 | 07/03 | 14:26 | 13523751408 | 48 | 01 | OK | TX | ECM |
| #386 | 07/03 | 14:28 | 13103960093 | 42 | 01 | OK | TX | ECM |
| #390 | 07/03 | 14:31 | 17012501292 | 33 | 01 | OK | TX | |
| #392 | 07/03 | 16:22 | 18187652287 | 28 | 01 | OK | TX | |
| #393 | 07/03 | 16:24 | 18185839169 | 39 | 01 | OK | TX | ECM |
| #394 | 07/03 | 16:25 | 18139492153 | 41 | 01 | OK | TX | |
| #395 | 07/03 | 16:26 | 14123216002 | 47 | 01 | OK | TX | |
| #396 | 07/03 | 16:28 | 17153445453 | 40 | 01 | OK | TX | ECM |
| #397 | 07/03 | 16:29 | 18024768483 | 20 | 01 | OK | TX | ECM |
| #398 | 07/03 | 16:30 | 18046486701 | 33 | 01 | OK | TX | |
| #399 | 07/03 | 16:31 | 18014054288 | 00 | 00 | NG | TX | |
| #401 | 07/03 | 16:33 | 15417720471 | 31 | 01 | OK | TX | ECM |
| #402 | 07/03 | 16:34 | 15073801279 | 26 | 01 | OK | TX | ECM |

```
BUSY : BUSY/NO RESPONSE
NG   : POOR LINE CONDITION / OUT OF MEMORY
CV   : COVERPAGE
POL  : POLLING
RET  : RETRIEVAL
```

EE 000999

```
                        ┌─────────────────┐
                        │ ACTIVITY REPORT │
                        └─────────────────┘
```

```
                              TIME  : 06/21/2017 13:59
                              NAME  : EURTON ELECTRIC
                              FAX   : 5629460014
                              TEL   :
                              SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #029 | 06/20 | 13:56 | 19287768159 | 34 | 01 | OK | TX | ECM |
| #030 | 06/20 | 13:57 | 19287535991 | 41 | 01 | OK | TX | |
| #031 | 06/20 | 13:58 | 19254434735 | 24 | 01 | OK | TX | ECM |
| #032 | 06/20 | 13:59 | 19254321990 | 33 | 01 | OK | TX | ECM |
| #033 | 06/20 | 14:00 | 19206874062 | 33 | 01 | OK | TX | ECM |
| #034 | 06/20 | 14:01 | 14232476394 | 51 | 01 | OK | TX | |
| #035 | 06/20 | 14:03 | 19186278808 | 41 | 01 | OK | TX | ECM |
| #036 | 06/20 | 14:04 | 14198938313 | 36 | 01 | OK | TX | |
| #025 | 06/20 | 14:11 | 14078983362 | 00 | 00 | BUSY | TX | |
| #037 | 06/20 | 14:17 | 13606941768 | 34 | 01 | OK | TX | ECM |
| #021 | 06/20 | 14:18 | 14127610190 | 03:25 | 01 | OK | TX | ECM |
| #003 | 06/20 | 14:23 | 198979511 | 00 | 00 | BUSY | TX | |
| #012 | 06/20 | 14:23 | 13346714544 | 00 | 00 | BUSY | TX | |
| #016 | 06/20 | 14:24 | 14123612855 | 01:02 | 00 | OK | TX | |
| #038 | 06/20 | 14:26 | 19487234190 | 26 | 01 | OK | TX | ECM |
| #018 | 06/20 | 14:27 | 14104671019 | 33 | 01 | OK | TX | ECM |
| #039 | 06/20 | 14:38 | 19897939511 | 30 | 01 | OK | TX | ECM |
| #041 | 06/20 | 15:13 | 14078983362 | 38 | 01 | OK | TX | ECM |
| #043 | 06/20 | 15:14 | 14057560420 | 35 | 01 | OK | TX | ECM |
| #044 | 06/20 | 15:16 | 14056313153 | 36 | 01 | OK | TX | ECM |
| #045 | 06/20 | 15:18 | 14122699168 | 00 | 00 | BUSY | TX | |
| | 06/20 | 15:23 | | 33 | 02 | OK | RX | ECM |
| #046 | 06/20 | 15:24 | 14062593956 | 39 | 01 | OK | TX | |
| #040 | 06/20 | 15:32 | 14123612855 | 44 | 00 | NG | TX | |
| #042 | 06/20 | 15:33 | 13346714544 | 00 | 00 | BUSY | TX | |
| | 06/20 | 07:49 | 2083751544 | 14 | 01 | OK | RX | ECM |
| #047 | 06/21 | 08:38 | 18886920249 | 42 | 01 | OK | RX | |
| | 06/21 | 09:02 | | 25 | 00 | NG | RX | |
| | 06/21 | 09:09 | | 01:38 | 02 | OK | RX | |
| | 06/21 | 10:14 | 505 247 2635 | 48 | 01 | OK | RX | ECM |
| | 06/21 | 10:21 | 855 219 4122 | 21 | 01 | OK | RX | ECM |
| | 06/21 | 11:41 | 17196352763 | 28 | 01 | OK | RX | ECM |
| #048 | 06/21 | 11:58 | 17196358615 | 35 | 01 | OK | TX | |
| #049 | 06/21 | 13:30 | 19374292243 | 36 | 01 | OK | TX | |
| #050 | 06/21 | 13:31 | 19372339516 | 37 | 01 | OK | TX | ECM |
| | 06/21 | 13:32 | | 29 | 02 | OK | RX | ECM |
| #051 | 06/21 | 13:34 | 19728019920 | 27 | 01 | OK | TX | |
| #052 | 06/21 | 13:35 | 19726201926 | 39 | 01 | OK | TX | |
| #053 | 06/21 | 13:40 | 19786632012 | 50 | 01 | OK | TX | |
| #054 | 06/21 | 13:41 | 19704931239 | 34 | 01 | OK | TX | ECM |
| #055 | 06/21 | 13:42 | 19703525536 | 23 | 01 | OK | TX | ECM |
| #056 | 06/21 | 13:43 | 19564233914 | 34 | 01 | OK | TX | ECM |
| #057 | 06/21 | 13:44 | 19545430099 | 28 | 01 | OK | TX | ECM |
| #060 | 06/21 | 13:48 | 19195961671 | 26 | 01 | OK | TX | ECM |
| #061 | 06/21 | 13:50 | 14107961248 | 00 | 00 | BUSY | TX | |
| #063 | 06/21 | 13:52 | 19195808107 | 42 | 01 | OK | TX | |
| #064 | 06/21 | 13:54 | 19198560051 | 00 | 00 | BUSY | TX | |
| #058 | 06/21 | 13:55 | 19545658229 | 36 | 01 | OK | TX | ECM |
| #059 | 06/21 | 13:57 | 19195440474 | 00 | 00 | BUSY | TX | |
| #065 | 06/21 | 13:59 | 19524350521 | 26 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 001006

ACTIVITY REPORT

