**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR APPROVAL OF NOTICE PLAN**

Plaintiff Tech Instrumentation, Inc. ("Plaintiff" or "Tech"), through its counsel, moves this Court for a brief seven (7) day extension of time, until April 15, 2019, to file and serve its reply in support of Plaintiff's "Motion for Approval of Plaintiff's Proposed Plan for Disseminating Notice to the Class" (Dkt. 65). Plaintiff's Motion is based on the following:

1. On March 4, 2019, Plaintiff filed its Motion for Approval of its Notice Plan. (*See* Dkt. 65).

2. On March 25, 2019, Defendant filed an Opposition to the Motion and submitted a counter-proposal for disseminating notice. (Dkt. 66.)

3. On April 5, 2019, counsel for Plaintiff conferred with Eurton's counsel to request an extension of time for Plaintiff's reply to the motion. Eurton's counsel advised that Eurton had no objection to a one-week extension of time.

1

4. Good cause exists for this requested extension. The requested additional week is necessary to allow sufficient time for Plaintiff to review Eurton's opposition and its proposed changes to Plaintiff's proposed notice documents and the method of disseminating notice and adequately reply.

5. Indeed, Eurton's opposition proposes several substantive changes to the proposed notice documents Plaintiff submitted and argues that its customer list should not be used for the purpose of determining who should receive the class notice.

6. Moreover, Eurton's opposition is accompanied by 112 pages of exhibits, which Plaintiff requires additional time to review.

7. Finally, Plaintiff's counsel will be in Toronto, Ontario, Canada from April 8, 2019 through April 10, 2019 for a mediation in another matter.

8. This is the first request for an extension to reply regarding this Motion.

9. The requested extension will also not impact any pending deadlines or an outstanding scheduling order. The parties' deadline to submit a status report addressing any scheduling needs is June 4, 2019, and the requested one-week extension, until April 15, 2019, will not impact that deadline.

10. Accordingly, Plaintiff requests that this Court grant Plaintiff's unopposed motion and extend the time for filing its reply to April 15, 2019.

Respectfully submitted,

**TECH INSTRUMENTATION, INC.**
individually and on behalf of all others similarly situated,

Dated: April 5, 2019

By: /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

2

3

        Steven L. Woodrow
        swoodrow@woodrowpeluso.com
        Patrick H. Peluso
        ppeluso@woodrowpeluso.com
        Woodrow & Peluso, LLC
        3900 East Mexico Ave., Suite 300
        Denver, Colorado 80210
        Telephone: (720) 213-0675
        Facsimile: (303) 927-0809

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2019, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

/s/ Patrick H. Peluso