**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED**
**MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF**
**IN SUPPORT OF MOTION FOR APPROVAL OF NOTICE PLAN**

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to File Reply Brief in Support of Motion for Approval of Notice Plan, and being duly advised in the premises, hereby ORDERS as follows:

1. Plaintiff's Motion for an extension of time is GRANTED;

2. Plaintiff may have up to and including April 15, 2019 to file its reply brief.

IT IS SO ORDERED

                                        Hon. Marcia S. Krieger