# GROUP EXHIBIT A

# EXHIBIT A-1

|  |  |
|---|---|
| **Legal Notice**<br><br>**ATTENTION! If You Applied for Employment with 7-Eleven, Inc. from May 9, 2016 Through the Present You May Be Part of a Class Action Lawsuit**<br><br>**Learn More At:**<br><br>**www.[websiteURL].com** | *Edwardo Munoz v. 7-Eleven, Inc.*<br>Case No. 2:18-cv-03893-RGK-AGR<br>Kurtzman Carson Consultants LLC<br>[Address Line 1]<br>[Address Line 2]<br>[Address Line 3]<br><br>\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>Postal Service: Please do not mark barcode<br><br>ABC-1234567-8<br><br>First Last<br>Address1<br>Address2<br>City, State, Zip Code | First Class Postage Permit |

**Summary Notice**

You are receiving this notice because you have been identified as a potential class member in *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR, pending in the U.S. District Court for the Central District of California. The Court has certified a Class and a Subclass that could impact your legal rights, whether you act or not. **This is only a summary of the Full Notice.** Visit www.[website].com to read the Full Notice.

**Nature of the Action.** This lawsuit alleges that 7-Eleven unlawfully procured consumer reports, or background checks, in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. The Class Representative claims that 7-Eleven procured a consumer report regarding him without providing a standalone disclosure prior to procuring his consumer report. 7-Eleven denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the pending litigation.

**How Do I Know if I am a Class Member?** You fall into the definition of the Class if you applied for employment with 7-Eleven between May 9, 2016 and the date notice is sent to the Classes and 7-Eleven procured a consumer report regarding you where the disclosure and authorization form presented to you was the same disclosure that was provided to the Class Representative. You fall into the definition of the Subclass if you are a member of the Class who resides in the State of California.

**What are My Options?** You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR" to the Class Administrator, postmarked by [opt-out deadline]. Specific information is available at www.website.com. If you do nothing you will be in the Classes and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the litigation or any potential settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow, Patrick H. Peluso, and Taylor T. Smith of Woodrow & Peluso, LLC and Mike M. Arias and Alfredo Torrijos of Arias Sanguinetti Wang and Torrijos LLP to be the attorneys for the Classes. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the pending litigation and a copy of the full Notice, go to www.[website].com, contact the Administrator at [toll free #] or [Address], or call Class Counsel at 720-213-0676.

---

**FOR MORE INFORMATION, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR" to:

Kurtzman Carson Consultants LLC
*Edwardo Munoz v. 7-Eleven, Inc.*
Case No. 2:18-cv-03893-RGK-AGR
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

For all other inquiries, contact Class Counsel at:

*Edwardo Munoz v. 7-Eleven, Inc.*
Case No. 2:18-cv-03893-RGK-AGR
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
swoodrow@woodrowpeluso.com

**www.[websiteurl].com**

# EXHIBIT A-2

**Legal Notice**

# ATTENTION! If You Received Fax Advertisements from LKQ Corp. or Coast Distribution From July 2012 to December 2016 You Are Part of a Class Action Settlement

# Learn More At:

# www.[websiteURL].com

*Stone & Co. v. LKQ Corporation*
1:16-cv-07648 (ND Ill.)
Settlement Administrator
[Address Line 1]
[Address Line 2]
[Address Line 3]

| First Class Postage Permit |
|---|

|||||||||||||||||||||||||||||

Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

3888307

**Summary Notice**

You are receiving this notice because you have been identified as a settlement class member in *Wendell H. Stone Company, Inc. v. LKQ Corporation* 1:16-cv-07648, pending in the U.S. District Court for the Northern District of Illinois. The Court has preliminarily approved a settlement that could impact your legal rights whether you act or not. This is only a summary of the Full Notice. Visit www.[website].com to read the Full Notice and to view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that The Coast Distribution System, Inc. ("Coast") (which has since been purchased by LKQ) sent certain fax advertisements in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. The Class Representative claims that Coast sent faxes without prior express permission and with insufficient opt-out notices. Coast/LKQ denies that it violated any laws and asserts several defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you received a fax advertisement from Coast or LKQ from July 28, 2012 to the date notice is sent.

**What are My Options?** If you do not submit a Request for Exclusion you will be paid an equal share of the Settlement Fund after monies are deducted for notice and administrative costs, any incentive award for the Class Representative, and any award of reasonable attorneys' fees. You can discuss the case with Class Counsel. You may also enter an appearance through an attorney if you so desire. You may request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Stone & Co. v. LKQ Corporation* 1:16-cv-07648" to the Settlement Administrator, postmarked by [opt-out/objection deadline]. Specific information is available at www.website.com. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the settlement and won't receive your share of the Settlement Fund.

**Who Represents Me?** The Court has approved Steven L. Woodrow and Patrick Peluso of Woodrow & Peluso LLC and Stefan Coleman of the Law Offices of Stefan Coleman, P.A. to be the attorneys representing the Class in this case. These attorneys are referred to as Class Counsel. Class Counsel is compensated from the Settlement Fund in this case and you will not incur any out-of-pocket expense for these lawyers. You may also hire your own lawyer at your own expense.

