# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## If You Received A Fax Advertisement From Eurton Electric From December 16, 2013 Through The Present, You May be Part of a Class Action Lawsuit

*A Federal Court authorized this notice.  This is **not** a solicitation from a lawyer.*

• A class has been certified in a lawsuit about whether Eurton Electric unlawfully sent unsolicited fax advertisements. Eurton denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this notice because your rights may be impacted by the pending litigation.

• The Court certified a Class defined as follows:

Any person/entity who: (1) received a cold call from Eurton pursuant to its three-step procedure; and (2) is listed on a list prepared by Eurton and supplied to WestFax; and (3) received one or more faxes sent by Eurton or WestFax between December 16, 2013 through the date notice is sent to the Class.

• **Please read this notice carefully**. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **EXCLUDE YOURSELF** | You will receive no benefits from any judgment in favor of the Class, but you will retain any rights you currently have to sue the Defendant separately about the claims in this case. |
| **DO NOTHING** | You get a share of any judgment in favor of the Class and any other benefits awarded to the Class but give up your right to sue the Defendant separately about the claims in this case. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

## BASIC INFORMATION

### 1.  Why was this Notice issued?

A federal court authorized this notice because you have a right to know about this class action lawsuit and about all of your options before the case is adjudicated on the merits. This Notice explains the lawsuit and your legal rights.

Judge Krieger of the U.S. District Court for the District of Colorado is overseeing this case (the "Lawsuit"). The Lawsuit is known as *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*, Case No. 1:16-cv-02981. Tech Instrumentation, Inc., the entity who sued, is called the Plaintiff/Class Representative. The Defendant is Eurton Electric.

**2. What is a Class Action?**

In a class action, one or more named plaintiffs called Class Representatives (in this case, Tech Instrumentation, Inc.) sues on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

**3. What is this Lawsuit about?**

This lawsuit alleges that Eurton Electric unlawfully sent unsolicited fax advertisements in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). Eurton denies that it violated any law and maintains that it has several defenses. If the Class Representative prevails in showing that Eurton Electric violated the TCPA, the TCPA provides for statutory damages in the amount of $500 per violation, which may be trebled to $1,500 if willfulness is determined by the judge or jury.

The Court has not determined who is right at this time. Such matters will be adjudicated through ongoing litigation of the Lawsuit.

## WHO'S INCLUDED IN THE LAWSUIT?

**4. How do I know if I am in the Class?**

The Court in this case certified a class on May 29, 2018, defined as follows:

> Any person/entity who: (1) received a cold call from Eurton pursuant to its three-step procedure; and (2) is listed on a list prepared by Eurton and supplied to WestFax; and (3) received one or more faxes sent by Eurton or WestFax between December 16, 2013 through the date notice is sent to the Class.

## HOW TO GET BENEFITS

**5. How do I get any benefits awarded to the Class?**

If you are a Class Member, you need not do anything to receive any benefits that may be awarded to the Class.

## REMAINING IN THE LAWSUIT

**6. What am I giving up if I stay in the Lawsuit?**

If you stay in the Class you will give up your right to sue Eurton separately for the claims being adjudicated in this litigation. Unless you exclude yourself (*see* Questions 10 & 11), you are part of the lawsuit, regardless of whether you take any further action.

If you have any questions you can talk to Class Counsel listed in Question 8 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

### 7. What happens if I do nothing at all?

If you do nothing at this time you stay in the lawsuit and are able to participate in any judgment awarded to the Class. Unless you exclude yourself, you won't be able to start a separate lawsuit for these same claims against the Defendant.

## THE LAWYERS REPRESENTING YOU

### 8. Do I have a lawyer in the case?

The Court has appointed Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC, to be the attorneys representing the Class. They are called "Class Counsel." You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense. You may also enter an appearance though an attorney if you so desire.

### 9. How will the lawyers be paid?

Class Counsel may seek, and the Court may award, an amount of reasonable attorney's fees to be paid from or in addition to any judgment awarded to the Class.

## EXCLUDING YOURSELF FROM THE LAWSUIT

### 10. How do I get out of the Lawsuit?

To exclude yourself from the Lawsuit, you must send a letter (or request for exclusion) by mail stating that you want to be excluded from *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*, Case No. 1:16-cv-02981. Your letter or request for exclusion must also include your name, your address, and your signature. You must mail your exclusion request so that it is postmarked no later than **xx, 2019** to:

*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

The Court will exclude from the Class any Class Member who timely requests exclusion from the Class.

### 11. If I don't exclude myself, can I sue the Defendant for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Eurton Electric for the claims being adjudicated by this lawsuit.

| **16. If I exclude myself, can I get anything from this Lawsuit?** |
|---|

No. If you exclude yourself, you will not be able to receive benefits from any judgment or settlement (in the event one is reached in the Lawsuit).

| **20. Do I have to come to any hearings?** |
|---|

No. Class Counsel will answer any questions the Court may have and will call any necessary witnesses. But you are welcome to come to any Court hearings at your own expense. You may also pay another lawyer to attend, but it's not required.

## GETTING MORE INFORMATION

| **22. Where do I get more information?** |
|---|

This Notice summarizes the Lawsuit. You request further information by writing the Class Administrator at P.O. Box 0000, City, ST 00000 or by visiting www.[website].com. You can call the Class Administrator at 1-800-000-0000 or Class Counsel at 1-720-213-0676, if you have any questions. Before doing so, however, please read this full Notice carefully.