# EXHIBIT C

# Gergetz v. Telenav, Inc. Settlement

Case No. 5:16-CV-4261-BLF (N.D. Cal.)

Home     FAQs     Important Documents     Submit a Claim     Contact Us

## Welcome to the Information Website for the Gergetz v. Telenav, Inc. Settlement

### If You Received a Text Message from a Telenav Phone Number, You Could Get a Payment from a Class Action Settlement.

A Settlement has been reached in an alleged class action lawsuit about whether Telenav, Inc. ("Telenav") sent text messages to cellphone users who did not consent to receiving such messages and/or after users had replied with a "STOP" or similar command (other than a text message confirming the opt-out request). Telenav is referred to as the "Defendant."

Those included in the Settlement who file Valid Claim Forms will be eligible to receive a payment from the Settlement Fund, which is $3,500,000 total. The actual amount of the payments will be based on the number of Valid Claim Forms submitted, administrative costs, and any Incentive Award and attorneys' fees and expenses approved by the Court.

Please read this website carefully. Your legal rights are affected whether you act, or don't act.

### Current Status

Final Approval has been granted. The Settlement Administrator will be mailing W-9 information at the beginning of January 2019. Payments will be issued once the calculation process is complete and the award amounts are determined and validated.

### Important Dates

July 28, 2012 – March 5, 2018
Class Period



## Your Legal Rights and Options in This Settlement

| | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to receive a payment from the Settlement Fund. You can submit a Claim Form online here.<br><br>Claims Forms must be submitted online or postmarked on or before **August 28, 2018**. | **August 16, 2018**<br>Deadline to Exclude Yourself from the Settlement |
| **EXCLUDE YOURSELF** | You will receive no benefits, but you will retain any rights you currently have to sue the Defendant about the claims in this case.<br><br>The deadline for excluding yourself is **August 16, 2018**. | **August 16, 2018**<br>Deadline to Object to the Settlement |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement.<br><br>The deadline to object to the Settlement is **August 16, 2018**. | **August 28, 2018**<br>Deadline to File a Claim |
| **PARTICIPATE IN THE HEARING** | Ask for you or your attorney to speak in Court about your opinion of the Settlement.<br><br>The Court has set a hearing for **September 6, 2018, at 1:30 p.m. PDT**, subject to change. | **September 6, 2018, at 1:30 p.m. PDT**<br>Final Approval Hearing |
| **DO NOTHING** | You won't receive a payment from the Settlement Fund and will give up your right to sue the Defendant about the claims released by the Settlement Agreement. | Start Your Claim Form |

*Para ver un aviso en español, por favor haga clic aquí.*

# Gergetz v. Telenav, Inc. Settlement

Case No. 5:16-CV-4261-BLF (N.D. Cal.)

Home | FAQs | Important Documents | Submit a Claim | Contact Us

## Frequently Asked Questions

1. Why did I receive a notice directing me to this website?
2. What is a class action?
3. What is this lawsuit about?
4. Why is there a settlement?
5. How do I know if I am in the Settlement Class?
6. What does the Settlement provide?
7. How much will my payment be?
8. When will I get my payment?
9. How do I get benefits?
10. What am I giving up if I stay in the Class?

14. How do I get out of the Settlement?
15. If I do not exclude myself, can I sue the Defendant for the same thing later?
16. If I exclude myself, can I get monetary compensation under the Settlement?
17. How do I tell the Court I do not like the Settlement?
18. May I speak to the Court about my objection?
19. What's the difference between objecting and excluding myself from the Settlement?
20. When and where will the Court decide whether to approve the Settlement?
21. Do I have to come to the Final Approval Hearing?





# Gergetz v. Telenav, Inc. Settlement

Case No. 5:16-CV-4261-BLF (N.D. Cal.)

Home   FAQs   Important Documents   Submit a Claim   Contact Us

## Contact Us

If you have any questions regarding this Settlement, you may contact the Settlement Administrator. Please ensure that you include your name and your return address on all correspondence.

**Information Line:**
1-877-646-9240 (Toll-Free)

**Call Class Counsel:**
1-720-213-0676

**Write Us:**
Gergetz v. Telenav, Inc.
Settlement Administrator
P.O. Box 2995