**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situation

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

## JOINT STATUS REPORT

Plaintiff Tech Instrumentation, Inc. ("Plaintiff" or "TII") and Defendant Eurton Electric Company, Inc. ("Defendant" or "Eurton") submit this Joint Status Report, as Ordered by the Court on January 4, 2019. (Dkt. 64.)

The Parties have fully briefed Plaintiff's Motion to Approve Plaintiff's Proposed Notice Plan. (Dkts. 65, 66, and 70.) The Parties are awaiting an Order regarding that Motion and have no scheduling needs at this time. The Parties propose that an updated status report addressing scheduling needs be filed within fourteen (14) days of an Order regarding Class notice.

Additionally, the Parties note that they continue to engage in settlement discussions but have yet to reach an agreement.

*/s/ Theodore E. Bacon*
Theodore E. Bacon
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, California 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

/s/Patrick H. Peluso
Patrick H. Peluso
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Avenue, Ste. 300
Denver, CO 80210
Tel (720) 213-0675
Facsimile (303) 927-0809

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I caused the foregoing to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso