IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv- 02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

**JOINT MOTION TO EXTEND DEADLINE TO DISSEMINATE CLASS NOTICE**

**I.      Introduction**

The Court granted Plaintiff Tech Instrumentation, Inc.'s ("Plaintiff" or "TII") Motion for Class Certification on May 29, 2018 (dkt. 47) and granted in part and denied in part Plaintiff's Motion for Approval of Class Notice Plan on September 13, 2019 (dkt. 72). The Parties now request a brief extension of time, until December 12, 2019, to disseminate notice to the Class. As explained below, good cause exists for extending this deadline.

The Parties have continued their settlement negotiations and have made progress. Because of the progress in settlement negotiations, the requested extension would promote economy and potentially prevent unnecessarily duplicative acts. That is, it is possible that the Parties would be required to disseminate notice to class members only to then reach a settlement shortly thereafter and be required to send a second round of notice advising class members of the settlement. This would not only duplicate notice costs, it also has the potential to confuse class members who will have received multiple notice forms under this scenario.

Thus, the Parties respectfully request an extension of time until December 12, 2019 to exhaust all settlement discussions prior to notice being disseminated. If the Parties are unable to reach an agreement to present to the Court for preliminary approval by that extended deadline, notice will be disseminated in accordance with the Court's September 13, 2019 Order.

                                                              Respectfully submitted,

Date: November 8, 2019                TECH INSTRUMENTATION, INC.

                                                              /s/ Patrick H. Peluso
                                                              Steven L. Woodrow
                                                              swoodrow@woodrowpeluso.com

Patrick H. Peluso
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico, Ave. Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

Dated November 8, 2019            EURTON ELECTRIC COMPANY, INC.

/s/ Theodore E. Bacon
Theodore E. Bacon
tbacon@AlvaradoSmith.com
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: 213-229-2400
Fax: 213-229-2499

2

## CERTIFICATE OF SERVICE

I, Patrick H. Peluso, an attorney, hereby certify that on November 8, 2019, I served the above and foregoing papers by causing a true and accurate copy of such papers to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

      /s/ Patrick H. Peluso