## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO DISSEMINATE CLASS NOTICE**

The Court, having considered the Parties' Joint Motion to Extend Deadline to Disseminate Class Notice, and being duly advised in the premises, hereby ORDERS as follows:

1. The Parties' Joint Motion for an extension of time is GRANTED;

2. The deadline to disseminate notice is extended to December 12, 2019;

3. If the Parties have not reached an agreement and notified the Court that a Motion for Preliminary Approval is forthcoming by December 12, 2019, notice shall be disseminated by that date in accordance with the Court's September 13, 2019 Order.

IT IS SO ORDERED

_____
Hon. Marcia S. Krieger