IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

       Defendant.

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO DISSEMINATE CLASS NOTICE

The Court, having considered the Parties' Joint Motion to Extend Deadline to Disseminate Class Notice, and being duly advised in the premises, hereby ORDERS as follows:

1. The Parties' Joint Motion for an extension of time is GRANTED;
2. The deadline to disseminate notice is extended to January 31, 2020;
3. If the Parties have not reached an agreement and notified the Court that a Motion for Preliminary Approval is forthcoming by January 31, 2020, notice shall be disseminated by that date in accordance with the Court's September 13, 2019 Order.

IT IS SO ORDERED:

                                                                Hon. Marcia S. Krieger