# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No.: 1:16-cv-02981-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant.

---

## NOTICE OF APPEARANCE OF STEPHEN A. WATKINS

---

PLEASE TAKE NOTICE that Stephen A. Watkins hereby enters his appearance as counsel of record for Defendant EURTON ELECTRIC COMPANY, INC.

Dated:  January 27, 2020
        s/ Stephen A. Watkins
        David J. Kaminski
        CA SBN 128509
        Stephen A. Watkins
        CA SBN 205175
        **CARLSON & MESSER LLP**
        5901 West Century Boulevard, Suite 1200
        Los Angeles, California 90045
        Tel:  310-242-2200
        Fax:  310-242-2222
        kaminskid@cmtlaw.com
        watkinss@smtlaw.com

        Attorney for Defendant,
        EURTON ELECTRIC COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Keith J. Keogh
Theodore H. Kuyper
KEOGH LAW, LTD.
55 W. Monroe Street, Suite #3390
Chicago, IL 60603
(312) 726-1092
(312)726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com


Heather H. Jones
William "Billy" Peerce Howard
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
(813) 500-1500
(813) 435-2369 (fax)
Heather@theconsumerprotectionfirm.com
Billy@theconsumerprotectionfirm.com

Attorneys for Plaintiff

                                                          s/ Stephen A. Watkins
                                                          Stephen A. Watkins
                                                          CARLSON & MESSER