IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

AlvaradoSmith, APC, including attorneys Theodore E. Bacon and Jacob M. Clark, (together, "Defendant's Counsel"), hereby move pursuant to D.C.COLO.LAtty R 5(b) to withdraw as counsels of record for Defendant Eurton Electric Company, Inc., stating as follows:

1. Good cause exists for the withdrawal of Defendant's Counsel pursuant to Colo. RPC 1.16(b), (c) and D.C.COLO.LAttyR 2(a).

2. Defendant's Counsel hereby provides the following notices to Defendant:

a. Defendant is hereby warned that that it is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

b. Because Defendant is a business entity, it may not appear without counsel admitted to the bar of the United States District Court for the District of Colorado, and absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** via the method listed below:

/s/ Belinda Slack
AlvaradoSmith, APC

| Via CM/ECF: | Via U.S. Mail and Email: |
|---|---|
| Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>Woodrow & Peluso LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210<br>720-213-0676<br>Fax: 303-927-0898<br>Email: ppeluso@woodrowpeluso.com<br>Email: tsmith@woodrowpeluso.com<br>swoodrow@woodrowpeluso.com | John Buchanan<br>Eurton Electric Co., Inc.<br>9920 Painter Ave<br>Whittier  CA  90605<br>john@eurtonelectric.com |

2

## MOTION TO WITHDRAW AS COUNSEL

Theodore E. Bacon and Jacob M. Clark (collectively "the Attorneys") of the law firm of AlvaradoSmith, APC, pursuant to D.C.COLO.LCivR 83.3 and D.C.COLO.LCivR 5), respectfully request an Order of the Court authorizing their withdrawal as counsel for Defendant Eurton Electric Company, Inc. ("the Client") and in support, states as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.L.CivR. 7.1 (A)**

Undersigned counsel states that prior to the filing of the original Motion to Withdraw as Counsel, he conferred with John Buchanan, President of Defendant Eurton Electric Company, Inc. ("Eurton") concerning the relief requested in this Motion as required under D.C.COLO.LCivR 7.1 (A). On behalf of Defendant Eurton, Mr. Buchanan agrees with the withdrawal and seeks to have new counsel, Stephen A. Watkins and David J. Kaminski of the law firm of Carlson & Messer LLP who has now appeared.   Client related to the subject of this Motion who have directed him to withdraw as counsel.

1.   The Attorneys are currently counsel of record for the Client and wish to withdraw as counsel of record.

2.   As good cause for such request the Attorneys state that the Client has requested that the Attorneys withdraw as counsel of record.

3

3.   A copy of this Motion of Withdrawal has been served on all counsel of record.

WHEREFORE, the Attorneys respectfully requests an Order of the Court permitting its withdrawal as counsel for the Clients and for such other and further relief as the Court deems proper.

DATED: January 28, 2020

Respectfully submitted,

ALVARADOSMITH
A Professional Corporation

By: /s/ Theodore E. Bacon
    Theodore E. Bacon
    Jacob M. Clark
    ALVARADOSMITH, APC
    633 W. Fifth Street, Suite 900
    Los Angeles, California 90071
    Tel: (213) 229-2400
    Fax: (213) 229-2499