IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation,
individually and on behalf of all others similarly situated,

     Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

     Defendant.

---

MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANT EURTON ELECTRIC COMPANY, INC.

---

Attorneys Theodore E. Bacon and Jacob M. Clark hereby move pursuant to D.C.COLO.LAttyR 5(b) to withdraw as counsel of record for Defendant Eurton Electric Company, Inc. ("Defendant").

Pursuant to D.C.COLO.LCivR. 7.1(b)(4), this motion is an exception to duty to confer.

**1.**    **NOTICE TO EURTON ELECTRIC COMPANY**

Along with all counsel of record in this pending lawsuit, Defendant will also simultaneously be served with a copy this Motion. Therefore, pursuant to D.C.COLO.LAtty R 5(b), Defendant is provided the following notice:

    a.    Defendant is hereby warned that it is personally responsible for complying with all court orders and time limitations established by applicable statues and rules; and

    b.    Because Defendant is a business entity, it may not appear without counsel admitted to the bar of the United States District Court for the District of Colorado, and absent prompt appearance of substitute counsel, pleading and papers may be stricken, and default judgment or other sanctions may be imposed against Defendant.

2. **COUNSEL SEEKING WITHDRAWAL BY MEANS OF THIS MOTION**

In this Motion, the counsel that are seeking withdrawal from their representation of Defendant is all counsel associated with AlvaradoSmith, APC ("AlvaradoSmith"), the law firm previously retained by Defendant to represent it in this pending action.

There are three counsel that have appeared on behalf of Defendant in this lawsuit that are presently (or were previously) associated with AlvaradoSmith, APC: (1) Theodore E. Bacon, (2) David John Masutani, and (3) Jacob M. Clark.

Mr. Masutani is no longer associated with AlvaradoSmith and, as such, ceased all representation of Defendant in this action. It should be noted that on January 24, 2020, an advisory notice was sent to both counsel and the court stating:

> Under D.C.COLO.LAttyR 3(a), David John Masutani was administratively removed for the Court's Attorney Roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Service Portal account and pay the full application fee to be restored to the Attorney Roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case.

*See* Dkt. No. 77.

Thus, the only two attorneys that are currently still associated with AlvaradoSmith and are seeking withdrawal of their representation of Defendant is Theodore E. Bacon and Jacob M. Clark. Hereinafter, Mr. Bacon and Mr. Clark shall be collectively referred to as "Prior Counsel."

3. **GOOD CAUSE EXISTS FOR THE WITHDRAWAL OF PRIOR COUNSEL**

Pursuant to D.C.COLO.LAttyR 2(a), D.C.COLO.LAtty R 5(b), and Colo. RPC 1.16(b), (c), good cause exists to allow for Prior Counsel to withdrawal as Defendant's counsel of record.

Under D.C.COLO.LAtty R 5(b), a "motion to withdraw must state the reason for the withdrawal, unless the statement would violate the rules of professional conduct." Without disclosing any privilege communication, Prior Counsel seeks to withdrawal from its representation of Defendant at the specific request of Defendant.

4879380.1 -- B2144.4

Defendant has requested Prior Counsel to withdraw because Defendant has obtained new counsel to represent it in this lawsuit. On January 27, 2020, Stephen A. Watkins and David J. Kaminski both filed Notice of Entry of Appearance on behalf of Defendant. *See* Dkt. Nos. 78 & 79. Both Mr. Watkins and Mr. Kaminski are associated with the law firm Carlson & Messer LLP. Once Prior Counsel withdraws from this lawsuit, Mr. Watkins and Mr. Kaminski will continue as counsel of record for Defendant. Accordingly, Defendant will remain represented by counsel in this lawsuit.

## IV. CONCLUSION

Based upon the foregoing, attorneys Theodore E. Bacon and Jacob M. Clark respectfully request to be withdrawn as counsel of record for Defendant Eurton Electric Company, Inc. and for such other and further relief as the Court deems proper.

DATED: February 21, 2020

Respectfully submitted,

ALVARADOSMITH
A Professional Corporation

By: /s/ Theodore E. Bacon
Theodore E. Bacon
Jacob Clark
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 900
Los Angeles, California 90071
Tel: (213) 229-2400

3

4879380.1 -- B2144.4

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT EURTON ELECTRIC COMPANY, INC.** via the method listed below:

/s/ Belinda Slack
AlvaradoSmith, APC

| | |
|---|---|
| **Via CM/ECF:**<br>Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>Woodrow & Peluso LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210<br>Tel: 720-213-0676<br>Fax: 303-927-0898<br>Email: ppeluso@woodrowpeluso.com<br>Email: tsmith@woodrowpeluso.com<br>Email: swoodrow@woodrowpeluso.com | **Via U.S. Mail and Email:**<br>John Buchanan<br>Eurton Electric Co., Inc.<br>9920 Painter Ave<br>Whittier  CA  90605<br>Email: john@eurtonelectric.com |
| **Via CM/ECF:**<br>Stephen A. Watkins<br>David J. Kaminski<br>Carlson & Messer LLP<br>5901 West Century Boulevard<br>Suite 1200<br>Los Angeles, CA 90045<br>Tel:  310-242-2210<br>Fax:  310-242-2200<br>Email: watkinss@cmtlaw.com<br>Email: kaminskd@cmtlaw.com | |

4