IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation,

    Defendants.

---

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT EURTON ELECTRIC COMPANY, INC.

---

This matter comes before the Court on attorneys Theodore E. Bacon and Jacob M. Clark's Motion to Withdraw as Counsel of Record for Defendant Eurton Electric Company, Inc. ("Motion"). The Court, having read the Motion, being advised in the premises, and for good cause shown, hereby

GRANTS the motion. Attorneys Theodore E. Bacon and Jacob M. Clark are granted leave to withdraw as counsel for Defendant Eurton Electric Company, Inc.

Dated this _____ day of _____, 2020.

                                                            _____
                                                            United States District Court Judge

4879417.1 -- B2144.4

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I served a true and correct copy of the foregoing **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** via the method listed below:

/s/ Belinda Slack
AlvaradoSmith, APC

| Via CM/ECF:<br>Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>Woodrow & Peluso LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210<br>720-213-0676<br>Fax: 303-927-0898<br>Email: ppeluso@woodrowpeluso.com<br>Email: tsmith@woodrowpeluso.com<br>Email: swoodrow@woodrowpeluso.com | Via U.S. Mail and Email:<br>John Buchanan<br>Eurton Electric Co., Inc.<br>9920 Painter Ave<br>Whittier  CA  90605<br>Email: john@eurtonelectric.com |
|---|---|
| Via CM/ECF:<br>Stephen A. Watkins<br>David J. Kaminski<br>Carlson & Messer LLP<br>5901 West Century Boulevard<br>Suite 1200<br>Los Angeles, CA 90045<br>Tel:  310-242-2210<br>Fax:  310-242-2200<br>Email: watkinss@cmtlaw.com<br>Email: kaminskd@cmtlaw.com | |

2