# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.:  1:16-cv- 02981**


**TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,**

      **Plaintiff,**

**v.**

**EURTON ELECTRIC COMPANY, INC., a California corporation**

      **Defendant.**

---

**DECLARATION OF PATRICK H. PELUSO**

---

I, Patrick Peluso, on oath declare as follows:

      1.      I am one of the attorneys for Plaintiff and the Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

      2.      I submit this declaration in support of Plaintiff's Motion for Leave to Disseminate Second Round of Class Notice.

      3.      In accordance with the Court's December 12, 2019 Order, I worked with RG2 Claims to disseminate notice to the Class in accordance to the Court's September 13, 2019 Order regarding the proposed notice plan.

4.      This included the creation of a static website, www.rg2claims.com/eurtonelectric, which contains important case documents and a copy of the long form notice approved by the Court.

5.      The short form notice approved by the Court was also disseminated by the administrator via U.S. mail.

6.      The website went live and the short form notices were mailed by the January 30, 2020 deadline established by the Court.

7.      To prepare for notice dissemination I worked to gather all available datasets in addition to the "Fax List" containing 1,517 fax numbers which had already been produced by Eurton.

8.      Ted Bacon assured me repeatedly that the only list in Eurton's possession which contained fax numbers was the Fax List of 1,517 fax numbers (and only fax numbers, the list did not contain names and addresses) that had already been produced.

9.      In reliance on those representations, and in order to disseminate notice to those on the Fax List, I manually went through the list of 1,517 fax numbers and located business names and addresses associated with those numbers.

10.      That effort was successful; after removing the fax numbers for Canadian entities, the short form notice was mailed to 1,489 businesses whose fax numbers appeared on Eurton's Fax List by the January 30, 2020 deadline.

11.      According to a status report provided by the administrator, only 73 notices were returned as undeliverable, and no Class Member has opted-out.

12.     While I was in the process of manually locating names and addresses for the fax numbers on the Fax List in order to meet the January 30, 2020 deadline to disseminate notice, Eurton hired new counsel. Eurton's new counsel, Stephen Watkins, advised me on January 28, 2020 that "[Eurton] is working on building the class list" in line with the Court's September 13, 2019 Order regarding notice.

13.     On February 28, 2020, Eurton served "Supplemental Disclosures" which included a spreadsheet containing 2,719 fax numbers, phone numbers, business names, and mailing addresses.

14.     Shortly thereafter, I was in contact with RG2 Claims to discuss the need to send out a second round of notice to these newly-discovered Class Members.

15.     Unfortunately, due to the COVID-19 pandemic, the administrator's office closed and it provided notice on March 16, 2020 that it would not be able to complete any deliverables for 30 days.

16.     On April 17, 2020, the administrator advised me that it has adapted to the situation and can now disseminate notice again.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on April 17, 2020

/s/ Patrick H. Peluso

Patrick H. Peluso

2