**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

---

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE**
**TO DISSEMINATE SECOND ROUND OF CLASS NOTICE**

The Court, having considered Plaintiff's Motion for Leave to Disseminate Second Round Class Notice, and being duly advised in the premises, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The deadline to disseminate the second round of notice shall be forty-five (45) days from the date of this Order.

    IT IS SO ORDERED

                _____
                Hon. Marcia S. Krieger