**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

---

**[PROPOSED] ORDER GRANTING MOTION**
**TO STRIKE ERRATA AND TO DECLARE DISCOVERY CLOSED**

The Court, having considered Plaintiff's Motion to Strike Errata and to Declare Discovery Closed, and being duly advised in the premises, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;
2. Defendant's Errata served on September 11, 2020 is stricken;
3. Discovery in this case is closed.

IT IS SO ORDERED

_____
Hon. Marcia S. Krieger