# EXHIBIT A

# DEPOSITION ERRATA SHEET

| # | Entry |
|---|---|
| 2-3 | Page No. 59  Line No. 5<br>Change: Add "other documents reflecting consent such as credit applications, customer contact update permission forms and faxed flyers from recipients to Eurton Electric." |
| 4-5 | Page No. 66  Line No. 5<br>Change: "had no evidence or e-mails" to "I could not locate any evidence or e-mails with respect to your client only." |
| 6-7 | Page No. 66  Line No. 9<br>Change: "I had no" to "I could not locate any". |
| 8-9 | Page No. 66  Line No. 10<br>Change: Add "with respect to your client only. I have evidence for other faxes sent." |
| 10-11 | Page No. 76  Line No. 10<br>Change: Add "I have not produced all of our evidence of permission to fax." |
| 12-13 | Page No. 93  Line No. 12<br>Change: "No" to "I could not locate any." |
| 14-15 | Page No. 94  Line No. 13<br>Change: "Those that correspond to" to "those in the system that correspond to." |
| 16-17 | Page No. 95  Line No. 3<br>Change: "all" to "many" |
| 18-19 | Page No. 96  Line No. 11<br>Change: "all" to "much of" |
| 20-21 | Page No. 102  Line No. 13<br>Change: "Correct." to "Correct, our accounting database." |
| 22-23 | Page No. 115  Line No. 20<br>Change: "Yes" to "Yes, it's the new master list I mentioned earlier." |
| 24-25 | Page No. 136  Line No. 12<br>Change: "would" to "could" |
| 26 | Page No. ____  Line No. Change: |
| 27 | _[signature]_ John Buchanan    7-28-20   Dated |