# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

## DEFENDANT'S SECOND SET OF INTERROGATORIES

| | |
|---|---|
| PROPOUNDING PARTY: | Defendant EURTON ELECTRIC COMPANY, INC. |
| RESPONDING PARTY: | Plaintiff TECH INSTRUMENTATION, INC. |
| SET NUMBER: | TWO (2) |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant EURTON ELECTRIC COMPANY, INC. (hereinafter, "Responding Party" or "Defendant") hereby propounds the following Second Set of Interrogatories to Plaintiff TECH INSTRUMENTATION, INC. ("Plaintiff").

        You are required to respond to this request within 30 days from date of service in the form and manner required under Federal Rules of Civil Procedure and of the Local Rules.

        If you decline to respond to any Request in whole or in part because of a claim of privilege, please: (a) identify the subject matter, type (e.g., letter, memorandum), date, and author of the privileged communication or information, all persons that prepared or sent it,

and all recipients or addressees; (b) identify each person to whom the contents of each such communication or item of information have heretofore been disclosed, orally or in writing; (c) state what privilege is claimed; and (d) state the basis upon which the privilege is claimed.

## DEFINITIONS

"DOCUMENT" or "DOCUMENTS" means and includes every means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, including any handwriting, typewriting, printing, photostating, photographing, and/or any other means of communication.

"PERSON" or "PERSONS" means and includes any man, woman, individual, auctioneer, corporation, organization, association, partnership, firm, joint venture, governmental body, agency, governing board, department, division, trust, business trust, or any other entity.

"COMMUNICATION," means written correspondence, and voice, facsimile, electronic, and computerized messages, transmissions or recordings.

"IDENTIFY," in reference to any PERSON, means to state his, her, or its full name, last known address and telephone number, and each and every relationship (including their present and former job titles) to you.

When YOU are asked to "IDENTIFY" a DOCUMENT, YOU are required to describe such DOCUMENT with the particularity required for a subpoena or motion to produce, including, but not limited to, the name of a DOCUMENT, the date of the DOCUMENT, and the author(s) of the DOCUMENT.

"YOU" or "YOUR" or "PLAINTIFF" shall mean and refer to Plaintiff TECH INSTRUMENTATION, INC. "DEFENDANT" means Defendant EURTON ELECTRIC COMPANY, INC.

# INTERROGATORIES

**INTERROGATORY NO. 14:**

Identify YOUR "telephone facsimile machine" that allegedly received DEFENDANT's fax, by make, model no., and type of device.

**INTERROGATORY NO. 15**

Please state how the equipment that received DEFENDANT's fax could transcribe a fax onto paper.

**INTERROGATORY NO. 16**

If YOU ever listed or provided (303) 840-8568 to any directory, please identify what directory and when and how the number was provided.

**INTERROGATORY NO. 17**

Please state whether DEFENDANT's fax was received as an e-mail or other online service.

September 10, 2020  /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200

# **PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5901 West Century Blvd., Suite 1200, Los Angeles, California 90045.

On **September 10, 2020**, I served the foregoing document(s) described as: **DEFENDANT'S SECOND SET OF INTERROGATORIES** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]   **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X]   **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND:** I personally served document to address stated on POS Service List.

[ ]   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **10th** day of **September, 2020** at Los Angeles, California.

Susie Valiente

{00139179;1}

**SERVICE LIST**
*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981-MSK-KMT
File No. 11042.20

| | |
|---|---|
| Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>**WOODROW & PELUSO LLC**<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Tel: (720) 213-0676<br>Fax: (303) 927-0898<br>Email: ppeluso@woodrowpeluso.com<br>     tsmith@woodrowpeluso.com<br>       swoodrow@woodrowpeluso.com | **Attorneys for Plaintiff:**<br>*TECH INSTRUMENTATION, INC.* |

{00139179;1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

**DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION**

    PROPOUNDING PARTY:    Defendant EURTON ELECTRIC COMPANY, INC.

    RESPONDING PARTY:    Plaintiff TECH INSTRUMENTATION, INC.

