# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant

---

## THIRD SET OF SUPPLEMENTAL DISCLOSURES

---

**TO PLAINTIFF AND ITS COUNSEL OF RECORD**

  Defendant EURTON ELECTRIC CO., INC. ("Defendant"), through its counsel of record, submits the following supplemental disclosures, pursuant to Fed. R. Civ. P. 26(a)(1) and (e)(1). Defendant reserves the right, in accordance with Fed. R. Civ. P. 26(e)(1), to amend or supplement these disclosures as discovery progresses.

### General Objections

  1. Privileged information. Defendant reserves the right to object to the disclosure of information to the extent that such information is protected by the attorney-client privilege, or any other applicable privilege, on the grounds that such matters are exempted from discovery.

  2. Work Product. Defendant reserves the right to object to the disclosure of information to the extent that such information is not discoverable by reason of the work-product or trial-preparation doctrine.

  3. Relevancy. Defendant reserves the right to object to the disclosure of

information that is not relevant to any claim or defense.

**Supplemental disclosures under Rule 26(e)(1)(A)**

As part of its customer process, Eurton would have customers periodically fill out Customer Contact Information Update Forms. Many of these forms are set forth in EE3061-3935. That these forms were employed prior to the filing of the lawsuit is reflected in the fax imprints on top of pages 3061-70.

DATED: July 8, 2020             **CARLSON & MESSER, LLP**

                                    By:   /s/ David J. Kaminski_____
                                          David J. Kaminski, Esq.,
                                          Stephen A. Watkins, Esq.,
                                          Attorney for Defendant
                                          TECH INSTRUMENTATION, INC.

# **PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )   ss
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action.  My business address is 5901 West Century Blvd., Suite 1200, Los Angeles, California 90045.

On **July 8, 2020**, I served the foregoing document(s) described as: **THIRD SET OF SUPPLEMENTAL DISCLOSURES** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X]  **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list).  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **PERSONAL SERVICE BY HAND:**  I personally served document to address stated on POS Service List.

[ ]  **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **8th** day of **July, 2020** at Los Angeles, California.

_____
Susie Valiente

{00136446;1}

## SERVICE LIST
*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981-MSK-KMT
File No. 11042.20

| Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>**WOODROW & PELUSO LLC**<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Tel: (720) 213-0676<br>Fax: (303) 927-0898<br>Email: ppeluso@woodrowpeluso.com<br>　　　　tsmith@woodrowpeluso.com<br>　　　　swoodrow@woodrowpeluso.com | **Attorneys for Plaintiff:**<br>*TECH INSTRUMENTATION, INC.* |
|---|---|

{00136446;1}