# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

      Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant

## DEFENDANT'S MOTION TO DECERTIFY CLASS

**TO THE HONORABLE MARCIA S. KRIEGER, UNITED STATES DISTRICT JUDGE**:

Comes now, Eurton Electric Company, Inc., Defendant herein, who files this Motion to Decertify this Case as a Class Action, and shows:

### *Certificate of Conference*

Pursuant to D.C. Colo. L. Civ. R. 7.1A, Defendant's counsel conferred with Counsel for Plaintiff concerning the subject of this motion several times, including on July 30, 2020, and was advised that this motion is opposed.

Defendant moves to decertify this case as a class action on the grounds Defendant has developed evidence that Plaintiff's class lacks commonality, predominance, ascertainability, numerosity and superiority.

This motion is supported by the Memorandum of Law, the Declarations of John Buchanan and Stephen A. Watkins, and the proofs submitted with it.

| | |
|---|---|
| September 30, 2020 | /s/ David J. Kaminski |
| | David J. Kaminski |
| | Stephen A. Watkins |
| | Carlson & Messer LLP |
| | 5901 W. Century Blvd., #1200 |
| | Los Angeles, CA 90045 |
| | kaminskid@cmtlaw.com |
| | (310) 242-2200 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of September 2020, a true and correct copy of the above and foregoing has been served by electronic notification by filing with the Clerk of Court using the CM/ECF system, which sent notification via e-mail to the following:

ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
woodrow@woodrowpeluso.com

    /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200