# EXHIBIT 4

EURTON'S KALAMAZOO ELECTRIC MOTOR INC
FAX 310-946-0014                    2 of 2

# EURTON'S APPLICATION FOR CREDIT 345-7

ALL INFORMATION HELD IN STRICT CONFIDENCE

84000

REGISTERED NAME OF COMPANY  KALAMAZOO Electric Motor, Inc

ADDRESS  658 E Vine St

CITY, STATE, ZIP  Kalamazoo, MI  49001

PHONE  616 - 345 - 7802    FAX  616 - 345 - 7929

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT

COMPANY NAME  WW Grainger
ADDRESS  2476 A20 Dr
CITY, STATE, ZIP  Kalamazoo, MI, 49001
PHONE  616 - 381-8500
FAX
ACCOUNT #  407-80-330-0427-7

COMPANY NAME  Milwaukee Electric Tool
ADDRESS  13135 lisbon Rd
CITY, STATE, ZIP  Brookfield, WI  53005
PHONE  414 - 781 - 3600
FAX  414 - 781 - 3611
ACCOUNT #  29 - 5060 : 29 -5061

COMPANY NAME  Skil
ADDRESS  Dept 0291
CITY, STATE, ZIP  Chicago, IL  60673
PHONE  616 - 538 - 5060
FAX
ACCOUNT #

COMPANY NAME  Black + Decker
ADDRESS  3840 28th St SW
CITY, STATE, ZIP  Grand Rapids MI 49508
PHONE  616 - 949-8731
FAX
ACCOUNT #

TYPE OF BUSINESS  RETAIL
CORPORATION  PARTNERSHIP  PROPRIETORSHIP
NUMBER OF YEARS IN BUSINESS  45

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Wm Salvesen

PRESIDENT/OWNER  Wm Salvesen

. . . . . . . . . . . . . . . . . . .
. IT IS FAST BECOMING THE INDUSTRY .
. STANDARD TO ONY GIVE OUT CRED- .
. IT INFORMATION BY FAX OR MAIL. .
.
. ALSO MANY LARGE CORPORATIONS .
. WILL GIVE CREDIT INFORMATION .
. FROM THE CORPORATE HEADQUAR- .
. TERS ONLY. WHEN LISTING A LARGE .
. CORP, BE SURE TO INCLUDE THE .
. ADDRESS OF THE MAIN OFFICE AND .
. YOUR ACCOUNT NUMBER. .
.
. THIS INFORMATION PROVIDES US .
. WITH THE BEST WAY OF CONTACT- .
. ING YOU FOR ALL NORMAL BUSI- .
. NESS COMMUNICATIONS, INCLUD- .
. ING: INVOICES, SALES ORDERS, CAT- .
. ALOGS, PROMOTIONAL FLYERS, .
. PRICING UPDATES, ETC. .
.
. THANK YOU .
. . . . . . . . . . . . . . . . . . .

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE., PO BOX 2133
SANTA FE SPRINGS, CA 90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001289

FAX 310-946-0014

EURTON'S

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

755066

FULL NAME OF COMPANY Idaho Electric Motor Svce.

ADDRESS 1196 Addison Ave. West.

CITY, STATE, ZIP Twin Falls, ID 83301

PHONE (208) 736.8383 FAX (208) 736.8384

TYPE OF BUSINESS (CIRCLE)
CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS ________

NUMBER OF LOCATIONS ________
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS ________

PRESIDENT/OWNER ________

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME Brownell
ADDRESS 4330 E. 48th Avenue
CITY, STATE, ZIP Denver, CO 80216
PHONE 970 303-736-1400 No long r in svc
FAX
ACCOUNT #

COMPANY NAME Kirkham
ADDRESS 226 EASTLAND DRIVE
CITY, STATE, ZIP TWIN FALLS ID 83301
PHONE 208 733-1126
FAX
ACCOUNT #
Good N30 prompt

