**EXHIBIT 5**

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY __A-1 TOOL REPAIR__

ADDRESS __1851 BLANDING BLVD__

CITY, STATE ZIP __MIDDLEBURG FL, 32068__

PHONE __904-282-3707__ FAX __904-282-3707__

TYPE OF BUSINESS: SINGLE
CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YRS. IN BUSINESS __1 YEARS__

NUMBER OF LOCATIONS __1__
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED (YES)   NO

PERSON AUTHORIZED TO PLACE/RECORDING PAYMENT OF BILL:
__CASTELLO BLANCO__

PRESIDENT / OWNER __CASTELLO BLANCO__

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT

COMPANY NAME __SOUTHERN-WINDING SERV.__
ADDRESS __5302 ST PAUL JE__
CITY, STATE, ZIP __TAMPA FL, 73629__
PHONE __1800-272-7797__
FAX __813-628-4603__
ACCOUNT # __OPEN__

COMPANY NAME __ASSOCIATE ELEC.__
ADDRESS __602 SOUTH LAKG ST.__
CITY, STATE, ZIP __HILLSFLFFORD WI 53014__
PHONE __920-348-328 11__
FAX __920 348-3681__
ACCT. # __OPEN__

COMPANY NAME __BLACK & DECKER__
ADDRESS __CASTAS AVENUE__
CITY, STATE, ZIP __JAX FL__
PHONE __9051-781-7253__
FAX __904-689-8281__
ACCOUNT # __506-551-3__

COMPANY NAME __CAMPBELL HAUSFFIELD__
ADDRESS __100 PRODUCTION DR__
CITY, STATE, ZIP __HARRISON, OH 45030__
PHONE __1800-465-8229__
FAX __1800 521-6083__
ACCOUNT # __330H4__

• • • • • • • • • • • • • • • • • • • • • • •
IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU
• • • • • • • • • • • • • • • • • • • • • • •

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2115
SANTA FE SPRINGS CA 90670

562-946-4477
OUTSIDE CA 800-423-4789
FAX 562-946-0034

TOTAL P.01

EE001502

# BURTON APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY __AAA Electric Motors__

ADDRESS __2405 S HARWOOD St.__

CITY, STATE, ZIP __DALLAS, TX  75215__

PHONE __214- 823-1833__   FAX __214- 428-2751__

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME __BALDOR Electric__
ADDRESS
CITY, STATE, ZIP __Ft Smith AR 72902__
PHONE __501- 648- 5881 - Rosemary__
FAX __501- 648- 5937__
ACCOUNT # __680007__

COMPANY NAME __Thompson Tool__
ADDRESS __2628 Hickory St__
CITY, STATE, ZIP __Dallas, TX 75226__
PHONE __214. 428- 4311__
FAX __Does not have a fax__
ACCOUNT #

COMPANY NAME __MAGNETEK__
ADDRESS __1145 CORPORATE LAKE DR__
CITY, STATE, ZIP __St Louis MO 63132__
PHONE __1-800- 325- 7344__
FAX __1-800- 468- 3045__
ACCOUNT __M000 950__

COMPANY NAME __Reliance Electric__
ADDRESS __24701 EUCLID AVE__
CITY, STATE ZIP __Cleveland, OH 44117__
PHONE __1-216- 266- 7855__
FAX __1-216- 266- 7580__
ACCOUNT # __000103__

TYPE OF BUSINESS (CIRCLE) CORPORATION  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS __33__

NUMBER OF LOCATIONS
(if more than one, please list address on back)

PURCHASE ORDER REQUIRED?  YES  (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
__Donna Boulting-House__

PRESIDENT/OWNER __Murrell Townsend__

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CRED-IT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUAR-TERS ONLY. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACT-ING YOU FOR ALL NORMAL BUSI-NESS COMMUNICATIONS, INCLUD-ING: INVOICES, SALES ORDERS, CAT-ALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

BURTON ELECTRIC CO. INC.
9920 PAINTER AVE
PO BOX 3113

310-948-4477
OUTSIDE CA 800-423-4789

BE001503

FAX 310-946-0014

7/26/94

# EURTON'S APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

#3198

FULL NAME OF COMPANY ABC Rental, Wayne Inc.

ADDRESS 8510 Old Harford Rd

CITY, STATE, ZIP Baltimore, Maryland, 21234

PHONE (410) 661-0500   FAX (410) 668-2657

TYPE OF BUSINESS (CIRCLE) **CORPORATION** PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 12

NUMBER OF LOCATIONS One
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES **NO**

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
George C. Peverley

PRESIDENT/OWNER George C. Peverley

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME See Attached List
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC CO., INC.
6920 RADFORD AVE.   PO BOX 21-1

310-946-4477 OUTSIDE CA
FAX 310-946-0014

EE001504

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _____

ADDRESS _____

CITY, STATE, ZIP _____

PHONE (___) ___-____   FAX (___) ___-____

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _E.D.I._____
ADDRESS _1755 Blake Avenue_____
CITY, STATE, ZIP _Los Angeles, CA 90031_
PHONE _(800) 338-3340_____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

TYPE OF BUSINESS   (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS _____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

_____

PRESIDENT/OWNER _____

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS  CA  90670

310-946-4477
OUTSIDE CA 800-423-4789
FAX 310-946-0013

FEB-06-2001  11:53    EURTON ELECTRIC, INC.

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _Accurate Elec. Co._

ADDRESS _845 Payne Ave._

CITY, STATE, ZIP _St. Paul Minnesota 55110_

PHONE _651/771/0112_    FAX _651/771/0155_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Sid Harvey's Ind._
ADDRESS _605 Locust Street_
CITY, STATE, ZIP _Garden City NY 11530_
PHONE _1 516 745 9351_
FAX _1 516 745 6186_
ACCOUNT # _0017020_

COMPANY NAME _W W Grainger Inc._
ADDRESS _Dept 495-806457734_
CITY, STATE, ZIP _Palatine IL 60038-0001_
PHONE _1-800 578 8244_
FAX _1-877 647 5811_
ACCOUNT # _651 771 0112_

COMPANY NAME _Johnstone Supply Co._
ADDRESS _2680 East 81st Street_
CITY, STATE, ZIP _Bloomington Minn 55425_
PHONE _952 853 9898_
FAX _952 853 2277_
ACCOUNT # _Open_

COMPANY NAME _State Supply Co_
ADDRESS _597 East 7th Street_
CITY, STATE, ZIP _St. Paul Minn 55101-2477_
PHONE _651-774 5985_
FAX _651-774 7156_
ACCOUNT # _Open_

TYPE OF BUSINESS   (CIRCLE)
CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YEARS IN BUSINESS _50_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? (YES)   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Gerald A. Holt_

PRESIDENT/OWNER _Gerald Holt_

---

* IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

* ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

* PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

* THANK YOU

---

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-2471
OUTSIDE CA 800-423-4789
FAX 562-946-0614

EE001506

FAX   310-946-0014

*Pre approved by John officially set up on 1/18/94*

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

# 5437

FULL NAME OF COMPANY  Accurate Motor Products

ADDRESS  1655 E. 6th St. B-4

CITY, STATE, ZIP  Corona. CA 91719

PHONE  (909) 270-2700      FAX  (909) 270-2929

TYPE OF BUSINESS   (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  May 93

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO   ?

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Mary Hanifin

PRESIDENT/OWNER

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME  OTS Wire Insulation
ADDRESS  9155 S.W. Barber St.
CITY, STATE, ZIP  Wilsonville, OR 97070
PHONE  (503) 682-7050
FAX  (503) 682-0548
ACCOUNT #

COMPANY NAME  Conductors & Dielectrics
ADDRESS  13205 Marley Ave
CITY, STATE, ZIP  Fontana, CA 92336
PHONE  (909) 685-0817
FAX  (909) 685-2523
ACCOUNT #

COMPANY NAME  Motion Industries
ADDRESS  7471 Doig Drive
CITY, STATE, ZIP  Garden Grove CA 92641
PHONE  (714) 379-3500
FAX  (205) 951-1170
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC  CO., INC.
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS  CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX  310-946-0014

EE001507



EL0001508

# APPLICATION FOR CREDIT

ALL INFORMATION HELD STRICTLY CONFIDENTIAL

28662

FULL NAME OF COMPANY  Sheboygan Armature Works, Inc.

ADDRESS  2727 N. 21st Street

CITY, STATE, ZIP  Sheboygan, Wi.  53083

PHONE  414-452-3389       FAX   414-452-1027

2018  Acme Armature Works

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME  H.A. Holden, Inc.
ADDRESS  1208 Harmon Place
CITY, STATE, ZIP  Minneapolis MN 55403
PHONE  612-333-5353
FAX  612-333-0541
ACCOUNT #  4144523389

COMPANY NAME  Helwig Carbon Products, Inc.
ADDRESS  8900 West Tower Ave.
CITY, STATE, ZIP  Milwaukee, Wi. 53224-0400
PHONE  414-354-2411
FAX  414-800-365-3113
ACCOUNT #  65638-3

COMPANY NAME  Leeson Electric Corp.
ADDRESS  P.O. Box 241
CITY, STATE, ZIP  Grafton, Wi. 53024-0241
PHONE  414-377-8810
FAX  414-377-9025
ACCOUNT #  50585

COMPANY NAME  Precision Electric Motor Sales
ADDRESS  208 Brady Street
CITY, STATE, ZIP  Corunna, Mich. 48817-3247
PHONE  577-725-9215
FAX  517-743-3247
ACCOUNT #  1374-8

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  45

NUMBER OF LOCATIONS  1
(if more than one, please list address of each)

PURCHASE ORDER REQUIRED?  YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Dale A. Kautzer

PRESIDENT/OWNER  Leroy Kautzer

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY. WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED. AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

**BURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.
PO BOX 2115
SANTA FE SPRINGS, CA 90670

310-940-4477
OUTSIDE CA 800-423-4789
FAX 310-946-0014

FAX   562-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY __Ace Tool Rental, Inc.__

ADDRESS __7131 Lee Highway__

CITY, STATE, ZIP __Falls Church, Virginia  22046__

PHONE __703-532-5600__      FAX __703-237-9021__

TYPE OF BUSINESS (circle)
CORPORATION    PARTNERSHIP    PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS __5__

NUMBER OF LOCATIONS __1__
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?    YES    NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
__Ronald McIninch__

PRESIDENT/OWNER __Bruce Schwarzmann__

### REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME __Diamond Products__
ADDRESS __P.O. Box 1080__
CITY, STATE, ZIP __Elyria, OH  44035__
PHONE __800-634-4035__
FAX __216-323-8689__
ACCOUNT #

COMPANY NAME __Virginia Abrasives__
ADDRESS __2851 Byrus Rd__
CITY, STATE, ZIP __Petersburg, Virginia 2385__
PHONE __800-446-1805__
FAX __804-732-5336__
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

* IT IS FAST BECOMING THE INDUSTRY
  STANDARD TO ONLY GIVE OUT
  CREDIT INFORMATION BY FAX OR
  MAIL.

