# EXHIBIT 6

12/04/2015 18:32 FAX                                                      ☑001

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: BEDFORD SERVICE + REPAIR.

Address: 8177 SECOR RD   SUITE-A.

City, St., ZIP: LAMBERTVILLE, MI   48144

Phone: 734-854-4097   Fax: 734-854-4431.

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: _____

Accounting: _____

Repairs: _____

Sales: _____

Other: MU - BSR397 @ GMAIL.COM

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10   (10-20)   20-30   30-40+**

EE3061

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### _CUSTOMER CONTACT INFORMATION UPDATE FORM_

Company: Enyart Electric Motor Repair Inc

Address: 1313 Prairie Ave

City, St., ZIP: South Bend   Ind   46613

Phone: 574-288-4731   Fax: 574-282-4860

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: enyartcentral@enyartelectric.com (general mailbox)

Accounting: Robbin Myers

Repairs: Phil Stallter.

Sales: Rich Siri Jr.

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**_1-5 years   5-10      10-20         20-30         (30-40+)_**

Richard A Siri   June 25, 2015

EE3062

# EURTON ELECTRIC

*5-30-16*

## Electric Motor Rewinding, and Repair Parts

*Paul*

## *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: *Hatten Electric*

Address: *130 So Hastings Ave*

City, St., ZIP: *Hastings Nebr 68901*

Phone: *402 463-4596*   Fax: *402-462-5247*

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: *Sales@hattenelectric.com*

Accounting: *Same*

Repairs: *Same*

Sales: *Same*

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10    (10-20)    20-30    30-40+**

EE3063

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: JOHN'S AUTOMOTIVE ELECTRICAL

Address: P.O BOX 3684   51 BALESCIANE LN

City, St., ZIP: QUINCY, CA   95971

Phone: 530-283-5555   Fax: 244-4

**Remit Address (if not the same)**

Company: JOHN'S AUTOMOTIVE ELECTRICAL

Address: P.O BOX 3684

City, St., ZIP: QUINCY, CA   95971

Phone: 530-283-5555   Fax: 244-4

**Emails Address (addresses you wish us to have on file)**

Mail Contact:

Accounting: JOHNAUTOELEC@ATT.NET

Repairs:

Sales: LOWER CASE

Other:

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10   10-20   (20-30)   30-40+**

FAX# 1-562-946-0014

EE3064

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _____Johnson Electric Motor_____

Address:  _____2925 So. Commerce Way_____

City, St., ZIP:  ____Ogden UT, 84401_____

Phone:  ____801-621-3853_____  Fax:  _801-621-3858_____

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact:_____Mark_____

Account_____

Repairs:_____Mark@johnsonelectricmotor.com_____

Sales:_____

Other:_____

The above information is current and is the best way of contacting us through normal business communications including:  invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails,  specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10*    *10-20*        *20-30*          *30-40+*

EE3065

# EURTON ELECTRIC

### Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: KSP Services

Address: 6 Wheeler Peak Rd.

City, St., ZIP: El Prado   UM  87529

Phone: 575-737-5775 Fax: 575-737-5005

**Remit Address (if not the same)**

Company: _____

Address: _____Same_____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: KSP @qwestoffice.net

Accounting: _____

Repairs: _____

Sales: _____Same_____

Other: _____

The above information is current and is the best way of contacting us through normal business communica-
tions including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, spe-
cials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to con-
tinue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years    5-10    (10-20)    20-30    30-40+*

EE3066

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

2015

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: McKee + Strub Co

Address: 7778 Natoma St

City, St., ZIP: San Francisco CA 94103

Phone: 415-431-6464   Fax: 415-431-6482

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: (Email) FLAMEONSALLY@comcast.Net

Accounting: _____

Repairs: Same as above

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10   10-20   20-30   30-40+**

EE3067

04/22/2013  00:55   8059256762                                              PAGE  01/01

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts .

### _CUSTOMER CONTACT INFORMATION UPDATE FORM_

Company: _Perry's Electric_

Address: _414 S. Western_

City, St., ZIP: _Santa Maria   CA 93458_

Phone: _805 - 925 - 8761_   Fax: _805 - 925 - 8762_

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _Shiela_

Accounting: _____

Repairs: _shiela — salters @ perryelectric . com_

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

_1-5 years   5-10        10-20        20-30        30-40+_

EE3068

APR/02/2013/TUE 04:27 PM                                                                P. 001/001

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### _CUSTOMER CONTACT INFORMATION UPDATE FORM_

Company: _____ RICE ELECTRIC _____

Address: _____ 30 LINNWOOD ROAD _____

City, St., ZIP: _____ EIGHTY-FOUR PA, 15330 _____

Phone: __724-225-4180_____   Fax: __724-225-6591_____

Remit Address (if not the same)

Company: _____ RICE ELECTRIC _____

Address: _____ P.O. BOX 429 _____

City, St., ZIP: _____ EIGHTY-FOUR PA, 15330 _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _____ ED HOLT _____

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

_1-5 years_   5-10      10-20         20-30          30-40+

EE3069

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: _S&S ELECTRIC Motor & Pump SV._

Address: _120 Omar St._

City, St., ZIP: _MEXICO, MO  65265_

Phone: _573-581-7667_  Fax: _573-581-0033_

**Remit Address (If not the same)**

Company: _____

Address: _____

City, St., ZIP: ___SAME_____     _1-14-16_

Phone: _____  Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: _Bruce_____

Accounting: ___"_____  _Bruce@_____

Repairs: ____"_____  _S&S @C&TRu_

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10        10-20          20-30        (30-40+)**

EE3070