# EXHIBIT 7

{exhibits nos:1}

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Kalamazoo Electric Motor, Inc

Address: 414 Mills St

City, St., ZIP: Kalamazoo, MI 49001

Phone: 2693457802     Fax: 2693457929

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: Sales@ Kalamazooelectricmotor.com

Accounting: Kara@ "                          "

Repairs: Sales

Sales: Sales

Other: _____

The above Information is current and is the best way of contacting us through normal business communica-tions including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, spe-cials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to con-tinue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10     10-20     20-30      30-40+**



EE001287

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Idaho Electric Motor Service

Address: 1196 Addison Ave West

City, St., ZIP: Twin Falls Id 83301

Phone: 208-736-8383     Fax: (208) 736-1043

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: akl@pmt.org

Accounting: akl@pmt.org

Repairs: motrman@pmt.org

Sales: motrman@pmt.org

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10        10-20        20-30        30-40+**

EE001411

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Sweinhart Electric

Address: 7306 Melrose Street

City, St., ZIP: Buena Park, CA 90621

Phone: 714-521-9100          Fax: 714-521-9300

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: Operations@sweinhartelectric.com

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including:  invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10        10-20          20-30          30-40+*

EE001416

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: *Power Tools Inc.*

Address: *1200 S Bellevue Blvd*

City, St., ZIP: *Memphis, TN 38106*

Phone: *901-774-1212*   Fax: *901-774-7808*

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact:_____

Accounting: *Wendybrown@powertoolsinc.com*

Repairs:_____

Sales:_____

Other:_____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10       10-20        20-30        30-40+**

EE001430

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

*FAX # 310-946-0014*

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: *Mosch Electric Motors Inc*

Address: *2513 17th ST NE*

City, St., ZIP: *Black Eagle MT 59414*

Phone: *406-453-2481* Fax: *406-453-2482*

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: *moschelectric@gmail.com OR FAX*

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Option-Circle)

**1-5 years 5-10 10-20 20-30 30-40+**

EE001433

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Manor Hardware & Construction Supply

Address: 21323 68th Ave W

City, St., ZIP: Lynnwood WA 98036

Phone: 425-778-2841     Fax: 425-775-5589

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: SHOP @ manorhardware.com

Accounting: Jessie @ ManorHardware.com

Repairs: Charles @ ManorHardware.com

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10   (10-20)   20-30   30-40+*

EE001438

1/31/2020                                          PTDC0004.JPG

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Kalamazoo Electric Motor, Inc

Address: 414 Mills St

City, St., ZIP: Kalamazoo, MI 49001

Phone: 2693457802   Fax: 2693457929

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: Sales@ Kalamazooelectricmotor.com

Accounting: Kara,   "          "

Repairs: Sales

Sales: Sales

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10   (10-20)   20-30   30-40+*

EE001441

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _James Machinery Inc_

Address: _223 N. MacArthur Blvd_

City, St., ZIP: _Springfield, Il 62702_

Phone: _1-217-522-9115_ Fax: _1-217-698-9179_

**Remit Address (if not the same)**

Company: _Same_

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _james-machinery @ sbcglobal.net_

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10        10-20        20-30        30-40+**

EE001447

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Irvin Martinez- Sales

Gustin Hydraulics, Inc.

151 West Commonwealth Ave. Salt Lake City, Utah 84115

www.GustinInc.com / www.StoneHydraulicStore.com

**1-866-653-2828 Ext: 8**

irvin@gustininc.com

The above information is current and is the best way of contacting us through normal business communications including:  invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails,  specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10        10-20        20-30         30-40+*

EE001451

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com







**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

date___06/28/2018_____

(name/signature)

Company:  ELECTRIC TOOL & SERVICE CO

Address:  19442 CONANT AVE

City, St, ZIP:  DETROIT, MI 48234

Phone:  (313)36603830

EE001454

01/27/2020  16:52    7138646014           CIRCLE_SAW                    PAGE  01/01

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: *CIRCLE SAW BLDRS SUPPLY, INC.*

Address: *2510 ELLA BLVD*

City, St., ZIP: *HOUSTON TX 77008*

Phone: *713 864 8444*    Fax: *713 864 6014*

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____    Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: *SALES @ CIRCLESAW.COM*  *MARIA@circlesaw.com*

Accounting: *MARIA ESTRADA*

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10    (10-20)    20-30    30-40+**

EE001457

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Cougar Electronics - Tool

Address: 241 Chrysea Ave. Bldg #7

City, St., ZIP: Long Branch NJ 07740

Phone: 732-870-3302   Fax: 732-870-8794

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: CougarElect@aci.com

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including:  invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10    (10-20)    20-30    30-40+**

EE001464

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: Bob's Tools Inc.

