# EXHIBIT 8

{exhibits nos.1}

Apr 18 12 02:09p          hps electric                     5416738598                         p.1

FAX 310-946-0014

# EURTON'S ARMATURE QUOTING DATA SHEET

**MAKE COPIES!!!**

> IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. **PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA.** THIS WILL BEST ASSURE YOU OF A MOST ACCURATE QUOTE.

NAME _____  COMPANY _*HPS*_

PHONE # ( ___ ) _____  FAX # _(541) 673-8598_
ADDRESS _____
CITY _____ STATE _____ ZIP _____

1. QUANTITY _*1*_
2. MANUFACTURE OF EQUIPMENT _*Milwaukee*_
3. NUMBER OF COMMUTATOR BARS _*28*_
4. NUMBER OF SLOTS ON CORE _*14*_
5. APPLICATION OF MOTOR _*Sea Polisher*_
6. CORE LENGTH _*1 7/8*_
7. CORE DIAMETER _*1 7/8*_
8. VOLTAGE _*115 V AC*_
9. NUMBER OF CARBON BRUSHES _*2*_
10. APPROXIMATE SIZE AND WEIGHT _*7" L   2 lbs*_

| FOR EURTON'S USE ONLY |
|---|
| YOUR APPROXIMATE REWIND PRICE |
| $ *85.00* |
| INITIALS _____ |

KEEP IN MIND, ALL QUOTES (unless otherwise stated) ARE APPROXIMATIONS. EVEN WITH ALL THE INFORMATION ABOVE IT IS STILL POSSIBLE TO MAKE A MISTAKE. SO PLEASE BE SURE TO GET A FIRM PRICE WHEN WE ACTUALLY RECEIVE THE ARMATURE.

**PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE**

**EURTON ELECTRIC CO., INC.**          310-946-4477 OUTSIDE CA 800-423-4789
9920 PAINTER AVE.                                    FAX 310-946-0014
SANTA FE SPRINGS CA 90670

*562*

EE2366

Dec 13 11 06:10p   Philbin Manufacturing   503-287-3144   p.1

# EURTON ELECTRIC
## MOTOR REWINDING
### quotation data sheet

COMPANY: Philbin Mfg. Co.
ADDRESS: 28 N. Russell St.
PHONE #: (503) 287-1718    FAX #: (503) 287-3144
CITY/STATE/ZIP: Portland, OR. 97227
NAME: Mark    E-MAIL: info@philbingroup.com

PLEASE CIRCLE TYPE OF WINDING SERVICE NEEDED. THEN FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN TO RECEIVE A MORE ACCURATE QUOTE

MOTOR    FIELD COILS    **(ARMATURE)**    STATOR    OTHER
                              ROTOR

| | | | |
|---|---|---|---|
| QUANTITY | 1 | NUMBER OF SLOTS ON CORE | 12 |
| MANUFACTURER | Fasco | NUMBER OF COMMUTATOR BARS | 12 |
| APPLICATION | Blower motor | NUMBER OF SLIP RINGS | 0 |
| H.P. | | NUMBER OF CARBON BRUSHES | 2 |
| MOTOR TYPE | | NUMBER OF LEAD WIRES | 2 |
| FRAME | | LAMINATION STACK LENGTH | 1.5" |
| SPEC. NUMBER | | LAMINATION STACK DIAMETER | 2" |
| R.P.M. | | WIRE TYPE | (round) rectangular |
| VOLTAGE | 12V | OVERALL SIZE AND WEIGHT | 12" long - 1 lb. |

| QUOTATION PRICE | Regular service | Overtime service | Super Overtime service |
|---|---|---|---|
| | 85.00 | | |

Keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the information above it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your rewind.

**PLEASE SEND A COPY OF THIS QUOTE SHEET ALONG WITH YOUR ORDER!**

**EURTON ELECTRIC CO., INC.**
9920 Painter Ave., P.O. Box 2113, Santa Fe Springs, CA 90670
800-423-4789    fax 562-946-0014
*www.eurtonelectric.com*

EE2367

12/13/2011  11:13    4154316482              MCKEESTRUBCO                        PAGE  01/01

FAX 562-946-0014            12/13/2011

# EURTON'S ARMATURE QUOTATION DATA SHEET

**MAKE COPIES**

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA. THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

Company -
Address -
Phone # -
City/State/Zip -
Name -

[Business card: Michael A. Rossa, ELECTRIC MOTOR REPAIRING, McKEE & STRUB, 778 NATOMA STREET, SAN FRANCISCO, CA 94103, TEL 415 431-6463 OR 415 431-6464, FAX 415 431-6482]

— Estimate cost to Repair.

