{exhibits nos.1}

# EXHIBIT 9

ACTIVITY REPORT

```
TIME   : 06/26/2017 16:03
NAME   : EURTON ELECTRIC
FAX    : 5629460014
TEL    :
SER.#  : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #160 | 06/26 | 12:00 | 13103239251 | 32 | 01 | OK | TX | ECM |
| #161 | 06/26 | 12:01 | 15417476738 | 36 | 01 | OK | TX | |
| #162 | 06/26 | 12:02 | 17028976500 | 26 | 01 | OK | TX | ECM |
| #163 | 06/26 | 12:04 | 17148852163 | 00 | 00 | BUSY | TX | |
| #164 | 06/26 | 12:05 | 15036267231 | 32 | 01 | OK | TX | ECM |
| #165 | 06/26 | 12:06 | 18139351917 | 01:18 | 01 | OK | TX | ECM |
| #167 | 06/26 | 12:09 | 19138310264 | 33 | 01 | OK | TX | ECM |
| #168 | 06/26 | 12:10 | 17632958765 | 43 | 01 | OK | TX | ECM |
| #169 | 06/26 | 12:11 | 17182591083 | 37 | 01 | OK | TX | |
| #170 | 06/26 | 12:13 | 14066520717 | 38 | 01 | OK | TX | |
| #136 | 06/26 | 12:14 | 12128090141 | 38 | 01 | OK | TX | |
| #166 | 06/26 | 12:16 | 13176385624 | 33 | 01 | OK | TX | ECM |
| #154 | 06/26 | 12:25 | 18438871151 | 00 | 00 | BUSY | TX | |
| #172 | 06/26 | 13:54 | 17242822227 | 42 | 01 | OK | TX | |
| #174 | 06/26 | 13:57 | 16036260118 | 37 | 01 | OK | TX | |
| #175 | 06/26 | 13:58 | 16785784938 | 36 | 01 | OK | TX | |
| #176 | 06/26 | 13:59 | 18139630008 | 36 | 01 | OK | TX | |
| #177 | 06/26 | 14:05 | 17817693356 | 34 | 01 | OK | TX | ECM |
| #178 | 06/26 | 14:06 | 17123256147 | 23 | 01 | OK | TX | ECM |
| #179 | 06/26 | 14:07 | 16315877283 | 37 | 01 | OK | TX | ECM |
| #180 | 06/26 | 14:08 | 17036857241 | 23 | 01 | OK | TX | ECM |
| #181 | 06/26 | 14:09 | 14046080362 | 34 | 01 | OK | TX | ECM |
| #182 | 06/26 | 14:10 | 16154595995 | 30 | 01 | OK | TX | ECM |
| #183 | 06/26 | 14:11 | 13362921027 | 33 | 01 | OK | TX | ECM |
| #184 | 06/26 | 14:13 | 17062369028 | 38 | 01 | OK | TX | |
| #185 | 06/26 | 14:14 | 17085479059 | 24 | 01 | OK | TX | ECM |
| #187 | 06/26 | 14:16 | 12165250051 | 32 | 01 | OK | TX | ECM |
| #171 | 06/26 | 14:18 | 19072621600 | 00 | 00 | BUSY | TX | |
| #173 | 06/26 | 14:19 | 16166437751 | 00 | 00 | BUSY | TX | |
| #186 | 06/26 | 14:21 | 16204314841 | 33 | 01 | OK | TX | ECM |
| | 06/26 | 14:55 | 7074310461 | 43 | 01 | OK | RX | ECM |
| #188 | 06/26 | 15:04 | 18438841151 | 36 | 01 | OK | TX | |
| #193 | 06/26 | 15:11 | 17274465625 | 00 | 00 | BUSY | TX | |
| #194 | 06/26 | 15:12 | 12153867550 | 00 | 00 | BUSY | TX | |
| #192 | 06/26 | 15:15 | 16166437751 | 00 | 00 | BUSY | TX | |
| #195 | 06/26 | 15:43 | 14257424848 | 26 | 01 | OK | TX | ECM |
| #197 | 06/26 | 15:46 | 12812562722 | 32 | 01 | OK | TX | ECM |
| #199 | 06/26 | 15:48 | 16152262488 | 42 | 01 | OK | TX | |
| #200 | 06/26 | 15:49 | 16014833475 | 25 | 01 | OK | TX | ECM |
| #201 | 06/26 | 15:50 | 16128227716 | 33 | 01 | OK | TX | ECM |
| #202 | 06/26 | 15:51 | 13342715226 | 23 | 01 | OK | TX | ECM |
| #203 | 06/26 | 15:52 | 15132320088 | 24 | 01 | OK | TX | ECM |
| #204 | 06/26 | 15:53 | 13172552917 | 26 | 01 | OK | TX | ECM |
| #205 | 06/26 | 15:54 | 19186645017 | 26 | 01 | OK | TX | |
| #198 | 06/26 | 15:56 | 12103660723 | 33 | 01 | OK | TX | ECM |
| #206 | 06/26 | 15:58 | 16174793341 | 36 | 01 | OK | TX | |
| #207 | 06/26 | 15:59 | 13202594727 | 33 | 01 | OK | TX | ECM |
| #208 | 06/26 | 16:01 | 17062660818 | 00 | 00 | BUSY | TX | |
| #209 | 06/26 | 16:02 | 14023318356 | 25 | 01 | OK | TX | ECM |
| #210 | 06/26 | 16:03 | 14076296761 | 30 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000096

# Eurton Electric

Attn: Dennis
Company: Minneapolis Lock & Key    City, State: Minneapolis MN
Fax #: 6128227716    Phone: 612-823-8148

## Lock & Safe Equipment
## Electric Motor Repair & Rewinding



**BLITZ**
**CODEMAX**
**FUTURA**
**KABA**
**Others!**

Eurton Electric Repairs and Rewinds all types of Locksmith equipment motors and coils

