# Exhibit 13

# Eurton Electric Company, Inc.

WCMS, Inc.
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number: 0066970-IN
Invoice Date: 12/10/2002

**Sold To:**

I999
INDUSTRIAL APPARATUS SERVICE
1320 EAST FLORIDA AVE
Beaumont, TX  77705

Confirm To:

**Ship To:**

INDUSTRIAL APPARATUS SERVICE
1320 EAST FLORIDA AVE
Beaumont, TX  77705

| Customer P.O. | Ship VIA | Terms | Order Number | Order Date | Completion Date | RMA No |
|---|---|---|---|---|---|---|
| | UPS RED | COD | 0065042 | 12/9/2002 | | |

| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | F0 | STATOR | 960.00 | 960.00 |

Please remit all payments to:
PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:   1

Net Invoice: 960.00
Freight: 90.40
Sales Tax: 0.00
Invoice Total: 1,050.40

EE4134

# Eurton Electric Company, Inc.

**WCMS, Inc.**
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number: 0067164-IN
Invoice Date: 12/16/2002

**Sold To:**

0076005
INDUSTRIAL APPARATUS SERVICE
1320 EAST FLORIDA
BEAUMONT, TX  77705

Confirm To:

**Ship To:**

INDUSTRIAL APPARATUS SERVICE
1320 EAST FLORIDA
BEAUMONT, TX  77705

| Customer P.O. | Ship VIA | Terms | Order Number | Order Date | Completion Date | RMA No |
|---|---|---|---|---|---|---|
| 2161-07 | UPS SAT RED | Net 30 Days | 0065146 | 12/11/2002 | | |

| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | F0 | STATOR | 960.00 | 960.00 |

Please remit all payments to:
PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:   1

| | |
|---|---|
| Net Invoice: | 960.00 |
| Freight: | 86.95 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,046.95 |

EE4135

# Eurton Electric Company, Inc.

**WCMS, Inc.**
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number:  0067378-IN
Invoice Date:  12/20/2002

**Sold To:**

K999
KOCH'S ELECTRIC INC
1301 EAST 10TH STREET
317-716 7162
Indianapolis, IN  46202

Confirm To:

**Ship To:**

KOCH'S ELECTRIC INC
1301 EAST 10TH STREET
317-716 7162
Indianapolis, IN  46202

| Customer P.O. | Ship VIA | Terms | Order Number | Order Date | Completion Date | RMA No |
|---|---|---|---|---|---|---|
| — | UPS | COD | 0065144 | 12/11/2002 | | |

| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | A0 | ARMATURE 16/32 1FAN | 75.00 | 75.00 |

Please remit all payments to:
PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:  1

| | |
|---|---|
| Net Invoice: | 75.00 |
| Freight: | 13.53 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **88.53** |

EE4136

# Eurton Electric Company, Inc.

WCMS, Inc.
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number: 0067424-IN
Invoice Date: 12/23/2002

**Sold To:**

0061000
FRANCO POWER TOOLS
8226 SORENSON #D
SANTA FE SPRNGS, CA  90670

Confirm To:

**Ship To:**

FRANCO POWER TOOLS
8226 SORENSON #D
SANTA FE SPRNGS, CA  90670

| Customer P.O. | Ship VIA | Terms | Order Number | Order Date | Completion Date | RMA No |
|---|---|---|---|---|---|---|
|  | W/C | COD |  |  |  |  |

| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
|---|---|---|---|---|---|---|
| 50 | 50 | 0 | 10/3SO | SERVICE CORD | 0.86 | 43.00 |

Please remit all payments to:
  PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:     1

| | |
|---|---|
| Net Invoice: | 43.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **43.00** |

EE4137

# Eurton Electric Company, Inc.

WCMS, Inc.
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number: 0069664-IN
Invoice Date: 3/3/2003

**Sold To:**

0122094
ROBERT BOSCH TOOL REPAIR
5541 CANAL RD.
Cleveland, OH  44125

Confirm To:

**Ship To:**

ROBERT BOSCH TOOL REPAIR
5541 CANAL RD.
Cleveland, OH  44125

| Customer P.O. | Ship VIA | Terms | Order Number | Order Date | Completion Date | RMA No |
|---|---|---|---|---|---|---|
| JOE | UPS | Credit Card | 0067149 | 2/14/2003 | | |

| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | 825M | COMM RESURF STONE | 6.50 | 26.00 |

Please remit all payments to:
PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:    1

