# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

## DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF MOTION TO DECERTIFY CLASS

I, Stephen A. Watkins, have personal knowledge of the following facts and if called as a witness would testify that:

1. I am an associate at Carlson & Messer LLP, counsel for Defendant Eurton Electric Company, Inc. ("Eurton")

2. Plaintiff subpoenaed third party Westfax in this action. A true and correct copy of Westfax's response to Plaintiff's subpoena is attached hereto as Exhibit 14.

3. Attached hereto as Exhibit 15 is a print-out of a spreadsheet summarizing documents Eurton produced in discovery.

4. Column 1, "Estab. Bus Relations" of Exhibit 2, is imported from document EE2362.

5. Column 1 reflects Eurton's review of its documents that there is a sales order, invoice and/or statements, reflecting a business relationship with the company.

6. Column 2, "Contact/Contacts" is the name of the person who is reflected in Eurton's record as a company contact.

{00139978;1}

7. Column 3 sets forth the name of the company.

8. The information in Columns 1-3 was imported from document EE2362.

9. Column 4 are the fax numbers produced as EE001-33 that are associated with the companies set forth in Column 3.  This was cross-referenced with document EE2362.

10. EE001-33 was used to create the initial class list ("Initial List").

11. Column 5 is a list of credit applications found in EE1411-1501 that correspond to the companies in Column 3.

12. Column 6 reflects the Data Quote Sheets found in EE2365-3060 that correspond to the companies in Column 3.

13. Column 7 reflects the Customer Update Forms found in EE2023-2361 ("List recipient") that correspond to the companies in Column 3.

14. Column 8 reflects the Customer Update Forms found in EE03061-3946 "Customer Masters…" that correspond to the companies in Column 3.

15. Column 9 indicates whether a company listed in Column 3 has a minimum of either a credit application, Data Quote Sheet, or Customer Update Form.

16. Column 9 totaled 340 instances of consent for the Initial List.  Given 1428 numbers in the Initial list, that is 24%.

17. If one eliminates the 252 numbers Eurton asserts are "bad" numbers, the evidence of consent rises to 29% (340/1176).

18. Columns 10-11, "Verified Info. / Perm. To Fax Doc." is based on Eurton's review of documents set forth in EE39-1285, as set forth in document EE2362.  According to Eurton, these persons orally confirmed prior permission to fax and then Eurton sent these persons a confirming fax.

19. Column 12 reflects the companies set forth in Column 3 that orally confirmed consent and were sent a confirming fax, excluding the companies in Column 9.  That is a total of 747 instances of consent that do not overlap with Column 9.

20. The total of Column 3 and Column 9 is 1,047.

21. If compared to the 1,428 numbers in the Initial List, that is 76%. If one eliminates the 252 numbers Eurton asserts are "bad" numbers, the evidence of consent rises to 92% (1047/1176).

22. Neither my firm, nor prior counsel for Eurton were involved in directed or advising Eurton to seek the documents set forth in EE39-1285 relating to orally confirming prior permission to fax and sending a confirming fax.

23. Documents EE1286-4969 were produced as supplemental disclosures after my law firm substituted in as counsel. This is a voluminous production, but it can be produced in its entirety if the Court requests.

24. A true and correct copy of selections from the September 12, 2017 deposition of Eurton's 30(b)(6) representative, John Buchanan, including an errata, are attached hereto as Exhibit 16.

25. Notice was sent to the second class list on or about June 12, 2020.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on September 30, 2020 at Los Angeles, CA

    /s/ Stephen A. Watkins
Stephen A. Watkins