**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

Defendant

---

**DECLARATION OF STEPHEN A. WATKINS IN OPPOSITION TO**
**MOTION TO STRIKE ERRATA AND TO DECLARE DISCOVERY CLOSED**

---

I, Stephen A. Watkins, have personal knowledge of the following facts and if called as a witness would testify that:

1.      I am an associate at Carlson & Messer LLP, counsel for Defendant Eurton Electric Company, Inc. ("Eurton")

2.      The Court ordered that class notice be provided to the following:

    i.      those listed on Eurton's 2017 fax logs;

    ii.     those listed on any existing iteration of Eurton's "fax list"; and

    iii.    those who do not meet either of the first two criteria, but who are noted as having a fax number in either Eurton's accounting database or on its potential customer/actual customer spreadsheet.

3.      The first round of notice was sent to the class on January 30, 2020.

4.      After my firm appeared in the case on January 27, 2020, it became apparent to me that Plaintiff's list for class notice did not include the fax numbers relating to section iii of the Court's class notice order.  I worked with Eurton and Plaintiff Tech Instrumentation, Inc. ("Plaintiff") to provide additional information in order to comply with the Court Order.

5. The persons to receive the additional class notice was not finalized until June 1, 2020.

6. Notice was sent to the additional class members on June 15, 2020.

7. After Plaintiff received Eurton's substantial supplemental disclosures, I met and conferred several times with Plaintiff counsel Patrick Peluso, including on July 30, 2020.

8. At that time, he reiterated he would oppose any decertification motion based on Eurton's supplemental disclosures.

9. I also told him I would be taking Plaintiff's deposition. He told me to send a Notice.

10. Attached hereto as Exhibit A is a true and correct copy of Eurton's notice of the 30(b)(6) deposition of Plaintiff, set for October 23, 2020.

11. Attached hereto as Exhibit B is a true and correct copy of excerpts of the September 12, 2017 deposition of John Buchanan, with accompanying errata.

12. Mr. Buchanan's confusion as to Eurton's evidence of consent only became apparent after I worked with him to develop evidence of consent for Eurton's decertification motion.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on October 2, 2020 at Los Angeles, CA

_  /s/ Stephen A. Watkins_
Stephen A. Watkins