# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant

---

**DEFENDANT'S RULE 30(b)(6) NOTICE OF DEPOSITION TO PLAINTIFF TECH INSTRUMENTATION, INC.**

---

TO: PLAINTIFF AND ITS ATTORNEY OF RECORD

  PLEASE TAKE NOTICE that in accordance with Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Eurton Electric Company, Inc. ("Eurton" or "Defendant") through its undersigned counsel, will take the deposition upon oral examination of the corporate designee(s) of Plaintiff Tech Instrumentation, Inc. ("Plaintiff") at Hansen Litigation Services, 1660 Lincoln Street, Suite #1400,Denver, CO 80264 on October 23, 2020 at 10:00 a.m. The deposition will be conducted before a notary public or other person duly authorized to administer oaths and take testimony, and may be recorded by stenographic means, for all purposes in this action, including trial.

  In the alternative, pursuant to COVID-19 concerns, the noticed deposition may be conducted by remote electronic means, using secure web-based videoconferencing technology, including or not limited to, Zoom.

  In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff is hereby notified of its obligation to designate one or more officers, directors, managing agents, employees, or other persons who consent to testify on Plaintiff's behalf with respect

{00140147;1}

to the matters set forth on the attached Schedule A. The person(s) so designated shall be required to testify as to each of those matters known or reasonably available to Plaintiff.

## SCHEDULE A

**I.   DEPOSITION TOPICS**

1. The nature and capacity of the telephone facsimile equipment that received Defendant's faxes.

2. The factual basis for the allegations in Plaintiff's Complaint.

3. Plaintiff's claimed damages or harm from Defendant's faxes.

4. Plaintiff's receipt and review of Defendant's faxes, including the opt-out notice.

5. Actions Plaintiff took in response to receipt of Defendant's faxes, including response to the opt-out notice.

6. Plaintiff's receipt of faxes containing advertising the commercial availability or quality of any property, goods, or services from entities other than Defendant from January 1, 2015 to the present.

7. Plaintiff's providing of its fax number in any directory, advertisement, or site on the Internet from January 1, 2015 to the present.

8. Plaintiff's business relationship with Defendant.

9. Prior permission or invitation by Plaintiff to Defendant's faxes.

October 1, 2020    /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200

# **PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )   ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5901 West Century Blvd., Suite 1200, Los Angeles, California 90045.

On **October 1, 2020**, I served the foregoing document(s) described as: **DEFENDANT'S RULE 30(b)(6) NOTICE OF DEPOSITION TO PLAINTIFF TECH INSTRUMENTATION, INC.** on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[ ]   **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X]   **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND:** I personally served document to address stated on POS Service List.

[ ]   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 1st day of **October, 2020** at Los Angeles, California.

_____
Susie Valiente

{00140226;1}

## SERVICE LIST
*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981-MSK-KMT
File No. 11042.20

| | |
|---|---|
| Patrick H. Peluso<br>Taylor True Smith<br>Steven Lezell Woodrow<br>**WOODROW & PELUSO LLC**<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Tel: (720) 213-0676<br>Fax: (303) 927-0898<br>Email: ppeluso@woodrowpeluso.com<br>　　　　tsmith@woodrowpeluso.com<br>　　　　swoodrow@woodrowpeluso.com | **Attorneys for Plaintiff:**<br>*TECH INSTRUMENTATION, INC.* |

{00140226;1}