IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **1:16-cv- 02981**

**TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.

**EURTON ELECTRIC COMPANY, INC., a California corporation**

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DECERTIFY**

In accordance with Local Rule 7-1, the undersigned hereby certifies that Plaintiff's counsel has conferred with counsel for Defendant. Defendant's counsel advised that Defendant does not object to the requested extension of time.

Plaintiff hereby respectfully moves the Court for a nine (9) day extension of time, until October 30, 2020, to file its Response in Opposition to Defendant's Motion to Decertify. In support of this motion, Plaintiff states as follows:

1.    On May 29, 2018, the Court certified a Class in this case. (Dkt. 47.)

2.    On September 30, 2020, Defendant filed a motion to decertify the class. (Dkt. 90.)

3. Plaintiff's response to the motion to decertify is currently due on October 21, 2020.

4. In order to adequately respond to Defendant's arguments, Plaintiff's counsel respectfully requests that the Court grant a modest nine (9) day extension of the deadline to respond, to October 30, 2020.

5. The extension is not sought for an improper purpose. Rather, Defendant's motion contains over 300 pages of exhibits which Plaintiff's counsel requires more time to review.

6. Plaintiff has not previously sought an extension of time regarding the motion to decertify.

7. Further, no party will be prejudiced by the extension.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant his motion to extend the deadline to respond to Defendant's motion to decertify to October 30, 2020.

Respectfully submitted,

Date: October 20, 2020   TECH INSTRUMENTATION, INC.

/s/ Patrick H. Peluso
Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico, Ave. Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

I, Patrick H. Peluso, an attorney, hereby certify that on October 20, 2020, I served the above and foregoing papers by causing a true and accurate copy of such papers to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

    /s/ Patrick H. Peluso

2