**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.:  1:16-cv- 02981**


**TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,**

     **Plaintiff,**

**v.**

**EURTON ELECTRIC COMPANY, INC., a California corporation**

     **Defendant.**

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DECERTIFY**

---

The Court, having considered Plaintiff's Motion for an extension to time to file response in opposition to motion to decertify, and being duly advised in the premises, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff's response shall by filed by October 30, 2020.

    IT IS SO ORDERED


                          _____
                          Hon. Marcia S. Krieger