# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DECERTIFY

In accordance with Local Rule 7-1, the undersigned hereby certifies that Defendant's counsel has conferred with counsel for Plaintiff. Plaintiff's counsel advised that Plaintiff does not object to the requested extension of time. Defendant hereby respectfully moves the Court for a seven (7) day extension of time, until November 20, 2020, to file its Reply in support of Defendant's Motion to Decertify. In support of this motion, Defendant states as follows:

1. On May 29, 2018, the Court certified a Class in this case. (Dkt. 47.)

2. On September 30, 2020, Defendant filed a motion to decertify the class. (Dkt. 90.)

3. On October 30, 2020, Plaintiff filed a response to the motion to decertify (Dkt 95.)

4. In order to adequately respond to Plaintiff's reply, Defendant's counsel respectfully requests that the Court grant a modest seven (7) day extension of the deadline to respond, to November 20, 2020.

5. The extension is not sought for an improper purpose. The office for Defendant's counsel employs fewer than eight attorneys, one of whom went on paternity leave. This required

{00142114;1} 1

last minute attention to his case load that was not expected, and diverted time away from this case. Moreover, the supervising partner on this matter for Defendant's counsel was out of town on business from October 30 through November 3rd.

      6.    Defendant has not previously sought an extension of time regarding the motion to decertify.

      7.    Further, no party will be prejudiced by the extension.

WHEREFORE, Defendant respectfully requests that this Court grant its motion to extend the deadline to file its Reply in Support of Defendant's motion to decertify to November 20, 2020.

Respectfully submitted,

November 10, 2020

/s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 10th day of November 2020, a true and correct copy of the above and foregoing has been served by electronic notification by filing with the Clerk of Court using the CM/ECF system, which sent notification via e-mail to the following:

ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
woodrow@woodrowpeluso.com

    /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200

{00142114;1}