# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DECERTIFY

The Court, having considered Defendant's Motion for an extension to time to file its Reply in Support of Motion to Decertify, and being duly advised in the premises, hereby ORDERS as follows:

1. Defendant's Motion is GRANTED;
2. Defendant's Response shall be filed by November 20, 2020.

IT IS SO ORDERED

                                                    _____

                                                    Hon. Marcia S. Krieger