**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant

---

**DEFENDANT'S MOTION REQUESTING JUDICIAL NOTICE IN SUPPORT OF
REPLY IN SUPPORT OF MOTION TO DECERTIFY CLASS**

---

TO THE HONORABLE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant respectfully requests that the Court consider and take judicial notice of the documents attached as exhibits hereto and referenced in Defendant's Reply in Support of Motion to Decertify (Dkt 98). Those exhibits are as follows:

1. Defendants A-S Medication Solutions, LLC and Walter Hoff's Local Rule 56.1(b)(3)(C) Statement of Additional Material Facts in Opposition to Plaintiff's Motion for Summary Judgment, *Physicians Healthsource, Inc. v. A-S Medication Solutions, LLC*, 1:12-cv-05105 (N.D. Ill. Jan. 29, 2018).

2. Exhibit G to Defendants' Statement of Additional Material Facts, *Physicians Healthsource.*

3. Exhibit H to Defendants' Statement of Additional Material Facts, *Physicians Healthsource.*

4. Exhibit I to Defendants' Statement of Additional Material Facts, *Physicians Healthsource.*

5. Exhibit J to Defendants' Statement of Additional Material Facts, *Physicians Healthsource.*

6. Exhibit K to Defendants' Statement of Additional Material Facts, *Physicians Healthsource.*

## I. THE COURT CAN TAKE JUDICIAL NOTICE OF FILINGS IN ANOTHER DISTRICT COURT

The Federal Rules of Evidence authorize the Court to take judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may take judicial notice of public records, including district court filings. *Guttman v. Kalka*, 669 F.3d 1101, 1127 n.5 (10th Cir. 2012). As Exhibits 1-5 are exhibits from filings in the action *Physicians Healthsource, Inc. v. A-S Medication Solutions, LLC* from the United States District Court for the Northern District of Illinois, this Court may take judicial notice of these exhibits. Plaintiff's Opposition to Motion to Decertify puts the *A-S Medication* case at issue. (Dkt. 95 at 7-10.)

## II. CONCLUSION

Defendant respectfully requests that the Court consider and take judicial notice of the documents attached hereto when considering Defendant's Reply in Support of Motion to Decertify.

November 24, 2020

/s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 24th day of November 2020, a true and correct copy of the above and foregoing has been served by electronic notification by filing with the Clerk of Court using the CM/ECF system, which sent notification via e-mail to the following:

ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
woodrow@woodrowpeluso.com

    /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200