IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

    Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

    Defendant

**ORDER GRANTING DEFENDANT'S MOTION
REQUESTING JUDICIAL NOTICE IN SUPPORT OF
REPLY IN SUPPORT OF MOTION TO DECERTIFY CLASS**

    This matter comes before the Court on Defendant's motion requesting judicial notice of exhibits in support of its Reply in Support of Motion to Decertify. Being fully informed, and good cause appearing, the Court GRANTS the motion and takes judicial notice of and will consider the documents submitted as exhibits 1-6 to Defendant's motion requesting judicial notice when considering Defendant's Reply in Support of Motion to Decertify Class.

    IT IS SO ORDERED.

Dated:_____    _____
                                              HONORABLE MARCIA S. KRIEGER
                                              UNITED STATES DISTRICT COURT JUDGE