# Exhibit 3

# Exhibit H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>A-S MEDICATION SOLUTIONS, LLC, JAMES BARTA, WALTER HOFF and JOHN DOES 1-10,<br><br>Defendants. | Case No. 12-cv-05105<br><br>Hon. Joan B. Gottschall<br>Magistrate Judge Sheila M. Finnegan |

### AFFIDAVIT OF CATHY BOLT JONES

I, Cathy Bolt Jones, being duly sworn and upon oath, could competently testify to the following facts from my personal knowledge and to the best of my recollection:

1. Since 1999, I have been the Administrator of Family Wellness Center PC ("FWC"), which is located at 1000 SE Tech Center Dr., Ste 120 Vancouver, Washington, 98683.

2. I am familiar with a company called Allscripts. FWC became a PM customer of Allscripts' in 2006 and electronic health record (EHR) customer in 2007. I was and am the primary contact for communications with Allscripts. Allscripts informed us that it would be faxing FWC information about its products.

3. I consented to receive Allscripts' product information via fax at the beginning of our business relationship. FWC purchased prepackaged medication, software, electronic health records and other products or services from Allscripts.

4. I learned that the business portion of Allscripts that was responsible for pre-packaged medication dispensing and the related software was sold in 2009. In September, 2009, FWC entered into a medication and dispensing contract with A-S Medications, a copy of which is attached as Exhibit A, which included reference to FWC's fax number, 360 260 2217.

5. I considered the consent previously provided to Allscripts extended to A-S Medications. I again consented to receive information about A-S Medications

products and services via fax at or about the time that the contract attached as Exhibit A was entered into.

6. I wanted to receive information about products and services offered by A-S Medications, including its Pedigree software. We used the Pedigree software as part of our practice and wanted to use the most up-to-date and functional version licensed by A-S Medications.

7. At no time have I ever asked Allscripts or A-S Medication to stop sending faxes. To the best of my knowledge, no one else has ever asked Allscripts or A-S Medication to stop sending faxes to FWC.

8. I was contacted by an attorney for A-S Medication and asked to provide information relevant to this lawsuit. The attorney for A-S Medication advised me that he represented A-S Medication, and that I did not have to provide him with any information.

9. The attorney for A-S Medication told me that the lawsuit was filed on behalf of a plaintiff and a putative class of others, alleging that A-S Medication sent unsolicited fax advertisements. He told me that FWC could be a member of the putative class in the lawsuit and that A-S Medication's interests could be adverse to FWC's interests.

10. This affidavit was prepared by an attorney for A-S Medication based on my conversation with him. I have reviewed this affidavit for completeness and accuracy.

FURTHER AFFIANT SAYETH NOT

Under penalties provided by all applicable laws, the undersigned hereby states that the statements in this affidavit are true and correct to the best of her belief.

5-4-16
Date

Cathy Bolt Jones