# Exhibit 4

# Exhibit I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

PHYSICIANS HEALTHSOURCE, INC., an
Ohio corporation, individually and on behalf of
similarly situated persons,

        Plaintiff,

v.

A-S MEDICATION SOLUTIONS, LLC,
JAMES BARTA, WALTER HOFF and JOHN
DOES 1-10,

        Defendants.

Case No. 12-cv-05105

Hon. Joan B. Gottschall
Magistrate Judge Sheila M. Finnegan

## DECLARATION OF DEBRA LUCAS

1. I have been the purchasing manager at Dermatology Associates of Kentucky PSC ("DAK") for almost 16 years. My responsibilities as a purchasing manager involve ordering supplies and medication.

2. DAK is currently an A-S Medication Solutions, LLC ("A-S") customer and has been an A-S customer for approximately seven (7) years. I am the individual responsible for interacting with A-S for making medication purchases, and I am DAK's primary contact for communicating with A-S.

3. Prior to purchasing medication from A-S, DAK purchased medication from Allscripts, LLC ("Allscripts"). I was the individual responsible for interacting with Allscripts to make such purchases, and I was DAK's primary contact for communicating with Allscripts.

4. After A-S purchased Allscripts's pre-packaged medication fulfillment solutions business (the "Medication Business") in March 2009, DAK began purchasing medication from A-S. I was aware that Allscripts sold its Medication Business to A-S, and considered A-S to be a

1

*DLL*
*Pg 1082*

continuation of Allscripts's Medication Business because it was offered the same products, just through a different owner.

5.  While I do not specifically recall giving Allscripts or A-S permission to send DAK fax advertisements, given my custom, practice and experience in dealing with Allscripts and A-S, I can attest that I would have given Allscripts and A-S permission to send DAK faxes advertising their products and/or services.

6.  DAK does not, nor did it ever, have a problem with receiving fax advertisements from Allscripts or A-S.

7.  I have never asked Allscripts or A-S to stop sending fax advertisements to DAK. To my knowledge, no one at DAK has asked Allscripts or A-S to stop sending fax advertisements.

8.  I was contacted by an attorney for A-S in the above-captioned lawsuit. The attorney informed me that she did not represent me or DAK, and that DAK's interests might be adverse to the interests of A-S in the above-captioned matter. I was also informed that DAK may be a member of the putative class in the above-captioned matter. I voluntarily agreed to speak to the attorney and to provide this declaration based on my personal knowledge and experience.

9.  This declaration was prepared by an attorney for A-S based on my conversation with her. I have reviewed this declaration for completeness and accuracy.

FURTHER AFFIANT SAYETH NOT

Under the penalties provided by all applicable laws, the undersigned hereby states that the statements in this declaration are true and correct to the best of her belief.

_Debra L. Lucas_     May 5, 2016
Debra Lucas     Date