# EXHIBIT B

## Attn: Maintenance / Repair

6-2016

# POWER TOOL TRIGGERS



## Universal Trigger Switches
### Fits just about everything!

| Part No. | 1-10 | 11-99 | 100-499 |
|---|---|---|---|
| 8307K1 (with lock) | $10.75 | $8.06 | $6.45 |
| 8307K2 (no lock) | $10.75 | $8.06 | $6.45 |

**20 AMP. 125 VAC Switch 16 AMP Body**
body dimensions
.875" wide x 1.87 long x 1.07" height



*Freight $2.50 First Class Mail  Any Quantity!!*



| MOTOR BRUSHES | REWIND SERVICE | CORD SETS |
|---|---|---|
|  | ARMATURES<br>FIELD COILS<br>ROTORS<br>STATORS |  |

**PLEASE REMOVE:** We at Eurton Electric try our best to contact all customers on our list, but understand mistakes occur, or unauthorized permission may have been given. If you have no need for our repair or parts service, and wish to be removed from future contacts, please fax, e-mail, or phone (below) and let us know the number you wish removed.

## EURTON ELECTRIC
9920 Painter Ave. P.O. Box 2113
Whittier CA 90605

**800-423-4789   fax 562-946-0014**
www.eurtonelectric.com
info@eurtonelectric.com



EE 000034

*Attn:* Repairs & Maintenance  6-2016

# CORD PROTECTORS
## Strain Reliefs


4-RCP


4A-RCP


8-RCP


9-RCP


10-RCP


12-RCP

### RUBBER POWER CORD PROTECTORS (Strain Reliefs)

| Part # | Hole Size | Overall Length | Head Diameter | Taper | Price |
|---|---|---|---|---|---|
| 4-RCP | Fits 14/3 600V, & 12/3 300V Power Cords | | | | |
| Dimensions | .44" | 4.9" | 1" (.625" ext) | .9" to .75" | $3.91 |
| 4A-RCP | Fits 12/3 600V, & 10/3 300V Power Cords | | | | |
| Dimensions | .625" | 4.25" | 1" | .91" to .75" | $3.91 |
| 8-RCP | Fits 18/2, 300V Power Cords | | | | |
| Dimensions | .33" | 4" | .9" | .75" to .57" | $1.60 |
| 9-RCP | Fits 14/2 300V, 16/3 300V, & 16/2 600V Power Cords | | | | |
| Dimensions | .375" | 3.7" | .9" | .75" to .58" | $1.60 |
| 10-RCP | Fits 14/3, 300V Power Cords | | | | |
| Dimensions | .42" | 4" | .9" | .75" to .56" | $1.60 |
| 12-RCP | Fits 14/3 600V, & 12/3 300V Power Cords | | | | |
| Dimensions | .44" | 3.2" | .9" (.72" Step) | .62" to .56" | $1.60 |

**PLEASE REMOVE:** We at Eurton Electric try our best to contact all customers on our list, but understand mistakes occur, or unauthorized permission may have been given. If you have no need for our repair or parts service, and wish to be removed from future contacts, please fax, e-mail, or phone (below) and let us know the number you wish removed.

**EURTON ELECTRIC**    800-423-4789   fax 562-946-0014

9920 Painter Ave. P.O. Box 2113
Santa Fe Springs CA 90670

www.eurtonelectric.com
info@eurtonelectric.com

EE 000035

## Attn: Repairs & Maintenance
# POWER CORD SETS

7-1-14




| Part # | 2 Wire | Length | Volts | Price | 11-99 | 100-499 |
|---|---|---|---|---|---|---|
| C-1828 | 18/2 | 6 ft. | 300 | $2.20 | $1.98 | $1.76 |
| C-7308 | 18/2 | 8 ft. | 300 | $5.06 | $4.55 | $4.05 |
| C-2952 | 16/2 | 9 ft. | 600 | $5.50 | $4.95 | $4.40 |
| C-7330 | 16/2 | 10 ft. | 300 | $6.16 | $5.54 | $4.93 |
| C-7814 | 14/2 | 9 ft. | 300 | $7.97 | $7.17 | $6.38 |
| C-14212 | 14/2 | 12 ft. | 600 | $13.19 | $11.87 | $10.55 |
| C-14215 | 14/2 | 15 ft. | 600 | $14.38 | $12.94 | $11.50 |

| Part # | 3 Wire | Length | Volts | Price | 11-99 | 100-499 |
|---|---|---|---|---|---|---|
| C-7408 | 18/3 | 8 ft. | 300 | $6.88 | $6.19 | $5.50 |
| C-7419 | 16/3 | 9 ft. | 300 | $6.81 | $6.13 | $5.45 |
| C-7983 | 16/3 | 9 ft. | 600 | $9.95 | $8.96 | $7.96 |
| C-7629 | 14/3 | 9 ft. | 300 | $9.41 | $8.47 | $7.53 |
| C-7415 | 14/3 | 12 ft. | 600 | $16.85 | $15.17 | $13.48 |
| 6740ER | 14/3 | 15 ft. | 600 | $22.50 | $20.25 | $18.00 |
| C-12138 | 12/3 | 8 ft. | 300 | $13.95 | $12.56 | $11.16 |

## Cord Strain Reliefs



| PART # | HOLE SIZE | LENGTH | PRICE | 50-99 | 100-499 |
|---|---|---|---|---|---|
| RCP | .375" 3/8" | 4.75" | $2.75 | $2.48 | $2.34 |
| RCP | .438" 7/16" | 4.75" | $2.75 | $2.48 | $2.34 |
| RCP | .375" 3/8" | 4.75" | $3.67 | $3.30 | $3.12 |
| RCP | .438" 7/16" | 5.00" | $3.91 | $3.52 | $3.32 |
| A-RCP | .625" 5/8" | 4.30" | $3.91 | $3.52 | $3.32 |

**PLEASE REMOVE:** We at Eurton Electric try our best to contact all customers on our list, but understand mistakes occur, or unauthorized permission may have been given. If you have no need for our repair or parts service, and wish to be removed from future contacts, please fax, e-mail, or phone (below) and let us know the number you wish removed.

## EURTON ELECTRIC
920 Painter Ave. P.O. Box 2113
Santa Fe Springs CA 90670

800-423-4789   fax 562-946-0014
www.eurtonelectric.com
info@eurtonelectric.com

EE 000036