# Exhibit 1

2014753526
2014883861
2017912699
2018186611
2018649168
2018969190
2019458168
2024839512
2028827104
2032484896
2032628206
2032653987
2032691466
2033898249
2037432325
2037539042
2037779851
2044443931
2047836416
2052521586
2053239060
2053495747
2053845283
2054874958
2057592252
2059459258
2059563088
2059563922
2059795533
2062845243
2063222126
2064323977
2065751248
2066232173
2067288806
2067625546
2067631948
2067634232
2067649487
2067676772
2067678294
2067824181
2072535528
2075966923
2077950229
2078783251
2079476752

2083432673
2083757007
2084552831
2084596586
2084674757
2085290135
2085295456
2087651818
2088352332
2094674810
2095265473
2095502510
2102245250
2102268228
2102280377
2103660723
2104773090
2105211333
2105332281
2105583209
2106500039
2106556727
2106621604
2107326147
2107357421
2107361860
2109462473
2122686952
2124817423
2127502053
2128090141
2129258998
2129889192
2143243737
2147414777
2147475292
2147487340
2152894403
2152953082
2153579193
2153867550
2154409786
2154421328
2154826863
2156245038
2156271604
2156272034

2156594384
2156739360
2158268006
2163624020
2163986121
2165250051
2166428779
2168812566
2168838952
2173422898
2173523505
2176989179
2186240261
2187227842
2196631066
2196967793
2198746080
2199221849
2199471099
2252621578
2252734512
2253551855
2257524824
2257563180
2259247700
2259273335
2288751627
2292450579
2293821034
2293880386
2396436554
2404871941
2404921529
2483072571
2483983156
2485400958
2485413490
2485455557
2485829033
2485884616
2485975004
2486244770
2514716967
2516021100
2516618970
2516668403
2519374657

2519434979
2532722323
2534739667
2535817827
2538337521
2538547954
2538871148
2539229709
2539466143
2545262337
2547523799
2563505809
2568301182
2568836531
2604326051
2604710501
2604838082
2604844485
2604866958
2625474973
2625499410
2626396670
2693457929
2704427151
2706847709
2708987957
2708988498
2763866615
2765307315
2812562722
2812920911
2813321780
2813548895
2814690915
2814717690
2814797043
2815548893
3013330864
3013504026
3013736394
3013907929
3014243080
3015076205
3016684454
3017979029
3019485265
3019670218

3026558971
3029949176
3032528770
3032874227
3032926529
3032929743
3033335008
3033556572
3035300344
3035342410
3035958878
3036239483
3036558143
3036667458
3037441229
3037587563
3037591390
3042321599
3042520481
3043430715
3043454746
3045239004
3047526084
3052334935
3052477142
3052629828
3052648430
3053623125
3055597441
3055915653
3055967222
3056284143
3056351213
3056426503
3056661015
3056720301
3057583469
3057598669
3069346155
3073822985
3073826752
3075770569
3075775842
3078561434
3094548701
3097860126
3102580213

3103208844
3103223627
3103239251
3103262638
3103279174
3105494911
3108302447
3108333186
3109782795
3127330009
3133661728
3133661855
3133889677
3138670033
3139330440
3142315481
3142417723
3144236377
3144273502
3144328024
3146450878
3147760054
3148426811
3149977420
3149979183
3154559522
3154720855
3154725022
3157377347
3157684807
3162638100
3162837538
3166863151
3168321375
3172416867
3172418544
3172437297
3172443920
3172552917
3172710345
3173566382
3176385624
3177860044
3178722077
3178744266
3179254166
3182220724

3182270013
3183233410
3183292988
3183960083
3186872711
3188613821
3192472893
3193379619
3193634653
3193638389
3193937533
3193950003
3193957027
3197520537
3197520796
3197547977
3202350981
3202355351
3202539109
3202594727
3202865302
3212673799
3217844776
3232642309
3236554291
3237210596
3237215064
3237253930
3237336031
3239373912
3256535086
3303799900
3304781424
3304905794
3305335235
3306303320
3307455011
3307501009
3307586028
3307923687
3308324246
3342715226
3344930955
3346714544
3346923704
3348997378
3362302435

