## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02981-MSK-KMT

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

      Plaintiff

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

      Defendant

## INDEX OF EXHIBITS IN SUPPORT OF
## MOTION TO DECERTIFY

**Exhibits to Declaration of John Buchanan**

| Ex. No. | Description |
| --- | --- |
| 1 | Initial Class List Fax Numbers (EE1-33) |
| 2 | Supplemental Class List (EE2363) |
| 3 | Tool List |
| 4 | Examples of Credit Applications from production EE1411-1501 (relating to Initial Class List) (EE1289, EE1412, EE1419, EE1421, EE1423, EE1425,EE1427, EE1428, EE1431, EE1434, EE1436, EE1439, EE1442, EE1445, EE1453, EE1455, EE1458, EE1460, EE1462, EE1466, EE1468, EE1471) |
| 5 | Examples of Credit Applications from production EE1502-2022 (relating to Supplemental List) (EE1502-1521, 1611-1631, 1698-1708) |
| 6 | Old Customer Update Forms (EE03061-3070) |
| 7 | Update Samples from production EE1411-1501 (relating to Initial List), and production EE 3061-3964 (relating to Supplemental List) (EE1287, EE1411, EE1416, EE1430, EE1433, EE1438, EE1441, EE1447, EE1451, EE1454, EE1457, EE1464, EE1470, EE1473, EE1476, EE1482, EE1487, EE1494, EE1496, EE1498, EE1500) |
| 8 | Examples for Data Quote Sheets from EE2365-3060 (EE2366-2375) |

{00161751;1}

| 9 | Examples of faxes after oral verification (post lawsuit) from production EE0039-1285  (EE000096, EE000103, EE000146, EE000148, EE00270, EE000295) |
|---|---|
| 10 | Spreadsheet of Eurton Review of first class list – EE2362 |
| 11 | Spreadsheet of Eurton Review of second class list -EE2364 |
| 12 | Postcard |
| 13 | Examples of evidence of business transactions from production (EE3947-  EE4969 (EE4134-4137,EE4146, EE4148, EE4652, EE4840-EE4811) |
| 14 | Examples of Prior Permission consent documents from EE1290-1410 |

**Exhibits to Declaration of Stephen A. Watkins**

| 15 | Westfax response to Subpoena |
|---|---|
| 16 | Summary of review of EE2362 and corresponding evidence of consent |
| 17 | Excerpts from the September 12, 2017 transcript of the deposition of Eurton's 30(b)(6) representative, John Buchanan |
| 18 | Eurton's supplemental disclosures dated February 27, 2020, June 10, 2020, July 8, 2020 and July 30, 2020 |
| 19 | Summary of review of EE2363 and corresponding evidence of consent |

November 1, 2021       /s/  David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com
(310) 242-2200