```
TIME  : 06/15/2017 11:46
NAME  : EURTON ELECTRIC
FAX   : 5629460014
TEL   :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|--|
| #337 | 06/14 | 10:27 | 12532722323 | 33 | 01 | OK | TX | ECM |
| #329 | 06/14 | 10:28 | 16158834236 | 33 | 01 | OK | TX | ECM |
| #338 | 06/14 | 10:38 | 19896247231 | 20 | 01 | OK | TX | ECM |
| #340 | 06/14 | 13:03 | 16142216246 | 33 | 01 | OK | TX | ECM |
| #341 | 06/14 | 13:04 | 18605283897 | 25 | 01 | OK | TX | ECM |
| #342 | 06/14 | 13:05 | 18602908384 | 32 | 01 | OK | TX | ECM |
| #343 | 06/14 | 13:07 | 17575474772 | 36 | 01 | OK | TX | |
| #344 | 06/14 | 13:08 | 17156758852 | 23 | 01 | OK | TX | ECM |
| #350 | 06/14 | 13:09 | 18059662956 | 51 | 01 | OK | TX | |
| #346 | 06/14 | 13:11 | 17145276603 | 33 | 01 | OK | TX | ECM |
| #348 | 06/14 | 13:14 | 16152548229 | 24 | 01 | OK | TX | ECM |
| #349 | 06/14 | 13:15 | 16152560444 | 54 | 01 | OK | TX | |
| #345 | 06/14 | 13:19 | 17152473638 | 33 | 01 | OK | TX | ECM |
| #347 | 06/14 | 13:20 | 17136452111 | 36 | 01 | OK | TX | ECM |
| #339 | 06/14 | 13:24 | 16142285445 | 32 | 01 | OK | TX | ECM |
| #351 | 06/14 | 13:28 | 12763866615 | 30 | 01 | OK | TX | ECM |
| #352 | 06/14 | 13:29 | 13036239483 | 27 | 01 | OK | TX | ECM |
| #353 | 06/14 | 13:30 | 16153201057 | 25 | 01 | OK | TX | ECM |
| #354 | 06/14 | 13:31 | 16316514085 | 40 | 01 | OK | TX | |
| #355 | 06/14 | 13:33 | 17145490362 | 28 | 01 | OK | TX | ECM |
| #357 | 06/14 | 13:35 | 12693457929 | 48 | 01 | OK | TX | |
| #358 | 06/14 | 13:36 | 16102643094 | 44 | 01 | OK | TX | |
| #359 | 06/14 | 13:38 | 15867313509 | 49 | 01 | OK | TX | ECM |
| #356 | 06/14 | 13:40 | 12706847709 | 39 | 01 | OK | TX | |
| | 06/14 | 13:54 | | 01:18 | 02 | OK | RX | |
| #360 | 06/14 | 14:13 | 13108302447 | 30 | 01 | OK | TX | ECM |
| #362 | 06/14 | 14:15 | 17144321651 | 33 | 01 | OK | TX | ECM |
| #363 | 06/14 | 14:17 | 17143851688 | 00 | 00 | BUSY | TX | |
| #364 | 06/14 | 14:18 | 17136784419 | 26 | 01 | OK | TX | ECM |
| #366 | 06/14 | 14:20 | 17147392831 | 34 | 01 | OK | TX | ECM |
| #367 | 06/14 | 14:21 | 17147794909 | 30 | 01 | OK | TX | ECM |
| #361 | 06/14 | 14:23 | 13109782795 | 33 | 01 | OK | TX | ECM |
| #355 | 06/14 | 14:25 | 17134650525 | 33 | 01 | OK | TX | ECM |
| | 06/15 | 08:52 | | 32 | 02 | OK | RX | ECM |
| #368 | 06/15 | 10:16 | 12093338479 | 16 | 01 | OK | TX | |
| #369 | 06/15 | 10:36 | 13042520401 | 39 | 01 | OK | TX | |
| #370 | 06/15 | 10:37 | 12257563180 | 26 | 01 | OK | TX | ECM |
| #371 | 06/15 | 10:39 | 13103279174 | 47 | 01 | OK | TX | |
| #372 | 06/15 | 10:40 | 13043454746 | 32 | 01 | OK | TX | ECM |
| #373 | 06/15 | 10:59 | 13147760054 | 01:22 | 01 | OK | TX | |
| #374 | 06/15 | 11:30 | 12625474973 | 54 | 01 | OK | TX | |
| #375 | 06/15 | 11:31 | 17145414491 | 37 | 01 | OK | TX | |
| #376 | 06/15 | 11:32 | 13127330009 | 32 | 01 | OK | TX | ECM |
| #377 | 06/15 | 11:33 | 13053623125 | 37 | 01 | OK | TX | |
| #378 | 06/15 | 11:35 | 13045239004 | 54 | 01 | OK | TX | |
| #379 | 06/15 | 11:36 | 13144236377 | 37 | 01 | OK | TX | ECM |
| #381 | 06/15 | 11:39 | 13144328024 | 29 | 01 | OK | TX | |
| #382 | 06/15 | 11:40 | 12485455557 | 00 | 00 | BUSY | TX | |
| #380 | 06/15 | 11:45 | 17197547977 | 00 | 00 | BUSY | TX | |
| #386 | 06/15 | 11:45 | 13073826752 | 37 | 01 | OK | TX | |

```
BUSY : BUSY/NO RESPONSE
NG   : POOR LINE CONDITION / OUT OF MEMORY
CV   : COVERPAGE
POL  : POLLING
RET  : RETRIEVAL
```