---

*Stone & Co. v. LKQ Corporation* **1:16-cv-07648**

**TO LEARN MORE VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Stone & Co. v. LKQ Corporation* 1:16-cv-07648" to:

Settlement Administrator
*Stone & Co. v. LKQ Corporation*
1:16-cv-07648
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

For all other inquiries, contact Class Counsel at:

*Stone & Co. v. LKQ Corporation*
1:16-cv-07648
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

3888307

**How Do I Get More Information?** For more information about the proposed settlement and a copy of the full Notice go to www.[website].com, contact the Settlement Administrator at [toll free #] or [Address] or call Class Counsel at (720) 213-0675.

**www.[websiteurl].com**

# EXHIBIT A-3

**Legal Notice**

*Michael Bowman v. Art Van Furniture*
Case No. 17-cv-11630-NGE
Epiq Systems
[Address Line 1]
[Address Line 2]
[Address Line 3]

First Class Postage Permit

# ATTENTION! If You Received

# A Phone Call to Your Telephone

# from Art Van Furniture, Inc.

from May 23, 2013 to

[Date of Preliminary Approval Order]

# You May Be Part of a

# Class Action Settlement

# Learn More At:

# www.[websiteURL].com



Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

**Summary Notice**
You are receiving this notice because you have been identified as a potential settlement class member in *Michael Bowman v. Art Van Furniture* Case No. 17-cv-11630-NGE, pending in the U.S. District Court for the Eastern District of Michigan. The Court has preliminarily approved a settlement that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit www.[website].com to read the Full Notice, submit a Claim Form, and view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that Art Van made phone calls to telephones in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. The Class Representative claims that Art Van made phone calls to telephone users without prior express consent. Art Van denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you were called by or on behalf of Art Van Furniture through the use of pre-recorded voice technology between May 23, 2013 and the date of entry of the Preliminary Approval Order.

**What are My Options?** You may submit a Claim Form to be paid your share of the Net Settlement Fund (equal to the Settlement Fund of $5,875,000 less all approved Settlement Administration Expenses, and any Incentive Awards and the Fee Award to Class Counsel). You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Michael Bowman v. Art Van Furniture* Case No. 17-cv-11630-NGE" to the Settlement Administrator, postmarked by [opt-out/objection deadline]. Specific information is available at www.website.com. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow, Patrick Peluso, and Taylor Smith of Woodrow & Peluso, LLC and Stefan Coleman from the Law Office of Stefan Coleman, P.A. to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed settlement and a copy of the full Notice and Claim Form, go to www.[website].com, contact the Administrator at [toll free #] or [Address] or call Class Counsel at 720-213-0676.

---

**TO SUBMIT A CLAIM FORM, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Michael Bowman v. Art Van Furniture* Case No. 17-cv-11630-NGE to:

Epiq Systems
*Michael Bowman v. Art Van Furniture*
Case No. 17-cv-11630-NGE
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

*Michael Bowman v. Art Van Furniture*
Case No. 17-cv-11630-NGE
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
swoodrow@woodrowpeluso.com

**www.[websiteurl].com**

# EXHIBIT A-4

# EXHIBIT A-4

**Legal Notice**

# ATTENTION! If You Received A Call On Your Cellular Telephone From Global Marketing Research Services, Inc. From August 10, 2010 to December 31, 2014 You Are Part of a Class Action Settlement

# Learn More At:

# www.[websiteURL].com

*Martin v. Global Research Services Inc.*
6:14-cv-1290-GAP-KRS (M.D. FL)
Settlement Administrator
[Address Line 1]
[Address Line 2]
[Address Line 3]

First Class Postage Permit


Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

**Summary Notice**

You are receiving this notice because you have been identified as a settlement class member in *Martin v. Global Research Services Inc.* ("GMRS") 6:14-cv-1290-GAP-KRS, pending in the U.S. District Court for the Middle District of Florida. The Court has preliminarily approved a settlement that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit www.[website].com to read the Full Notice, submit a Claim Form, to view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that GMRS made calls to cellphones in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The Class Representatives claim that GMRS called cellphone users without prior express consent. GMRS denies that it violated any laws and asserts several defenses, including that the TCPA is unconstitutional as applied, that its calls were political calls, and that it obtained prior implied consent to make such calls from voter registration published lists of cell numbers. The Court has not determined who is right Rather, you are receiving this legal notice because your rights may be impacted by the settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you answered a call on your cellphone when called by GMRS for a any purpose from August 10, 2010 through December 31, 2014.

**What are My Options?** You may submit a Claim Form to be paid up to $15.00 (reduced pro rata if certain fund limits are exhausted). You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Martin v. Global Research Services Inc.* ("GMRS") 6:14-cv-1290-GAP-KRS" to the Settlement Administrator, postmarked by [opt-out/objection deadline]. Specific information is available at www.websitecom. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the settlement.

**Who Represents Me?** The Court has approved Steven L. Woodrow and Patrick Peluso of Woodrow & Peluso LLC to be the attorneys representing the Class in this case. These attorneys are referred to as Class Counsel. You will not be charged for these lawyers. You may also hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed settlement and a copy of the full Notice and Claim Form, go to www.[website].com, contact the Settlement Administrator at [toll free #] or [Address] or call Class Counsel at (720) 213-0675.

---

*Martin v. GMRS*, **Case No. 15-cv-82**

**TO SUBMIT A CLAIM FORM, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Martin v. Global Research Services Inc.* ("GMRS") 6:14-cv-1290-GAP-KRS" to:

Settlement Administrator
*Martin v. Global Marketing Research*
6:14-cv-1290-GAP-KRS
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

For all other inquiries, contact Class Counsel at:

*Martin v. Global Marketing Research*
6:14-cv-1290-GAP-KRS
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com

**www.[websiteurl].com**