    SET NUMBER:    TWO (2)

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant EURTON ELECTRIC COMPANY, INC. (hereinafter, "Responding Party" or "Defendant") hereby propounds the following Second Set of Request for Production to Plaintiff TECH INSTRUMENTATION, INC. ("Plaintiff").

You are required to respond to this request within 30 days from date of service in the form and manner required under Federal Rules of Civil Procedure and of the Local Rules.

If you decline to respond to any Request in whole or in part because of a claim of privilege, please: (a) identify the subject matter, type (e.g., letter, memorandum), date, and author of the privileged communication or information, all persons that prepared or sent it,

{00139177;1}

and all recipients or addressees; (b) identify each person to whom the contents of each such communication or item of information have heretofore been disclosed, orally or in writing; (c) state what privilege is claimed; and (d) state the basis upon which the privilege is claimed.

## DEFINITIONS

"DOCUMENT" or "DOCUMENTS" means and includes every means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, including any handwriting, typewriting, printing, photostating, photographing, and/or any other means of communication.

"PERSON" or "PERSONS" means and includes any man, woman, individual, auctioneer, corporation, organization, association, partnership, firm, joint venture, governmental body, agency, governing board, department, division, trust, business trust, or any other entity.

"COMMUNICATION," means written correspondence, and voice, facsimile, electronic, and computerized messages, transmissions or recordings.

"IDENTIFY," in reference to any PERSON, means to state his, her, or its full name, last known address and telephone number, and each and every relationship (including their present and former job titles) to you.

When YOU are asked to "IDENTIFY" a DOCUMENT, YOU are required to describe such DOCUMENT with the particularity required for a subpoena or motion to produce, including, but not limited to, the name of a DOCUMENT, the date of the DOCUMENT, and the author(s) of the DOCUMENT.

"YOU" or "YOUR" or "PLAINTIFF" shall mean and refer to Plaintiff TECH INSTRUMENTATION, INC. "DEFENDANT" means Defendant EURTON ELECTRIC COMPANY, INC.

{00139177;1}

SECOND SET OF REQUESTS FOR PRODUCTION

2

# REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 15:**

Any and all exhibits YOU may introduce at the trial of this matter

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS responsive to any subpoenas issued by YOU.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENT Supporting YOUR contention that DEFENDANT's junk faxes caused the recipients to lose paper and toner consumed in the printing of the Defendant's faxes.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS supporting YOUR contention that DEFENDANT's faxes cost YOU time, as YOU allegedly wasted time receiving, reviewing and routing DEFENDANT's unauthorized faxes.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS showing YOU received DEFENDANT's fax via a physical fax machine.

**REQUEST FOR PRODUCTION NO. 20:**

DOCUMENTS reflecting the machine that received DEFENDANT's fax.

**REQUEST FOR PRODUCTION NO. 21:**

DOCUMENTS reflecting any directory to which YOU submitted the number (303) 840-8568.

September 10, 2020                   /s/ David J. Kaminski
                                                      David J. Kaminski
                                                    Stephen A. Watkins
                                                    Carlson & Messer LLP
                                                    5901 W. Century Blvd., #1200
                                                    Los Angeles, CA 90045
                                                    kaminskid@cmtlaw.com
                                                    (310) 242-2200

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              )   ss
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5901 West Century Blvd., Suite 1200, Los Angeles, California 90045.

On **September 10, 2020**, I served the foregoing document(s) described as: **DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[ ]   **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X]   **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND:**  I personally served document to address stated on POS Service List.

[ ]   **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 10th day of **September, 2020** at Los Angeles, California.

                                                    Susie Valiente

{00136446;1}

**SERVICE LIST**
*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981-MSK-KMT
File No. 11042.20

| | |
|---|---|
| Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>**WOODROW & PELUSO LLC**<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Tel: (720) 213-0676<br>Fax: (303) 927-0898<br>Email: ppeluso@woodrowpeluso.com<br>          tsmith@woodrowpeluso.com<br>           swoodrow@woodrowpeluso.com | **Attorneys for Plaintiff:**<br>*TECH INSTRUMENTATION, INC.* |

{00136446;1}