COMPANY NAME VOLCO INC
ADDRESS 1390 HIGHLAND AVENUE EAST
CITY, STATE, ZIP TWIN FALLS, ID 83301
PHONE 208 733-5571
FAX 208-734-3361
ACCOUNT #
prompt

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE. PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

09/18/96 ... 713 ... 185CO ... 001

CPE IT

EURTON'S

# CREDIT HISTORY REQUEST

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY C PE, Inc

ADDRESS 3330 STOVALL

CITY, STATE, ZIP IRVING TX 75061

PHONE 972-313-1133 FAX 972-313-1341

COMPANY NAME Intercontinenal Bearing

ADDRESS 5811 Dierker

CITY, STATE, ZIP Houston, TX 77041

PHONE (800) 231-6480

FAX (713) 460-5372

THE COMPANY LISTED ABOVE HAS GIVEN YOUR NAME AS ONE OF THEIR VENDORS FOR WHICH THEY HAVE AN OPEN ACCOUNT.

PLEASE FILL OUT THE INFORMATION BELOW AND RETURN VIA FAX OR MAIL.

THANK YOU FOR YOUR VALUABLE TIME. IF WE CAN FURNISH SIMILAR INFORMATION, WE WILL BE HAPPY TO HELP YOU.

SOLD FROM 1/88 TO 4/6/95

TERMS Net 30

RECENT HIGH CREDIT 278.00(94)

AMOUNT OWING 0

AMOUNT PAST DUE 0

PAYMENTS (CIRCLE) DISCOUNTS (PROMPT) SLOW ____ DAYS

RECENT TREND TOWARDS (CIRCLE) PROMPTNESS SLOWNESS

no activity since 4/95

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE., PO BOX 2113
SANTA FE SPRINGS, CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

P.01

SEP-17-1996 15:42

EE001419

BURTON ELECTRIC CO. INC.
9920 Painter Avenue P. O. Box 2113
SANTA FE SPRINGS, CA 90670
(213) 946-4477

APPLICATION FOR CREDIT

Please fill out this form and send it to the above address. Attention: Credit Dept.
Give only names of those you buy from on open account.

Name Bosch Power Tools
Address 6190 Regency Pkwy Suite 314
Norcross GA Zip 30071
Phone (404) 242-8341

Name Makita U.S.A. Inc.
Address 10775 Kempwood Ln Suite #4
Houston TX Zip 77043
Phone (713) 690-6800

Name Ryobi
Address 1158 Tower Lane
Bensenville IL Zip 60106
Phone (312) 766-1621

Name H. A. Holden
Address
Minneapolis MN Zip
Phone ( )

I understand the terms are NET. Due and payable on receipt of statement. Past due after the 10th of the month. Interest of 1½% per month charged on accounts past due 30 days or more.

SIGNED American Armature Whs BY ______ (Member of Firm) TITLE
(Full name of Firm)

Address 2040 Texas Ave Phone ( )
Shreveport LA 71103

1993-06-30 16:08 PAGE =

Rec'd 7/22/93
Holding order
O.K. – Julie
8-16-93

EURTON ELECTRIC CO., INC.
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(310) ~~(213)~~ 946-4477
FAX ~~(213)~~ (310) 946-0014

# APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company: NORTHWEST TOOL REPAIR 104200

Address: 104606 HWY 93 SOUTH

City, State, Zip: WHITEFISH, MONTANA 59937

Phone: 406-862-0275 FAX: SAME

Type of Business: ☐ Corporation ☐ Partnership ☒ Proprietorship

Number of year in business: 1 1/2

Number of locations (if more than one, send complete information on each): 1

~~Presidents~~ owner Name: MARK & CHRISTINE VAN NYHUIS

Person to contact regarding payment of bills: Name: MARK VAN NYHUIS Title: OWNER

Purchase order required? Yes ____ No X

Authorized Buyer: ____

Describe in detail your business, including industries served: AUTHORIZED SERVICE CENTER FOR MAKITA / B&D / DEWALT / RYOBI / HITACHI / DELTA / HILTI