* ALSO, MANY LARGE CORPORATIONS
  WILL GIVE CREDIT INFORMATION
  FROM THE CORPORATE HEAD-
  QUARTERS ONLY.  WHEN LISTING A
  LARGE CORP. BE SURE TO INCLUDE
  THE ADDRESS OF THE MAIN OFFICE
  AND YOUR ACCOUNT NUMBER.

* PLEASE COMPLETE ALL OF THE
  INFORMATION REQUESTED, AS
  INCOMPLETE APPLICATIONS MAY
  RESULT IN A DELAY IN APPROVING
  YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.
P.O. BOX 2113
SANTA FE SPRINGS  CA  90670

562-946-4477
OUTSIDE CA 800-423-4789
FAX 562-946-0014

EE001509

☎ 5032383926   ADVANCE ELECTRIC   02/06/08  14:21   P01
EURTON ELECTRIC WCMS

EURTON'S

FAX   562-946-0014

# APPLICATION FOR CREDIT

### *ALL INFORMATION HELD IN STRICT CONFIDENCE.*

6736

FULL NAME OF COMPANY ___MIKE NAHORNEY___
ADVANCE ELECTRIC MOTORS   MIKE NAHORNEY

ADDRESS ___1612 SE Brooklyn St___   ADVANCE ELECTRIC MOTORS
Portland, OR 97202   1612 SE Brooklyn St

CITY, STATE, ZIP   (503) 238-3944 U.S.A.   Portland, OR 97202
(503) 238-3944 U.S.A.

PHONE ___   FAX 503-238-3926

| | |
|---|---|
| COMPANY NAME Advance Electric motors | TYPE OF BUSINESS |
| ADDRESS 1612 SE Brooklyn | CORPORATION  PARTNERSHIP  PROPRIETORSHIP |
| CITY, STATE, ZIP Portland OR 97202 | NUMBER OF YEARS IN BUSINESS 20 |
| PHONE 503-238-3944 | NUMBER OF LOCATIONS 1 |
| FAX 503-238-3926 | (if more than one, please list address on each) |
| ACCOUNT# | PURCHASE ORDER REQUIRED? YES (NO) |
| | PERSON TO CONTACT REGARDING PAYMENT OF BILLS |
| COMPANY NAME Baldor Electric motors | Mike Nahorney |
| ADDRESS | PRESIDENT/OWNER officer |
| CITY, STATE, ZIP Portland Oregon | |
| PHONE 503-691-9010 | |
| FAX | IT IS FAST BECOMING THE INDUSTRY |
| ACCOUNT# | STANDARD TO ONLY GIVE OUT |
| | CREDIT INFORMATION BY FAX OR |
| COMPANY NAME Essex | MAIL. |
| ADDRESS | ALSO, MANY LARGE CORPORATIONS |
| CITY, STATE, ZIP Portland OR | WILL GIVE CREDIT INFORMATION |
| PHONE 503-408-1001 | FROM THE CORPORATE HEAD- |
| FAX | QUARTERS ONLY. WHEN LISTING A |
| ACCOUNT# | LARGE CORP. BE SURE TO INCLUDE |
| | THE ADDRESS OF THE MAIN OFFICE |
| COMPANY NAME Mcquire Bearing | AND YOUR ACCOUNT NUMBER. |
| ADDRESS | PLEASE COMPLETE ALL OF THE |
| CITY, STATE, ZIP Portland OR | INFORMATION REQUESTED, AS |
| PHONE 503-238-1570 | INCOMPLETE APPLICATIONS MAY |
| FAX | RESULT IN A DELAY IN APPROVING |
| ACCOUNT# | YOUR OPEN ACCOUNT. |
| | **THANK YOU** |

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX  562-946-0014

TOTAL P.01

EE001510



# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY __ADVANCE FIRE PROTECTION CO., INC__

ADDRESS __1451 WEST LAMBERT RD__

CITY, STATE, ZIP __LA HABRA, CA 90631__

PHONE _562/691-0918_    FAX ___562/691-5482___

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME __GRINNELL CORP.__
ADDRESS __1600 E. ORANGETHORPE__
CITY, STATE, ZIP __FULLERTON, CA 92631__
PHONE __714/773-1166__
FAX __714/879-2319__
ACCOUNT #

COMPANY NAME __CENTRAL SPRINKLER__
ADDRESS __3170 NASA__
CITY, STATE, ZIP __BREA, CA 92621__
PHONE __714/993-6111__
FAX __714/993-6043__
ACCOUNT #

COMPANY NAME __RELIABLE__
ADDRESS __11821 WAKEMAN__
CITY, STATE, ZIP __SANTA FE SPRINGS, CA 90670__
PHONE __5627698-9421__
FAX __800/848-6055__
ACCOUNT #

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

TYPE OF BUSINESS   (CIRCLE)
(CORPORATION)  PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS ___30___

NUMBER OF LOCATIONS ___1___
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? (YES)  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

__JOYCE WEIGEL__

PRESIDENT/OWNER __J.L. GREEDY__

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS, CA 90670

562-946-4477
OUTSIDE CA 800-423-4789
FAX 562 946 0918

E-00-01511

FAX 310-946-0014          5822          P.2

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

33450

FULL NAME OF COMPANY _Charleston Elect Motors_

ADDRESS _901 12 Wycoff_

CITY, STATE, ZIP _Bremerton Wa 98312_

PHONE _1-206-8377-3400_ FAX _1-206-373-5822_

**TYPE OF BUSINESS** (CIRCLE) CORPORATION   PARTNERSHIP   **PROPRIETORSHIP**

NUMBER OF YEARS IN BUSINESS _30 +_

NUMBER OF LOCATIONS _1_
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED? **YES** NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS _Stan Tetrault_

PRESIDENT/OWNER _Richard Tambord_

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _OJAX Corp_
ADDRESS _6500 W. 67th St Ste 226_
CITY, STATE, ZIP _Overland Park Kansas 66202_
PHONE _1-800-593-325_
FAX _(913) 492-8283_
ACCOUNT # _Joe Cook_

COMPANY NAME _United Pipe & Supply_
ADDRESS _1414 South 30th P.O. Box 1296_
CITY, STATE, ZIP _Tacoma Wa 98401_
PHONE _1-800-525-8124_
FAX _(206) 743-9244_
ACCOUNT # _Paula Smith_

COMPANY NAME _Familiane NW_
ADDRESS _1805 Maple Drive_
CITY, STATE, ZIP _Bremerton Wa_
PHONE _1-206-479-9219_
FAX _(503) 283-3350_
ACCOUNT # _Frank Elanski_

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY. WHEN LISTING A LARGE CORP, BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001512

AKHURST MACHINERY INC.   ☎ 503 249 5874   07 1m99 14:23 .. 02/0 00:25°



**AKHURST**
MACHINERY INC.

2225 North Williams
Portland, Oregon  U.S.A.  97227
Tel: (503) 249-2900 • Fax: (503) 249- 874
E-mail: am.pfd@aol.com

## BANKING AND CREDIT INFORMATION

BANK:

KEY BANK OF OREGON
1222 SW SIXTH AVE.
PORTLAND, OR 97204
(800) 539-2265
ACCOUNT:   3702111002248

→  *FEDERAL ID#:*   93-0730438

### CREDIT REFERENCES:

ARASMITH MANUFACTURING COMPANY
PO BOX 2458 (BIG TEXAS VALLEY ROAD)
ROME, GA   30161
PHONE:      706-235-8576
FAX:         706-291-1894

HOLZ-HER; U.S.
5120 WESTINGHOUSE BLVD.
CHARLOTTE, NC    28273
PHONE:      704-587-3400
FAX:         704-587-3412

PACIFIC GRINDING WHEEL
PO BOX 468
MARYSVILLE, WA    98270
PHONE:      360-659-6201
FAX:         360-653-3200

GENERAL MANUFACTURING COMPANY, LIMITED
835 CHERRIER STREET
DRUMMONDVILLE, QUEBEC, CANADA    J2B 5A8
PHONE:      819-472-1161
FAX:         819-472-3266

Akhurst Machinery has been listed as an Oregon Corporation since 1977.  We have five offices on Canada and two in the United States, one in Seattle and the Portland office. We are a distributor and dealer of sawmill, and re-manufacturing equipment, machinery, and parts.

Accounting contact:   Trudi Traister

Location:   Canada- Delta (Vancouver), Edmonton, Toronto, Montreal, Dieppe (Moncton)
U.S.A  -  Seattle, Portland
Member of Canadian Woodworking Machinery Distributors Association
Woodworking Machinery Distributors Association
Woodworking Machinery Importers Association

EE001513

ALCO RENT-ALL INC
7708 MARBACH RD
SAN ANTONIO, TEXAS 78227

TOTAL P.01

Julie

FAX 310-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _ALCO RENT-ALL INC._

ADDRESS _7708 MARBACH Rd._

CITY, STATE, ZIP _SAN ANTONO TEXAS 78227_

PHONE _210-674-6950_ FAX _210-6954_

TYPE OF BUSINESS (CIRCLE)
CORPORATION  PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _21_

NUMBER OF LOCATIONS _2_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_FRED OR NACHO_

PRESIDENT/OWNER _FRED M. TREVINO_

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _PORTABLE HEATER PARTS_
ADDRESS _342 N. COUNTY RD 400 EAST_
CITY, STATE, ZIP _VALPARAISO, IN 46383_
PHONE _1-800-362-6951_
FAX _1-800-255-7985_
ACCOUNT # _674 6950_

COMPANY NAME _PRO PRODUCTS_
ADDRESS _10901 ALDER CIRCLE_
CITY, STATE, ZIP _DALLAS TEX 75238_
PHONE _1-800-527-1403_
FAX _1-800-227-1138_
ACCOUNT # _3741_

COMPANY NAME _PIONEER SUPPLY_
ADDRESS _P.O. Box 211_
CITY, STATE, ZIP _BUTLER MO 64730_
PHONE _1-800-356-0006_
FAX _816-679-5447_
ACCOUNT # _3230_

COMPANY NAME _P.K. LINDSAY Co._
ADDRESS _63 NOTTINGHAM Rd._
CITY, STATE, ZIP _DEERFIELD, NEW HAMPSHIRE 03037_
PHONE _1-800-843-2904_
FAX _603-463-7193_
ACCOUNT # _ALCORENSA_

```
° ° ° ° ° ° ° ° ° ° ° ° ° ° ° ° ° °
°  IT IS FAST BECOMING THE INDUSTRY
°  STANDARD TO ONLY GIVE OUT
°  CREDIT INFORMATION BY FAX OR
°  MAIL.
°
°  ALSO, MANY LARGE CORPORATIONS
°  WILL GIVE CREDIT INFORMATION
°  FROM THE CORPORATE HEAD-
°  QUARTERS ONLY. WHEN LISTING A
°  LARGE CORP. BE SURE TO INCLUDE
°  THE ADDRESS OF THE MAIN OFFICE
°  AND YOUR ACCOUNT NUMBER.
°
°  PLEASE COMPLETE ALL OF THE
°  INFORMATION REQUESTED. AS
°  INCOMPLETE APPLICATIONS MAY
°  RESULT IN A DELAY IN APPROVING
°  YOUR OPEN ACCOUNT.
°
°  THANK YOU
° ° ° ° ° ° ° ° ° ° ° ° ° ° ° ° ° °
```

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.  PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

P.01

THANKS ! Greg

9-29-94

SEP-29-1994 08:22

EE001514

FEB-01-2005 16:51    FAX NO. : 818 340 5553    Feb. 03 2005 05:53PM P1
EURTON ELECTRIC INC.                    562-946-0014   P.01/01

FAX   562-946-0014

# APPLICATION FOR CREDIT

## ALL INFORMATION HELD IN STRICT CONFIDENCE

10100

FULL NAME OF COMPANY   ALL-SAFE ELECTRIC, INC.