Address: 1493 E. Army Post Rd.

City, St., ZIP: Des Moines, Iowa 51320

Phone: 515-287-7542   Fax: 515-287-7805

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: Dave Judge - dave @ bobstools.net

Accounting: Cheri Judge - cheri @ bobstools.net

Repairs: Jacob

Sales: Tony   all to

Other: dave @ bobstools.net

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10       10-20         20-30         30-40+**

EE001470

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: *Buena Tool by Hayward Lumber*

Address: *433 Laguna St*

City, St., ZIP: *Santa Barbara, CA 93101*

Phone: *805-963-3885*    Fax: *805-966-2956*

**Remit Address (if not the same)**

Company: *Buena Tool by Hayward Lumber*

Address: *PO BOX 16009*

City, St., ZIP: *Monterey, CA 93942*

Phone: *831-643-1900 X 9326*  Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: *wwilson@ haywardlumber.com*

Accounting: _____ *"* _____ *"* _____

Repairs: *repairs @ buenatool.com*

Sales: *Tomg@buenatool.com*

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years**   **5-10**       **10-20**         **20-30**          **30-40+**

EE001473

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE*

| |
|---|
| CARITA / MIKE SCHMIDT |
| Longo Electrical-Mechanical |
| PO Box 511 |
| Wharton |
| NJ 07885 |
| **(973) 537-0400** |
| (973) 537-0404 fax |
| cshaefer@elongo.com |

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials, catalog and brochure mailers, etc.

EE001476

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE*

| / HOWARD |
| /ICE INC. |
| t. |
| e |
| |
| ax |
| service.net |

rmation is current and is the best way of contacting us through normal business
is including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile,
ls, catalog and brochure mailers, etc.                                        EE001482

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _Power Tool Sales · Svc , Inc._

Address: _6713 Angola Rd._

City, St., ZIP: _Holland   OH   43528_

Phone: _419.868-8665_   Fax: _419.868-9084_

**Remit Address (if not the same)**

Company: _Same_

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _info@powertoolsales.com_

Accounting: _____

Repairs: _____

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including:  invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails,  specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years*   *5-10*   (*10-20*)   *20-30*   *30-40+*

EE001487

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Jose Garcia

Westside Building Material

Purchasing - Industrial

1111 E. Howell Ave. Anaheim,CA 92805

CELL #714-420-8263

Fax#714-939-201

jgarcia@westsidebmc.com

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,   and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years   5-10        10-20        20-30        30-40+**

EE001494

(56 2) 946-0014

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: (559) 237-8879

**Remit Address (if not the same)**

Company: _____

Address: _____ SAME AS ABOVE _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: chucka@idealsaw.com

Accounting: office@idealsaw.com

Repairs: repair@idealsaw.com

Sales: Sales@idealsaw.com

Other: kirk@idealsaw.com

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10    10-20    20-30    30-40+**

*Ideal Saw Works*
2660 E. Church Avenue
Fresno. CA 93706
(559) 237-0809

*Ideal Saw Works*
2660 E. Church Avenue
Fresno. CA 93706
(559) 237-0809

EE001496

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _Jet Fitting_

Address: _810 S. Grand Ave._

City, St., ZIP: _Santa Ana, CA. 92705_

Phone: _714-558-9381_ Fax: _714-541-4491_

**Remit Address (if not the same)**

Company: _____

Address: _Same_____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: _____

Accounting: _Teri @ Jetfitting.com_

Repairs: _____

Sales: _Sales @ Jetfitting.com_

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years   5-10        10-20        20-30        30-40+*

EE001498

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: *HEMET VALLEY TOOL INC.*

Address: *777 W. ESPLANADE AVE.*

City, St., ZIP: *SAN JACINTO, CA 92582*

Phone: *951-654-1034*    Fax: *951-654-4054*

**Remit Address (if not the same)**

Company: _____

Address: _____ *SAME*

City, St., ZIP: _____

Phone: _____    Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: *HEMET VALLEY TOOL @ GMAIL. COM*

Accounting: _____ *"* _____

Repairs: _____ *"* _____

Sales: _____ *"* _____

Other: _____ *"* _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10       10-20        20-30       30-40+**

EE001500