Thank's Mike

1. Quantity — One
2. Manufacturer of Equipment — Foreign/Treadmill
3. Application of Motor — Treadmill
4. Number of Slots on Core — 24 / Slots = 24
5. Core Length — 1 5/8
6. Core Diameter — 2 9/16
8. Voltage — 90 Volts DC P.M
9. Number of Carbon Brushes — Two
10. Overall Size and Weight — 11"

**FOR EURTON'S USE ONLY**
YOUR APPROXIMATE REWIND PRICE
$ 135.00
INITIALS _____

KEEP IN MIND, all quotes (unless otherwise stated) are approximations. Even with all the information above, it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your armature. Thank you.

**PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE**

*EURTON ELECTRIC CO., INC.*   9920 Painter Ave. • P.O. Box 2113 • Santa Fe Springs, CA 90670
562-946-4477 • 800-423-4789 • FAX 562-946-0014

EE2368

SEP-29-2011 08:07A FROM:             TO:15629460014        P.1

FAX 562-946-0014

# EURTON'S ARMATURE QUOTATION DATA SHEET

**MAKE COPIES!**

> IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. **PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA.** THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

9/29/11

**COMPANY** Arbuckle Electric Motors Inc
**ADDRESS** 7548 Santa Monica Blvd.
**PHONE #** (323) 876-7100     **FAX #** (323) 876-1850
**CITY/STATE ZIP** Hollywood, CA 90046
**NAME** Barbara

1. QUANTITY — 1
2. MANUFACTURER OF EQUIPMENT — Chang Yih Electrical
3. APPLICATION OF MOTOR — Gearbox motor
4. NUMBER OF SLOTS ON CORE — 24
5. NUMBER OF COMMUTATOR BARS — 72
6. CORE LENGTH — 5"
7. CORE DIAMETER — 3 1/4"
8. VOLTAGE — 110V DC
9. NUMBER OF CARBON BRUSHES — 2
10. OVERALL SIZE AND WEIGHT — 15" long, 11 Lbs.

**FOR EURTON'S USE ONLY**
YOUR APPROXIMATE REWIND PRICE
$ _____
INITIALS _____

Please quote repair w/ expediate charge
Thank you.

KEEP IN MIND, all quotes (unless otherwise stated) are approximations. Even with all the information above, it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your armature. Thank you.

**PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE**

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.
SANTA FE SPRINGS CA 90670
**800 423-4789**
**FAX 562-946-0014**

EE2369

Feb 21 12 04:02p    Doc                           541-830-0205          p.1

FAX 562-946-0014



# EURTON'S ARMATURE QUOTATION DATA SHEET

**MAKE COPIES!!**

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA. THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

COMPANY _____ Doc's Electric Motor Repair _____
ADDRESS _____ 541-830-0205 _____
               6419 Table Rock Road
PHONE #( ) _____ Central Point, OR 97502 _____ FAX #( ) _____ FAX 541-830-0205 _____
CITY/STATE/ZIP _____
NAME _____

1. QUANTITY __1__
2. MANUFACTURE OF EQUIPMENT __WEKA__
3. APPLICATION OF MOTOR __Drill__
4. NUMBER OF SLOTS ON CORE __12__
5. NUMBER OF COMMUTATOR BARS __24__
6. CORE LENGTH __2½__
7. CORE DIAMETER __1.665__
8. VOLTAGE __110V AC__
9. NUMBER OF CARBON BRUSHES __2__
10. OVERALL SIZE AND WEIGHT __1.6 x 8   1¾ lbs__