### REWIND SERVICE



*Armatures, Stators, Field Coils, Brake & Clutch Coils, Specialty Coils and More!!*

### MOTOR BRUSHES

FREE Set of Power Tool Brushes with next order. Please call for details.



*Offer good from 1-1-2016 thru 12-31-2017*

Permission for Faxing was given by the contact at the top of this flyer.
If you wish to discontinue receiving future faxed advertisements from this sender, send your opt-out request to us by email at [email address], by fax at [fax number], or by telephone at [telephone #]. Specify the telephone number(s) of the fax machine(s) covered by your request. As required by law we will comply with your request within the shortest reasonable time not to exceed 30 days.

**EURTON ELECTRIC**     800-423-4789   fax  562-946-0014
9920 Painter Ave.                         www.eurtonelectric.com
Whittier CA  90605                        info@eurtonelectric.com

EE 000103

# Eurton Electric

**Attn:** John
**Company** Butler Cranberry Lock Safe   **City, State** Butler PA
**Fax #** 72428 22227   **Phone** 724-282-1266

## Lock & Safe Equipment
## Electric Motor Repair & Rewinding



**BLITZ**
**CODEMAX**
**FUTURA**
**KABA**
**Others!**

Eurton Electric Repairs and Rewinds all types of Locksmith equipment motors and coils

### REWIND SERVICE



*Armatures, Stators, Field Coils, Brake & Clutch Coils, Specialty Coils and More!!*

### MOTOR BRUSHES

FREE Set of Power Tool Brushes with next order. Please call for details.



*Offer good from 1-1-2016 thru 12-31-2017*

Permission for Faxing was given by the contact at the top of this flyer.
If you wish to discontinue receiving future faxed advertisements from this sender, send your opt-out request to us by email at [email address], by fax at [fax number], or by telephone at [telephone #]. Specify the telephone number(s) of the fax machine(s) covered by your request. As required by law we will comply with your request within the shortest reasonable time not to exceed 30 days.

**EURTON ELECTRIC**
9920 Painter Ave.
Whittier CA 90605

**800-423-4789   fax 562-946-0014**
www.eurtonelectric.com
info@eurtonelectric.com

EE 000146

# Eurton Electric

**Attn:** ASHLEY
**Company** BROADVIEW Instrumentation **City, State** VALLEY VIEW, OH
**Fax #** 216-525-0051   **Phone** 216-525-0050

## New Replacement Armatures, Parts, and Rewinding Service

### MOTOR BRUSHES

FREE Set of Power Tool Brushes with next order. Please call for details.



*Offer good from 1-1-2016 thru 12-31-2017*

### REWIND SERVICE



*Armatures, Stators, Field Coils, Brake & Clutch Coils, Specialty Coils and More!!*

### CAPACITORS



### ARMATURES

**RIDGID 300, 535, & 700**
"New" replacement armatures

| PART # | Model | each | 3-5 |
|---|---|---|---|
| 44010ER | 300 & 535 | $122.00 | $103.50 |
| 44055ER | 700 & 270 | $127.50 | $114.75 |

**BOSCH 11304 "Brute", 11245EVS, 11316EVS, 11317EVS, Hammers**
"New" replacement armatures

| PART # | Model | each | 3-5 |
|---|---|---|---|
| AB11304NS | 11304 | $135.00 | $121.50 |
| ER1614011074 | above | 125.00 | $112.50 |

Permission for Faxing was given by the contact at the top of this flyer.
If you wish to discontinue receiving future faxed advertisements from this sender, send your opt-out request to us by email at [email address], by fax at [fax number], or by telephone at [telephone #]. Specify the telephone number(s) of the fax machine(s) covered by your request. As required by law we will comply with your request within the shortest reasonable time not to exceed 30 days.

**EURTON ELECTRIC**
9920 Painter Ave.
Whittier CA 90605

800-423-4789   fax 562-946-0014
www.eurtonelectric.com
info@eurtonelectric.com

EE 000148

ACTIVITY REPORT