Net Invoice: 26.00
Freight: 6.18
Sales Tax: 0.00
Invoice Total: 32.18

EE4146

# Eurton Electric Company, Inc.
WCMS, Inc.
9920 Painter Avenue  Whittier, CA  90605
Phone: (800) 423-4789   FAX: (562) 946-0014   email:info@eurtonelectric.com

## Invoice

Invoice Number: 0069895-IN
Invoice Date: 3/7/2003

**Sold To:**

0122094
ROBERT BOSCH TOOL REPAIR
3320 W. VALLEY HWY N.
AUBURN, WA  98002

**Ship To:**

ROBERT BOSCH TOOL REPAIR
3320 W. VALLEY HWY N.
253-887-1900
AUBURN, WA  98002

Confirm To:

| Customer P.O. | Ship VIA UPS | Terms Credit Card | Order Number 0067808 | Order Date 3/6/2003 | Completion Date | RMA No |
|---|---|---|---|---|---|---|
| Ordered | Shipped | Back Ord. | Item Number | Item Description | Price | Amount |
| 1 | 1 | 0 | TAGS | 500 3-PART REPAIR TAGS | 33.00 | 33.00 |
| 24 | 24 | 0 | CODE-14BRS | BRUSH SEATING STONE 12/BX | 1.53 | 36.72 |
| 6 | 6 | 0 | CODE-13BRS | BRUSH SEATING STONE 6/BOX | 1.44 | 8.64 |
| 1 | 1 | 0 | 825P | COMM RESURF STONE | 7.50 | 7.50 |

Please remit all payments to:
PO Box 2113, Santa Fe Springs, CA  90670

For company WARRANTY and CUSTOMER SURVEY information please visit our website at this link
http://eurtonelectric.com/support

Page:  1

Net Invoice:  85.86
Freight:  7.31
Sales Tax:  0.00
Invoice Total:  93.17

EE4148

Eurton Electric Company, Inc.