3362723567
3362749989
3362754565
3362921027
3362927162
3362974195
3363789819
3365471909
3365479339
3366290959
3366321008
3366683463
3366684878
3366769271
3367897149
3368548004
3368827912
3369223318
3372346478
3373650548
3374565259
3374772425
3378737062
3523751408
3525964403
3526226704
3526863868
3527955015
3604230476
3604259324
3604571269
3605986166
3606757292
3607348765
3607548331
3607572681
3612896339
3615736575
3618837365
3862380973
3863293555
3867528328
3867750379
4014343778
4014677799
4017321550
4018857879

EE 000008

4019414451
4023315666
4023318356
4023325958
4023790258
4023914176
4023937928
4024650296
4024740141
4024760049
4024949992
4025540743
4025585553
4025922003
4025923768
4027340227
4037200446
4039480395
4042894947
4043502359
4043552012
4046080362
4048734581
4048736911
4052324722
4052358667
4052365595
4056313153
4056321434
4056343637
4057372366
4057528360
4059471934
4059488226
4062458916
4062481121
4062483741
4062593956
4064532482
4065497067
4065869736
4066520717
4067210067
4067213412
4067216426
4067560420
4068626280

4072950258
4072974310
4074694391
4076288919
4076296761
4076581510
4078310653
4078435504
4078882257
4078983362
4079314340
4084357928
4089462426
4089840162
4098356009
4098356763
4099481329
4102132790
4103555302
4104671019
4107376764
4107709664
4107851103
4107961248
4107964492
4108962506
4109569039
4109921494
4109970463
4122699168
4122710279
4123216002
4123612855
4126217169
4126819185
4127610190
4128209134
4128318168
4135333560
4135680066
4137395476
4144628231
4144750353
4144752858
4145452185
4146454287
4147607707

EE 000010

4147719118
4147743653
4154565482
4154956161
4156438096
4156483838
4158923351
4159250857
4167497224
4177814849
4178651136
4178691734
4178696678
4188773958
4192439696
4192447581
4193558557
4193895156
4194723053
4194727654
4195223568
4196369222
4196982540
4197294337
4198689084
4198823426
4198933553
4198938313
4232456405
4232476394
4232652349
4232790846
4233326868
4234991107
4236290125
4236980835
4253795897
4254546735
4254548673
4257424848
4323370181
4323630132
4323812521
4325639397
4344476740
4345255226
4347925672

EE 000011

4347979805
4348478812
4357537429
4402058366
4402446810
4402566263
4403654956
4404734842
4408843430
4409534529
4409740500
4435432235
4783281374
4794420342
4796480046
4796490909
4797823087
4799270303
4799673944
4805072566
4806334719
4809459986
4809638789
4809641071
4809684276
5013750706
5013757156
5015626461
5017246659
5017605055
5022674312
5023803829
5024916543
5025894276
5026341931
5026350712
5026356470
5026360798
5028975793
5029663910
5029695619
5032230666
5032312521
5032329821
5032340748
5032558082
5032952966

5035888225
5035987320
5036201763
5036267231
5036466557
5036906688
5036909515
5036936080
5037785518
5042076046
5043494792
5043664533
5044362599
5044672677
5044867482
5047341321
5052927134
5053261620
5053265624
5053270659
5053420556
5058813546
5058848093
5072813879
5073881279
5082912544
5083396921
5085433914
5086771300
5088650542
5088701697
5092484850
5095343139
5095343752
5095354565
5095354799
5095357680
5095358544
5095474559
5095760372
5096850139
5104987901
5106527081
5106586594
5106615706
5107821422
5107833764