EE 001029

**ACTIVITY REPORT**

```
TIME  : 06/14/2017 10:27
NAME  : EURTON ELECTRIC
FAX   : 5529460014
TEL   :
SER.# : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #282 | 06/13 | 12:41 | 18149461590 | 39 | 01 | OK | TX | ECM |
| #278 | 06/13 | 12:42 | 16613270689 | 38 | 01 | OK | TX | |
| #280 | 06/13 | 12:43 | 18645839931 | 55 | 01 | OK | TX | ECM |
| #289 | 06/13 | 13:14 | 17024335403 | 28 | 01 | OK | TX | |
| #291 | 06/13 | 13:18 | 17045263947 | 39 | 01 | OK | TX | |
| #292 | 06/13 | 13:20 | 15124597469 | 37 | 01 | OK | TX | |
| #293 | 06/13 | 13:21 | 16315670882 | 40 | 01 | OK | TX | |
| #290 | 06/13 | 13:23 | 16613241605 | 39 | 01 | OK | TX | |
| #294 | 06/13 | 13:39 | 16194747413 | 39 | 01 | OK | TX | |
| #295 | 06/13 | 13:40 | 16182424679 | 45 | 01 | OK | TX | |
| #296 | 06/13 | 13:41 | 16204422566 | 28 | 01 | OK | TX | ECM |
| #297 | 06/13 | 13:42 | 16239391486 | 34 | 01 | OK | TX | ECM |
| #298 | 06/13 | 13:43 | 16305299087 | 25 | 01 | OK | TX | ECM |
| #299 | 06/13 | 13:50 | 16308523678 | 33 | 01 | OK | TX | ECM |
| #300 | 06/13 | 13:59 | 16162470086 | 27 | 01 | OK | TX | |
| #301 | 06/13 | 14:01 | 6164512728 | 00 | 00 | BUSY | TX | |
| #302 | 06/13 | 14:02 | 16167351259 | 32 | 01 | OK | TX | ECM |
| #303 | 06/13 | 14:03 | 16308899252 | 35 | 01 | OK | TX | ECM |
| #304 | 06/13 | 14:04 | 16312495886 | 25 | 01 | OK | TX | |
| #305 | 06/13 | 14:05 | 16315850334 | 42 | 01 | OK | TX | |
| #306 | 06/13 | 14:11 | 16362941557 | 33 | 01 | OK | TX | ECM |
| #307 | 06/13 | 14:13 | 16362960844 | 28 | 01 | OK | TX | ECM |
| #308 | 06/13 | 14:14 | 16353430609 | 35 | 01 | OK | TX | |
| #309 | 06/13 | 14:15 | 16368874657 | 48 | 01 | OK | TX | |
| #310 | 06/13 | 14:16 | 16417527475 | 01:05 | 01 | OK | TX | ECM |
| #311 | 06/13 | 14:18 | 16369400691 | 29 | 01 | OK | TX | |
| #312 | 06/13 | 14:19 | 18088471433 | 37 | 01 | OK | TX | |
| #313 | 06/13 | 14:20 | 18106947100 | 50 | 01 | OK | TX | |
| #314 | 06/13 | 15:21 | 19075970649 | 00 | 00 | BUSY | TX | |
| #315 | 06/13 | 15:22 | 16613241231 | 25 | 01 | OK | TX | ECM |
| #316 | 06/13 | 15:23 | 16613270689 | 38 | 01 | OK | TX | |
| #318 | 06/13 | 15:26 | 18138551640 | 00 | 00 | BUSY | TX | |
| #317 | 06/13 | 15:31 | 15095474559 | 00 | 00 | BUSY | TX | |
| #320 | 06/13 | 15:35 | 12067676772 | 35 | 01 | OK | TX | |
| #321 | 06/13 | 15:36 | 16164512728 | 22 | 01 | OK | TX | ECM |
| #319 | 06/13 | 15:48 | 17174312340 | 00 | 00 | BUSY | TX | |
| #322 | 06/13 | 15:50 | 17172991240 | 00 | 00 | BUSY | TX | |
| #323 | 06/14 | 10:09 | 15152442164 | 25 | 01 | OK | TX | ECM |
| #324 | 06/14 | 10:10 | 14233326868 | 27 | 01 | OK | TX | ECM |
| #325 | 06/14 | 10:11 | 14239552349 | 25 | 01 | OK | TX | |
| #326 | 06/14 | 10:12 | 15167393286 | 36 | 01 | OK | TX | |
| #327 | 06/14 | 10:14 | 15592557492 | 32 | 01 | OK | TX | ECM |
| #328 | 06/14 | 10:15 | 15592378879 | 23 | 01 | OK | TX | ECM |
| #330 | 06/14 | 10:17 | 16162414786 | 52 | 01 | OK | TX | |
| #331 | 06/14 | 10:19 | 16158340921 | 39 | 01 | OK | TX | |
| #332 | 06/14 | 10:20 | 16362786085 | 26 | 01 | OK | TX | ECM |
| #333 | 06/14 | 10:21 | 15152436640 | 02:01 | 01 | OK | TX | ECM |
| #334 | 06/14 | 10:24 | 15592682361 | 25 | 01 | OK | TX | ECM |
| #335 | 06/14 | 10:25 | 12018649160 | 33 | 01 | OK | TX | |
| #336 | 06/14 | 10:27 | 12109462473 | 00 | 00 | BUSY | TX | |