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding ☒ Motor Parts

☒ Power Tool Parts ☐ Motor Repair

References:

Bank Name: 1ST NATIONAL Telephone: 406-862-2535

Bank Address: BOX 220 Account Number: 45-226-2

City: WHITEFISH State: MT Zip: 59937

FAX -371-0623

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| MAKITA | BOX 2086 | DENVER | CO 80201 | 303-371-2850 |
| BLACK & DECKER | BOX 1030846 | BALTIMORE | MD 21263 | 800-228-1044 |
| DELTA | 4290 E RAINES RD | MEMPHIS | TN 38118 | 800-438-2486 |
| HITACHI | DRAWER 100794 | ALANTA | GA. 30348 | 404-935-1774 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Date: 6/30/93 Signed: [signature] Signed: ____

Title: OWNER Title: ____

EE001423

TOTAL P.01

EURTON'S

FAX 562-946-0014

# APPLICATION FOR CREDIT

*ALL INFORMATION HELD IN STRICT CONFIDENCE*

FULL NAME OF COMPANY Tool Works

ADDRESS 1431 E 28th St

CITY, STATE, ZIP Signal Hill, CA 90755

PHONE (5) 988-9150 FAX (5) 988-9151

| |
|---|
| COMPANY NAME |
| ADDRESS |
| CITY, STATE, ZIP |
| PHONE |
| FAX |
| ACCOUNT# |

| |
|---|
| COMPANY NAME |
| ADDRESS |
| CITY, STATE, ZIP |
| PHONE |
| FAX |
| ACCOUNT# |

| |
|---|
| COMPANY NAME |
| ADDRESS |
| CITY, STATE, ZIP |
| PHONE |
| FAX |
| ACCOUNT# |

| |
|---|
| COMPANY NAME |
| ADDRESS |
| CITY, STATE, ZIP |
| PHONE |
| FAX |
| ACCOUNT# |

TYPE OF BUSINESS (circle)
CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 2000

NUMBER OF LOCATIONS 1
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

(PRESIDENT)/OWNER Manuel Garcia

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

EE001425

5629460014 P.01/01

EURTON ELECTRIC MOMS

TOTAL P.01

EURTON

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY Tool Time

ADDRESS 4126 W BLR Bank

CITY, STATE, ZIP BURBank CA 91505

PHONE 841-2800 FAX 841-6501

REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

TYPE OF BUSINESS (CIRCLE)
CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS one year

NUMBER OF LOCATIONS (1)
(If more than one, please list address on card)

PURCHASE ORDER REQUIRED? YES NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
MARK

PRESIDENT/OWNER MARK Bologna

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477
OUTSIDE CA 800-423-4789

MAR-20-1997 14:23

P.01

EE001427

TOOL TIME

CREDIT APPLICATION

FIRM NAME

TOOL TIME
4126 W. BURBANK
BURBANK CA, 91505

OWNER:

MARK IBNOUJALA

BANK INFORMATION

BANK OF AMERICA
MAGNOLIA PARK BRANCH
3400 W. MAGNOLIA BLVD.
BURBANK CA, 91505
ACC #04586-04775

TRADE REFERENCES:

SENCO PRODUCTS INC.
P.O.BOX. 960131
CINCINNATI OH, 45296-0131
(800)543-4596

REMCO WHOLESALE
1538 SO. EASTERN AVE.
CITY OF COMMERCE CA, 90022
(213)267-4551

Good | Prompt.
Sol | 300.00

RESALE PERMIT#
SRAC 99942983

UNITED ABRASIVES
P.O.BOX.75
LOS ANGELES CA 90060
(800)428-5927
(800) 456-5341 Attn: Credit Dept

MAKITA
P.O.BOX. 60977 TERM ANEX
LOS ANGELES CA 90060
(800)462-5482
714 522-8323 Attn. Kathy

Good

BURTON

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY Power To.s, Inc

ADDRESS 1200 S Bellevue Blvd

CITY, STATE, ZIP Memphis TN 38106

PHONE 901-774-1212 FAX 901-774-7808

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME see attached list

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT #

TYPE OF BUSINESS (CIRCLE) CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS

NUMBER OF LOCATIONS (if more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

PRESIDENT/OWNER

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

BURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4677
OUTSIDE CA 800-423-4780
FAX 310-946-8968

946-0014

EE001434

OK
AR 5-10-91
OK 5/14/91

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(213) 946-4477
FAX (213) 946-0014

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company MOSCH ELECTRIC MOTORS, INC. #99650

Address 2513 17TH STREET N.E.

City, State, Zip BLACK EAGLE, MT. 59414

Phone 406-453-2481 FAX 406-453-2482

Type of Business: ☑ Corporation ☐ Partnership ☐ Proprietorship

Number of year in business 50

Number of locations (if more than one, send complete information on each)

Presidents Name JEROME R. PARSONS

Person to contact regarding payment of bills KELLY PARSONS (Name) SEC/TREAS. (Title)

Purchase order required? Yes ____ No ✓

Authorized Buyer JERRY OR KELLY PARSONS, TERRY BULTON

Describe in detail your business, including industries served SALES & SERVICE OF ELECTRICAL EQUIPMENT

We plan to use Eurton Electric for the following services:

☑ Armature and Field Coil Rewinding ☐ Motor Parts

☑ Power Tool Parts ☐ Motor Repair

References:

| Bank Name | Telephone |
|---|---|
| FIRST BANK | 406-455-1000 |
| **Bank Address** | **Account Number** |
| 300 CENTRAL AVENUE | 500 108 2479 |
| **City / State / Zip** | |
| GREAT FALLS MT 59401 | |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| W.W. GRAINGER | DEPT 064-800777971 | N. SUBURBAN | IL. | 60251-0001 |
| ROBERT BOSCH POWER TOOL | P.O. BX 44670 | SAN FRANCISCO | CA | 94144 |
| MILWAUKEE ELEC. TOOL CORP | 13135 W. LISBON ROAD | BROOKFIELD | WI. | 53005 |
| PORTER CABLE CORP | P.O. BOX 91224 | CHICAGO | IL | 60693 |

414-781 FAX 781-

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Date 4/23/91 Signed Kelly Parsons Signed ____

Title SEC/TREAS. Title ____

EURTON ELECTRIC CO., INC.
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(310) ~~(213)~~ 946-4477
FAX ~~(213)~~ (310) 946-0014

# APPLICATION FOR CREDIT

Recd 9/7/93
OK 9/23/93
NET 30
$200.00 Limit

The following information must be completed in full. All information will be held in strict confidence.

Full name of company MILNE POWER TOOL REPAIR #97925

Address 602 W AINSWORTH ST

City, State, Zip PASCO WA 99301

Phone (509) 547-7834 FAX (509) 547-1160

Type of Business: ☐ Corporation ☐ Partnership ☒ Proprietorship

Number of year in business 1

Number of locations (if more than one, send complete information on each) One

Presidents Name Randy G Milne

Person to contact regarding payment of bills Betty L Milne (Name) Office Administrator (Title)

Purchase order required? Yes X No

Authorized Buyer Randy G Milne

Describe in detail your business, including industries served Electric and air power tool repair for contractors, utility companies, electrical and roofing companies, sheetmetal shops, airconditioning installation & repair companies, etc.