ADDRESS   7057 CANOGA AVE

CITY, STATE, ZIP   CANOGA PARK, CA 91303

PHONE  818-340 0974   FAX (818) 340-5553

COMPANY NAME   ESSEY
ADDRESS   P.O. BOX 90413
CITY, STATE, ZIP   CHICAGO IL 60696
PHONE (480) 452 - 7200
FAX
ACCOUNT#   8-91118 56 -000

COMPANY NAME   MIDPOINT BEARINC
ADDRESS   P.O. BOX 1400  1155 W. BROAD
CITY, STATE, ZIP   ONTARIO, CA 91762
PHONE (909) 395 - 0275
FAX (909) 391 - 1648
ACCOUNT#

COMPANY NAME   JOHNSTONE SUPPLY
ADDRESS   8639 TAMARACK AVE
CITY, STATE, ZIP   SUN VALLEY, CA 91352
PHONE (818) 768 - 8890
FAX (818) 768 - 3072
ACCOUNT#   A 3720

COMPANY NAME   BAXDOR ELEC.
ADDRESS
CITY, STATE, ZIP   FORT SMITH, ARKANSAS 72902
PHONE (479) 646 - 4711
FAX
ACCOUNT#   30.033

TYPE OF BUSINESS (circle)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP
NUMBER OF YEARS IN BUSINESS   25

NUMBER OF LOCATIONS   1
(if more than one, please list address on such)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
MANNY BALLARET

PRESIDENT/OWNER   MANNY BALLARET

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.
**THANK YOU**

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

EE001515

EE001516

FAX  310-946-0014

# EURTON'S APPLICATION FOR CREDIT

## ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _All Tec Repair_

ADDRESS _7823 Stanke Dr_

CITY, STATE, ZIP _East Lansing M. 48823_

PHONE _517-339-8011_     FAX _517-339-2990_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Grafton Tool Supply_
ADDRESS _322 Ramsey SW_
CITY, STATE, ZIP _Grand Rapids MI 49503_
PHONE _1-616-451-3735_
FAX _616-457-2778_
ACCOUNT # _All Tec Repair_

COMPANY NAME _Detroit Ball Bearing_
ADDRESS _138 N. Cedar_
CITY, STATE, ZIP _Lansing MI_
PHONE _517-485-8453_  _(800)443-7765_
FAX _313-961-8963_
ACCOUNT #

COMPANY NAME _Fasteners Inc._
ADDRESS _310 Beaver St_
CITY, STATE, ZIP _Lansing MI_
PHONE _517-485-  485-5858_
FAX
ACCOUNT #

COMPANY NAME _Black & Decker_
ADDRESS _3205 W. Saginaw_
CITY, STATE, ZIP _Lansing MI 48917_
PHONE _517-323-4184_
FAX _517-323-1449_
ACCOUNT # _36-5505_

TYPE OF BUSINESS  (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS ___3___

NUMBER OF LOCATIONS ___1___
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Roy Bailey_

PRESIDENT/OWNER _Roy Bailey_

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY .  WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.   PO BOX 2165
SANTA FE SPRINGS  CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX  310-946-0014

EURTON'S

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

#10325

1/3/95

FULL NAME OF COMPANY _All Trade Eng Supply_

ADDRESS _73-5563 Malau St._

CITY, STATE, ZIP _Kailua - Kona, HI 96740_

PHONE (808) 329-0516  FAX (808) 329-0876

TYPE OF BUSINESS (CIRCLE)
CORPORATION PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS _____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

PRESIDENT/OWNER _____

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME _APC Hawaii_
ADDRESS _2727 Waiwai Loop_
CITY, STATE, ZIP _Honolulu Hi 96819_
PHONE _808) 836-4568_
FAX _8_
ACCOUNT #

COMPANY NAME _Denco Fastening Systems_
ADDRESS _6888A Kipaipai Rd_
CITY, STATE, ZIP _Honolulu HI 96819_
PHONE _808) 833-5891_
FAX
ACCOUNT #

COMPANY NAME _West Hawaii Screen Printers_
ADDRESS _74-5616 Alapa St Suite 5_
CITY, STATE, ZIP _Kailua-Kona, HI 96740_
PHONE _808) 329-9474_
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO INITIALLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY. WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE.  PO BOX 2113
SANTA FE SPRINGS  CA 90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001517

Sent by:ALL TRADES    Jan-05-98 08:23pm    from 5 5531568807562 946 0819    page 1
Received  03-May-99 08:40am    from  562 946 0014 → ALL TRADES    page  1
MAY-03-1999  08:44    EURTON ELECTRIC, INC.    562 946 0014  P.01/01

EURTON'S

FAX  562-946-0014

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE

10386

FULL NAME OF COMPANY _ALL TRADES Tool + Equipment Repair_

ADDRESS _3515  Sunrise Blvd #23_

CITY, STATE, ZIP _Rancho Cordova, CA  95742_

PHONE _916) 631-3550_    FAX _(916) 631-3688_

COMPANY NAME _Allen Eng_

TYPE OF BUSINESS (circled) CORPORATION **PARTNERSHIP** PROPRIETORSHIP

ADDRESS _819 South Fifth St_

NUMBER OF YEARS IN BUSINESS _New business_

CITY, STATE, ZIP _Paragould  AR.  72450_

NUMBER OF LOCATIONS _1_
(If more than one, please list address on each)

PHONE _1800  643-0085_

PURCHASE ORDER REQUIRED? **YES**  NO

FAX _1 870 236-3921_ (870) 236 3434

ACCOUNT#

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

COMPANY NAME _Grainger_

_Fred Clark / Scott Bowers_

ADDRESS _3691  Industrial Blvd_

PRESIDENT/OWNER

CITY, STATE, ZIP _W. Sacto  95815_

PHONE _(916) 372-7800_

FAX

ACCOUNT# _851 8390 16_

COMPANY NAME _Snap-on Tools_

ADDRESS _PO Box 2502_

CITY, STATE, ZIP _Granite Bay  CA.  8746_

PHONE _916/791-2012_

FAX

ACCOUNT# _3-12-12_

COMPANY NAME

ADDRESS

CITY, STATE, ZIP

PHONE

FAX

ACCOUNT#

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY.  WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.
**THANK YOU**

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

Faxed
5-3-99

EE001518

EURTON ☐E9100033☐ **APPLICATION FOR CREDIT**

*Allied Const.* *Allied Const. Corp*

Already had an open account

**ALL INFORMATION HELD IN STRICT CONFIDENCE.**

FULL NAME OF COMPANY *dba Allied Const'n Center Corp.*

ADDRESS *P.O. Box 302824 St. Thomas U.S.V.I. 00803*

CITY, STATE, ZIP *2-1-C Estate Charlotte Amalie*

PHONE *St. Thomas U.S.V.I. 00802* FAX *(340) 775-5134 & FAX*

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS *12*

NUMBER OF LOCATIONS *2*
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES  (NO)  *Veram Edmundo*

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
*Edmundo Zayas*

PRESIDENT/OWNER *Edmundo Zayas*

**REFERENCES**

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME *Makita Latinoamerica*
ADDRESS *1106 N.W. 102 nd Road, Suite #4*
CITY STATE, ST *Medley Fl 32178*
PHONE *(305) 882-0522*
FAX *(305) 882-0484*
ACCOUNT # *Mr. Hugo Soto   #30-0001074*

COMPANY NAME *Koskin America Corp.*
ADDRESS *1218 Remington Road*
CITY STATE ST *Schaumburg, IL 60173*
PHONE *(847) 884-1570 - 800-643-4092*
FAX *(847) 310-0740*
ACCOUNT # *RVI 001*

COMPANY NAME *Betle Group*
ADDRESS *321 Jazereu Ave*
CITY STATE ST *Roanoke, VA 24013*
PHONE *(540) 345-5090*
FAX *(540) 345-5091*
ACCOUNT # *5-7011*

COMPANY NAME *Ivy Classic Industries, Inc.*
ADDRESS *109 Fairview Park Drive*
CITY STATE ST *Elmsford, NY 10523*
PHONE *(914) 347-3205*
FAX *(914) 347-3703*
ACCOUNT # *1394*

⁙ IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY.  WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED.  AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

*EURTON ELECTRIC CO., INC.*

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS  CA. 90670

**562-946-4477**
**OUTSIDE CA 800-423-4789**
**FAX 562-946-0014**

EE00I520

FAX 310-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

Scarlc  106

FULL NAME OF COMPANY Atsop Electric Motor Shop

ADDRESS 905 Vertin Ave

CITY, STATE, ZIP Salinas, Ca  93901

PHONE (408) 422-7447    FAX (408) 422-3860

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME Industrial Machine Shop
ADDRESS 1852 Wallert
CITY, STATE, ZIP Salinas Ca 93901
PHONE (408) 751 (408)
FAX (408) 424-0993
ACCOUNT #

COMPANY NAME Westburne
ADDRESS 20 Box 2628
CITY, STATE, ZIP Salinas Ca 93902
PHONE (408) 431 (408)
FAX (408) 424-7603
ACCOUNT #

COMPANY NAME Simflo      2/10
ADDRESS P.O. Box 520     N30
CITY, STATE, ZIP Willcox, AZ 85644   HC 10,000
PHONE (520) 384-2273   Discount
FAX                     Linda
ACCOUNT #

COMPANY NAME Fairbanks Morse
ADDRESS 2790 S. Railroad
CITY, STATE, ZIP Fresno, Ca. 93725
PHONE (209) 266-0016
FAX (913) 371-6969
ACCOUNT #