**FOR EURTON'S USE ONLY**

YOUR APPROXIMATE REWIND PRICE

$ __195.00__

INITIALS _____

KEEP IN MIND, ALL QUOTES (unless otherwise stated) ARE APPROXIMATIONS. EVEN WITH ALL THE INFORMATION ABOVE IT IS STILL POSSIBLE TO MAKE A MISTAKE. SO PLEASE BE SURE TO GET A FIRM PRICE WHEN WE ACTUALLY RECEIVE THE ARMATURE. PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
SANTA FE SPRINGS CA 90670

**800-423-4789**
**FAX 562-946-0014**

EE2370

Apr. 9. 2012  9:11AM   Matlock Electric Co., Inc.                    No. 6404   P. 1

# EURTON ELECTRIC
# ARMATURE
## Quotation Data Sheet

| COMPANY | MATLOCK ELECTRIC CO. | | |
|---|---|---|---|
| ADDRESS | 2780 HIGHLAND AVE. | | |
| CITY/STATE/ZIP | CINCINNATI, OHIO 45012 | | |
| NAME | CASEY McKENNA | E-MAIL | casey@matlockelectric.com |
| PHONE | (513) 731-9600 | FAX | (513) 731-9646 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind.   Send a copy of this completed quote sheet along with your order!



COMMUTATOR BARS      SLOTS

QUOTE

LAMINATION STACK  Length & Diameter

| QUANTITY | 1 | MANUFACTURER | — |
|---|---|---|---|
| APPLICATION | TACHOMETER | NO. OF BRUSHES | — |
| NO. OF SLOTS | 31 | WIRE TYPE | ROUND or RECTANULAR |
| NO. OF COMMUTATOR BARS | 31 | VOLTAGE | |
| LAMINATION STACK LENGTH | .300" | COMM DIAMETER | 1.00" |
| LAMINATION STACK DIAMETER | 1.312. | COMM BAR LENGTH | .258" |

| REG | 285.00 — 350.00 |
|---|---|
| O.T. | |
| Super O.T. | |

## FAX 562-946-0014

**EURTON ELECTRIC**
9920 Painter Ave.
Santa Fe Springs, CA 90670

**800-423-4789**
www.eurtonelectric.com

60

EE2371

01/15/2013 11:28 FAX  402 462 5247          HATTEN ELECTRIC                         ☑001/001

# EURTON ELECTRIC
# ARMATURE
## Quotation Data Sheet

| COMPANY | HATTEN ELECTRIC |
|---|---|
| ADDRESS | 130 S HASTINGS AVE |
| CITY/STATE/ZIP | HASTINGS, NE 68901 |
| NAME | ROB RAMSEY |
| E-MAIL | |
| PHONE | (402) 463 4596 |
| FAX | (402) 462 5247 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are APPROXIMATIONS. Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind. **Send a copy of this completed quote sheet along with your order!**



COMMUTATOR BARS — SLOTS
LAMINATION STACK Length & Diameter

*QUOTE*

| QUANTITY | 1 | MANUFACTURER | RIDGID 270 |
|---|---|---|---|
| APPLICATION | THREADER | NO. OF BRUSHES | 2 |
| NO. OF SLOTS | 16 | WIRE TYPE | ROUND or RECTANGULAR |
| NO. OF COMMUTATOR BARS | 32 | VOLTAGE | 115 |
| LAMINATION STACK LENGTH | 2 7/16 | COMM DIAMETER | 1.475 |
| LAMINATION STACK DIAMETER | 2" | COMM BAR LENGTH | 1" |

## FAX 562-946-0014



95.00

**EURTON ELECTRIC**
9920 Painter Ave.
Santa Fe Springs, CA 90670

**800-423-4789**
*www.eurtonelectric.com*

60

EE2372

11/28/2008  02:06    8055449327    JP TOOL    PAGE  01/01



# EURTON ELECTRIC MOTOR REWINDING quotation data sheet

| | |
|---|---|
| COMPANY | JP TOOL REPAIR |
| ADDRESS | 3440 SACRAMENTO DR, SAN LUIS OBISPO, CALIFORNIA 93401 |
| PHONE # ( ) | (805) 544-7152 |
| FAX # ( ) | 805 544-9327 |
| CITY/STATE/ZIP | |
| NAME | |
| E-MAIL | jp.tools@att.com |