```
TIME   : 07/13/2017 15:03
NAME   : EURTON ELECTRIC
FAX    : 5629460014
TEL    :
SER.#  : BROC6J596755
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #086 | 07/12 | 13:31 | 13862380973 | 02 | 00 | CANCEL | TX | |
| #084 | 07/12 | 13:31 | 14198933553 | 32 | 01 | OK | TX | ECM |
| #085 | 07/12 | 13:33 | 12156594384 | 00 | 00 | BUSY | TX | |
|  | 07/12 | 14:12 | 7083858664 | 29 | 01 | OK | RX | ECM |
| #087 | 07/12 | 14:15 | 19512562164 | 40 | 01 | OK | TX | ECM |
| #088 | 07/12 | 14:53 | 13862380973 | 36 | 01 | OK | TX | ECM |
| #089 | 07/12 | 14:54 | 19197825133 | 37 | 01 | OK | TX | ECM |
| #090 | 07/12 | 14:55 | 14107376764 | 30 | 01 | OK | TX | ECM |
| #091 | 07/12 | 14:56 | 13013736394 | 35 | 01 | OK | TX | ECM |
| #092 | 07/12 | 14:57 | 19148342995 | 43 | 01 | OK | TX | |
| #093 | 07/12 | 14:59 | 18453409190 | 34 | 01 | OK | TX | ECM |
| #094 | 07/12 | 15:00 | 19736274252 | 38 | 01 | OK | TX | |
| #095 | 07/12 | 15:01 | 13179254166 | 27 | 01 | OK | TX | ECM |
| #096 | 07/12 | 15:02 | 16102665775 | 41 | 01 | OK | TX | ECM |
| #097 | 07/12 | 15:04 | 12293880386 | 36 | 01 | OK | TX | ECM |
| #098 | 07/12 | 15:05 | 18017731835 | 01:02 | 01 | OK | TX | |
| #099 | 07/12 | 15:06 | 14325639397 | 31 | 01 | OK | TX | ECM |
| #100 | 07/12 | 15:08 | 19157751929 | 30 | 01 | OK | TX | ECM |
|  | 07/12 | 15:15 | 8055434472 | 28 | 01 | OK | RX | ECM |
|  | 07/13 | 08:52 |  | 21 | 01 | OK | RX | ECM |
| #101 | 07/13 | 09:26 | 16264470536 | 00 | 00 | BUSY | TX | |
| #102 | 07/13 | 09:37 | 12035961344 | 21 | 01 | OK | TX | ECM |
| #103 | 07/13 | 10:04 | 16264470534 | 01:32 | 00 | NG | TX | |
| #104 | 07/13 | 11:48 | 19783675700 | 49 | 01 | OK | TX | ECM |
| #105 | 07/13 | 11:49 | 13373650548 | 36 | 01 | OK | TX | ECM |
| #106 | 07/13 | 11:50 | 12024839512 | 39 | 01 | OK | TX | ECM |
| #108 | 07/13 | 11:52 | 19157750222 | 39 | 01 | OK | TX | |
| #109 | 07/13 | 11:54 | 17136433243 | 39 | 01 | OK | TX | |
| #110 | 07/13 | 11:56 | 17033851758 | 36 | 01 | OK | TX | ECM |
| #111 | 07/13 | 11:57 | 16022757582 | 40 | 01 | OK | TX | |
| #112 | 07/13 | 11:58 | 13604259324 | 39 | 01 | OK | TX | |
| #113 | 07/13 | 11:59 | 16158896773 | 27 | 01 | OK | TX | ECM |
| #114 | 07/13 | 12:00 | 13055915653 | 39 | 01 | OK | TX | |
| #115 | 07/13 | 12:02 | 12053495747 | 38 | 01 | OK | TX | |
| #116 | 07/13 | 12:03 | 14402058366 | 29 | 01 | OK | TX | ECM |
| #117 | 07/13 | 12:04 | 18047455085 | 37 | 01 | OK | TX | |
| #118 | 07/13 | 12:05 | 13162638100 | 39 | 01 | OK | TX | |
| #107 | 07/13 | 12:07 | 17178989347 | 43 | 01 | OK | TX | ECM |
| #120 | 07/13 | 12:08 | 18107443798 | 31 | 01 | OK | TX | ECM |
| #121 | 07/13 | 12:09 | 12078783251 | 47 | 01 | OK | TX | ECM |
| #122 | 07/13 | 12:11 | 13362749989 | 39 | 01 | OK | TX | |
| #119 | 07/13 | 12:26 | 18128860573 | 01:06 | 01 | OK | TX | ECM |
|  | 07/13 | 12:48 |  | 20 | 00 | NG | RX | |
|  | 07/13 | 12:54 | 615 889 6773 | 27 | 01 | OK | RX | ECM |
|  | 07/13 | 13:05 |  | 39 | 01 | OK | RX | ECM |
|  | 07/13 | 14:00 | 336 668 3463 | 27 | 01 | OK | RX | ECM |
| #123 | 07/13 | 14:59 | 18124790100 | 52 | 01 | OK | TX | |
| #124 | 07/13 | 15:00 | 15083396921 | 28 | 01 | OK | TX | ECM |
| #125 | 07/13 | 15:01 | 18123769729 | 26 | 01 | OK | TX | ECM |
| #126 | 07/13 | 15:02 | 15036466557 | 30 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