Lookup AR Invoice History Header

| Inv No | Inv Date | Customer | Name | Inv Total | Customer PO | Sales Order No | UserKey |
|---|---|---|---|---|---|---|---|
| 0111481 | 2/22/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 380.00 | R011824-139 | 0111704 | JG |
| 0111553 | 2/24/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 825.00 | 11949-2 | 0111963 | JG |
| 0111849 | 3/3/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 635.00 | 12003-14232 | 0112250 | JG |
| 0111951 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 49.54 | TT11706-138 | 0112383 | JG |
| 0111952 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 195.00 | 11914-14150 | 0111959 | JG |
| 0111953 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 225.00 | R01R011858- | 0111543 | JG |
| 0111954 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 195.00 | 11914-14151 | 0111957 | JG |
| 0111955 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 195.00 | 11914-14152 | 0111958 | JG |
| 0111956 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 275.00 | 11829-14001 | 0111811 | JG |
| 0111957 | 3/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 195.00 | 11914-14114 | 0111956 | JG |
| 0112005 | 3/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 258.40 | 12009-1 | 0112251 | JG |
| 0112006 | 3/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 225.00 | 11940-14158 | 0112252 | JG |
| 0112100 | 3/10/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 350.00 | 11971 | 0112232 | JG |
| 0112145 | 3/13/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1350.00 | 14010/14089 | 0112236 | JG |
| 0112196 | 3/14/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1785.00 | R011927 | 0111810 | JG |
| 0112197 | 3/14/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 375.00 | 12043-14294 | 0112474 | JG |
| 0112240 | 3/15/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 11706-1 | 0112570 | JG |
| 0112241 | 3/15/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 650.00 | 12063-14326 | 0112630 | JG |
| 0112291 | 3/16/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 275.00 | R011968-141 | 0112405 | JG |
| 0112295 | 3/16/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 275.00 | R011969 | 0112407 | JG |
| 0112487 | 3/22/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1189.06 | R012069-1 | 0112812 | JG |
| 0112597 | 3/24/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 450.00 | 11677-13773 | 0112476 | JG |
| 0112794 | 3/30/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 575.00 | 14244/14203 | 0112759 | JG |
| 0112853 | 3/31/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 575.00 | 11961-14179 | 0112632 | JG |
| 0112854 | 3/31/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | R011914-141 | 0113053 | JG |
| 0112855 | 3/31/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | R011914-141 | 0113052 | JG |
| 0112921 | 4/3/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 255.00 | R011953-141 | 0112404 | DEF |
| 0113072 | 4/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 400.00 | R011701-138 | 0113171 | DEF |
| 0113073 | 4/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 11677-13773 | 0113445 | DEF |
| 0113074 | 4/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 250.00 | R011991-142 | 0113174 | DEF |
| 0113075 | 4/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 275.00 | 12040-14291 | 0112985 | DEF |
| 0113076 | 4/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 450.00 | 11886-14075 | 0112473 | DEF |
| 0113391 | 4/18/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1025.00 | R011991-1 | 0113183 | JG |
| 0113416 | 4/19/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 12101 | 0113118 | JG |
| 0113463 | 4/20/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 325.00 | 12127 | 0113410 | JG |
| 0113703 | 4/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 255.00 | R012018-2 | 0113891 | JG |
| 0113704 | 4/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 255.00 | R012018-142 | 0113892 | JG |
| 0113713 | 4/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 350.00 | R012083 | 0113172 | JG |
| 0113843 | 5/2/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 11914-14151 | 0113556 | JG |
| 0114174 | 5/11/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 250.00 | 11799 | 0114131 | JG |
| 0114235 | 5/12/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | RO12083-143 | 0114459 | JG |