EE 000013

5122441846
5122597073
5123763330
5124442825
5124446766
5124470102
5124480267
5124597469
5132320088
5133670363
5135310135
5136746469
5137323466
5137720654
5137721066
5137728044
5138213353
5138519017
5143760657
5143849031
5152436640
5152442164
5152446366
5152539584
5152652441
5152743725
5152768700
5152769434
5152793305
5152877805
5152883733
5159658165
5162220987
5162943969
5165695305
5167393205
5167830037
5173714605
5177504737
5182972114
5184626413
5187534496
5187854643
5188691388
5194514815
5196526586
5207452500

EE 000014

5207959442
5208820692
5302464371
5302721523
5304777316
5306660658
5307811325
5308914025
5403426404
5403429808
5403446153
5403458227
5403899937
5406622970
5407269518
5408860155
5413024529
5413178384
5413441513
5413890778
5413894856
5414616729
5414618865
5414791907
5414850211
5414857867
5416890242
5417476738
5417478288
5417720471
5417722241
5418896257
5419235431
5419674342
5419883502
5592372441
5592378879
5592557492
5592682361
5592688315
5594859907
5596515068
5597327393
5597330433
5612729681
5615331514
5615406005

EE 000015

5615853715
5616849578
5616891644
5618450255
5618456749
5626088802
5626334290
5626939521
5627908230
5627990624
5629080090
5629460014
5632851660
5633558333
5703218207
5706446508
5708394073
5733228201
5733245260
5733397090
5736864874
5742629953
5742643465
5742932254
5745331511
5749355162
5807627610
5852350229
5852541839
5852545159
5853254465
5854270887
5855462979
5855864327
5862935210
5864692826
5867313509
5867580589
5867582079
5867711072
5867763529
5869776518
6012645146
6013535331
6013558770
6014833475
6015823374

EE 000016

6016836570
6022324100
6022547100
6022586815
6022757582
6023231942
6023232810
6024372200
6024378862
6024379143
6025890104
6029563787
6029579754
6032252010
6033323758
6033826482
6035282503
6036260118
6036660115
6037436366
6038892849
6043030134
6045300899
6048796974
6049408614
6052258169
6053320228
6053320988
6056279291
6065737466
6065740452
6077328061
6082552300
6082556977
6082715152
6082757170
6084411952
6087543257
6095848882
6096412222
6096451535
6096453890
6102581230
6102643094
6102665775
6102727305
6103532512

6104369072
6104588438
6105624642
6106306785
6106309805
6107892437
6108746372
6108893837
6109213830
6126271310
6126271313
6127223415
6128227716
6128711845
6142216246
6142285445
6142368122
6142376387
6144812112
6145018828
6148667747
6148953187
6152262488
6152424702
6152428336
6152543443
6152548229
6152560444
6152568020
6152593896
6153200498
6153201057
6153520418
6154590656
6154595995
6155635122
6158340921
6158834236
6158896773
6162414786
6162437751
6162470086
6162610432
6164512728
6164514407
6164582554
6167352252

6167918997
6169578927
6173870077
6173896823
6174793341
6176251650
6182424679
6182595134
6184516940
6186640772
6188338823
6192207178
6192345937
6192602606
6192629985
6192769199
6194747413
6204314841
6204422566
6239370408
6239391486
6262893100
6263317508
6302272039
6304437256
6305299087
6305307935
6306287978
6307664166
6308511774
6308519855
6308523678
6308899262
6312495886
6312712148
6312777513
6314678249
6315638928
6315678882
6315850334
6315877283
6316614085
6317375682
6362394178
6362786085
6362941567
6362960844