```
BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION / OUT OF MEMORY
CV : COVERPAGE
POL: POLLING
RET : RETRIEVAL
```

EE 001169

# EXHIBIT 4

2014753526
2014883861
2017912699
2018186611
2018649168
2018969190
2019458168
2024839512
2028827104
2032484896
2032628206
2032653987
2032691466
2033898249
2037432325
2037539042
2037779851
2044443931
2047836416
2052521586
2053239060
2053495747
2053845283
2054874958
2057592252
2059459258
2059563088
2059563922
2059795533
2062845243
2063222126
2064323977
2065751248
2066232173
2067288806
2067625546
2067631948
2067634232
2067649487
2067676772
2067678294
2067824181
2072535528
2075966923
2077950229
2078783251
2079476752

EE 000001

2083432673
2083757007
2084552831
2084596586
2084674757
2085290135
2085295456
2087651818
2088352332
2094674810
2095265473
2095502510
2102245250
2102268228
2102280377
2103660723
2104773090
2105211333
2105332281
2105583209
2106500039
2106556727
2106621604
2107326147
2107357421
2107361860
2109462473
2122686952
2124817423
2127502053
2128090141
2129258998
2129889192
2143243737
2147414777
2147475292
2147487340
2152894403
2152953082
2153579193
2153867550
2154409786
2154421328
2154826863
2156245038
2156271604
2156272034

EE 000002

2156594384
2156739360
2158268006
2163624020
2163986121
2165250051
2166428779
2168812566
2168838952
2173422898
2173523505
2176989179
2186240261
2187227842
2196631066
2196967793
2198746080
2199221849
2199471099
2252621578
2252734512
2253551855
2257524824
2257563180
2259247700
2259273335
2288751627
2292450579
2293821034
2293880386
2396436554
2404871941
2404921529
2483072571
2483983156
2485400958
2485413490
2485455557
2485829033
2485884616
2485975004
2486244770
2514716967
2516021100
2516618970
2516668403
2519374657

EE 000003

2519434979
2532722323
2534739667
2535817827
2538337521
2538547954
2538871148
2539229709
2539466143
2545262337
2547523799
2563505809
2568301182
2568836531
2604326051
2604710501
2604838082
2604844485
2604866958
2625474973
2625499410
2626396670
2693457929
2704427151
2706847709
2708987957
2708988498
2763866615
2765307315
2812562722
2812920911
2813321780
2813548895
2814690915
2814717690
2814797043
2815548893
3013330864
3013504026
3013736394
3013907929
3014243080
3015076205
3016684454
3017979029
3019485265
3019670218

EE 000004