We plan to use Eurton Electric for the following services:

☐ Armature and Field Coil Rewinding ☐ Motor Parts
☒ Power Tool Parts ☐ Motor Repair

References:

| Bank Name | Telephone |
|---|---|
| Sea-First National Bank | (509)736-1776 |

| Bank Address | Account Number |
|---|---|
| PO Box 6450/3420 W Kennewick Ave. | A/C #25917 014 |

| City | State | Zip |
|---|---|---|
| Kennewick | WA | 99336 |

| Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| Ace/Rock Power Tool (9/8/93 – mailed Bell Ripco on Weather) | E 1821 Sprague Ave | Spokane | WA | 99202 | (509) 536-5 |
| Sears MCA (mailed) | PO BOX 59127 | Schaumburg | IL | 60159 | (708) 330-4 |
| W W Grainger Inc (Curtis 1000 Limit ... 10 day ...) | Dept 583 | Palatine | IL | 60038 | (509) 545-5 |
| Makita USA Inc (9/8/93 mailed) | 22653 83rd Ave S | Kent | WA | 98032 | (206) 395-8 |
| Safeway Supply | Not official Cr. acct. But they do extend credit to him | | | | |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

| Date | Signed | Signed |
|---|---|---|
| 8-25-93 | Randy G Milne | Betty L Milne |
| | Title: Owner | Title: Co-Owner |

References OK – You have an open acct.

Please include phone and/or FAX numbers of References

EE001436

# Manor Hardware Company

P.O. Box 2674
19500 36th Ave. West
Lynnwood, Washington 98036

775-3335
778-2841

CREDIT INFORMATION

OWNER - Robert W. Duncan 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
2814 Rucker Avenue
Everett, WA. 98201

Fed.ID # 91-0949147
Resale Cert.
600-018-291

BANK:

Seattle First National Bank 206-259-7784
1602 Hewitt Avenue Acct. # 86709-905
Everett, WA. 98124

CREDIT REFERENCES:

Cotter & Co. 800-748-5708
2740 No. Clybourn fax # 916 666 9940
Chicago, IL 60614

Boise Cascade (206)-486-7477
P.O. Box 34936, Dept. 1003 fax # (206) 489 1091 Attn. Credit
Seattle, WA. 98124

Senco Products, Inc. 800-543-4596
P.O. Box 960131 fax # 513) 388 3186 Attn: Mike R.
Cincinatti, OH 45296-0131

Howard Mfg. 206-852-0640 395.71 70
P.O. Box 1188 fax # (206) 395-7970
Kent, WA. 98035-1188

W.W. Grainger Acct [illegible]
206-486-4962
11815 North Creek Pkwy S.
Bothell WA 98011-8803

N W Bolt & Nut PO Box [illegible]
Seattle WA 98107
206-[illegible]

EE001439

JUL 22 '94 16:32 KALAMAZOO ELECTRIC MOTOR, INC.
FAX 310-946-0014

2 of 2

PETE KICK
(616) 345-7929

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE

84000

FULL NAME OF COMPANY: Kalamazoo Electric Motor, Inc
ADDRESS: 658 E Vine St
CITY, STATE, ZIP: Kalamazoo MI 49001
PHONE: 616-345-7802 FAX: 616-345-7929

**REFERENCES**
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT

COMPANY NAME: WW Grainger
ADDRESS: 2476 Azo Dr
CITY, STATE, ZIP: Kalamazoo MI 49001
PHONE: 616-381-8510
FAX:
ACCOUNT #: 407-80-330-027-7

COMPANY NAME: Milwaukee Electric Tool
ADDRESS: 13135 W. Lisbon Rd
CITY, STATE, ZIP: Brookfield, WI 53005
PHONE: 414-781-3600
FAX: 414-781-3611
ACCOUNT #: 28-5060, 28-5061

COMPANY NAME: Skil
ADDRESS: Dept 0241
CITY, STATE, ZIP: Chicago IL 60673
PHONE: 616-538-5060
FAX:
ACCOUNT #:

COMPANY NAME: Black + Decker
ADDRESS: 3840 28th St SW
CITY, STATE, ZIP: Grand Rapids MI 49508
PHONE: 616-949-8731
FAX:
ACCOUNT #:

TYPE OF BUSINESS: (CORPORATION) PARTNERSHIP PROPRIETORSHIP
NUMBER OF YEARS IN BUSINESS: 45
NUMBER OF LOCATIONS: 1
(If more than one, please list address on back)
PURCHASE ORDER REQUIRED? YES (NO)
PERSON TO CONTACT REGARDING PAYMENT OF BILLS: Wm Salvesen
PRESIDENT/OWNER: Wm Salvesen