TYPE OF BUSINESS  (CIRCLE)
CORPORATION  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 1928

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Annie Bachar

PRESIDENT/OWNER Steve Allison

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY.  WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477
OUTSIDE CA 800-423-4789
FAX 310-946-0014

FAX   310-946-0014

# EURTON'S CREDIT HISTORY REQUEST

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

10950 - N30

FULL NAME OF COMPANY _American Armature Corp._

ADDRESS _980 Morgan Avenue_

CITY, STATE, ZIP _Tiffin, OH  44883_

PHONE _(419) 448-1921_   FAX _(419) 448-1950_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Baldor Electric_
ADDRESS _4502 E. 71st Street_
CITY, STATE, ZIP _Cuyahoga Hgts., OH_
PHONE _(216) 883-3837 (fax)_
FAX _(216) 883-3837_
ACCOUNT #

COMPANY NAME _Precision Electric_
ADDRESS _319 Shiawassee_
CITY, STATE, ZIP _Corunna, MI_
PHONE
FAX _(517) 743-3247_
ACCOUNT #

COMPANY NAME _W. W. Grainger_   12 uno
ADDRESS _1300 Third Street_   2000 00
CITY, STATE, ZIP   N30
PHONE _(419) 666-3320_   prompt
FAX
ACCOUNT # _848.81.103.8324_

COMPANY NAME _Tiffin Hardware_
ADDRESS _P. O. Box "N"_
CITY, STATE, ZIP _Tiffin, OH_
PHONE _(419) 447-5280_
FAX _(419) 447-4872_
ACCOUNT #

THE COMPANY LISTED ABOVE HAS GIVEN YOUR NAME AS ONE OF THEIR VENDORS FOR WHICH THEY HAVE AN OPEN ACCOUNT.

PLEASE FILL OUT THE INFORMATION BELOW AND RETURN VIA FAX OR MAIL.

THANK YOU FOR YOUR VALUABLE TIME. IF WE CAN FURNISH SIMILAR INFORMATION, WE WILL BE HAPPY TO HELP YOU.

SOLD FROM_____ TO_____

TERMS_____

RECENT HIGH CREDIT_____

AMOUNT OWING_____

AMOUNT PAST DUE_____

PAYMENTS   (CIRCLE)
DISCOUNTS   PROMPT   SLOW_____DAYS

RECENT TREND TOWARDS   (CIRCLE)
PROMPTNESS   SLOWNESS

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.,   PO BOX 2113
SANTA FE SPRINGS, CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001521

BAY COUNTRY Rentals

8017 FORT SMALLWOOD ROAD
PASADENA, MD
(Mailing Address: B. Ro, MD 21226)
TEL. (301) 437-5600

CREDIT REFERENCES

Type of Ownership: Corporation
President: Michael A. Wist, Sr.
Corporate Name: Bay Country Rentals of Pasadena, Inc.
Trading as: Bay Country Rentals
Type of Business: General Rental Center
Starting Date: July, 1978

Trade References:

Chesapeake ~~Rental~~, Inc.
6300 Frankford Avenue
Baltimore, MD 21206
Phone: (301) 485-2350
FAX (301) 485-5037
Attn: WANDA OK

W. W. Grainger, Inc.
8820 Citation Road
Baltimore, MD 21221
Phone: (301) 391-9000

The Kunkel Service Co.
Moravia Industrial Park
6252 Frankford Avenue
Baltimore, MD 21206
Phone: (301) 327 4008
(301) 874 ~~[illegible]~~ Y
Oct 85 C. 57th no problems.
T 2/10 n/25 HC 500.
P. prompt

Rental Service Supply, Inc.
50 Farmland Road
Leola, PA 17540
Phone: 1-800-233-0175
FAX. (717) 656-4841
Attn. SHERRYL. OK

Bank Reference:

First National Bank of Maryland
Fort Smallwood Road
Riviera Beach, MD 21122
Phone: (301) 437-4710
Account No. 162-8945-1

Tax Exempt #04045548

Signature: [signature]

Date: 11/92

EE001611

02/25/2005  15:26    3135633993                    BEECH SERVICES                    PAGE  01/01

**Beech Services, L.L.C.**
2801 S. Beech Daly Rd.
Dearborn Heights, MI  48125

19863

Purchase Order No.: 113380
Vendor ID : E044

# Purchase Order

PHONE (313) 563-4521

FAX:    (313) 563-3995

To: EURTON ELECTRIC
9920 PAINTER AVE
Santa Fe Springs, CA  90670

Ship To: AMERCON INTERNATIONAL
1699 SOUTH 19TH STREET
Harrisburg, PA  17104

| P.O. Date | Ship Via | | F.O.B. | | | Terms | | |
|-----------|----------|---|--------|---|---|-------|---|---|
| 02/25/05 | UPS RED 456-481 | | Origin | | | Net 30 | | U Tax |
| Buyer | Freight | Req Date | Confirming To | | | Remarks | | N |
| DENISE | Collect | ASAP | | | | | | |

| QTY. Req. | Item No. | Description | Unit Cost | Amount |
|-----------|----------|-------------|-----------|--------|
| 2 | Non-stock | REWIND ARMATURES | 2000.00 | 4000.00 |

1 TO SHIP 2/25/05
1 TO SHIP WEEK OF 2/28/05

PLEASE SHIP DIRECT TO END
USER AT ABOVE ADDRESS
ATTEN: JIM PASSELLI

Authorized Signature

06/15/2012 10 15 FAX

05/24/2012  11:15    5629460014

EURTON ELECTRIC

@ 002/009

PAGE  01/01

MAINTENANCE DEPT.

# EURTON'S

FAX  562-946-0014

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _Blue Lake Casino & Hotel_

ADDRESS _____

CITY, STATE, ZIP _See attached →_

PHONE _____ FAX _____

| | |
|---|---|
| COMPANY NAME | TYPE OF BUSINESS (CIRCLE) |
| ADDRESS | CORPORATION   PARTNERSHIP   PROPRIETORSHIP |
| CITY, STATE, ZIP | NUMBER OF YEARS IN BUSINESS_____ |
| PHONE | NUMBER OF LOCATIONS_____ |
| FAX | (If more than one, please list address on each) |
| ACCOUNT# | PURCHASE ORDER REQUIRED? (YES)  NO |
| COMPANY NAME | PERSON TO CONTACT REGARDING PAYMENT OF BILLS |
| ADDRESS | _____ |
| CITY, STATE, ZIP | PRESIDENT / OWNER_____ |
| PHONE | |

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY , WHEN LISTING A LARGE CORP  BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

          THANK YOU

# EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX  562-946-0014

EE001613

CG/15/2012 10:15 FAX

001/009



# BLUE LAKE
## CASINO ♦ HOTEL
PO BOX 1128, BLUE LAKE, CA 95525
PHONE 707-668-9770, FAX 707-668-9753

## FACSIMILE TRANSMITTAL SHEET

TO: CREDIT DEPT.

COMPANY: EURTON'S

FAX NUMBER: (562) 946-0014

PHONE NUMBER:
800-423-4789

FROM: Janet X 3633

DATE: 6/14/12

TOTAL NO. OF PAGES INCLUDING COVER: 9

SENDER'S REFERENCE NUMBER:

RE: Credit app. plus tax exemption info.

NOTES/COMMENTS:

EE001614

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

Arrowhead Electric Corp.

P. O Box 5547, 6120 Valley View Street

Buena Park, CA 90620

November 15, 1983

RE: Bellflower Electric Service

10030 Artesia Place

Bellflower, CA 90706

Would you be kind enough to provide us with your credit experience on the above concern. We shall be very grateful to you for this assistance. Your reply will, of course, be kept in strict confidence.

FOR TRADE USE

(a) Sold from _____ 3/24/74 _____ to _____ 11/ 16/83 _____
(b) Terms _____ NET 15TH PROX _____
(c) Recent high credit $ _____ $2772.93 _____
(d) Amount owing $ _____
(e) Amount past due $ _____
(f) Payments: ☐ Discounts ☒ Prompt ☐ Slow
(g) Recent trend toward: ☒ Promptness ☐ Slowness
(i) Credit refused because _____

REMARKS: WE HAVE FOUND THIS COMPANY GOOD TO DO BUSINESS WITH.

FOR BANK USE ONLY

YEARS EXPERIENCE _____

AVERAGE BALANCE–PLEASE CHECK

$1.00 to $100.00 _____

$100.00 to $500.00 _____

$500.00 to $1500.00 _____

$1500.00 plus _____

Five Figure _____

REMARKS: EXCELLENT _____

SATISFACTORY _____

UNSATISFACTORY _____

ANY NSF CHECKS _____

Thank you for your valuable time.
Should you at anytime require similar information
we will be happy to furnish it.

EURTON ELECTRIC CO. INC.

(please refold so our address shows and staple)
Postage has been prepaid.          EE001615

ATTN:
JULIE

20113

**Bell Plumbing and Heating Company**
2150 S. Abilene St.
Aurora, CO 80014
303-757-5661
303-758-5104 Fax

<u>Credit Information</u>

In business since 1926; incorporated in 1946

Nature of Business: Plumbing and HVAC service and supply

Corporation Officers:     Larry D. Bell, President
                          Gary D. Bell, Vice President

Federal ID #: 84-0459230     Colorado ID #: 01-8792-0000     Aurora ID #: 20752RSTL

Master Plumbing License: 179078                             DUNS#: 00-796-9892STI

Bonding Company: Old Republic

Insurance Agent: Flood & Peterson Insurance, Inc., 9351 Grant St., Suite 600, Denver, CO 80229, (720) 977-6004, Primary Contact: Mary Cole

P.O. Number required on all purchases.

Purchasing Agents: Tim Allons and Tim Bell

Accounts Payable: Nichole Fitzgerald

<u>References</u>

| Bank: | Citywide Banks – Doug Watson, VP<br>13731 E. Mississippi Ave.<br>Aurora, CO 80012<br>Acct. #09 4412 4<br>Phone: 303-365-4022 | Supplier: | Ferguson Enterprises<br>P.O. Box 5252<br>Denver, CO 80217<br>303-320-4833 |
|---|---|---|---|
| Supplier: | LAS Replacement Parts<br>P.O. Box 873<br>Bronx, NY 10457<br>800-223-8303 | Supplier: | Empire Gas & Electric<br>P.O. Box 2753<br>Denver, CO 80201<br>303-623-7747 |
| Supplier: | Westburne Supply, Inc.<br>P.O. Box 4401<br>Denver, CO 80204<br>303-534-5111 | Supplier: | G.T. Sanders<br>10201 W. 49th Avenue<br>Wheat Ridge, CO 80033<br>303-423-9660 |

Authorized Signature _____ Date: ___ / ___ / ___
                 Koleta Williams

_EE001616 _

#20275

OK.
JCB 8/15/94

# BENEPAST, INC.

CREDIT REFERENCES

Michael Brancato - ~~~~ President
Tawnee A. Brancato - Vice President Secretary

| Bank: | Third National Bank | Acct # 1678771 |
| | ~~~ Murfreesboro Rd |
| | Nashville, TN 37210 | 100.00 |
| | (615)718-4800 |

| References: | UAW Ramset/Redhead | (219)874-4217 |
| | ~.S. 12 & Liberty Trail | Sandra A. ~~ams - Credit Mgr. |
| | Michigan City, IN 46360 |

| | Inline Distributing Co. | (818)768-3333 |
| | 9880 San Fernando Rd. | Valerie Day - Credit Mgr. |
| | Sun Valley, CA 91352 |

| | Joseph F. Cristy Co. | (213)774-2312 |
| | P.O. Box 107 | Robert W. Howes - President |
| | Paramount, CA 90723 |

| | Abratek - Ohio, Inc. | (800)321-8800 |
| | 151 Potomac Ave. #A |
| | Tallmadge, OH 44278 |

Above information is issued for credit approval. I hereby authorize the investigation of credit status with the above companies. Additional references available upon request.