PLEASE CIRCLE TYPE OF WINDING SERVICE NEEDED. THEN FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN TO RECEIVE A MORE ACCURATE QUOTE

**MOTOR    FIELD COILS    ARMATURE    STATOR    OTHER**
**ROTOR**

| | | | |
|---|---|---|---|
| QUANTITY | 1 | NUMBER OF SLOTS ON CORE | 16 |
| MANUFACTURER | Black & Decker | NUMBER OF COMMUTATOR BARS | 32 |
| APPLICATION | Grinder | NUMBER OF SLIP RINGS | |
| H.P. | | NUMBER OF CARBON BRUSHES | 2 |
| MOTOR TYPE | | NUMBER OF LEAD WIRES | |
| FRAME | | LAMINATION STACK LENGTH | 2" |
| SPEC. NUMBER | | LAMINATION STACK DIAMETER | 2 1/8" |
| R.P.M. | | WIRE TYPE | round   rectangular |
| VOLTAGE | | OVERALL SIZE AND WEIGHT | 7 3/4"   2 LB |

| QUOTATION PRICE | Regular service | Overtime service | Super Overtime service |
|---|---|---|---|
| | 85.00  | | |

Keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the information above it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your rewind.

## PLEASE SEND A COPY OF THIS QUOTE SHEET ALONG WITH YOUR ORDER!

**EURTON ELECTRIC CO., INC.**
9920 Painter Ave., P.O. Box 2113, Santa Fe Springs, CA 90670
800-423-4789         fax 562-946-0014
www.eurtonelectric.com

EE2373

```
Aug 14 2012 8:58AM    Perrine Electric              541-826-1259       p.1
TO: 15418261259                                            02/02/12 11:33 Pg 1 of 2
```

# EURTON ELECTRIC
## Winding Quotation Data Sheet



MAKE COPIES

DOWNLOAD!
.PDF File Available
On-Line

| Manufacture | | Company: Perrine Ele |
|---|---|---|
| Application | | Contact: James |
| H.P., KW | Voltage 120 | Phone: (541) 826-3505 |
| # of Slots  16 | # of Bars  32 | FAX: (541) 826-1259 |
| Lam. Stack Diameter  2.085 | Lam. Stack Length  3.4 | E-Mail |
| Commutator Brush Diameter  1.508 | Commutator Bar Length  1 | **REWIND QUOTATION** |
| (Round) or Rectangular Wire | # of Brushes  2 | Regular |
| *Notes: (Model, Part #, Comments, etc.)  $125.00 | | Overtime |
| | | Super O.T. |

Please keep in mind, ALL Quotes (unless otherwise stated) are approximations. Even with all the information, it is still possible to make a mistake. So please be sure to get a firm quote... we usually beat the others.
Always send a copy of the completed quote in with your rewind.

8-9-12

# EURTON ELECTRIC
# ARMATURE
## Quotation Data Sheet

| COMPANY | Lee's Electric | | |
|---|---|---|---|
| ADDRESS | 1310 4th St. SW. | | |
| CITY/STATE/ZIP | Albuquerque, NM 87102 | | |
| NAME | Billy Armijo | E-MAIL | |
| PHONE | (505) 247-2635 | FAX | (505) 247-2635 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are **APPROXIMATIONS**. Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind. **Send a copy of this completed quote sheet along with your order!**



COMMUTATOR BARS — SLOTS — LAMINATION STACK Length & Diameter

| QUANTITY | 1 | MANUFACTURER | Reliance |
|---|---|---|---|
| APPLICATION | Greyhound Bus | NO. OF BRUSHES | 4 |
| NO. OF SLOTS | 19 | WIRE TYPE | ROUND or RECTANGULAR |
| NO. OF COMMUTATOR BARS | 57 | VOLTAGE | 26.5 Volts |
| LAMINATION STACK LENGTH | 4 1/8" | COMM DIAMETER | 3" |
| LAMINATION STACK DIAMETER | 4 1/16" | COMM BAR LENGTH | 1 1/2 |

$375,-

## FAX 562-946-0014



EURTON ELECTRIC
9920 Painter Ave.
Santa Fe Springs, CA 90670

**800-423-4789**
www.eurtonelectric.com

60

EE2375