EE 000270

# Eurton Electric

Attn: ED  7/13/17
Company: TOOL PLACE CORP.  City, State: DORAL, FL
Fax #: 305-591-5653  Phone: 305-591-5650

## Electric Motor Repair, Rewinding & Repair Parts

Motor Brushes
Switches, Bearings
Power Cords & Plugs
Terminals, Repair Tags
And More!

### REWIND SERVICE



Armatures, Stators, Field Coils, Brake & Clutch Coils, Specialty Coils and More!!

### ARMATURES

**RIDGID 300, 535, & 700**
"New" replacement armatures

| PART # | Model | each | 3-5 |
|---|---|---|---|
| 44010ER | 300 & 535 | $122.00 | $103.50 |
| 44055ER | 700 & 270 | $127.50 | $114.75 |

**BOSCH 11304 "Brute", 11245EVS, 11316EVS, 11317EVS, Hammers**
"New" replacement armatures

| PART # | Model | each | 3-5 |
|---|---|---|---|
| AB11304NS | 11304 | $135.00 | $121.50 |
| ER1614011074 | above | 125.00 | $112.50 |

Permission for Faxing was given by the contact at the top of this flyer.
If you wish to discontinue receiving future faxed advertisements from this sender, send your opt-out request to us by email at [email address], by fax at [fax number], or by telephone at [telephone #]. Specify the telephone number(s) of the fax machine(s) covered by your request. As required by law we will comply with your request within the shortest reasonable time not to exceed 30 days.

✳ Please Circle and Return Fax if you wish to be removed right away. This helps us update our files quickly and not send you faxes to this number in the future. Also let's us know we are forgiven if any previous faxes or inconveniences.

**EURTON ELECTRIC**
9920 Painter Ave.
Whittier CA 90605

800-423-4789  fax 562-946-0014
www.eurtonelectric.com
info@eurtonelectric.com

EE 000295