| 0114434 | 5/18/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1785.00 | R012197 | 0113961 | JG |
| 0114667 | 5/25/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 11955 | 0112234 | JG |
| 0114668 | 5/25/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 11959 | 0111964 | JG |
| 0114948 | 6/5/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 425.00 | 12291 | 0114997 | JG |
| 0114983 | 6/6/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | 12341 | 0114815 | JG |
| 0114984 | 6/6/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | R012245 | A114212 | JG |
| 0115322 | 6/20/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 175.00 | 12336-14772 | 0115129 | JG |
| 0115607 | 6/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 375.00 | 12332-14765 | 0115397 | JG |
| 0115608 | 6/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 450.00 | 11975-14196 | 0114097 | JG |
| 0115824 | 7/3/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 300.00 | 12406-1 | 0115764 | JG |
| 0115972 | 7/7/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1500.00 | 12443-14923 | 0115816 | DEF |
| 0116156 | 7/14/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1061.84 | R012440-149 | 0115957 | JG |
| 0116157 | 7/14/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 250.00 | 12440-14920 | 0115958 | JG |
| 0116469 | 7/24/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 700.00 | 12543 | 0116473 | JG |
| 0116585 | 7/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 400.00 | R012587 | 0116610 | JG |
| 0116869 | 8/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 595.00 | R012408-249 | 0116092 | JG |
| 0116920 | 8/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1140.00 | LA12663-1 & | 0117077 | JG |
| 0117068 | 8/11/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 950.00 | 12446-24927 | 0115995 | JG |
| 0117134 | 8/14/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | r012443-1 | 0116332 | JG |
| 0117212 | 8/16/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 360.00 | R012662-252 | 0117133 | JG |
| 0117279 | 8/17/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 108.16 | TT12719 | 0117414 | JG |
| 0117377 | 8/17/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | RO12446-149 | 0117457 | JG |
| 0117466 | 8/23/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 760.00 | LA12741 | 0117540 | JG |
| 0117512 | 8/24/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 375.00 | R012194 | 0117121 | JG |
| 0117650 | 8/29/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 697.37 | RO12723 | 0117701 | JG |
| 0117881 | 9/6/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1315.31 | LA12686-252 | 0117618 | JG |
| 0117965 | 9/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 36.84 | tt12686 | 0118096 | JG |
| 0117966 | 9/8/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1400.00 | RO12591-1 | 0116561 | JG |
| 0118092 | 9/12/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 235.00 | RO12336-247 | 0117785 | IBA |
| 0118131 | 9/13/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 375.00 | RO12575-251 | 0117959 | JG |
| 0118132 | 9/13/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 375.00 | RO12575-251 | 0117958 | JG |
| 0118423 | 9/21/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 400.00 | RO12390 | 0117960 | JG |
| 0118470 | 9/22/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 675.00 | LA12647 | 0117299 | JG |
| 0118590 | 9/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | RO12408-1 | 0117541 | JG |
| 0118591 | 9/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | .00 | RO12647-1 | 0118589 | JG |
| 0118644 | 9/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 950.00 | R012446-249 | 0116210 | JG |
| 0118934 | 10/5/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1125.00 | LA12888 | 0118814 | JG |
| 0119166 | 10/13/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 575.00 | RO12776-254 | 0118964 | JG |
| 0119199 | 10/16/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1755.00 | LA12786 | 0118448 | JG |
| 0119459 | 10/23/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 1250.00 | LA444 | 0118816 | JG |
| 0119630 | 10/27/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 296.08 | LA12892 | 0119507 | JG |
| 0119739 | 11/1/2006 | 0001744 | A-1 SERVOMOTOR REPAI | 966.69 | LA12997 | 0119670 | JG |

Eurton Electric Company, Inc.