EE 000019

6363430609
6365301316
6365322378
6368874667
6369400691
6417527475
6503421026
6505834006
6505888842
6514821495
6516468610
6608264597
6612814008
6613241231
6613241605
6613270689
6613275069
6613935636
6618241006
6619400359
6619487310
7012245834
7012329446
7012581292
7012826083
7016630223
7018392253
7022229122
7023829866
7024335403
7026335960
7026421006
7027348330
7028896030
7028976500
7032571563
7033693786
7033851758
7034214900
7035251637
7036310175
7036836719
7036857241
7038020727
7043470596
7043740029
7044358816

EE 000020

7044428242
7044820904
7044833529
7045043782
7045252319
7045253947
7045357929
7047952152
7047955560
7049270176
7062260818
7062369028
7062530254
7067711982
7067906270
7072077230
7074310461
7075759448
7075859734
7078261851
7083858664
7084427871
7085479059
7085965802
7086811900
7087555283
7087880288
7087882277
7093685673
7123256147
7132280619
7132280931
7132479304
7134650525
7136433243
7136452111
7136784419
7136816246
7136828624
7136882583
7136884398
7136979224
7137228218
7137807654
7138646014
7138805702
7139208787

EE 000021

7139912139
7142889149
7143851688
7144321651
7144340727
7145219300
7145228133
7145276603
7145414491
7145490362
7146309339
7147392831
7147794909
7148472474
7148714591
7149611140
7152351015
7152473638
7153445453
7156758852
7157360678
7166838655
7166842294
7168230371
7168247731
7168553417
7168845953
7172438865
7172748934
7172991241
7172995609
7173360979
7174424859
7176202308
7176326582
7177551641
7178527278
7178989347
7182591083
7182778860
7183388914
7184354719
7185236041
7186721378
7187798810
7188215874
7188981756

7193903840
7195907917
7196301577
7196330072
7242284165
7242822227
7243461225
7244574904
7244890911
7245321757
7246588644
7247720740
7248327060
7249380692
7272990704
7274465625
7275353841
7279341690
7325259610
7326366624
7328408885
7328708794
7328881857
7342613058
7342840032
7343266669
7343269803
7344266384
7344297254
7347476098
7406538312
7409673583
7573637512
7573973405
7574592151
7574874381
7574908369
7574972095
7575434823
7575474772
7575490666
7576260606
7603247797
7604800411
7605109677
7607445067
7607447859

7607472626
7632958765
7633831437
7635452894
7635501776
7652822717
7702428450
7702429880
7702460539
7703212520
7704222593
7704237385
7704240806
7704349966
7704463330
7704487395
7704605162
7704995015
7706310664
7706648944
7707397033
7709416819
7709424257
7709651314
7709722741
7709735187
7709950927
7723400560
7725691771
7733247258
7737282499
7737282799
7738471828
7753298981
7753316109
7753533300
7753566635
7753594649
7804896525
7812291639
7813319505
7814409903
7817693356
7818267165
7818992482
7819329715
7819352342

EE 000024

7819356966
7858252585
7877827177
8002292855
8003288905
8005869502
8005869504
8006362755
8007642468
8013520352
8013553414
8013942941
8013951899
8014664871
8014845107
8014847541
8014854288
8014865848
8014878649
8015620737
8016270801
8016850743
8017731835
8019635796
8019722120
8024768403
8028720048
8032521119
8032526902
8033963953
8036489407
8036491036
8036990210
8037394365
8037963348
8042304212
8043215341
8043555716
8043583326
8044218556
8045411102
8046486701
8047455085
8048613565
8054345515
8054873666
8055322094

8055821580
8056445178
8059659623
8059662956
8059665544
8062742165
8063425399
8067445690
8067631685
8067638245
8082427790
8085911237
8085967044
8088416989
8088417492
8088426022
8088457555
8088471433
8102254602
8106536138
8106947100
8107443798
8122388980
8122846572
8123769729
8124213689
8124233323
8124772690
8124790100
8128860573
8132389527
8136399344
8138551649
8139351917
8139492153
8139630008
8142266067
8145328875
8148984001
8149461590
8153977357
8154593337
8156924148
8157226635
8158771954
8162216688
8162323843