```
3026558971
3029949176
3032528770
3032874227
3032926529
3032929743
3033335008
3033556572
3035300344
3035342410
3035958878
3036239483
3036558143
3036667458
3037441229
3037587563
3037591390
3042321599
3042520481
3043430715
3043454746
3045239004
3047526084
3052334935
3052477142
3052629828
3052648430
3053623125
3055597441
3055915653
3055967222
3056284143
3056351213
3056426503
3056661015
3056720301
3057583469
3057598669
3069346155
3073822985
3073826752
3075770569
3075775842
3078561434
3094548701
3097860126
3102580213
```

EE 000005

3103208844
3103223627
3103239251
3103262638
3103279174
3105494911
3108302447
3108333186
3109782795
3127330009
3133661728
3133661855
3133889677
3138670033
3139330440
3142315481
3142417723
3144236377
3144273502
3144328024
3146450878
3147760054
3148426811
3149977420
3149979183
3154559522
3154720855
3154725022
3157377347
3157684807
3162638100
3162837538
3166863151
3168321375
3172416867
3172418544
3172437297
3172443920
3172552917
3172710345
3173566382
3176385624
3177860044
3178722077
3178744266
3179254166
3182220724

3182270013
3183233410
3183292988
3183960083
3186872711
3188613821
3192472893
3193379619
3193634653
3193638389
3193937533
3193950003
3193957027
3197520537
3197520796
3197547977
3202350981
3202355351
3202539109
3202594727
3202865302
3212673799
3217844776
3232642309
3236554291
3237210596
3237215064
3237253930
3237336031
3239373912
3256535086
3303799900
3304781424
3304905794
3305335235
3306303320
3307455011
3307501009
3307586028
3307923687
3308324246
3342715226
3344930955
3346714544
3346923704
3348997378
3362302435

EE 000007

3362723567
3362749989
3362754565
3362921027
3362927162
3362974195
3363789819
3365471909
3365479339
3366290959
3366321008
3366683463
3366684878
3366769271
3367897149
3368548004
3368827912
3369223318
3372346478
3373650548
3374565259
3374772425
3378737062
3523751408
3525964403
3526226704
3526863868
3527955015
3604230476
3604259324
3604571269
3605986166
3606757292
3607348765
3607548331
3607572681
3612896339
3615736575
3618837365
3862380973
3863293555
3867528328
3867750379
4014343778
4014677799
4017321550
4018857879

EE 000008

4019414451
4023315666
4023318356
4023325958
4023790258
4023914176
4023937928
4024650296
4024740141
4024760049
4024949992
4025540743
4025585553
4025922003
4025923768
4027340227
4037200446
4039480395
4042894947
4043502359
4043552012
4046080362
4048734581
4048736911
4052324722
4052358667
4052365595
4056313153
4056321434
4056343637
4057372366
4057528360
4059471934
4059488226
4062458916
4062481121
4062483741
4062593956
4064532482
4065497067
4065869736
4066520717
4067210067
4067213412
4067216426
4067560420
4068626280

EE 000009

4072950258
4072974310
4074694391
4076288919
4076296761
4076581510
4078310653
4078435504
4078882257
4078983362
4079314340
4084357928
4089462426
4089840162
4098356009
4098356763
4099481329
4102132790
4103555302
4104671019
4107376764
4107709664
4107851103
4107961248
4107964492
4108962506
4109569039
4109921494
4109970463
4122699168
4122710279
4123216002
4123612855
4126217169
4126819185
4127610190
4128209134
4128318168
4135333560
4135680066
4137395476
4144628231
4144750353
4144752858
4145452185
4146454287
4147607707

EE 000010

4147719118
4147743653
4154565482
4154956161
4156438096
4156483838
4158923351
4159250857
4167497224
4177814849
4178651136
4178691734
4178696678
4188773958
4192439696
4192447581
4193558557
4193895156
4194723053
4194727654
4195223568
4196369222
4196982540
4197294337
4198689084
4198823426
4198933553
4198938313
4232456405
4232476394
4232652349
4232790846
4233326868
4234991107
4236290125
4236980835
4253795897
4254546735
4254548673
4257424848
4323370181
4323630132
4323812521
4325639397
4344476740
4345255226
4347925672

EE 000011

4347979805
4348478812
4357537429
4402058366
4402446810
4402566263
4403654956
4404734842
4408843430
4409534529
4409740500
4435432235
4783281374
4794420342
4796480046
4796490909
4797823087
4799270303
4799673944
4805072566
4806334719
4809459986
4809638789
4809641071
4809684276
5013750706
5013757156
5015626461
5017246659
5017605055
5022674312
5023803829
5024916543
5025894276
5026341931
5026350712
5026356470
5026360798
5028975793
5029663910
5029695619
5032230666
5032312521
5032329821
5032340748
5032558082
5032952966

EE 000012

5035888225
5035987320
5036201763
5036267231
5036466557
5036906688
5036909515
5036936080
5037785518
5042076046
5043494792
5043664533
5044362599
5044672677
5044867482
5047341321
5052927134
5053261620
5053265624
5053270659
5053420556
5058813546
5058848093
5072813879
5073881279
5082912544
5083396921
5085433914
5086771300
5088650542
5088701697
5092484850
5095343139
5095343752
5095354565
5095354799
5095357680
5095358544
5095474559
5095760372
5096850139
5104987901
5106527081
5106586594
5106615706
5107821422
5107833764

EE 000013

5122441846
5122597073
5123763330
5124442825
5124446766
5124470102
5124480267
5124597469
5132320088
5133670363
5135310135
5136746469
5137323466
5137720654
5137721066
5137728044
5138213353
5138519017
5143760657
5143849031
5152436640
5152442164
5152446366
5152539584
5152652441
5152743725
5152768700
5152769434
5152793305
5152877805
5152883733
5159658165
5162220987
5162943969
5165695305
5167393205
5167830037
5173714605
5177504737
5182972114
5184626413
5187534496
5187854643
5188691388
5194514815
5196526586
5207452500

EE 000014

5207959442
5208820692