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE., PO BOX 2113
SANTA FE SPRINGS, CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

[illegible] ELECTRIC CO., [illegible]
[illegible] Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
[illegible] (213) 946-[illegible]
FAX (213) 946-[illegible]

# APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company: J & D TOOL REPAIR 77287

Address: 14050 ORANGE AVE. UNIT B

City, State, Zip: PARAMOUNT, CA. 90723

Phone: (310) 630-1644 FAX: --

Type of Business: ☐ Corporation ☒ Partnership ☐ Proprietorship

Number of year in business: 1 YEAR

Number of locations (if more than one, send complete information on each):

Presidents Name: JAVIER F. SALCEDO AND DOMINGO CALDERON (PARTNERS)

Person to contact regarding payment of bills: JAVIER F. SALCEDO (Name) PARTNER (Title)

Purchase order required? Yes ____ No X

Authorized Buyer: JAVIER OR DOMINGO

Describe in detail your business, including industries served: WE REPAIR ALL ELECTRICAL TOOS, AIR NAILERS, COMPRESSSORS, BIG SAWS, HOMELITE, MULTIQUIP, VIBRATORS, ETC.

We plan to use Eurton Electric for the following services:

☐ Armature and Field Coil Rewinding ☒ Motor Parts

☒ Power Tool Parts ☒ Motor Repair

References:

Bank Name: SECURITY PACIFIC BANK — Telephone: (310) 563-2919

Bank Address: 3550 TWEEDY BLVD. — Account Number: 258 - 157160

City: SOUTH GATE, State: CA., Zip: 90280

| Name | Address | City | State | Zip |
| --- | --- | --- | --- | --- |
| MINIT TOOL | 3026 E. OLYMPIC BLVD. | L.A. | CA. | 90023-3402 |
| B & D | 2011 E. SOUTH ST. | LONG BEACH | CA. | 90805 |
| EMGLO | 303 INDUSTRIAL PD. RD. | JOHNSTON | PENN | 15904 |
| HOMELITE | 14401 CAROWINDS BLVD. | CHAARLOTTE | NC. | 28241 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Date: AUG. 27, 1992 Signed: [signature] Title: Partner Signed: [signature] Title: Partner

EURTON'S

ATTN

FAX 562-946-0014

DAVID ROSS

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY General Motor Repair & Service, Inc

ADDRESS 2204 Westbrook St

CITY, STATE, ZIP Greensboro, NC 27407

PHONE 336-292-1715 FAX 336-292-1827

| | |
|---|---|
| COMPANY NAME | See Attached |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

TYPE OF BUSINESS (circled) CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 50+

NUMBER OF LOCATIONS 1
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED? (YES) NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Donna Ross

PRESIDENT/OWNER David Ross

IT IS FAST BECOMING THE INDUSTRY STANDARD NOT TO GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

TOTAL P.01

EURTON ELECTRIC CO. INC.
9920 Painter Avenue P. O. Box 2113
SANTA FE SPRINGS, CA 90670
(213) 946-4477

JUN 14 1983

APPLICATION FOR CREDIT

Please fill out this form and send it to the above address. Attention: Credit Dept. Give only names of those you buy from on open account.

MAY 4 - 1983

Name Dumore Co.
Address 1300 - 17th St
Racine, WI. 53403 Zip
Phone (414) 633-8221

MAY 4 - 1983
Prepaid

Name Milwaukee Electric Tool Corp.
Address 13135 W. Lisbon Rd.
Brookfield, WI 53005 Zip
Phone (414) 781-3600

RECEIVED
APR 28 Rec'd
ELECTRIC TOOL SERVICE

MAY 4 1983

Name Foredom Electric Co.
Address
Bethel, CONN 06801 Zip
Phone (203) 792-8622

Prepaid

Name Black & Decker (US) Inc.
Address POB 91330
Chicago, IL. 60693 Zip
All orders through 18133 W. McNichols Detroit, MI. 48219
Phone ( ) Phone: 313-534-8880

I understand the terms are NET. Due and payable on receipt of statement. Past due after the 10th of the month. Interest of 1½% per month charged on accounts past due 30 days or more.