Tawnee A. Brancato
Vice President

***when ordering ~~~~~~ please reference our purchase order numbers on all billings

EE001617

MAR-17-1999  13:59                                                        P.02

20331

*Bennett Electric, Inc.*

211 REPUBLIC STREET
NORWALK, OHIO 44857
(419) 668-6136   FAX (419) 668-1960

To Whom It May Concern:

The following is the information you requested in applying for credit with your company:

Trade References

Browning Mfg., P. O. Box 70804, Chicago, IL 60673
(606) 564-2000 FAX (606) 564-2022  ACCT# 0112

Parts & Electric Motors ,1400-34 N. Cicero, Chicago, IL 60651
(312) 921-3600

W. W. Grainger, Inc., Dept. 160, Box 2028, Skokie, IL 60076
(216) 398-1880  FAX (216) 351-8377    ACCT # 160-80-215-347-8

Hartman-Spreng Co., P. O. Box 578, Bucyrus, OH 44901
(419) 524-7211

Bank References

National City Bank, 7-11 East Main St., Norwalk, OH 44857
(419) 668-3361

If you should have any questions, please do not hesitate to call me.

Sincerely,

Laura Mack
Office Manager
(419) 668-6136
FAX (419) 668-1960

TAX Exempt # 39-011 836
FED I.D. # 34-1045736

EE001618
TOTAL P.02

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.   Attention:   Credit Dept.
Give only names of those you buy from on open account.

Name  Dixie  Sales
Address  Box 1408
    Greensboro, N.C.    Zip  27402
Phone (800)  438-1069

Name  Ingersoll  Rand
Address  Box 75820
    Charlotte, NC.    Zip  28275
Phone (704)  634-3561

Name  Milwaukee  Tools
Address  PO Box 905169
    Charlotte, NC    Zip  28290
Phone (404)  455-7300

Name  Terramite  Corp.
Address  Box 7146
    Charleston, WV    Zip  25356
Phone (800)  428-3772

I understand the terms are NET.   Due and payable on receipt of statement.   Past
due after the 10th of the month.   Interest of 1½% per month charged on accounts
past due 30 days or more.

#20975

SIGNED  Best  Rentals,  Inc.
    (Full name of Firm)
BY _____ (Member of Firm)  TITLE

Address  1313  S. Church  St.
Phone (919)  446-6648

Rocky Mount, N.C. 27803

EE001619

Big River Elect!        FAX  614-446-7384                    PAGE 02

CREDIT APPLICATION

NAME: BIG RIVER ELECTRIC, INC.          DATE:
                                        FAX: 614-446-7384
STREET/P.O.BOX   P. O. BOX 244          PHONE:614-446-4360

CITY: GALLIPOLIS          STATE: OHIO          ZIP: 45631

TYPE OF BUSINESS: ELECTRIC MOTOR SALES AND REPAIR--WELDING SUPPLIES

YEARS IN BUSINESS: SINCE 7/83     CORPORATION: YES _X_ NO ___

FINANCIAL CONTACT : GERALDINE COUNTS     TITLE: VICE-PRES.

NAME OF OFFICERS/OWNERS

   ZANE G. COUNTS                    TITLE: PRESIDENT

   GERALDINE A. COUNTS               TITLE: VICE-PRESIDENT

   DEBRA BARCUS                      TITLE: SEC.

TAX EXEMPT: YES X  NO__ CERTIFICATE ATTACHED: YES x NO_____

PURCHASE ORDER REQUIRED: YES ____ NO     X _____

BANKING:

STAR BANKING          PHONE 614-446-0662     ADDRESS 25 COURT ST.
                                             GALLIPOLIS, OH. 45631

REFERENCES:

1. See attached References     PHONE

2. _____ ADDRESS          PHONE____

3. _____ ADDRESS____      PHONE___

SIGNED: _____     TITLE: President

BIG RIVER ELECTRIC, INC.
P.O. BOX 244
GALLIPOLIS, OHIO 45631
614-446-4360
614-446-7384-FAX

EE001620

6-96-91

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue · P. O. Box 2113
Santa Fe Springs, California 90670
(213) 946-4477
FAX (213) 946-0014

829 1

# APPLICATION FOR CREDIT

# 24375

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___BLUE ASH TOOL RENTAL___

Address ___8976 BLUE ASH RD___

City, State, Zip ___CINCINNATI OHIO___ 45242

Phone ___513-891-3491___ FAX ___

Type of Business: ☑Corporation ☐Partnership ☐Proprietorship

Number of year in business ___14___

Number of locations (if more than one, send complete information on each) ___1___

Presidents Name ___STEVE HEIL___

Person to contact regarding payment of bills ___STEVE HEIL___ ___PRESIDENT___
Name · Title

Purchase order required? Yes_____ No__X__

Authorized Buyer ___C HNIS___ ✓___IM___

Describe in detail your business, including industries served ___TOOL RENTAL SALES___

We plan to use Eurton Electric for the following services:

☑ Armature and Field Coil Rewinding ☑ Motor Parts

☑ Power Tool Parts ☐ Motor Repair

References:
___STAR BANK___
Bank Name · Telephone ___8085615___
___KENWOOD & COOPER RD___
Bank Address · Account Number
___CINCINNATI OHIO 45242___
City · State · Zip

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| ABRATEX OHIO INC | 154 POTOMAC AVE "A" | TALLMADGE | OH | 44278 |
| OEC CORP | P.O. BOX 1068 | MEDINA | OHIO | 44258 |
| LANDA | 13705 N.E. AIRPORT WAY | PORTLAND | OREGON | 97230-1048 |
| BEARING DISTRIBUTORS | P.O. BOX 74069 | CLEVELAND | OHIO | 44194-089 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

___7/18/91___
Date · Signed · Signed
___PRESIDENT___
Title · Title

EE001621

Billing Address:

Blue Ridge Electric Motor Repair Inc.
PO Box 16557
Asheville, NC 28816
828/258-0800

Shipping Address: Main

Blue Ridge Electric Motor Repair Inc.
629 Emma Road
Asheville, NC 28806

Credit References:

Asheville Precision Mach.
51 Haywood Road
Asheville, NC 28806
828/254-0884
828/252-4272 Fax

M & L Welder Repair
PO Box 17698
Asheville, NC 28816
828/250-9353
828/250-9354 Fax

Interstate Utility Sales Inc.
6831-B Fairview Road
Charlotte, NC 28210
704/367-1970
704/367-1690 Fax

Ingram Machine
199 Amboy Road
Asheville, NC 28806
828/254-3420
828/252-0782 Fax

Grainger
834 Riverside Dr.
Asheville, NC 28804-3222
828/258-8986

BBI
1010 Commerce Drive
Lake Zurich, IL 60047
800/248-9113
800/785-7283

Fed Tax ID - 56-2037073
NC Tax ID - 600117390 (Resale ID)

If more info is required please call:
Rusty Rice
828/258-0800

EE001622

05/07/2013  13:21    4344557167                                           PAGE  01/01

24459

Fax 562-946-0014
**EURTON ELECTRIC**
## APPLICATION FOR CREDIT
All information held in strict confidence

**FULL NAME OF COMPANY** Blue Ridge Respiratory + Medical Equipment Services

**ADDRESS** 2225 Langhorne Rd

**CITY** Lynchburg   **STATE** VA   **ZIP** 24501

**PHONE** 434 316 9115   **FAX** 434 455 7166

### REFERENCES
Please list others with which you have a current open accounts.

**COMPANY NAME** AEP
**ADDRESS** PO Box 24413
**CITY, STATE, ZIP** Canton OH 44701
**PHONE** 800-956-4237
**FAX** 800-611-0964
**ACCOUNT #** 024-732-008-1-0

**COMPANY NAME** Caldwell Banker
**ADDRESS** 101 Angio ct
**CITY, STATE, ZIP** Forest VA 24551
**PHONE** 434 455 2285
**FAX**
**ACCOUNT #**

**COMPANY NAME** Complete Medical
**ADDRESS** 100 Rt 59 Ste 103A
**CITY, STATE, ZIP** Suffern NY 10901
**PHONE** 845-533-5073
**FAX** 845-533-5092
**ACCOUNT #** 31666

**COMPANY NAME** Cropper Medical
**ADDRESS** 240 E Hersey st Ste2
**CITY, STATE, ZIP** Ashland OR 97520
**PHONE** 541-488-0600
**FAX** 541-482-2119
**ACCOUNT #**

### COMPANY INFORMATION
**Type of Business** (circle)   Corporation   Partnership   Proprietorship
**Number of years in business** 7 yrs
**Number of Locations** 1
If more than one, please supply information
**Purchase Order Required?** Yes   No
**Person to contact regarding payment of bills**
Julie McKenzie
**President / Owner**
Richard Gilman

Please complete all of the information requested, as incomplete applications may result in a delay in approving your open account.

Many large corporations will give credit information from the corporate headquarters only. When listing a large corp., be sure to include the address of the main office and your account number.