Lookup AR Invoice History Header

| Inv No | Inv Date | Customer | Name | Inv Total | Customer PO | Sales Order No | UserKey |
|---|---|---|---|---|---|---|---|
| 0003793 | 9/24/2010 | INT999 | KALAMAZOO ELECTRIC M | 27.21 | 3793 INTERN | 0003793 | Ashley Tallis |
| 0012434 | 5/19/1999 | 0084000 | KALAMAZOO ELECTRIC M | 203.97 | R0517 | 0012460 | JG |
| 0022391 | 12/15/1999 | 0084000 | KALAMAZOO ELECTRIC M | 235.54 | R1213 | 0022604 | JG |
| 0027022 | 3/27/2000 | 0084000 | KALAMAZOO ELECTRIC M | 218.84 | R1322 | 0027062 | JG |
| 0027174 | 3/29/2000 | 0084000 | KALAMAZOO ELECTRIC M | 23.42 | R0327 | 0027259 | JG |
| 0030249 | 6/5/2000 | 0084000 | KALAMAZOO ELECTRIC M | 381.94 | R0602 | 0030290 | JG |
| 0043563 | 4/6/2001 | 0084000 | KALAMAZOO ELECTRIC M | 210.87 | R0404 | 0043127 | JG |
| 0046005 | 6/6/2001 | 0084000 | KALAMAZOO ELECTRIC M | 49.66 | R0604 | 0045505 | JG |
| 0047843 | 7/23/2001 | 0084000 | KALAMAZOO ELECTRIC M | 362.80 | R0719 | 0047210 | JG |
| 0049735 | 9/6/2001 | 0084000 | KALAMAZOO ELECTRIC M | 66.96 | J0816 | 0048709 | JG |
| 0050759 | 10/1/2001 | 0084000 | KALAMAZOO ELECTRIC M | .00 | J0918 | 0049814 | JG |
| 0057451 | 3/26/2002 | 0084000 | KALAMAZOO ELECTRIC M | 368.19 | R0325 | 0056161 | JG |
| 0061872 | 7/24/2002 | 0084000 | KALAMAZOO ELECTRIC M | 191.35 | R07019 | 0060161 | JG |
| 0065505 | 10/29/2002 | 0084000 | KALAMAZOO ELECTRIC M | 89.75 | R1028 | 0063694 | JG |
| 0075729 | 8/18/2003 | 0084000 | KALAMAZOO ELECTRIC M | 391.59 | R0815 | 0073266 | DEF |
| 0077332 | 9/29/2003 | 0084000 | KALAMAZOO ELECTRIC M | 108.09 | R0926 | 0074736 | JG |
| 0077751 | 10/9/2003 | 0084000 | KALAMAZOO ELECTRIC M | 83.32 | 930 | 0075086 | DEF |
| 0090515 | 9/21/2004 | 0084000 | KALAMAZOO ELECTRIC M | 83.73 | J0902 | 0086900 | JG |
| 0091548 | 10/18/2004 | 0084000 | KALAMAZOO ELECTRIC M | 107.85 | R1015 | 0087987 | JG |
| 0092877 | 11/22/2004 | 0084000 | KALAMAZOO ELECTRIC M | 63.21 | RICK | 0089174 | JG |
| 0095876 | 2/4/1999 | 0084000 | KALAMAZOO ELECTRIC M | 138.36 | | | |
| 0099560 | 3/15/2005 | 0084000 | KALAMAZOO ELECTRIC M | 22.07 | JO311 | 0100965 | JG |
| 0100042 | 3/28/2005 | 0084000 | KALAMAZOO ELECTRIC M | 83.35 | J0318 | 0101418 | JG |
| 0101164 | 4/27/2005 | 0084000 | KALAMAZOO ELECTRIC M | 159.84 | J0417 | 0102442 | JG |
| 0104754 | 8/8/2005 | 0084000 | KALAMAZOO ELECTRIC M | 83.35 | J0727 | 0105692 | JG |
| 0106540 | 9/28/2005 | 0084000 | KALAMAZOO ELECTRIC M | 83.35 | J0916 | 0107506 | JG |
| 0108708 | 11/30/2005 | 0084000 | KALAMAZOO ELECTRIC M | 8.88 | NELSON | 0109342 | JG |
| 0112162 | 3/13/2006 | 0084000 | KALAMAZOO ELECTRIC M | 143.64 | J0224 | 0112357 | JG |
| 0112881 | 3/31/2006 | 0084000 | KALAMAZOO ELECTRIC M | 49.50 | R29 | 0113237 | JG |
| 0113247 | 4/12/2006 | 0084000 | KALAMAZOO ELECTRIC M | 333.47 | JR0328 | 0113352 | JG |
| 0113489 | 4/20/2006 | 0084000 | KALAMAZOO ELECTRIC M | 38.06 | R0419 | 0113828 | JG |
| 0117853 | 9/5/2006 | 0084000 | KALAMAZOO ELECTRIC M | 93.96 | J0828 | 0117951 | JG |
| 0118040 | 9/11/2006 | 0084000 | KALAMAZOO ELECTRIC M | 83.56 | J0829 | 0117944 | JG |
| 0164827 | 12/7/2010 | 0084000 | KALAMAZOO ELECTRIC M | 37.85 | T1206 | 0164343 | Ashley Tallis |
| 0166652 | 3/3/2011 | 0084000 | KALAMAZOO ELECTRIC M | 66.95 | T0228 | 0166350 | Ashley Tallis |
| 0168245 | 5/6/2011 | 0084000 | KALAMAZOO ELECTRIC M | 38.54 | J0504 | 0167948 | Steve Jansen |
| 0187333 | 8/14/2013 | 0084000 | KALAMAZOO ELECTRIC M | 113.02 | T0813 | 0187324 | Ashley Tallis |
| 0195630 | 8/29/2014 | 0084000 | KALAMAZOO ELECTRIC M | 56.00 | J0828 | 0195771 | Ashley Tallis |
| 0227451 | 5/10/2017 | 0084000 | KALAMAZOO ELECTRIC M | 79.39 | P050917 | 0228777 | Ashley Tallis |
| 0227921 | 6/6/2017 | 0084000 | KALAMAZOO ELECTRIC M | 14.75 | PATRICK | 0229247 | Ashley Tallis |
| 49735C | 10/26/2001 | 0084000 | KALAMAZOO ELECTRIC M | -66.96 | | | DEF |