EE 000026

8163584933
8163587119
8163589899
8164213770
8164520819
8164548083
8164780629
8165250288
8165258628
8165611778
8165873377
8167411019
8167562149
8168421601
8174888918
8178319848
8182233609
8183747011
8185007358
8185566242
8186786500
8187000054
8187652287
8187781990
8187843299
8187862709
8187865239
8188416501
8188461786
8189568370
8189802412
8283245588
8283695412
8308961280
8314235487
8314244232
8317572648
8318998866
8433980289
8435383181
8435468094
8435545974
8438841151
8452943864
8453409190
8453682424
8454730089

EE 000027

8455691558
8472539411
8472971544
8473361456
8473528231
8474370933
8474390699
8474550385
8475209540
8475406797
8477660432
8478437622
8478888940
8479480221
8479567209
8479567925
8504389544
8504690387
8505801225
8506646769
8507696720
8508926428
8568454387
8568539455
8582773072
8582790362
8585304820
8585604051
8585668920
8585690954
8592253484
8592319851
8592530121
8592547473
8595250993
8598874958
8602336295
8602410051
8602908384
8604297176
8604452313
8605283897
8605299869
8606212415
8636443325
8642426821
8642840800

EE 000028

8642957973
8645839931
8648775879
8648958050
8659385054
8659868309
8665660222
8706980009
8707730446
8708927076
8709726925
9015254087
9015661605
9017255545
9017747808
9019429487
9024651284
9038331020
9042824511
9042911788
9043551937
9043848120
9043872460
9043891329
9046939281
9047839957
9048296111
9049813122
9055428300
9056647407
9058508978
9072583054
9072621600
9073443414
9073570649
9075617187
9077892673
9082131267
9087079822
9087820378
9087828168
9093810773
9094219768
9095931033
9096269599
9096285290
9098545092

EE 000029

9098851933
9099468069
9099873838
9099876678
9104241355
9104525301
9107383115
9107908608
9107914480
9108671881
9122334355
9126818549
9129630044
9132332702
9133210706
9133380838
9134954378
9136318372
9136858555
9138310264
9142371171
9148342995
9155442658
9155981192
9157750222
9157751929
9157780671
9158608603
9163611829
9164859385
9164893918
9165655622
9166172659
9167373234
9168536847
9169250247
9182498676
9183422423
9184378420
9184389993
9185839169
9185843421
9186278808
9186634171
9186645017
9186651721
9188341065

EE 000030

9188348513
9195440474
9195800107
9195961671
9197825133
9198516928
9198560051
9198780915
9203361674
9204320726
9204352444
9206874062
9207343049
9208669259
9252941780
9254321990
9254434735
9256876261
9256890911
9257983850
9257988905
9259340457
9287535991
9287768159
9366336160
9372221901
9372339516
9374292243
9374362449
9407234190
9412550411
9413309220
9413557857
9417211932
9417539800
9419219248
9419532674
9494619113
9494980459
9495886023
9497561143
9498589141
9516544054
9516830822
9516976687
9518089171
9524350521

EE 000031

9528816656
9528843750
9528845030
9528900058
9528955636
9543216638
9543964221
9544676768
9545658229
9545833265
9546930034
9547332133
9547816315
9547923560
9549280958
9549721567
9549810745
9549895738
9564233914
9567236258
9702473637
9703525004
9703525536
9704840574
9704931239
9706632012
9722722634
9723047300
9723131341
9724588789
9726201926
9727453682
9728019920
9728871286
9729912902
9732380010
9733404041
9733500112
9733768788
9733769056
9734021447
9735370404
9735750196
9735846679
9735956149
9736274252
9737437904

EE 000032

9737723232
9782513700
9782839157
9783675700
9786633812
9792330737
9857250061
9858792144
9858938867
9896314688
9896848497
9897939511
9898351428

EE 000033