5302464371
5302721523
5304777316
5306660658
5307811325
5308914025
5403426404
5403429808
5403446153
5403458227
5403899937
5406622970
5407269518
5408860155
5413024529
5413178384
5413441513
5413890778
5413894856
5414616729
5414618865
5414791907
5414850211
5414857867
5416890242
5417476738
5417478288
5417720471
5417722241
5418896257
5419235431
5419674342
5419883502
5592372441
5592378879
5592557492
5592682361
5592688315
5594859907
5596515068
5597327393
5597330433
5612729681
5615331514
5615406005

EE 000015

5615853715
5616849578
5616891644
5618450255
5618456749
5626088802
5626334290
5626939521
5627908230
5627990624
5629080090
5629460014
5632851660
5633558333
5703218207
5706446508
5708394073
5733228201
5733245260
5733397090
5736864874
5742629953
5742643465
5742932254
5745331511
5749355162
5807627610
5852350229
5852541839
5852545159
5853254465
5854270887
5855462979
5855864327
5862935210
5864692826
5867313509
5867580589
5867582079
5867711072
5867763529
5869776518
6012645146
6013535331
6013558770
6014833475
6015823374

EE 000016

6016836570
6022324100
6022547100
6022586815
6022757582
6023231942
6023232810
6024372200
6024378862
6024379143
6025890104
6029563787
6029579754
6032252010
6033323758
6033826482
6035282503
6036260118
6036660115
6037436366
6038892849
6043030134
6045300899
6048796974
6049408614
6052258169
6053320228
6053320988
6056279291
6065737466
6065740452
6077328061
6082552300
6082556977
6082715152
6082757170
6084411952
6087543257
6095848882
6096412222
6096451535
6096453890
6102581230
6102643094
6102665775
6102727305
6103532512

EE 000017

6104369072
6104588438
6105624642
6106306785
6106309805
6107892437
6108746372
6108893837
6109213830
6126271310
6126271313
6127223415
6128227716
6128711845
6142216246
6142285445
6142368122
6142376387
6144812112
6145018828
6148667747
6148953187
6152262488
6152424702
6152428336
6152543443
6152548229
6152560444
6152568020
6152593896
6153200498
6153201057
6153520418
6154590656
6154595995
6155635122
6158340921
6158834236
6158896773
6162414786
6162437751
6162470086
6162610432
6164512728
6164514407
6164582554
6167352252

EE 000018

6167918997
6169578927
6173870077
6173896823
6174793341
6176251650
6182424679
6182595134
6184516940
6186640772
6188338823
6192207178
6192345937
6192602606
6192629985
6192769199
6194747413
6204314841
6204422566
6239370408
6239391486
6262893100
6263317508
6302272039
6304437256
6305299087
6305307935
6306287978
6307664166
6308511774
6308519855
6308523678
6308899262
6312495886
6312712148
6312777513
6314678249
6315638928
6315678882
6315850334
6315877283
6316614085
6317375682
6362394178
6362786085
6362941567
6362960844

EE 000019

6363430609
6365301316
6365322378
6368874667
6369400691
6417527475
6503421026
6505834006
6505888842
6514821495
6516468610
6608264597
6612814008
6613241231
6613241605
6613270689
6613275069
6613935636
6618241006
6619400359
6619487310
7012245834
7012329446
7012581292
7012826083
7016630223
7018392253
7022229122
7023829866
7024335403
7026335960
7026421006
7027348330
7028896030
7028976500
7032571563
7033693786
7033851758
7034214900
7035251637
7036310175
7036836719
7036857241
7038020727
7043470596
7043740029
7044358816

EE 000020

7044428242
7044820904
7044833529
7045043782
7045252319
7045253947
7045357929
7047952152
7047955560
7049270176
7062260818
7062369028
7062530254
7067711982
7067906270
7072077230
7074310461
7075759448
7075859734
7078261851
7083858664
7084427871
7085479059
7085965802
7086811900
7087555283
7087880288
7087882277
7093685673
7123256147
7132280619
7132280931
7132479304
7134650525
7136433243
7136452111
7136784419
7136816246
7136828624
7136882583
7136884398
7136979224
7137228218
7137807654
7138646014
7138805702
7139208787

7139912139
7142889149
7143851688
7144321651
7144340727
7145219300
7145228133
7145276603
7145414491
7145490362
7146309339
7147392831
7147794909
7148472474
7148714591
7149611140
7152351015
7152473638
7153445453
7156758852
7157360678
7166838655
7166842294
7168230371
7168247731
7168553417
7168845953
7172438865
7172748934
7172991241
7172995609
7173360979
7174424859
7176202308
7176326582
7177551641
7178527278
7178989347
7182591083
7182778860
7183388914
7184354719
7185236041
7186721378
7187798810
7188215874
7188981756

EE 000022

7193903840
7195907917
7196301577
7196330072
7242284165
7242822227
7243461225
7244574904
7244890911
7245321757
7246588644
7247720740
7248327060
7249380692
7272990704
7274465625
7275353841
7279341690
7325259610
7326366624
7328408885
7328708794
7328881857
7342613058
7342840032
7343266669
7343269803
7344266384
7344297254
7347476098
7406538312
7409673583
7573637512
7573973405
7574592151
7574874381
7574908369
7574972095
7575434823
7575474772
7575490666
7576260606
7603247797
7604800411
7605109677
7607445067
7607447859

EE 000023

7607472626
7632958765
7633831437
7635452894
7635501776
7652822717
7702428450
7702429880
7702460539
7703212520
7704222593
7704237385
7704240806
7704349966
7704463330
7704487395
7704605162
7704995015
7706310664
7706648944
7707397033
7709416819
7709424257
7709651314
7709722741
7709735187
7709950927
7723400560
7725691771
7733247258
7737282499
7737282799
7738471828
7753298981
7753316109
7753533300
7753566635
7753594649
7804896525
7812291639
7813319505
7814409903
7817693356
7818267165
7818992482
7819329715
7819352342

EE 000024

7819356966
7858252585
7877827177
8002292855
8003288905