SIGNED Electric Tool & Service Co. (Full name of Firm)
By [signature] Member of Firm — Pres. Title

Address 19442 Conant
Detroit, Mi. 48234
Phone (313) 366-3830

EE001455



SEP-22-93 WED 15:43 CIRCLE SAW P.01

36375

Recd 9/22

2510 ELLA BLVD.

mailed 9/23/93

PHONE 864 8144

713

OK 10/5/93 DT

APPLICATION FOR OPEN ACCOUNT

Trade Name: Circle Saw Builders Supply, Inc.
2510 Ella Blvd.
Houston, Texas 77008

Phone: 713-864-8444
FAX No: 713-864-6014
Tax Exempt # 74-1673690

Organization: Corporation

Principals: Clarence C. Mullen President, Hugh O. West, Vice President

Nature of Business: Woodworking Tool Sales and Service

Bank: Guardian Bank
P. O. Box 920009
Houston, Texas 77292
Account 044-704
Phone: 713-682-6611

Trade References:

Senco Products, Inc.
8485 Broadwell Rd.
Cincinnati, Ohio 45244
513-388-2000
1-800-543-4596

OK

Amana Tool Corporation
1250 Brunswick Avenue
Far Rockaway, NY 11691
718-327-6100
1-800-445-0077

Returned

LRH Enterprises, Inc.
7101 Valjean Avenue
Van Nuys, California 91406
818-782-0226
1-800-423-2544

good

Freeborn Tool Co., Inc.
3355 East Trent Avenue
Spokane, Wa 99202-4459
509-535-3075
1-800-523-8988

Returned

Robert Bosch Corporation
3701 Neuse Blvd.
New Bern, NC 28650
919-633-4733
1-800-334-5730

Delta International Machinery
246 Alpha Drive
Pittsburgh, PA 15238
412-963-2400

EE001458

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

***CUSTOMER CONTACT INFORMATION UPDATE FORM***

Company: The Charles H. Day Co.

Address: 11405 SE 37th Ave.

City, St., ZIP: Milwaukie, Oregon 97222

Phone: 503-232-1659 Fax: ______

**Remit Address (if not the same)**

Company: ______

Address: ______

City, St., ZIP: ______

Phone: ______ Fax: ______

**Emails Address** (addresses you wish us to have on file)

Mail Contact: luke@chasdayco.com

Accounting: betty@chasdayco.com

Repairs: ______

Sales: ______

Other: ______

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

***1-5 years 5-10 10-20 20-30 30-40+***

EE001460

OK
AR

[illegible] FOR CREDIT

[illegible] #29950

Firm Name [illegible] WHOLESALE [illegible]

Ownership ☒ Corporation ☐ Partnership ☐ Proprietorship ☐ [illegible]

[illegible] of business WHOLESALE & RETAIL SALES & REPAIR [illegible]

Address 1160 3RD / P.O. BOX 1907

City LONGVIEW State WA.

At present location since (date) 196[illegible]

Year Established [illegible]

DUN & BRADSTREET ACCOUNT 04-626-2489 [illegible] 404-787-7994 ATTN credit

REFERENCES: (Give only names of those you buy from on open account)

Name OK [illegible] PROTO INDUSTRIAL TOOLS 404-787-386[illegible] ACC [illegible]

Address 14117 INDUSTRIAL PARK BLVD NE City COVINGTON State GA. Zip 30209-9388

Name CASCADE WHOLESALE HARDWARE 1-800-636-6555 ACC # 163001 (503) 629-4882 credit