Thank you

**EURTON ELECTRIC CO., INC.**
9920 Painter Ave.  P.O. Box 2113
Santa Fe Springs, CA 90670
800-423-4789  562-946-4477
Fax 562-946-0014
info@eurtonelectric.com
www.eurtonelectric.com

EE001623



6/30/14
Re-established
their acct.
Faxed W-9 + Form 2nd time
1590472

### BOCA RATON
REGIONAL HOSPITAL

800 Meadows Road
Boca Raton, FL 33486
561-395-7100

## CREDIT INFORMATION

**IN BUSINESS SINCE:** 1963

**TYPE OF BUSINESS:** NOT FOR PROFIT HEALTHCARE ORGANIZATION

**OFFICERS:** Jerry Fedele, President and CEO
Dawn Javersack, CFO

**BANK REFERENCE:** WACHOVIA BANK
Mary Lyn Dost
800 N MAGNOLIA AVE
7TH FLOOR
ORLANDO FL 33442
407-649-5880

**BUSINESS REFERENCE:** **BOSTON SCIENTIFIC Customer # 11261**
Contact: Kathleen Homsab
508-650-5084 phone
508-650-8929 fax

**STRYKER    Customer# 2046**
Contact: Susan Rodgers
201-831-5176 phone
201-831-4786 fax
Susan.rodgers@stryker.com

**OWENS & MINOR**      **#45-009839-000**
PO Box 860437
Orlando FL 32886
1-954-845-2200

\*FLORIDA TAX EXEMPTION # 85-8012529354c-6     CHARITABLE ORGANIZATION
\*FEDERAL TAX ID# 59-1006663

SIGNED _____
Jami Mahon, Controller
PHONE:   561-955-4230 Finance Office

EE001624

BURTON ELECTRIC CO., INC.
8820 Painter Avenue • P. O. Box 6133
Santa Fe Springs, California
Phone (310) 946-4477
FAX (310) 946-5048

OK AR B 3-31-92
OK 4/1/92

Rev'd 3-25-92 to Bill

**APPLICATION FOR CREDIT**

#25287

All information will be held strictly confidential

Full name of company _____ Catalina Conservation Ptr., Inc. _____

Address _____ 1864 N. Main St. _____

City, State, Zip _____ Orange, CA 92665 _____ Ontario OK too

Phone _____ (714) 921-1865 _____ FAX _____ (714) 921-1842 _____

Type of Business ☒ Corporation ☐ Partnership ☐ Proprietorship

Number of year in business _____ 12 Years _____

Number of locations (if more than one, send complete information on each) _____

Presidents Name _____ Robert Macramia _____

Person to contact regarding payment of bills _____ Cherie Han _____ Accounts Payable Supervisor
Name _____ Title _____

Purchase order required? Yes _X_ No _____

Authorized Buyer _____ Dave Lenhart _____

Describe in detail your business, including industries served _____ We are a commercial pumping contractor _____

We plan to use Burton Electric for the following services

☒ Armature and Field Coil Rewinding          ☐ Motor Parts

☐ Power Tool Parts                           ☐ Motor Repair

References:
Bank Name _____ Orange National Bank - Attn: Bill Urban _____ Telephone _____ (714) 771-4000 _____
Bank Address _____ 1201 E. Katella Ave. _____ Account Number _____ 701-466572 _____
City _____ Orange _____ State _____ CA _____ Zip _____ 92567 _____

Name _____ Catalina Pacific Concrete _____ Address _____ P.O. Box 606 _____ City _____ San Juan Capistrano _____ State _____ Zip _____
Name _____ Kaner Company _____ Address _____ 1050 S. 15th St. _____ City _____ Los Angeles _____ State _____ CA _____ Zip _____
Name _____ D & N Concrete Pumping _____ Address _____ P.O. Box 3535 _____ City _____ Gardena _____ State _____ CA _____ Zip _____
Name _____ Holliday Rock _____ Address _____ City _____ Rancho Cucamonga _____ State _____ CA _____ Zip _____

I/WE CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS

Date _____ 3-25-92 _____          Signed _____
Title _____ D. E. Hensley - Treasurer _____

EE001625

BOSTON RD EQUIP RENTAL TEL:212-515-5821          Apr 11.97   16:34 No.011 P.03

256025

*Boston Rd.,*
*Equipment Rentals Inc.*

3211 BOSTON ROAD • BRONX, N. Y. 10469
(212) 654-8710
FAX (212) 515-5821

FIRM NAME:    BOSTON ROAD EQUIPMENT RENTALS, INC.

ADDRESS:      3211 BOSTON ROAD, BRONX, N.Y. 10469

TELEPHONE:    718-654-8710       FAX: 718-515-5821

DESCRIPTION OF BUSINESS:  RENTAL, SALES AND REPAIRS
                          OF EQUIPMENT TO HOMEOWNERS,
                          CONTRACTORS.

OWNER/PRESIDENT:  LAWRENCE GRITZ

INCORPORATED IN THE STATE OF NEW YORK    YEAR: 1974

RESALE TAX # 13-2790287  (CERTIFICATE ATTACHED)


REFERENCES:  BANK:  CHASE MANHATTAN
                    748 ALLERTON AVENUE
                    BRONX, N.Y. 10467
                    718-935-9935   ACCT #034-002897665


TRADE REFERENCES:

ROBERT BOSCH POWER TOOLS          ONE HUNDRED BOSCH BLVD.
  800-334-5730                    NEW BERN, N.C. 28562


TERRAMITE CORPORATION             600 GOFF MOUNTAIN ROAD
  800-428-3772                    CHARLESTON, W.VA. 25356


NEW JERSEY FLOOR SUPPLY           179 LINCOLN AVENUE
  201-678-7870                    ORANGE, N.J. 07050

EE001626

JUL-25-1998  15:18     BRAD EQUIP RENTALS                423 339 0017   P.02





Residential • Industrial • Construction

25983
8/4/98

### CREDIT APPLICATION INFORMATION

| | |
|---|---|
| **CORPORATE NAME** | : BRADLEY EQUIPMENT RENTALS & SALES, INC. |
| **D/B/A** | : BRADLEY EQUIPMENT RENTALS |
| **BILLING ADDRESS** | : 1010 S. LEE HWY. CLEVELAND, TN  37311-5857 |
| **SHIPPING ADDRESS** | : 1010 S. LEE HWY. CLEVELAND, TN  37311-5857 |
| **TELEPHONE NUMBER** | : 423-339-0075 |
| **FAX NUMBER** | : 423-339-0017 |
| **TYPE BUSINESS** | : CORPORATION |
| **DATE BUSINESS STARTED** | : 10-01-92 |
| **CORPORATE OFFICERS** | : PRESIDENT - HAL Y. ROE  SS # 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 SECRETARY - ANDREA C. ROE  SS #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 |
| **FEDERAL TAX ID NUMBER** | : 62-1508284 |
| **TENNESSEE SALES TAX NO.** | : 101544492 |

**FINANCIAL REFERENCE**

BANK:  FIRST CITIZENS BANK
P.O. BOX 3300
CLEVELAND, TN  37320-3300
423-478-8600  423-479-6276 (FAX)

CONTACT:  GEORGE W. THOROGOOD, JR.
SR. EXECUTIVE VICE-PRESIDENT
CHECKING ACCT. NUMBER: 5505-4381

**CREDIT REFERENCES:**

COLLINS OIL COMPANY, INC.
P.O. BOX 2456
CLEVELAND, TN   37320-2456
423-472-8770
423-472-0754 (FAX)
CONTACT: FAYE COLLINS

VERMEER OF TENNESSEE, INC.
1610 HEIL QUAKER BLVD.
LAVERGNE, TN   37086
615-641-2050
615-641-2053 (FAX)
CONTACT: SHANNON McCAMPBELL
CUSTOMER #4445

THE BAILEY COMPANY
P.O. BOX 80565
NASHVILLE, TN   37208
615-242-0351
615-244-9395 (FAX)
CONTACT: PHYLLIS KEITH
CUSTOMER #25115

THE TERRAMITE CORPORATION
P.O. BOX 7146
CHARLESTON, WV   25356-7146
304-776-4231
304-776-4845 (FAX)
CONTACT: DOREEN LANYI
ACCOUNT #224700

IF YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT US.

THANK YOU!!!

1010 South Lee Highway  Cleveland, TN 37311  423 339-0075  FAX 423 339-0017

BE001627

Aug-28-97 07:47A Bradley Fasteners                    515 274 2280          P.03

*new name*
*They have an open acct*
*y/s*                    Cust #

# CREDIT ACCOUNT APPLICATION

DATE  8/28/97

**BUSINESS TYPE:** ☐ Sole Proprietorship ☐ Partnership ☒ Corporation - In State of ___Iowa___
Number of years in business _New_            D and B Number _____
COMPANY NAME _Bradley Tools & Fasteners, Inc._
ADDRESS ~~6250~~ NW Beaver Ave., Ste. A4   P.O. Box 271   _Bill of_
CITY _Johnston_                STATE _Iowa_                ZIP _50131_

**NAME AND ADDRESS OF INDIVIDUALS OR PARTNERS - NAME/TITLE/PHONE NUMBER OF CORPORATE OFFICERS**
Mark Bradley, President
1815-45th St.
Des Moines, Iowa 50310        (515) 274-0838        (515) 249-2501

**NAME OF PERSON TO CONTACT REGARDING PURCHASE ORDERS AND INVOICE PAYMENTS. TITLE ADDRESS AND PHONE NUMBER**
Mark Bradley, President                  1815-45th St.
Carolyn Bradley, Vice President          Des Moines, Iowa 50310

**BANK REFERENCE**
Brenton Bank - Des Moines

**BANK ACCOUNT NUMBER, CONTACT, TITLE AND PHONE NUMBER**
Acct. #1031772
Scott Geadelmann, V.P.
(515) 237-5405

**TRADE REFERENCES: COMPANY NAME, ADDRESS, CONTACT AND TITLE, AND PHONE NUMBER.**

| | | | |
|---|---|---|---|
| Universal Products | 1120 Antlers Ct., Sumter, CA 29150 | Bernie Chalmers | (803) 469-9000 |
| Falcon Fasteners | 251 Nantucket Blvd., Scarborough, Ontario | Fred Dolce | (800) 477-7072 |
| Tighton Fastener | 4145 S. 89th, Omaha, NE | Dan Williams | (402) 331-5550 |

THE ABOVE INFORMATION IS HEREWITH SUBMITTED FOR THE PURPOSE OF OPENING AN ACCOUNT AND I DO HEREBY CERTIFY THIS INFORMATION TO BE TRUE.