41 Records

Eurton Electric Company, Inc.

Lookup AR Invoice History Header

| Inv No | Inv Date | Customer | Name | Inv Total | Customer PO | Sales Order No | UserKey |
|---|---|---|---|---|---|---|---|
| 0074860 | 7/25/2003 | 1999 | IDEAL SAW | 37.64 | W0723A | 0072396 | CZ |
| 0094759 | 1/14/2005 | 1999 | IDEAL SAW | 64.01 | 105460W | 0090744 | CZ |
| 0076875 | 9/17/2003 | 0075642 | IDEAL SAW WORKS | 146.14 | 107173W | 0074345 | CZ |
| 0077558 | 10/3/2003 | 0075642 | IDEAL SAW WORKS | 53.41 | 103254W | 0074996 | CZ |
| 0079847 | 12/5/2003 | 0075642 | IDEAL SAW WORKS | 40.00 | 103543W | 0077102 | CZ |
| 0082712 | 2/24/2004 | 0075642 | IDEAL SAW WORKS | 187.39 | 103949W | 0079819 | CZ |
| 0086463 | 5/28/2004 | 0075642 | IDEAL SAW WORKS | 63.00 | 104420 | 0083283 | CZ |
| 0089571 | 8/24/2004 | 0075642 | IDEAL SAW WORKS | 68.43 | 104825W | 0086191 | CZ |
| 0091591 | 10/19/2004 | 0075642 | IDEAL SAW WORKS | 77.70 | 105016W | 0088027 | CZ |
| 0092977 | 11/24/2004 | 0075642 | IDEAL SAW WORKS | 268.07 | 10526SW | 0089326 | CZ |
| 0098645 | 2/16/2005 | 0075642 | IDEAL SAW WORKS | 153.22 | 105600W | 0100141 | CZ |
| 0100163 | 3/31/2005 | 0075642 | IDEAL SAW WORKS | 91.29 | | 0101563 | CZ |
| 0101715 | 5/10/2005 | 0075642 | IDEAL SAW WORKS | 39.49 | 106057 | 0102945 | CZ |
| 0103784 | 7/12/2005 | 0075642 | IDEAL SAW WORKS | 22.84 | 106310 | 0104672 | CZ |
| 0105657 | 9/2/2005 | 0075642 | IDEAL SAW WORKS | 73.53 | 10657AW | 0106703 | CZ |
| 0108963 | 12/7/2005 | 0075642 | IDEAL SAW WORKS | 88.49 | 107024W | 0109758 | CZ |
| 0113185 | 4/10/2006 | 0075642 | IDEAL SAW WORKS | 95.22 | | 0113538 | CZ |
| 0113456 | 4/20/2006 | 0075642 | IDEAL SAW WORKS | 91.41 | 107296W | 0111356 | CZ |
| 0114535 | 5/19/2006 | 0075642 | IDEAL SAW WORKS | 173.93 | 107851 | 0114814 | CZ |
| 0119286 | 10/18/2006 | 0075642 | IDEAL SAW WORKS | 76.03 | 108649 | 0119293 | CZ |
| 0119734 | 11/1/2006 | 0075642 | IDEAL SAW WORKS | 73.88 | 108723 | 0119763 | CZ |
| 0123154 | 2/12/2007 | 0075642 | IDEAL SAW WORKS | 299.27 | 688566 | 0123023 | CZ |
| 0124710 | 3/28/2007 | 0075642 | IDEAL SAW WORKS | 24.58 | | 0124501 | CZ |
| 0124903 | 4/3/2007 | 0075642 | IDEAL SAW WORKS | 47.42 | 109365 | 0124656 | CZ |
| 0126136 | 5/11/2007 | 0075642 | IDEAL SAW WORKS | 14.20 | SHERRY | 0125880 | CZ |
| 0127037 | 6/8/2007 | 0075642 | IDEAL SAW WORKS | 19.34 | 109658 | 0126691 | CZ |
| 0128648 | 7/27/2007 | 0075642 | IDEAL SAW WORKS | 107.89 | 0000109851 | 0128220 | CZ |
| 0128843 | 8/2/2007 | 0075642 | IDEAL SAW WORKS | 150.67 | 0000109875 | 0128390 | CZ |
| 0135102 | 2/20/2008 | 0075642 | IDEAL SAW WORKS | 151.23 | 110693 | 0134368 | CZ |
| 0135440 | 2/29/2008 | 0075642 | IDEAL SAW WORKS | 21.09 | VERBAL | 0134714 | GY |
| 0140585 | 8/19/2008 | 0075642 | IDEAL SAW WORKS | 35.93 | P.O.111361 | 0139804 | CZ |
| 0151529 | 8/13/2009 | 0075642 | IDEAL SAW WORKS | 49.06 | 0000112471 | 0150870 | Charley Zacharia |
| 0163173 | 9/27/2010 | 0075642 | IDEAL SAW WORKS | 50.99 | 0000113324 | 0162685 | Charley Zacharia |
| 0164671 | 11/30/2010 | 0075642 | IDEAL SAW WORKS | 83.60 | 0000113324 | 0162685 | Charley Zacharia |
| 0166545 | 2/28/2011 | 0075642 | IDEAL SAW WORKS | 75.23 | 0000113623 | 0166239 | Charley Zacharia |
| 0170029 | 7/22/2011 | 0075642 | IDEAL SAW WORKS | 57.52 | 0000113886 | 0169842 | Charley Zacharia |
| 0173791 | 1/10/2012 | 0075642 | IDEAL SAW WORKS | 137.88 | 0000114207 | 0173522 | Charley Zacharia |
| 0175281 | 3/13/2012 | 0075642 | IDEAL SAW WORKS | 66.87 | 0000114326 | 0175096 | Charley Zacharia |
| 0178966 | 8/17/2012 | 0075642 | IDEAL SAW WORKS | 77.23 | 0000114636 | 0178930 | Charley Zacharia |
| 0179030 | 8/21/2012 | 0075642 | IDEAL SAW WORKS | 63.05 | 114641 | 0179005 | Charley Zacharia |
| 0191955 | 3/13/2014 | 0075642 | IDEAL SAW WORKS | 90.61 | 0000115631 | 0192000 | Charley Zacharia |
| 0220778 | 4/20/2016 | 0075642 | IDEAL SAW WORKS | 107.93 | 0000116956 | 0221449 | Charley Zacharia |
| C76875 | 10/16/2003 | 0075642 | IDEAL SAW WORKS | -112.50 | | | JG |

43 Records