8005869502
8005869504
8006362755
8007642468
8013520352
8013553414
8013942941
8013951899
8014664871
8014845107
8014847541
8014854288
8014865848
8014878649
8015620737
8016270801
8016850743
8017731835
8019635796
8019722120
8024768403
8028720048
8032521119
8032526902
8033963953
8036489407
8036491036
8036990210
8037394365
8037963348
8042304212
8043215341
8043555716
8043583326
8044218556
8045411102
8046486701
8047455085
8048613565
8054345515
8054873666
8055322094

EE 000025

8055821580
8056445178
8059659623
8059662956
8059665544
8062742165
8063425399
8067445690
8067631685
8067638245
8082427790
8085911237
8085967044
8088416989
8088417492
8088426022
8088457555
8088471433
8102254602
8106536138
8106947100
8107443798
8122388980
8122846572
8123769729
8124213689
8124233323
8124772690
8124790100
8128860573
8132389527
8136399344
8138551649
8139351917
8139492153
8139630008
8142266067
8145328875
8148984001
8149461590
8153977357
8154593337
8156924148
8157226635
8158771954
8162216688
8162323843

EE 000026

8163584933
8163587119
8163589899
8164213770
8164520819
8164548083
8164780629
8165250288
8165258628
8165611778
8165873377
8167411019
8167562149
8168421601
8174888918
8178319848
8182233609
8183747011
8185007358
8185566242
8186786500
8187000054
8187652287
8187781990
8187843299
8187862709
8187865239
8188416501
8188461786
8189568370
8189802412
8283245588
8283695412
8308961280
8314235487
8314244232
8317572648
8318998866
8433980289
8435383181
8435468094
8435545974
8438841151
8452943864
8453409190
8453682424
8454730089

EE 000027

8455691558
8472539411
8472971544
8473361456
8473528231
8474370933
8474390699
8474550385
8475209540
8475406797
8477660432
8478437622
8478888940
8479480221
8479567209
8479567925
8504389544
8504690387
8505801225
8506646769
8507696720
8508926428
8568454387
8568539455
8582773072
8582790362
8585304820
8585604051
8585668920
8585690954
8592253484
8592319851
8592530121
8592547473
8595250993
8598874958
8602336295
8602410051
8602908384
8604297176
8604452313
8605283897
8605299869
8606212415
8636443325
8642426821
8642840800

EE 000028

8642957973
8645839931
8648775879
8648958050
8659385054
8659868309
8665660222
8706980009
8707730446
8708927076
8709726925
9015254087
9015661605
9017255545
9017747808
9019429487
9024651284
9038331020
9042824511
9042911788
9043551937
9043848120
9043872460
9043891329
9046939281
9047839957
9048296111
9049813122
9055428300
9056647407
9058508978
9072583054
9072621600
9073443414
9073570649
9075617187
9077892673
9082131267
9087079822
9087820378
9087828168
9093810773
9094219768
9095931033
9096269599
9096285290
9098545092

EE 000029

9098851933
9099468069
9099873838
9099876678
9104241355
9104525301
9107383115
9107908608
9107914480
9108671881
9122334355
9126818549
9129630044
9132332702
9133210706
9133380838
9134954378
9136318372
9136858555
9138310264
9142371171
9148342995
9155442658
9155981192
9157750222
9157751929
9157780671
9158608603
9163611829
9164859385
9164893918
9165655622
9166172659
9167373234
9168536847
9169250247
9182498676
9183422423
9184378420
9184389993
9185839169
9185843421
9186278808
9186634171
9186645017
9186651721
9188341065

EE 000030

9188348513
9195440474
9195800107
9195961671
9197825133
9198516928
9198560051
9198780915
9203361674
9204320726
9204352444
9206874062
9207343049
9208669259
9252941780
9254321990
9254434735
9256876261
9256890911
9257983850
9257988905
9259340457
9287535991
9287768159
9366336160
9372221901
9372339516
9374292243
9374362449
9407234190
9412550411
9413309220
9413557857
9417211932
9417539800
9419219248
9419532674
9494619113
9494980459
9495886023
9497561143
9498589141
9516544054
9516830822
9516976687
9518089171
9524350521

EE 000031

9528816656
9528843750
9528845030
9528900058
9528955636
9543216638
9543964221
9544676768
9545658229
9545833265
9546930034
9547332133
9547816315
9547923560
9549280958
9549721567
9549810745
9549895738
9564233914
9567236258
9702473637
9703525004
9703525536
9704840574
9704931239
9706632012
9722722634
9723047300
9723131341
9724588789
9726201926
9727453682
9728019920
9728871286
9729912902
9732380010
9733404041
9733500112
9733768788
9733769056
9734021447
9735370404
9735750196
9735846679
9735956149
9736274252
9737437904

EE 000032

9737723232
9782513700
9782839157
9783675700
9786633812
9792330737
9857250061
9858792144
9858938867
9896314688
9896848497
9897939511
9898351428

EE 000033

# EXHIBIT 5

1

1     IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLORADO

3

4   Tech Instrumentation, Inc., a      )
    Colorado Corporation, individually )
5   and on behalf of all others        )
    similarly situated,                )
6                                       )
7                  Plaintiff,           )
                                        )
8          vs.                          ) Case No.
                                        ) CV 16-02981-KMT
9   Eurton Electric Company, Inc., a    )
    California Corporation,             )
10                                      )
                  Defendant.            )
11  _____)

12

13

14

15         DEPOSITION OF JOHN BUCHANAN

16       Tuesday, September 12, 2017

17

18              9:54 A.M.

19      633 W. 5th Street, Suite 900

20      Los Angeles, California 90071

21

22

23  Reported by:
    Maria Beesley
24  CSR 9132, RMR, FCRR
    Job No. 139402
25

**CERTIFIED COPY**

2