Address 205 S.W. 185TH AVE. City ALOHA State OR. Zip 97006-3676 ACC # 075307

Name SENCO PRODUCTS INC. 1-800-5[illegible]-4596

Address DEPARTMENT 131 City CINCINNATI State OHIO Zip 45[illegible]

Name [illegible] 1-615-[illegible]72-0816 ACC # [illegible]

Address P.O. BOX 951360 City DALLAS State TX Zip 75397-1360

Name MILWAUKEE ELECTRIC TOOL 1-[illegible]-[illegible]31-3600 ACC # 46-[illegible]

Address [illegible] City [illegible] State [illegible]

Real Estate Owned LOT 150X200 BUILDING-8000 SQ.FT. Value $ 300,000.00 [illegible]

Mortgage on Machinery & Equipment $ [illegible] Held by [illegible]

Do you pledge or borrow on your accounts receivable NO [illegible] shown [illegible]

Insurance carried (specify) [illegible]

Your bank COLUMBIA BANK Branch LONG[illegible] Acct # 01-101[illegible]

Remarks

[illegible] information may be [illegible]

EE001462

BURTON ELECTRIC CO. INC.
9920 Painter Avenue P. O. Box 2113
SANTA FE SPRINGS, CA 90670
(213) 946-4477

APPLICATION FOR CREDIT

Please fill out this form and send it to the above address. Attention: Credit Dept. Give only names of those you buy from on open account.

Name Skil Corporation
Address Department 0291
Chicago, Ill Zip 60673
Phone (415) 827-1427

Name Milwaukee Electric Tool Corp.
Address Drawer No. 808
Milwaukee, WI Zip 53278
Phone (415) 761-2851

Name Rotary Corporation
Address P.O.Box 248
San Dimas, CA Zip 91773
Phone (714) 599-6895

Name Vogel Sales
Address 2820 Oakdale Ave.
San Francisco, CA Zip 94124
Phone (415) 285-2606

I understand the terms are NET. Due and payable on receipt of statement. Past due after the 10th of the month. Interest of 1½% per month charged on accounts past due 30 days or more.

SIGNED Bay Saw + Tool Repair (Full name of Firm)
By [signature] Member of Firm Tit

Address 1187 Railroad Ave.
Pittsburg, CA 94565

Phone (415) 432-6291

EE001466

OK
DR

Bay Area Rental
1624 W. Pacific Coast Hwy
Harbor City, Ca. 90710
310 3265830

19250

3262638

20 yrs.

Douglas Voegeli
Same

Douglas Steve Voegeli
Equip Rental yard

Bay Area Rental
1090 N. Western
San Pedro, Ca. 90732

310 3265830
4820017635

over 5 years T 2/10/10 T: N/10 B: 0 pay time

Jmeline Equip 13610 S. Western Gardena, Ca. 321-1707
Americos 10632 Westminster Garden Grove, Ca 714 534 6170 Attn. Jodi fax: 818-444-6609
Coast Engine 141 E. Anaheim St. Long Beach, Ca. 599-2455 10 year HC: 1000 B: + Prompt T: N/30
23W5 P.O. Box 9070 Long Beach, Ca. 437-0381 since 91. LP Nov HC: 80 B: 0 T: N/30 yes do.

OK
OK

Dec 29, 92 Vicki Voegeli
V. Pres.

BURTON

# APPLICATION FOR CREDIT

130
11/22/99

ALL INFORMATION HELD IN STRICT CONFIDENCE.

24986

FULL NAME OF COMPANY Bobs Tools. Inc.

ADDRESS 1493 E Army Post Rd.

CITY, STATE, ZIP DSM. (Des Moines) Ia 50320

PHONE 515-287-7542 FAX 515-287-7805

TYPE OF BUSINESS (CIRCLE)
CORPORATION (circled) PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 18

NUMBER OF LOCATIONS 1
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES NO (circled)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Cheryl Judge

PRESIDENT/OWNER David Judge

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

See attached

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

BOB'S TOOLS, INC.
CREDIT INFORMATION