**SIGNED** _Mark Bradley_
**TITLE** President
**DATE** 8/28/97

NOTES ON ACCOUNT APPLICATION: ☒ APPROVED ☐ DISAPPROVED - REASONS

EE001628

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(213) 948-4477
FAX (213) 948-0014

*HMM Kinley Bradley*
*6525*
*417345-6590*

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company __Bradley Tool Service__   # 26050

Address __R1 3 Box 107__

City, State, Zip __Buffalo, Mo   65622__

Phone __417-345-6467__   FAX __417-345-6525__

Type of Business:   ☐ Corporation   ☐ Partnership   ☒ Proprietorship

Number of year in business __new Business__

Number of locations (if more than one, send complete information on each)

Presidents Name

Person to contact regarding payment of bills __Kinley Bradley__   __owner__
                                                    Name                    Title

Purchase order required?   Yes____   No __X__

Authorized Buyer __Kinley Bradley__

Describe in detail your business, including industries served __Repair of elect. pneumatic, Hydralic powertools,__
__elect. Mtrs, generators etc. Industries served manufacturing & wood, metal fiberglass, dairy, automotive__
__service, municipalities & State Highway dept's__

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding   ☒ Motor Parts

☒ Power Tool Parts   ☒ Motor Repair *on occasion*

References: __SOUTHWEST BANK OF BUFFALO__   __417-345-2213__
Bank Name                                                Telephone
__PO BOX 559__                                          __02 00 224839__
Bank Address                                             Account Number
__BUFFALO MO__   __65622-9112__
City              State              Zip
__TNPR__

__W. W. GRAINGER, INC.__   __808 N. Cedarbrook Ave__   __SpFLD, Mo 65802__   Acct # 1574?
Name              Address              City              State              Zip

Name              Address              City              State              Zip

Name              Address              City              State              Zip

Name              Address              City              State              Zip

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

__Kirby E. Bradley__
Date        Signed                                      By
__owner__
        Title                                            Title

EE001629

01/25/02  FRI 14:34 FAX 361 882 4385        BRADLEYS' INC.                    ☐002



## A TRADITION OF SERVICE FOR OVER 60 YEARS
### CREDIT INFORMATION

### BILLING ADDRESS

BRADLEYS', INC.
1920 N. PORT AVE.
CORPUS CHRISTI, TEXAS 78401

### CREDIT INFORMATION

| STEWART DEAN BEARING | 512/884-4044 |
|---|---|
| P.O. Box 9091 | Fax 512/887-6707 |
| Corpus Christi, Texas 78469 | Murph Corder |

HOUSTON ARMATURE WORKS                713/928-2615
P.O. Box 9503                         713/928-3845
Houston, Texas 77261                  Robert Jackson

HISCO                                 210-657-4110
                                      SKIP SKONNORD
San Antonio, Tx.                      Fax 210-657-4218
                                      A/N 40311288

E.I.S.                                409/355-1651
1255 Collier Rd., N.W.                Fax 409/355-6060
Atlanta, GA. 30318                    A/N 51354

KEN COIL                              800/221-8577
P.O. Box 95122                        Fax 504/393-9625
New Orleans, LA 70195                 Ken Poche

### BANKING REFERENCE

AMERICAN BANK - CC
Attn:  Richard Scanio
P.O. Box 6469
Corpus Christi, Texas 78413
512/992-9900

### OFFICERS

PRESIDENT:                  J.L. Williams, Sr.
VICE PRESIDENT/SECRETARY:   Jimmie L. Williams, Jr.
TREASURER:                  Vaughan Williams

(512) 882-4381   ■   FAX: (512) 882-4385   ■   1920 N. PORT AVE.   ■   CORPUS CHRISTI, TEXAS 78401

EE001630



**BRANDON**
I N T E R N A T I O N A L

5152 Commerce Drive
Baldwin Park, CA 91706-1450
(626)960-4981    Fax (626)337-5075

## CREDIT REFERENCES

DUNS#: 00-632-6805  FED TAX I.D.#: 95-3786052  RESALE#: SRAP 17-705913

Geologistics
Attn: Kathy Sullivan
1261 E. Dyer Rd., Ste. 250
Santa Ana, CA 92705
Phone (714) 513-3069
Fax    (714) 513-3060

John King
Attn: Dolores
5434 E. Slauson Ave.
Commerce, CA 90040-2955
Phone (323) 727-1800
Fax    (323) 721-9257

JDC, Incorporated
Attn: Linda Kline
206 East Division Street
Mt. Juliet, TN 37122
Phone (615) 754-9797 ext.116
Fax    (615) 758-6200

Tietex
Attn: Credit
P.O. Box 6218
Spartanburg, SC 29304-6218
Phone (864) 574-0500
Fax    (864) 574-9486

A.W. Die
Attn: Crystal
8550 Roland Street
Buena Park, CA 90621
Phone (714) 521-0842
Fax    (714) 521-2709

Casas International
Attn: Hector Casas
2380 Martin Luther King, Suite A
Calexico, CA 92231
Phone (760) 357-5911
Fax    (760) 357-5912

Flexcon
Attn: Priscilla
1 Flexcon Industrial Park
Spencer, MA 01562-2642
Phone (508) 885-8290
Fax    (508) 885-1426

## BANK REFERENCE

Union Bank of California
Attn: Commercial Customer Service
Karen Hall or Susie Kou
Dept. V03-023
1980 Saturn St.
Monterey Park, CA 91755
Phone (800) 298-6466
Fax    (800) 738-2329

Credit inquiries must be on company
letterhead.

EE001631

P.01

# CONSTRUCTION PRODUCTS & CONSULTANTS, Inc.
## CONSTRUCTION EQUIPMENT & RENTALS, Inc.

Post Office Box 84433 • Sioux Falls, South Dakota 57118-4433
101 East Benson Road • Sioux Falls, South Dakota 57104
**Phone: 605/332-4991 • Toll Free 1-800-497-3961**
FAX 605/332-4993

## CREDIT REFERENCE FOR

Construction Products & Consultants, Inc.

| Billing: | P.O. Box 84433<br>Sioux Falls, SD 57118-4433 | Shipping: | 101 East Benson Road<br>Sioux Falls, SD 57104 |
|---|---|---|---|

Phone:    605/332-4991
605/332-4993 (FAX)

Owners:    Robert Lommen—President
Mark Adam—Vice President

Bank:    Home Federal
225 S. Main Ave.
Sioux Falls, SD 57102

Phone: 605/333-7577
Gary Sieverding

Credit References:

HILTI
P.O. Box 890890
Dallas, TX 75389-0890
800/950-6196
918/252-3810        (FAX)
Attn: Janet King

Kraft Tool
619 E. 19th Street
Kansas City, MO 64108
913/422-4848
913/422-7140        (FAX)

Chem Rex
CM 9018
St. Paul, MN 55170
612/496-6309
612/496-6068        (FAX)

Target
43420 Clary Blvd.
Kansas City, MO 64130
913/928-1000        Ext. #1129
913/438-7938        (FAX)

SD Sales Tax License:
51-001-000059113T-ST-001
Federal ID#

EE001698

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(213) 946-4477
FAX (213) 946-0014

*w/ sent 1-31-90*

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company _Construction Rental Inc_   # 40225

Address _565 N. Broadway_

City, State, Zip _Saline  Kansas  67401_

Phone _913 - 825-8121_   FAX _913 - 827-8044_

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business _27_

Number of locations (if more than one, send complete information on each) _____

Presidents Name _B. W. Reeve_

Person to contact regarding payment of bills _Jim Foster_   _Mgr_
                                              Name                Title

Purchase order required?   Yes_____   No _✓_

Authorized Buyer _Jim Foster_

Describe in detail your business, including industries served _Construction Equip. Rental & Sales_

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding     ☒ Motor Parts

☒ Power Tool Parts     ☐ Motor Repair

References:
Bank Name _National Bank of America_   Telephone _919 - 825-0511_
Bank Address _100 S. Santa Fe_   Account Number _8 - 047-564-9_
City _Salina_   State _Kansas_   Zip _67401_

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Contractors Supply | 500 E. 18th St | Kansas City | Mo | 64108 |
| White Star Machinery + Supply | 7223 N. Hydraulic | Wichita | Ks | 67201 |
| Sanstorm Tire | P.O. Box 70527 | Houston | Tx | 77270-0527 |
| Bosch Power Tool Corp | 3701 Neuse Blvd | New Bern | NC | 28560 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Date _1-25-90_   Signed _James Foster_
                  Title _Manager_

Signed _____   Title _____

EE001699

*Rec'd 9-8-93*
*mailed*
*Ok. Net 30*
*Ok.*

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(3 lo )(213) 946-4477
FAX (213) 946-0014
(3 lo )

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ____ Construction Rental, Inc. ____    *40225*

Billing Address ____ PO Box 68, Stendia, KS "66966 ____

City, State, Zip _____

Phone ____ (913) 335-2224 ____    FAX ____ (913) 335-2301 ____

Type of Business:    ☒ Corporation    ☐ Partnership    ☐ Proprietorship

Number of year in business ____ 31 yrs. ____

Number of locations (if more than one, send complete information on each) ____

Presidents Name ____ Randall R. Hardy ____

Person to contact regarding payment of bills ____ Earl L. Melby ____    Secretary/Accts. Payable
        Name    Title

Purchase order required?    Yes _____    No X _____

Authorized Buyer _____

Describe in detail your business, including industries served ____ Sale and rental of portable construction equipment, tools and repairs ____

We plan to use Eurton Electric for the following services:

☐ Armature and Field Coil Rewinding    ☐ Motor Parts

☐ Power Tool Parts    ☐ Motor Repair

References:
Five Points Bank ____    (308) 384-9077
Bank Name    Telephone
2015 N. Broadwell ____    05-118-7
Bank Address    Account Number
Grand Island    NE    68801
City    State    Zip

| Name | Address | City | State | Zip | |
|---|---|---|---|---|---|
| Robert Bosch Power Tool Corp., | 3701 Neuse Blvd., | New Bern. | NC | 28560 | (919) 633-4133 |
| Bowen Tools, Inc, | PO Box 3186 | Houston | TX | 77253 | (713) 869-6711 |
| Crader Distributing Co. | | Marble Hill | MO | 63764 | (314) 238-2675 |
| Contractors Supply Co., | 620 E 18th St. | Kansas City | MO | 64108 | (816) 221-7788 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Sept. 1, 1993    Signed ____    Signed ____ Earl L. Melby
Date    Title ____ Secretary/Accts. Payable    Title

*Please include phone and/or FAX numbers of reference*

EE001700

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P.O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
**FAX (213) 946-0014**

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company   CONSTRUCTION Tools & Supply Co.   #20475

Address   1721 SEPTEMBER ST

City, State, Zip   MEMPHIS   TN 38116

Phone   901 - 332 - 6181   FAX   901 - 332 - 6190

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business   16

Number of locations (if more than one, send complete information on each) _____

Presidents Name   JESSE PEARSON

Person to contact regarding payment of bills   MIKE TURNIPSEED   V.P.
                                                    Name                        Title

Purchase order required?   Yes  X   No _____

Authorized Buyer   MIKE TURNIPSEED, TERRY TOWNSEND, TONY JAMES

Describe in detail your business, including industries served   SELLS & SERVICES COMMERCIAL
BUILDING TRADE.