```
1    APPEARANCES OF COUNSEL:

2

3    For Plaintiff:

4          WOODROW & PELUSO
           BY:   STEVEN L. WOODROW, ESQ.
5          3900 E. Mexico Avenue, Suite 300
           Denver, Colorado 80210
6          720.213.0676

7

8

9    For Defendant:

10         ALVARADO SMITH
           BY:   THEODORE BACON, ESQ.
11         633 W. 5th Street, Suite 900
           Los Angeles, California 90071
           213.229.2400
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

I N D E X

WITNESS:  JOHN BUCHANAN

EXAMINATION BY                                          PAGE

By Mr. Woodrow......................................4

EXHIBITS

EXHIBIT  DESCRIPTION                                    PAGE

1      Notice of Deposition.........................12

2      Westfax Response to Subpoena................41

3      Sample faxes................................61

4      Fax Opt-out.................................79

5      Preliminary Statement.......................84

6      Invoice dated 5/14/16.......................124

35

1    would like to be removed from faxes.

2         A.    Right.

3         Q.    You actually produced evidence in discovery in

4    this case of a couple opt-out requests.

5               Do you remember that?

6         A.    I do because those are the only ones I had,

7    yeah.

8         Q.    Is it your testimony that there were more and

9    you just don't have the e-mails anymore?

10        A.    Correct.   Yeah.

11        Q.    About how many more?

12        A.    If we would get asked, I would take the

13   number, remove them from the list, update the list, and

14   it would be gone.

15        Q.    And then you would probably delete the e-mail?

16        A.    I'd delete the e-mail or usually, the funny

17   thing is, more people would fax it back to me.

18        Q.    And what would you do with those faxes?

19        A.    I would tell them please don't fax me.

20        Q.    Would you remove them from the list?

21        A.    Yes, of course.

22        Q.    Would you save the fax or throw it out?

23        A.    I would throw it out after I removed them.

24        Q.    Okay.   So there is no pile of faxes sitting

25   somewhere from people asking you not to fax them

36

1    anymore?

2        A.    Correct.

3        Q.    And aside from the two e-mails that you have

4    produced, there are no other e-mails of people

5    requesting that you remove them from the list?

6        A.    To the best of my knowledge, yes.

7        Q.    What did you do to search your e-mails?

8        A.    Well, they would come to me.  Our e-mail is

9    listed on the flier.

10       Q.    I mean in terms of producing information in

11   this case, I assume that the e-mails that were produced

12   were found in your e-mail system; correct?

13       A.    Yes.

14       Q.    Do you use Outlook?

15       A.    No.

16       Q.    Do you use gmail?

17       A.    Yes.

18       Q.    So did you have to search your gmail for those

19   requests?

20       A.    No.  Generally, they would come in my in box.

21       Q.    I mean the two that you produced in the case.

22       A.    Yes.  I searched for those.

23       Q.    Do you remember what search terms you used?

24       A.    No.

25       Q.    Do you remember how long you searched for?

123

1    like a coach saying, you know, next time ask this or

2    throw this in, and those type of things.

3         Never on, you didn't get the particular number

4    or you didn't ask correctly.

5         I would have if they did.  If that was a

6    coaching thing, I would say it if it ever came up, but

7    it never came up.  I've never given that instruction.

8         Q.   Was it enough for the marketer to just request

9    the fax number from the person or did they also have to

10   specifically request don't send faxes?

11        A.   Well, a lot of the time it was -- sometimes

12   they did bundle it:  Can I fax you?  Can I e-mail you?

13   Can I send you stuff in the mail to this address?

14        And we verified the whole thing.  So it was

15   Bob at whatever, or Steve here at Gezon, can I do all

16   these things.  And if you said yes, then we would have

17   that -- we would consider that permission.

18        And then later on if Steve, as he did here,

19   changes his mind, he just lets us know and we e-mail and

20   mail him from there.

21        Q.   Sitting here today, do you know how many

22   people have requested to opt out that you then processed

23   their opt-outs apart from the two that we have shown?

24        A.   We had a very low percentage of opt-out

25   people.  I'm very surprised that -- sometimes none.

124

1    Q.   I'm surprised you found two.

2         So what I want to know is how many more do you

3    think you possibly had.  Maybe a handful?

4    A.   Now, I may do another -- yeah, it's a handful.

5    Most people --

6    Q.   Most people didn't tell you that they wanted

7    to opt-out?

8    A.   Correct.  Over 95 percent said -- well, I

9    never heard from them.

10   Q.   I'm going to show you what is going to be

11   marked as Exhibit 6.

12             (Exhibit 6 was marked

13              for identification)

14   BY MR. WOODROW:

15   Q.   Take a minute to look through these.

16   A.   (Witness reads document.)

17        They all have "Attention:  Julie" on it.

18   Q.   What is Julie's last name?

19   A.   Macias.

20   Q.   Would Julie ever order the faxes or would it

21   always be you?

22   A.   It would always be me.

23   Q.   Let me know when you have gotten to it.

24   A.   (Witness reads document.)

25        Okay.  I mean, they're all --

149

1          I, Maria Beesley, CSR 9132, Certified

2    Shorthand Reporter, do hereby certify:

3          That prior to being examined, the witness

4    named in the foregoing deposition was by me duly sworn;

5          That said deposition was taken down by me in

6    shorthand at the time and place therein named and

7    thereafter transcribed under my supervision;

8          I further certify that I am neither counsel

9    for, nor related to, any party to said proceedings, not

10   in any way interested in the outcome thereof.

11         I declare under penalty of perjury under the

12   laws of the State of California that the foregoing is

13   true and correct.

14

15   Dated: September 22, 2017

16

17

18   _____

19   Maria Beesley, CSR No. 9132, RMR, FCRR

20

21

22

23

24

25