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding          ☒ Motor Parts

☒ Power Tool Parts                            ☒ Motor Repair

References:   UNITED AMERICAN BANK.   901 - 766 - 2749
Bank Name                                     Telephone
P.O. Box   1959
Bank Address                                  Account Number
MEMPHIS   TN   38101
City          State          Zip

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| MILWAUKEE ELECTRIC TOOL | 13135 W. LISBON | BROOKFIELD | WI | 53005 |
| R.O. WERNER Co. | P.O. Box 580 | GREENVILLE | PA | 16125 |
| AMERICAN SAW & MANUF | P.O. Box 504 | EAST LONGMEADOW | MA | 01028 |
| ROBERT BOSCH CORP. | 100 Bosch Bwo. | NEW BERN | NC | 28562-4097 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.
05/30/91                Michael Turnipseed
Date          Signed                                  Signed
              U. PASSINSBAT
              Title                                    Title

EE001701

NO. 349   P02

07/23/97   13:30

*4023081*

## CONSTRUCTION TOOL & SUPPLY
### DIV. OF WESTERN PNEUMATIC TOOL CO., INC.

**BILLING:**

4213 S. 37TH STREET
PHOENIX, ARIZONA 85040
TEL: (602) 437-2881   FAX: (602) 437-3166

**ARIZONA CORP.:** 1984
**ESTABLISHED:** 1973
**OFFICERS:** TOM MCCULLOUGH, PRESIDENT
VINCE FERGUSON, VICE-PRESIDENT
MICHAEL CRUTCHFIELD, SECRETARY/TREASURER

**RESALE NO.** 07-155022Y   **CITY TAX NO.** 88014985S
**FEDERAL ID.** 86-0444384   **DUNS NO.** 07-899-0678
**TRADE REFERENCES:** **HITACHI POWER TOOLS**   ATTN: BOB DANNER
3950 STEVE REYNOLDS BLVD
NORCROSS, GA 30093
TEL: 800-706-7337   FAX: 404-279-4293
**RUBBERMAID SPECIALITY PRODUCTS**
1147 AKRON RD
WOOSTER, OH 44691
TEL: 216-264-6464   FAX: 216-287-2051
**ITW RAMSET/REDHEAD**   ATTN: SANDY OR KRISTEN
P.O. BOX 364
MICHIGAN CITY, IN 46360
TEL: 800-348-3231   FAX: 800-368-3844
**WRIGHT TOOL COMPANY**
ONE WRIGHT TOOL
BARBERTON, OH 44203
TEL: 216-848-0600   FAX: 216-848-0632
**3M CREDIT DEPT**   ATTN: GEORGE MURPHY
P.O. BOX 28158
DALLAS, TX 75228
FAX ONLY: 214-324-8255
**MILWAUKEE ELECTRIC TOOL CO.**
13135 W. LISBON RD   ATTN: CREDIT DEPT
BROOKFIELD, WI 53005
TEL: 414-781-3600   FAX: 414-781-3611
**BANKING REFERENCE:** **BANK ONE, ARIZONA, NA**
2528 W. SOUTHERN
TEMPE, AZ 85282
TEL: 602-890-6257   ACCT. NO.: 2203-5693
**PAYABLES CONTACT:** CARRIE PARK   TEL: 602-437-2881

EE001702

N30
3/21/06

40638

## *Contractor's Maintenance Services*

### *3440 B Sacramento Dr.*

### *San Luis Obispo, CA 93401*

*Ph: 805-543-4558 Fax: 805-543-4472*

*E mail cmspwissler@sbcglobal.com*

Credit References

My business is new as of July 2004. I have been around the industrial supply business for close to 30 years. I am establishing a new MRO supply business selling and maintaining hydraulics, air compressors, controls, pressure washing equipment, air & fluid connections.

I do business as a sole proprietorship

My Tax ID is 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
California Resale # SR GHC 100 431849

Home Address: Paul Wissler
855 Mirada Dr
San Luis Obispo, CA 93405

Creditors

Westside Auto Parts
56 Prado Rd
San Luis Obispo, CA 93401
Ph 805-543-5943 FAX 805-544-5142

JB Dewar
POB 3059
San Luis Obispo, CA 93401
Ph 805-543-0180 Fax 805-543-8537

Water Cannon
4546 S. Semoran Blvd
Orlando, FL 32822
Ph 800-333-9274 Fax 888-928-9274

C-Tech  att: Angela Ragsdale Act 47341
4275 NW Pacific Rim Blvd
Camas WA. 98607
Ph 888-805-9854 Fax 800-248-8409



EE001703



FILE No. 505 01/09 '98 15:48 ID:CONTRACTORS Whse.      916 331 2648              PAGE  3

Western Division
P.O Box 214329
Sacramento, CA
95821-321

Midwest Region
4820 Wesley Ave.
Norwood, OH
45212

916/331-5034
916/331-8732 FAX

513/338-2400
513/388-2409 Fax

## VENDOR CREDIT REFERENCE INFORMATION

BILL TO:
Contractors' Warehouse
P.O. Box 214329
Sacramento, CA 95821

| | |
|---|---|
| CA RESALE LIC: | SYARB 15702487 |
| NV RESALE LIC: | 1-140533 |
| OH RESALE LIC: | 31-248815 |
| KY RESALE LIC: | 034-892 |
| IN RESALE LIC: | 005294010 |
| FEDERAL ID# | 38-0524830 |
| U & B # | 153 021 9880 |
| DIP # | 97-695-697 |

Rich Fiechter, V.P. Regional Manager
916/331-5934 ext 123
Michael J. Fox, Controller
916/331-5934 ext 139
Mike Haugen, V.P. General Merchandise Manager
916/331-5934 ext 130
Tom Dillon, Merchandise Manager
513/388-2400 ext 224

BANK:
First Union National Bank
1512 W.T. Harris Blvd.
Charlotte, NC  28288-1148
910-851-5827
ACCOUNT #      2079950012928

## TRADE REFERENCES

SCHULTZ, SNYDER, & STEELE
P.O. BOX 24128
Okemos, MI. 48909-4128
Fax: 517/349-8377

BAY CITY METALS
301 E. Alondra Blvd.
Gardena, CA. 90248
Fax: 310/515-7423
Attn: John Kneen

LEADCO LIGHTING
6070 Hillcrest Dr.
Valley View, OH. 44125
Fax: 216/573-1053
Attn: Fred Gieger

CERTAINTEED CORP.
Dept. 53492
Los Angeles, CA. 90074
Fax: 610/341-7939

GEORGIA PACIFIC CORP.
360 Inverness Dr. South
Englewood, CO. 80112
Fax: 800/830-7259

12/02/97                          08:36 AM                          VENREF.WK4

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.   Attention: Credit Dept.
Give only names of those you buy from on open account.

Name Kirkwood Inc.

Address 4855 West 130 Street

Cleveland, Ohio                    Zip 44135

Phone (216) 267-6200

Name Morganite, Inc.

Address P.O. Box 544

Birmingham, Alabama            Zip 35201

Phone (205) 252-6300   FAX #

Name Landmark Electric

Address 75 N. Lewis Road

Royersford, Pennsylvania       Zip 19468

Phone (   )1-800-223-3853

Name_____

Address_____

                               Zip_____

Phone (   )_____

I understand the terms are NET.   Due and payable on receipt of statement.   Past
due after the 10th of the month.   Interest of 1½% per month charged on accounts
past due 30 days or more.

SIGNED  Chapman Electric Co.Inc.        BY _____ President
            (Full name of Firm)              (Member of Firm)        TITLE

Address 3131 S. Haskell               Phone (214) 824-8095

        Dallas, TX   75223

EE001705

355335

CREDIT REFERENCES:  CHATTANOOGA ARMATURE WORKS

BALDOR ELECTRIC
P.O. BOX 2400
FORT SMITH, AR
72908
PH. 479-649-5113
FAX 479-648-5937
ATTN: JUDITH RAEF

SOUTHERN WINDING SERVICE
5302 ST.PAUL ST.
TAMPA, FL  33619
800-272-7797
FAX 813-623-6184
ATN: LINDA

TECO WESTINGHOUSE
P.O. BOX 203073
HOUSTON, TX  77216-3073
FAX  512-218-7435
ATTN: TIM ATCHESON

U.S. ELECTRIC
P.O. BOX 905287
CHARLOTTE, NC  28290-5287
PH.  314-553-3986
FAX  314-553-1236
ATTN: VERLINZIA HENDERSON

BANK:  UNION PLANTERS
       835 GEORGIA AVE.
       CHATTANOOGA, TN  37402
       PHONE 423-634-2103
       FAX  423-634-2111
       CHRIS VARNELL

Chattanooga Arm. Wks
1209 E. 23rd Street
Chattanooga, TN  37408

EE001706

**BERKLEY**
3009 Coolidge Hwy.
Berkley, MI 48072
(248) 543-0118
FAX (248) 584-7070

**Chet's Rent-All**
SINCE 1946
"Your Professional Rental Center"

**WARREN**
2200 E. Fourteen Mile
Warren, MI 48092
(810) 264-2420
FAX (810) 264-2722

**GRAND RENTAL STATION**

**CHESTERFIELD TWP.**
53381 Gratiot
Chesterfield Twp., MI 4801
(810) 749-6030
FAX (810) 749-3988

**ROCHESTER HILLS**
Main Office
2616 Crooks Rd.
Rochester Hills, MI 48309
(248) 853-6020
FAX (248) 853-7620

**BURTON**
Grand Rental Station
4089 Davison Rd.
Burton, MI 48509
(810) 742-2650
FAX (810) 743-0038

# FAX COVER SHEET

DATE: 3·22-01                    FAX #: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

TO: LARRY

COMPANY: E∴UKTON

FROM: GARY MERCER

MESSAGE: Credit information &

Please send  4  # 8630K2  SWITCH'S  TO WARREN

LOCATION  ASAP  PO# 3828

If you do not receive all of the pages, please contact us immediately.
THANK YOU FOR DOING BUSINESS WITH CHET'S!

EE001707

FEB-15-00  11:52 AM  CHET'S SUBWARREN                          510  256  2022          P.01

2616 Crooks Road
Rochester Hills MI 48309

# Keeley Enterprises, Inc
# DBA: Davison Rd Rental
## Chet's Rent All

Keeley Enterprises, Inc
Fed # 38-3292813
DBA – Chet's Rent All  Davison Road Rental
2616 Crooks Road
Rochester Hills, MI 48309

President:          Kevin Keeley
Controller          Kyle J. Keeley            Main Office – (248)-853-6020
Accounts Payable:   Ron Cominsky              Fax -         (248) 853-7620

TRADE REFERENCES:

Ditch Witch Sales,        (517)-546-9848
3401 W Grand River Ave.
Howell, MI 48843
By Fax Only: (517)-546-9890 Attention: Yvonne

Pace Inc,                 (734)-453-8258
739 S Mile Street
Plymouth, MI 48170
By Fax Only: (734)-453-5320 Attention: Michelle

Pro-Cut Products Inc.     (800)-527-1403
P.O. Box 0550
Pittsburgh, PA 15264-0550
By Fax Only: (800)-443-1092 Attention: Derona Brown

Banking Information

National City Bank
Ed Keating                (517)-894-6808
300 Center Ave
Bay City, MI 48708

ALL ACCOUNTS SHOULD BE SET UP UNDER CHET'S RENT ALL

EE001708