# EXHIBIT 4

ID: 22 KALAMAZOO ELECTRIC MOTOR INC.
FAX  310-946-0014

**EURTON'S**

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE

84000

FULL NAME OF COMPANY KALAMAZOO Electric Motor, Inc

ADDRESS 658 E Vine St

CITY, STATE, ZIP Kalamazoo MI 49001

PHONE 616 - 345 - 7802   FAX  616 - 345 - 7929

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT

COMPANY NAME WW Grainger
ADDRESS 2476 A20 Dr
CITY, STATE, ZIP Kalamazoo MI 49001
PHONE 616 - 381 - 8500
FAX
ACCOUNT # 407-80 - 770 -022-7

COMPANY NAME Milwaukee Electric Tool
ADDRESS 13135 tot Lisbon Rd
CITY, STATE, ZIP Brookfield, WI 53005
PHONE 414 - 781 - 3600
FAX 414 - 781 - 3611
ACCOUNT # 20 - 5060 ; 20 -5061

COMPANY NAME Skil
ADDRESS Dept 0291
CITY, STATE, ZIP Chicago IL 60623
PHONE 616 - 538 - 5060
FAX
ACCOUNT #

COMPANY NAME Black + Decker
ADDRESS 3840 28th St SW
CITY, STATE, ZIP Grand Rapids MI 49508
PHONE 616 - 949-8791
FAX
ACCOUNT #

TYPE OF BUSINESS (circle)
CORPORATION  PARTNERSHIP  PROPRIETORSHIP
NUMBER OF YEARS IN BUSINESS 45
NUMBER OF LOCATIONS 1
(If more than one, please list address of each)
PURCHASE ORDER REQUIRED?  YES  NO
PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Wm Salveson
PRESIDENT/OWNER Wm Salveson

•••••••••••••••••••••
IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT CRED-
IT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEADQUAR-
TERS ONLY. WHEN LISTING A LARGE
CORP., BE SURE TO INCLUDE THE
ADDRESS OF THE MAIN OFFICE AND
YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US
WITH THE BEST WAY OF CONTACT-
ING YOU FOR ALL NORMAL BUSI-
NESS COMMUNICATIONS, INCLUD-
ING: INVOICES, SALES ORDERS, CAT-
ALOGS, PROMOTIONAL FLYERS,
PRICING UPDATES, ETC.

THANK YOU
•••••••••••••••••••••

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE., PO BOX 2118
SANTA FE SPRINGS, CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

EE001289

FAX   310-946-0014

# EURTON'S APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

75506

FULL NAME OF COMPANY __Idaho Electric Motor Svce.__

ADDRESS __1196 Addison Ave. West.__

CITY, STATE, ZIP __Twin Falls, ID 83301__

PHONE __(208) 736·8383__   FAX __(208) 736·8384__

**TYPE OF BUSINESS** (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS_____

NUMBER OF LOCATIONS_____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

_____

PRESIDENT/OWNER_____

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME __Brownell__
ADDRESS __4330 E. 48th Avenue__
CITY, STATE, ZIP __Denver CO 80216__
PHONE __910 303·736·1400   No longer in svce__
FAX
ACCOUNT #

COMPANY NAME __Kirkham__
ADDRESS __226 EASTLAND DRIVE__   Good
CITY, STATE, ZIP __TWIN FALLS ID 83301__   N30
PHONE __208 733-1126__   prompt
FAX
ACCOUNT #

COMPANY NAME __VOLCO INC__
ADDRESS __1390 HIGHLAND AVENUE EAST__
CITY, STATE, ZIP __TWIN FALLS, ID 83301__
PHONE __208 733-5571__
FAX __208-733-3361__
ACCOUNT #

COMPANY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
PHONE_____
FAX_____
ACCOUNT #_____

> IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.
>
> ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY.  WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.
>
> THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.
>
> THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS  CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001412

09/18/96 10:16 ☎713 460 5372 IBSCC @001

CPE IT EURTON'S

# CREDIT HISTORY REQUEST

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY ___C P E. Inc___

ADDRESS ___3 3 3 0 STOVALL___

CITY, STATE, ZIP ___IRVING TX 75061___

PHONE ___972-313-1133___ FAX ___972-313-1341___

COMPANY NAME ___Intercontinenal Bearing___
ADDRESS ___5811 Dirrker___
CITY, STATE, ZIP ___Houston, TX 77041___
PHONE ___(800) 231-6480___
FAX ___(713) 460-5372___

THE COMPANY LISTED ABOVE HAS GIVEN YOUR NAME AS ONE OF THEIR VENDORS FOR WHICH THEY HAVE AN OPEN ACCOUNT.

PLEASE FILL OUT THE INFORMATION BELOW AND RETURN VIA FAX OR MAIL

THANK YOU FOR YOUR VALUABLE TIME. IF WE CAN FURNISH SIMILAR INFORMATION, WE WILL BE HAPPY TO HELP YOU.

SOLD FROM ___1/88___ TO ___4/6/95___

TERMS ___Net 30___

RECENT HIGH CREDIT ___278.00/94___

AMOUNT OWING ___0___

AMOUNT PAST DUE ___0___

PAYMENTS (CIRCLE)
DISCOUNTS (PROMPT) SLOW ___ DAYS

RECENT TREND TOWARDS (CIRCLE)
PROMPTNESS SLOWNESS

*no activity since 4/95*

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE., PO BOX 2113
SANTA FE SPRINGS, CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

P.01

SEP-17-1996 15:42

EE001419

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.  Attention:  Credit Dept.
Give only names of those you buy from on open account.

Name _Bosch      Power Tools_

Address _6190   Regency Pkwy_ Suite 314

_Norcross   GA_ Zip _30071_

Phone (404) _242-8341_

Name _Makita  U.S.A. Inc._

Address _10775  Kempwood Ln_ Suite #4

_Houston  TX_ Zip _77043_

Phone (713) _690-6800_

Name _Ryobi_

Address _1158  Tower  Lane_

_Bensenville  IL_ Zip _60106_

Phone (312) _766-1621_

Name _H. A. Holden_

Address

_Minneapolis    MN_ Zip

Phone ( )

I understand the terms are NET.  Due and payable on receipt of statement.  Past
due after the 10th of the month.  Interest of 1½% per month charged on accounts
past due 30 days or more.

SIGNED _American Armature Whs_ BY _____

(Full name of Firm)          (Member of Firm)   TITLE

Address _2040  Texas Ave_   Phone ( )

_Shreveport LA 71103_

EE001421

1993-06-30      09:16      PAGE = 1

Rec'd 7/22/93
Holding order Julie
O.K. - Julie
8-16-93

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(310)(213) 946-4477
FAX (213) 946-0014
(310)

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company __NORTHWEST TOOL REPAIR__ 104200

Address __10406 HWY 93 SOUTH__

City, State, Zip __WHITEFISH, MONTANA   59937__

Phone __406-862-0275__   FAX __SAME__

Type of Business:   ☐ Corporation   ☐ Partnership   ☒ Proprietorship

Number of year in business __1½__

Number of locations (if more than one, send complete information on each) __1__
owner
~~Presidents~~ Name __MARK & CHRISTINE VANNYHUIS__

Person to contact regarding payment of bills __MARK VANNYHUIS__   __OWNER__
                                              Name                    Title

Purchase order required?   Yes _____   No __X__

Authorized Buyer _____

Describe in detail your business, including industries served __AUTHORIZED SERVICE CENTER__
__FOR MAKITA / B&D / DEWALT / RYOBI / HITACHI / DELTA / HILTI__

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding        ☒ Motor Parts

☒ Power Tool Parts                          ☐ Motor Repair

References:
Bank Name __1ST NATIONAL__
Bank Address __BOX 220__   Telephone __406-862-3535__
City __WHITEFISH, MT   59937__   Account Number __45-226-2__
                                                     FAX __-371-0623__

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| MAKITA | BOX 2086 | DENVER | CO 80201 | 303-371-2850 |
| BLACK & DECKER | BOX 1030846 | BALTIMORE | MD 21263 | 800-228-1044 |
| DELTA | 4290 RAINES RD | MEMPHIS | TN 38118 | 800-438-2486 |
| HITACHI | DRAWER 100794 | ATLANTA | GA 30348 | 404-925-1774 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Date __6/20/93__   Signed _____   Signed _____

Title __OWNER__   Title _____

EE001423

TOTAL P.01



FAX  562-946-0014

# APPLICATION FOR CREDIT

*ALL INFORMATION HELD IN STRICT CONFIDENCE*

FULL NAME OF COMPANY _Tool WORKS_

ADDRESS _1431 E 28th St_

CITY, STATE, ZIP _SIGNAL Hill, CA 90755_

PHONE (5) 988-9150   FAX (5) 988-9151

| | |
|---|---|
| COMPANY NAME | TYPE OF BUSINESS |
| ADDRESS | CORPORATION   PARTNERSHIP   PROPRIETORSHIP |
| CITY, STATE, ZIP | NUMBER OF YEARS IN BUSINESS _2000_ |
| PHONE | NUMBER OF LOCATIONS _1_ |
| FAX | (if more than one, please list address on each) |
| ACCOUNT# | PURCHASE ORDER REQUIRED?  YES  (NO) |
| | PERSON TO CONTACT REGARDING PAYMENT OF BILLS |
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | PRESIDENT/OWNER _MANUEL GARCIA_ |
| PHONE | |
| FAX | IT IS FAST BECOMING THE INDUSTRY |
| ACCOUNT# | STANDARD TO ONLY GIVE OUT CRED- |
| | IT INFORMATION BY FAX OR MAIL. |
| COMPANY NAME | |
| ADDRESS | ALSO, MANY LARGE CORPORATIONS |
| CITY, STATE, ZIP | WILL GIVE CREDIT INFORMATION |
| PHONE | FROM THE CORPORATE HEADQUAR- |
| FAX | TERS ONLY.  BE SURE TO INCLUDE |
| ACCOUNT# | THE ADDRESS OF THE MAIN OFFICE |
| | AND YOUR ACCOUNT NUMBER. |
| COMPANY NAME | THIS INFORMATION PROVIDES US |
| ADDRESS | WITH THE BEST WAY OF CONTACT- |
| CITY, STATE, ZIP | ING YOU FOR ALL NORMAL BUSI- |
| PHONE | NESS COMMUNICATIONS, INCLUD- |
| FAX | ING: INVOICES, SALES ORDERS, CAT- |
| ACCOUNT# | ALOGS, PROMOTIONAL FLYERS, |
| | PRICING UPDATES, ETC. |
| | THANK YOU |

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

EE001425

TOTAL P.01

EURU

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _Tool Time_

ADDRESS _4126 W Burbank_

CITY, STATE, ZIP _Burbank CA 91505_

PHONE _841-2800_  FAX _841-6501_

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

TYPE OF BUSINESS (CIRCLE CORPORATION) PARTNERSHIP PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _ONE 1 Year_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Mark_

PRESIDENT/OWNER _Mark Balodimia_

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

BURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-996-0477
OUTSIDE CA 800-423-4788

MAR-20-1997 14:32

EE001427

## TOOL TIME

### CREDIT APPLICATION

**FIRM NAME**

**TOOL TIME**
**4126 W. BURBANK**
**BURBANK CA, 91505**

**OWNER:**

**MARK IBNOUJALA**

**BANK INFORMATION**

**BANK OF AMERICA**
**MAGNOLIA PARK BRANCH**
**3400 W. MAGNOLIA BLVD.**
**BURBANK CA, 91505**
**ACC #04586-04775**

**TRADE REFERENCES:**

**SENCO PRODUCTS INC.**
**P.O.BOX. 960131**
**CINCINNATI OH, 45296-0131**
**(800)543-4596**

**REMCO WHOLESALE**
**1538 SO. EASTERN AVE.**
**CITY OF COMMERCE CA, 90022**
**(213)267-4551**

Good / prompt.
501    800.00

**RESALE PERMIT#**
**SRAC_99942983**

**UNITED ABRASIVES**
**P.O.BOX.75**
**LOS ANGELES CA 90060**
**(800)428-5927**
(800) 456 8341 Attn: Credit Dept
**MAKITA**
**P.O.BOX. 60977 TERM ANEX**
**LOS ANGELES CA 90060**
**(800)462-5482**

714 522-8323 Attn. Kathy

# EURTON APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY ___Power To s , Inc___

ADDRESS ___1200 S Bellevue Blvd___

CITY, STATE, ZIP ___Memphis TN 38106___

PHONE ___901 - 774 - 1212___   FAX ___901 - 774 - 7808___

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME ___see attached list___
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS _____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS _____

PRESIDENT/OWNER _____

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CRED-IT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUAR-TERS ONLY.  WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE AD-DRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACT-ING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: IN-VOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UP-DATES, ETC.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-945-4677
OUTSIDE CA 800-423-4789   946-0014
FAX 310-945-0068

EE001431

EE0014734

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
**FAX (213) 946-0014**

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company _MOSCH ELECTRIC MOTORS, INC._          #99650

Address _2513 17TH STREET N.E._

City, State, Zip _BLACK EAGLE, MT. 59414_

Phone _406-453-2481_          FAX _406-453-2482_

Type of Business:          ☑Corporation          ☐Partnership          ☐Proprietorship

Number of year in business _50_

Number of locations (if more than one, send complete information on each) _____

Presidents Name _JEROME R. PARSONS_

Person to contact regarding payment of bills _KELLY PARSONS_          _SEC/TREAS._
                                              Name                           Title

Purchase order required?   Yes_____   No _✓_

Authorized Buyer _JERRY OR KELLY PARSONS, TERRY BOLTON_

Describe in detail your business, including industries served _SALES & SERVICE OF ELECTRICAL_
_EQUIPMENT_

We plan to use Eurton Electric for the following services:

☑Armature and Field Coil Rewinding          ☐ Motor Parts

☑Power Tool Parts          ☐ Motor Repair

References: _FIRST BANK_                              _406-455-1000_
Bank Name                                              Telephone
_300 CENTRAL AVENUE_                              _500 108 2479_
Bank Address                                          Account Number
_GREAT FALLS MT 59401_
City          State          Zip

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| _W.W. GRAINGER_ _DEPT 064-800717971_ | | _N. SUBURBAN_ | _IL._ | _60251-0001_ |
| _ROBERT BOSCH POWERTOOL_ _P.O. BX 44670_ | | _SAN FRANCISCO_ | _CA_ | _94144_ |
| _MILWAUKEE ELEC. TOOL CORP_ _13135 W. LISBON ROAD_ | | _BROOKFIELD_ | _WI._ | _53005_ |
| _PORTER CABLE CORP_ _P.O. BCV 41224_ | | _CHICAGO_ | _IL._ | _60693_ |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

_4/23/91_
Date          Signed _KELLY PARSONS_          Signed
              Title _SEC/TREAS._          Title

Rec'd 9/7/93
OK 9/23/93
NET 30
$200.00 Limit

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(310) (213) 946-4477
FAX (310) (213) 946-0014

**APPLICATION FOR CREDIT**

The following information must be completed in full. All information will be held in strict confidence.

Full name of company __MILNE POWER TOOL REPAIR__ #97925

Address _____602 W AINSWORTH ST_____

City, State, Zip _____PASCO WA 99301_____

Phone____(509) 547-7834____ FAX __(509) 547-1160__

Type of Business: ☐ Corporation ☐ Partnership ☒ Proprietorship

Number of year in business ___1___

Number of locations (if more than one, send complete information on each) ___One___

Presidents Name __Randy G Milne__

Person to contact regarding payment of bills __Betty L Milne__         __Office Administrator__
                                     Name                                    Title

Purchase order required? Yes __X__ No_____

Authorized Buyer _____Randy G Milne_____

Describe in detail your business, including industries served __Electric and air power tool repair__

__for contractors, utility companies, electrical and roofing companies,__

__sheetmetal shops, airconditioning installation & repair companies, etc.__

We plan to use Eurton Electric for the following services:

☐ Armature and Field Coil Rewinding          ☐ Motor Parts

☒ Power Tool Parts                            ☐ Motor Repair

References:
__Sea-First National Bank__                    __(509)736-1776__
**Bank Name**                                  Telephone
__PO Box 6450/3420 W Kennewick Ave.__          __A/C #25917 014__
**Bank Address**                               Account Number
__Kennewick__      __WA__      __99336__
City              State         Zip

9/8/93 - mailed soc'l keeped on country
__Ace/Rock Power Tool__  __E 1821 Sprague Ave__  __Spokane__  __WA__  __99202__  (509) 536-5:
Name            mailed   Address                   City          State      Zip    (708)
__Sears MCA__             __PO BOX 59127__          __Schaumburg__  __IL__  __60159__  330-41
Name  Curtis 1000 Limit Air/Fax Address  Grower  lync  City    State      Zip    (509)
__W W Grainger Inc__ 16 day Net/mail Dept 583  __Palatine__  __IL__  __60038__  545-51
Name  9.8.93 mailed  Address                  City          State      Zip    (206)
__Makita USA Inc__       __22653 83rd Ave S__      __Kent__      __WA__  __98032__  395-8
Name  Safeway Supply  Address  Not official chen acct. But  they do extend credit to him
I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.
__8-25-93__        __Randy N. Milne__         __Betty L. Milne__
Date              Signed                      Signed
__Owner__                                     __Co-Owner__
Title                                         Title

_Please include phone and/or Fax numbers of reference_

EE001436

References you have an open acct.

# Manor Hardware Company

P.O. Box 2674
19500 36th Ave. West
Lynnwood, Washington 98036

775-3335
778-2841

## CREDIT INFORMATION

OWNER — Robert W. Duncan          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          Fed.ID # 91-0949147
         2814 Rucker Avenue                              Resale Cert.
         Everett, WA. 98201                              600-018-291

BANK:

Seattle First National Bank          206-259-7784
1602 Hewitt Avenue                    Acct. # 36709-905
Everett, WA. 98124

CREDIT REFERENCES:

Cotter & Co.                          800-748-5728
2740 No. Clybourn                     fax # 916 666 9540   illsi #
Chicago, IL 60614

Boise Cascade                         (800)-486-7477
P.O. Box 34936, Dept. 1003            fax # (906) 464 1091 itth. credit
Seattle, WA. .98124

Senco Products, Inc.                  800-543-4596
P.O. Box 960131                       fax# 573 388 3186 Amt: Mike R.
Cincinatti, OH   45296-0131

Howard Mfg.                           206-852-0640    995.71 70
P.O. Box 1188                         (206) 995-7970
Kent, WA. 98035-1188

W.W. Grainger      Acct se x 56 - 640 6
                   2 cc - 486 - 446 2
                   11 818 - No Creek Pkwy S.
                   Bothell  Wa  98011 - 5603

N W Bolt & Nut     PG Box  72648
                   Seattle WA  98107
                   206 - 789 82 00

EE001439

JUL 22 '94 16:32 KALAMAZOO ELECTRIC MOTOR, INC.

FAX 310-946-0014    2 of 2

EURTON'S

# APPLICATION FOR CREDIT

## ALL INFORMATION HELD IN STRICT CONFIDENCE

84000

FULL NAME OF COMPANY _KALAMAZOO Electric Motor, Inc._

ADDRESS _658 E Vine St_

CITY, STATE, ZIP _Kalamazoo MI 49001_

PHONE _616 - 345 - 7802_   FAX _616 - 345 - 7929_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT

COMPANY NAME _WW Grainger_
ADDRESS _2474 Aza Dr_
CITY, STATE, ZIP _Kalamazoo Mi 49001_
PHONE _616 - 381-8500_
FAX
ACCOUNT # _407-90 730 -027-7_

COMPANY NAME _Milwaukee Electric Tool_
ADDRESS _13135 Lisbon Rd_
CITY, STATE, ZIP _Brookfield wi 53005_
PHONE _414 - 781 - 3600_
FAX _414 - 781 - 3611_
ACCOUNT # _25 -5060 ; 22 -5061_

COMPANY NAME _Skil_
ADDRESS _Dept 0291_
CITY, STATE, ZIP _Chicago IL 60673_
PHONE _616 - 530 - 5060_
FAX
ACCOUNT #

COMPANY NAME _Black + Decker_
ADDRESS _3840 28 St SW_
CITY, STATE, ZIP _Grand Rapids MI 49508_
PHONE _616 - 949-8731_
FAX
ACCOUNT #

TYPE OF BUSINESS (circle)
CORPORATION    PARTNERSHIP    PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _45_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? YES    NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Wm Salvesen_

PRESIDENT/OWNER _Wm Salvesen_

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONY GIVE OUT CRED-
IT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEADQUAR-
TERS ONLY. WHEN LISTING A LARGE
CORP, BE SURE TO INCLUDE THE
ADDRESS OF THE MAIN OFFICE AND
YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US
WITH THE BEST WAY OF CONTACT-
ING YOU FOR ALL NORMAL BUSI-
NESS COMMUNICATIONS, INCLUD-
ING: INVOICES, SALES ORDERS, CAT-
ALOGS, PROMOTIONAL FLYERS,
PRICING UPDATES, ETC.

THANK YOU

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.,    PO BOX 2113
SANTA FE SPRINGS, CA 90670

310-946-4677 OUTSIDE CA 800-423-4789
FAX 310-946-0014

EE001442

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue · P. O. Box 2113
Santa Fe Springs, California 90670
TWX (213) 946-4477
FAX (213) 946-0014

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___ J & D TOOL REPAIR ___

Address ___ 14050 ORANGE AVE. UNIT B ___

City, State, Zip ___ PARAMOUNT, CA. 90723 ___

Phone ___ (310) 630-1644 ___   FAX ___ -- ___

Type of Business:   ☐ Corporation   ☒ Partnership   ☐ Proprietorship

Number of year in business ___ 1 YEAR ___

Number of locations (if more than one, send complete information on each) ___

Presidents Name ___ JAVIER F. SALCEDO AND DOMINGO CALDERON   (PARTNERS) ___

Person to contact regarding payment of bills ___ JAVIER F. SALCEDO   PARTNER ___

| Name | Title |
|------|-------|

Purchase order required?   Yes ___   No ___ X ___

Authorized Buyer ___ JAVIER OR DOMINGO ___

Describe in detail your business, including industries served ___ WE REPAIR ALL ELECTRICAL TOOS, AIR NAILERS, COMPRESSSORS, BIG SAWS, HOMELITE, MULTIQUIP, VIBRATORS, ETC. ___

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding          ☒ Motor Parts

☒ Power Tool Parts          ☒ Motor Repair

References:   SECURITY PACIFIC BANK          (310) 563-2919

| Bank Name | | | Telephone |
|-----------|--|--|-----------|
| 3550 TWEEDY BLVD. | | | 258 - 157160 |
| Bank Address | | | Account Number |
| SOUTH GATE, CA. 90280 | | | |
| City | State | Zip | |

| MINIT TOOL | 3026 E. OLYMPIC BLVD. | L.A. | CA. | 90023-3402 |
|------------|----------------------|------|-----|-----------|
| Name | Address | City | State | Zip |
| B & D | 2011 E. SOUTH ST. | LONG BEACH | CA. | 90805 |
| Name | Address | City | State | Zip |
| EMGLO | 303 INDUSTRIAL PD. RD. | JOHNSTON | PENN | 15904 |
| Name | Address | City | State | Zip |
| HOMELITE | 14401 CAROWINDS BLVD. | CHAARLOTTE | NC. | 28241 |
| Name | Address | City | State | Zip |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

AUG. 27, 1992
| Date | Signed _____ Partner | Signed _____ Partner |
|------|----------------------|----------------------|
| | Title | Title |

EE001445

Mar 06 08 11:59a      General Motor Repair      3368681061      p.2

EURTON'S

ATTN
FAX  562-946-0014
DAVID ROSS

# APPLICATION FOR CREDIT

*ALL INFORMATION HELD IN STRICT CONFIDENCE*

FULL NAME OF COMPANY  General Motor Repair & Service, Inc

ADDRESS  2206 Westbrook  St

CITY, STATE, ZIP  Greensboro, NC   27407

PHONE  336-292-1715      FAX  336-292-1027

| | |
|---|---|
| COMPANY NAME  See Attached | TYPE OF BUSINESS (CIRCLE) |
| ADDRESS | (CORPORATION) PARTNERSHIP  PROPRIETORSHIP |
| CITY, STATE, ZIP | NUMBER OF YEARS IN BUSINESS  50+ |
| PHONE | NUMBER OF LOCATIONS  1 |
| FAX | (If more than one, please list address on each) |
| ACCOUNT# | PURCHASE ORDER REQUIRED?  (YES)  NO |
| COMPANY NAME | PERSON TO CONTACT REGARDING PAYMENT OF BILLS |
| ADDRESS | DONNA Ross |
| CITY, STATE, ZIP | PRESIDENT/OWNER  David Ross |
| PHONE | |
| FAX | IT IS FAST BECOMING THE INDUSTRY |
| ACCOUNT# | STANDARD TO ONLY GIVE OUT CRED- |
| | IT INFORMATION BY FAX OR MAIL. |
| COMPANY NAME | ALSO, MANY LARGE CORPORATIONS |
| ADDRESS | WILL GIVE CREDIT INFORMATION |
| CITY, STATE, ZIP | FROM THE CORPORATE HEADQUAR- |
| PHONE | TERS ONLY.  WHEN LISTING A LARGE |
| FAX | CORP., BE SURE TO INCLUDE THE AD- |
| ACCOUNT# | DRESS OF THE MAIN OFFICE AND |
| | YOUR ACCOUNT NUMBER. |
| COMPANY NAME | THIS INFORMATION PROVIDES US |
| ADDRESS | WITH THE BEST WAY OF CONTACT- |
| CITY, STATE, ZIP | ING YOU FOR ALL NORMAL BUSINESS |
| PHONE | COMMUNICATIONS, INCLUDING: IN- |
| FAX | VOICES, SALES ORDERS, CATALOGS, |
| ACCOUNT# | PROMOTIONAL FLYERS, PRICING UP- |
| | DATES, ETC. |

# EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA. 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

TOTAL P.01

EE001453

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

JUN 14 1983

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.  Attention: Credit Dept.
Give only names of those you buy from on open account.

MAY 4 - 1983   Name____Dumore Co._____

Address____1300 - 17th St_____

____Racine, WI. 53403_____ Zip_____

Phone (414)___633-8221_____

MAY 4 - 1983   Name____Milwaukee Electric Tool Corp.____

(Prompt)

Address____13135 W. Lisbon Rd._____

____Brookfield, WI 53005_____ Zip_____

Phone (414)___781-3600_____

MAY 4 - 1983   Name____Foredom Electric Co._____

Address_____

____Bethel, CONN 06801_____ Zip_____

Phone ( 203)___792-8622_____

RECEIVED
APR 28 Rec'd
ELECTRIC TOOL SERVICE

Name____Black & Decker (US) Inc._____

(Prompt)

Address____POB 91330_____

____Chicago, IL. 60693_____ Zip_____
____All orders through  18133 W. McNichols   Detroit, MI. 48219
Phone (   )_____ Phone: 313-534-8880

I understand the terms are NET. Due and payable on receipt of statement.  Past
due after the 10th of the month.  Interest of 1½% per month charged on accounts
past due 30 days or more.

SIGNED____Electric Tool & Service Co._____ By_Emma Critchfield_____ Pres.
_____(Full name of Firm)_____ Member of Firm_____ Title

Address___19442 Conant_____ Phone ( 313)___366-3830_____

____Detroit, MI. 48234_____

EE001455



SEP-22-93 WED 15:43 CIRCLE SAW

P. 01
Rec'd 9/22

36375

2510 ELLA BLVD.

PHONE 864-8144

713

mailed 9/23/93

OK 10/5/93

APPLICATION FOR OPEN ACCOUNT

Trade Name: Circle Saw Builders Supply, Inc.
2510 Ella Blvd.
Houston, Texas 77008

Phone: 713-864-8444
FAX No: 713-864-6014
Tax Exempt # 74-1673690

Organization: Corporation

Principals: Clarence C. Miles President, Hugh O. West, Vice President

Nature of Business: Woodworking Tool Sales and Service

Bank: Guardian Bank
P. O. Box 924009
Houston, Texas 77292
Account 044-784
Phone: 713-682-6611

Trade References:

Senco Products, Inc.
8485 Broadwell Rd.
Cincinnati, Ohio 45244
513-388-2000
1-800-543-4596

OK.

Amana Tool Corporation
1250 Brunswick Avenue
Far Rockaway, NY 11691
718-327-6100
1-800-445-0077

Returned

LRH Enterprises, Inc.
7101 Valjean Avenue
Van Nuys, California 91406
818-782-0226
1-800-423-2544

good

Freeborn Tool Co. , Inc.
3355 East Trent Avenue
Spokane, Wa 99202-4459
509-535-3075
1-800-523-8908

Returned

Robert Bosch Corporation
3701 Neuse Blvd.
New Bern, NC 28650
919-633-4133
1-800-334-5730

Delta International Machinery
246 Alpha Drive
Pittsburgh, PA, 19238
412-963-2440

_EE001458

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: ___The Charles H. Day Co._____

Address: ___11405 SE 37th Ave._____

City, St., ZIP: ___Milwaukie, Oregon 97222_____

Phone: ___503-232-1659_____   Fax: _____

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____   Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact:___luke@chasdayco.com_____

Accounting:___betty@chasdayco.com_____

Repairs:_____

Sales:_____

Other:_____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**_1-5 years_   5-10      _10-20_      _20-30_      _30-40+_**

EE001460

# APPLICATION FOR CREDIT

Date _____

OK, AR

Gustin Electric

#29950

FIRM NAME ____ C & H WHOLESALE INC _____

Ownership:    ☒ Corporation    ☐ Partnership    ☐ Proprietorship    ☐ Other

Description of business ___ WHOLESALE & RETAIL SALES & REPAIR OF INDUSTRIAL TOOLS & HARDWARE

Address ___ 1160 3RD /P.O. BOX 1807 _____    Phone _____

City ___ LONGVIEW _____    State ___ WA. _____

At present location since (date) ___ 1968 _____    Year established ____ 1968

DUN & BRADSTREET ACCOUNT ___ 04-626-2499 ___    404-787-7994    AR credit

REFERENCES: (Give only names of those you buy from on open account)

Name __ DAILY PROTO INDUSTRIAL TOOLS ____    404-787-3800    ACC # 80328400

Address ___ 14117 INDUSTRIAL PARK BLVD NE ___ City COVINGTON ___ State GA. ___ Zip 30209-9987

Name __ CASCADE WHOLESALE HARDWARE ___ 1-800-634-8555    ACC # 165000    (503) 629-4882 credit

Address ___ 205 S.W. 185TH AVE. _____ City ALOHA ___ State OR. ___ Zip 97006-3676

Name __ SENCO PRODUCTS INC. _____ 1-800-543-4596    ACC # 075307

Address DEPARTMENT 131 _____ City CINCINNATI ___ State OHIO _____

Name __ ___ SPEE-KAND ___ 1-615-872-0816    ACC # 80328-031

Address ___ P.O. BOX 951360 _____ City DALLAS ___ State TX ___ Zip 75395-1360

Name __ MILWAUKEE ELECTRIC TOOL ___ 1-414-781-3600    ACC # 46-3398

Address ___ 13135 WEST LISBON ROAD _____ City BROOKFIELD ___ State WI

Real Estate Owned ___ BUILDING-8000 SQ.FT. ___ LOT 150X200    Value $ 3000,000.00    Mortgage $ ____

Mortgage on Machinery or Equipment $ ___ 0 ___    Held by ___

Do you pledge or borrow on your accounts receivable? ___ NO _____    From whom ___

Insurance carried (specify) ___ LIBERTY INS. GENT AMERICAN LIAB. INS. CO.

Your bank ___ COLUMBIA BANK _____    Branch ___ LONGVIEW ___ ACC # 91-103 ___

Remarks _____

Additional information may be written on the other side of this sheet.    Signed    C & H WHOLESALE INC.
(Full authorized title)

EE001462

EURTON ELECTRIC CO. INC.
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
(213) 946-4477

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.  Attention: Credit Dept.
Give only names of those you buy from on open account.

Name  Skil Corporation

Address  Department 0291

Chicago, Ill                    Zip 60673

Phone (415)  827-1427

Name  Milwaukee Electric Tool Corp.

Address  Drawer No. 808

Milwaukee, WI                   Zip 53278

Phone (415)  761-2851

Name  Rotary Corporation

Address  P.O. Box 248

San Dimas, CA                   Zip 91773

Phone (714)  599-6895

Name  Vogel Sales

Address  2820 Oakdale Ave.

San Francisco, CA               Zip 94124

Phone (415)  285-2606

I understand the terms are NET. Due and payable on receipt of statement.  Past
due after the 10th of the month.  Interest of 1½% per month charged on accounts
past due 30 days or more.

SIGNED  Bay Saw+Tool Repair          By Gregory Cocate Mgr
        (Full name of Firm)             Member of Firm          Tit

Address  1187 Railroad Ave.          Phone ( 415)  432-6291

Pittsburg, CA  94565

EE001466

Bay Area Rntl.
1634 W. Pacific Coast Hwy.
Harbor City, Ca. 90710

19250

310 3265830                    526 2638

20 yrs.

Douglas Voegeli
Same

Dougor Steve Voegeli
Equip Rntl yard

Bay Area Rental          310 3265830
1090 N. Western          452007635
San Pedro, Ca.  90732
Melrose Equip  13610 S. Western Gardena Ca. 321-1701
Americas  10632 West minster Garden Grove, Ca 714 539 6170
Coast engine 141 E. Anaheim St. Long Beach, Ca. 599-2455
BUS  P.O. Box 9070 Long Beach, Ca. 437-0381

V.K. Voegeli
V. Pres.

EE001468

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

24986

FULL NAME OF COMPANY **Bobs Tools. Inc .**

ADDRESS **1493 E Army Post Rd .**

CITY, STATE, ZIP **DSM . Ia 50320**

Des moines

PHONE **515-287-7542**   FAX **515-287-7805**

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT # _____

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____

TYPE OF BUSINESS   (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS **18**

NUMBER OF LOCATIONS **1**
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   **NO**

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
**Cheryl Judge**

PRESIDENT/OWNER **David Judge**

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONY GIVE OUT CRED-
IT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEADQUAR-
TERS ONLY.  WHEN LISTING A LARGE
CORP., BE SURE TO INCLUDE THE
ADDRESS OF THE MAIN OFFICE AND
YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US
WITH THE BEST WAY OF CONTACT-
ING YOU FOR ALL NORMAL BUSI-
NESS COMMUNICATIONS, INCLUD-
ING: INVOICES, SALES ORDERS, CAT-
ALOGS, PROMOTIONAL FLYERS,
PRICING UPDATES, ETC.

THANK YOU

**BOB'S TOOLS, INC.**
**CREDIT INFORMATION**

EE001471

EURTON ELECTRIC CO., INC.
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(213) 946-4477
FAX (213) 946-0014

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___Colleens Tool Repair___

Address ___431 St Johns Ave___

City, State, Zip ___Billings, MT 59101___

Phone (406) 248-3865 _____ FAX _____

Type of Business:  ☐ Corporation  ☐ Partnership  ☒ Proprietorship

Number of year in business ___12 years___

Number of locations (if more than one, send complete information on each) _____

Presidents Name ___Edward (Ed) Green___

Person to contact regarding payment of bills ___Connie Green___   ___owner___
                                             Name                  Title

Purchase order required?  Yes_____  No _X_

Authorized Buyer ___Ed or Connie___

Describe in detail your business, including industries served ___repair of electrical tools and parts sales___

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding    ☐ Motor Parts

☐ Power Tool Parts                      ☐ Motor Repair

References:
___Western Bank___                          (406) 656-3196
Bank Name                                   Telephone
___Box 30119___                             1012576
Bank Address                                Account Number
___Billings         MT   59104___
City            State       Zip

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Bristol Tool | 1445 west Cedar | Denver | Col. | 80223 |
| Wanda USA | Box 2086 | Denver | Col. | 50201 |
| Porter Cable Corp | Box 91324 | Chicago | Ill | 60693 |
| Skil Corp | Dept. 6371 | Chicago | Ill | 60613 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

___6-14-81___   ___Connie Green___          _____
Date            Signed                      Signed
                ___owner___                 _____
                Title                       Title

EE001475

Ƶ

# EURTON ELECTRIC

9920 Painter Avenue
P.O. Box 2113
Santa Fe Springs, CA 90670
Phone: (562)946-4477 Fax: (562)946-0014
www.eurtonelectric.com

## APPLICATION FOR CREDIT

(All information held in strict confidence)

| | | |
|---|---|---|
| **Full Company Name:** | Longo Electrical-Mechanical, Inc. | |
| **Ship to Address:** | 1 Harry Shupe Blvd | |
| **City, State, Zip Code:** | Wharton, NJ | 07885- |
| **Bill to if Different:** | | |
| **City, State, Zip Code:** | | |
| **Phone:** | (973) 537-0400 | |
| **Fax:** | (973) 537-0404 | |
| **e-mail address:** | Info@ELongo.com | |

*CUSTOMERS IN CALIFORNIA, PLEASE PROVIDE RESALE CERTIFICATE IF APPLICABLE

## COMPANY INFORMATION

**Type of Business**
Corporation    Partnership    Proprietorship

**Number of years in business** 75

**Number of Locations** 4
If more than one, please supply information

**Purchase Order Required?** Yes    No

**Person to contact regarding payment of bills**
Accounts Payable

**President / Owner**
Joseph M. Longo

EE001478

**LONGO**
Electrical-Mechanical, Inc.

Wharton Corporate Center



## *Credit References*

### Bank

Valley National Bank      (P) (973) 366-1818      Martha Paravati
100 East Blackwell St.    (F) (973) 366-8495      MParavati@ValleyNationalBank.com
Dover, NJ 07801

### Trade

Henry O. Baker Insurance Group    (P) (973) 366-0500    Francesca McAllan
7 South Warren St.                (F) (973) 366-0062    FrancescaM@HenryOBaker.com
Dover, NJ 07801

Tri-State Bearing & Supply Co.    (P) (201) 794-3838    Tom Donch
14 Sebago St.                     (F) (201) 794-3237    TomDonch@TriStateBearing.com
Clifton, NJ 07013

Superior Essex                    (P) (412) 893-3892    Mark Lowery
PO Box 90413                                            Mark.Lowery@SPSX.com
Chicago, IL 60696-0413

*"Service Through Knowledge"®*

1 Harry Shupe Blvd. • PO Box 511 • Wharton, NJ 07885 • (973) 537-0400 • Fax (973) 537-0404 • e-mail / info@elongo.com • website / www.elongo.com • NJ State Lic. & BP #4081

EE001479

## REFERENCES

Please list vendors with which you have a current open account.

| | |
|---|---|
| **COMPANY NAME** | SEE ATTACHED |
| **ADDRESS** | |
| **CITY, STATE, ZIP** | |
| **PHONE** | |
| **FAX** | |
| **ACCOUNT #** | |

| | |
|---|---|
| **COMPANY NAME** | |
| **ADDRESS** | |
| **CITY, STATE, ZIP** | |
| **PHONE** | |
| **FAX** | |
| **ACCOUNT #** | |

| | |
|---|---|
| **COMPANY NAME** | |
| **ADDRESS** | |
| **CITY, STATE, ZIP** | |
| **PHONE** | |
| **FAX** | |
| **ACCOUNT #** | |

Please complete all of the information requested, as incomplete applications may result in a delay in approving your open account.

Many large corporations will give credit information from the corporate headquarters only. When listing a large corp., be sure to include the address of the main office and your account number.

Thank you,

EURTON ELECTRIC CO., INC.

EE001480

FAX   310-946-0014

## EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _Hydraulic Service Co_

ADDRESS _3215  Victory  Blvd._

CITY, STATE, ZIP _Portsmouth , VA  23702_

PHONE _804/487-2513_ FAX _____

### REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Empire Machinery_
ADDRESS _____
CITY, STATE, ZIP _Norfolk, VA_
PHONE _____
FAX _804/857-6545_
ACCOUNT # _____

COMPANY NAME _Chesapeake Rent All_
ADDRESS _____
CITY, STATE, ZIP _Chesapeake, VA_
PHONE _____
FAX _804/547-9245_
ACCOUNT # _____

COMPANY NAME _Cross Sales & Eng._
ADDRESS _____
CITY, STATE, ZIP _Greensboro  NC_
PHONE _____
FAX _910/275-3851_
ACCOUNT # _____

COMPANY NAME _Enerpac_
ADDRESS _____
CITY, STATE, ZIP _Milwaukee, WI_
PHONE _____
FAX _414/781-7403_
ACCOUNT # _____

TYPE OF BUSINESS  (CIRCLE)
CORPORATION    PARTNERSHIP    PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS _____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?    YES    NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_____

PRESIDENT/OWNER _____

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS  CA  90670

**310-946-4477**
**OUTSIDE CA 800-423-4789**
**FAX 310-946-0014**

EE001483

FAX 310-946-0014

# EURTON'S APPLICATION FOR CREDIT

*Jore 2/29/96 rec'd ANC 3/12*
*rc'd*

ALL INFORMATION HELD IN STRICT CONFIDENCE.

145840

FULL NAME OF COMPANY _Tri-County Tool Repair Center_

ADDRESS _1900 Discher St._

CITY, STATE, ZIP _Charleston, SC 29464_

PHONE _803 554 9005_   FAX _803 566 9444_

*W30 500.00 limit 3/27/96*

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Porter Cable_
ADDRESS _4303-B South Blvd_
CITY, STATE, ZIP _Charlotte, NC. 28209_
PHONE _704 - 525 - 4410_
FAX _704 - 525 - 0618_
ACCOUNT # _M 004180_

COMPANY NAME _Milwaukee Electric Tool Corp_
ADDRESS _13135 West Lisbon Rd._
CITY, STATE, ZIP _Brookfield WI 53005_
PHONE _414 - 781 - 3600_
FAX _770 454-2493_
ACCOUNT # _62 - 5290_

COMPANY NAME _Tool Smith_
ADDRESS _1300 4th Ave. South_
CITY, STATE, ZIP _Birmingham, AL 35233_
PHONE _205 323 2576_
FAX _205 250 2888_
ACCOUNT # _1094469-01_

COMPANY NAME _Mann Electric_
ADDRESS _3600 Main St._
CITY, STATE, ZIP _Columbia SC 29203_
PHONE _803 252 7777_
FAX _803 252 1119_
ACCOUNT # _TRiTOO_

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS _____
(if more than one, please list address on each)   _1_

PURCHASE ORDER REQUIRED? (YES)   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Martha King_

PRESIDENT/OWNER _____

_Reddic # 010 - 58793_

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

**310-946-4477**
**OUTSIDE CA 800-423-4789**
**FAX 310-946-0014**

EE001485

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue  P. O. Box 2113
SANTA FE SPRINGS, CA 90670
(213) 946-4477

recieved 4-24-86
5-5-86

OK
5-19-86

OK
5-22-86

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.  Attention: Credit Dept.
Give only names of those you buy from on open account.

Name _Industrial Pneumatic_

Address _1715 Brookpark Road_

   _Cleveland, OH_      Zip _44109_

Phone (_216_)_ 398-7550_


Name _Delta Int'l Machinery Corp_

Address _246 Alpha Drive_

   _Pittsburg, PA_      Zip _15238_

Phone (_412_)_ 963-2400_


Name _Rockwell Int'l Air Tool Div._

Address _US Highway #1 North_

   _Columbia SC_      Zip _29206_

Phone (803) _788-1212_


Name _Porter-Cable Corp._

Address _Youngs Crossing & Hwy 45_

   _Jackson  TN_      Zip _38301_

Phone (901)_ 668-8600_


I understand the terms are NET. Due and payable on receipt of statement.  Past
due after the 10th of the month.  Interest of 1½% per month charged on accounts
past due 30 days or more.

524747

SIGNED _Power Tool Sales & Service_   By _Mark Couture_ Manager
   (Full name of Firm)      Member of Firm   Title

Address _2934 Douglas Road_

   _Toledo, Oh 43606_   Phone (_419_)_ 473-0962_

EE001488

FROM :MID STATES INDUSTRIAL SUPPLY    FAX NO. :405 6321434          Jan. 31 2020 06:05PM  P1



## MID-STATES INDUSTRIAL SUPPLY INC
### 511 S. E. 83rd
### OKLAHOMA CITY, OK 73149
### 405-632-5571    FAX 632-1434

DATE _1-31-20_

**FAX**

FAX # _562-946-0014_

TO _Euerton Electric Co._

ATTN _John Buchanan_

FROM _Betty Spurgeon_

NUMBER OF PAGES _3_

---

### Electric Motor Rewinding, and Repair Parts

### *CUSTOMER CONTACT INFORMATION UPDATE FORM*

Company: _Mid-States Ind Supply_

Address: _511 S.E. 83rd_

City, St., ZIP: _Okla. City Oklahoma 73149_

Phone: _632-5571_          Fax _(405) 632-1434_

**Remit Address (if not the same)**

Company: _____

Address: _____ _Same_ _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: _MSitools @ AH, Net_

Accounting: _-O-_

Repairs: _O-_

Sales: _O-_

Other: _O-_

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

1-5 years    5-10    10-20    20-30    (30-40+)

---

**W-9**
Form
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

► Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

_Mid-STATES INDUSTRIAL Supply INC_

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or     ☒ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate
single-member LLC

4 Exemptions (codes apply only to
certain entities, not individuals; see
instructions on page 3):

Exempt payee code (if any) _____

EE001490

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
FAX (213) 946-0014

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___ Mid-States Industrial Supply, Inc. ___   ＃ 96900

Address ___ 8320 S. Shields ___

City, State, Zip ___ Oklahoma City, Oklahoma 73149 ___

Phone ___ (405) 632-5571 ___   FAX ___

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business ___ 21 years ___

Number of locations (if more than one, send complete information on each)   8320 S. Shields   OKC
36 W. Memorial   OKC   (Branch)

Presidents Name ___ Bill Spurgeon ___

Person to contact regarding payment of bills
Betty Spurgeon                        Sec. & Tres.
Name                                   Title

Purchase order required?   Yes_X_   No_____

Authorized Buyer ___ Steve Spurgeon , Bill Spurgeon ___

Describe in detail your business, including industries served ___ Resale woodworking tools such as saws,
drills, routers, etc.   All electric tools and hand tools.   We also repair tools.

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding          ☒ Motor Parts

☒ Power Tool Parts                            ☒ Motor Repair

References:
Central Bank                                  (405) 232-5551
Bank Name                                     Telephone
N. W. 6th & Classen       P. O. Box 656       0-4088
Bank Address                                  Account Number
Oklahoma City, OK         73149
City                      State      Zip

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| Powermatic Houdaille | | McMinneville, | TN | 37110 |
| Robert Bosch Power Tool Corp | P. O. Box 2217 | New Bern, NC 28560-9399 | | |
| Delta International Machinery Corp. | 4290 Raines Rd. | Memphis, | TN | 38118 |
| Spotnails Inc. | 1100 Hicks Rd. | Rolling Meadows, IL | | 60008 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

1-30-90                Betty Spurgeon
Date                   Signed                          Signed
                       Sec & Tres
                       Title                           Title

6- 5- Remulsent

EE001491



#155629

Rec'd 7-13-93 JS sent out same

## WESTSIDE BUILDING MATERIAL CORPORATION

CREDIT APPLICATION

(213) 802-0122 • (714) 385-1644

FINANCIAL REFERENCES FOR WESTSIDE BUILDING MATERIAL CORPORATION

State of Incorporation:    California
Date of Incorporation:     February 15, 1948

Officers:    Beulah Kinkead, President
             Richard Peckham, Vice President
             Anne Meigs, Secretary

Supplier References:

fax   California Expanded Metals Co.        818-369-3564
      263 Covina Lane
      City of Industry, Ca. 91744

fax   La Habra Products Company            714-778-2266
      P. O. Box 3700
      Anaheim, Ca. 92803

fax   Merlex Manufacturing Company  rec'd  714-637-1700
      2911 Orange-Olive Road     7-13-93
      Orange, Ca. 92665

mail  Domtar Gypsum Company   7.13.93      310-435-7711
      1401 Water Street
      Long Beach, Ca. 90802

Bank Reference:

El Dorado Bank            Account Number:  349-046318
Orange Office            Phone Number:    714-771-3300
2730 E. Chapman          Contact:         Terry Zippwald, VP
Orange, Ca.  92669                        Pat Pearson, Asst. VP

1111 East Howell Avenue • P.O. Box 552 • Anaheim, California 92805-0552

EE001493

EE00l0501

EURTON'S

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE

7/1/00

FULL NAME OF COMPANY _____ HEMET VALLEY
TOOL - SUPPLY - RENTAL

ADDRESS _____ 1301-A South State St.
San Jacinto, CA 92583

CITY, STATE, ZIP _____

PHONE _909-654-1034_   FAX _909-654-1054_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _MAKITA_
ADDRESS _14930 NORTHAM ST._
CITY, STATE, ZIP _LA MIRADA, CA. 90638_
PHONE _714-522-8088_
FAX _714-522-8133_
ACCOUNT # _____

COMPANY NAME _SENCO_
ADDRESS _8485 BROADWELL RD._
CITY, STATE, ZIP _CINCINNATI, OH 45244_
PHONE _513-388-2000_
FAX _____
ACCOUNT # _202506_

COMPANY NAME _WERNER LADDERS_
ADDRESS _5400 E. LINDBERGH LN._
CITY, STATE, ZIP _Bell, CA. 90201_
PHONE _213-869-8191_
FAX _213-269-8195_
ACCOUNT # _____

COMPANY NAME _KNAACK_
ADDRESS _420 E. TERRA COTTA AVE._
CITY, STATE, ZIP _CRYSTAL LAKE, IL 60014_
PHONE _1-800-456-7565_
FAX _1-800-334-2981_
ACCOUNT # _____

CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YEARS IN BUSINESS _12_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on back)

PURCHASE ORDER REQUIRED?   YES   (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Tom Palmieri_

PRESIDENT/OWNER _Tom Palmieri_

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: IN-VOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.   PO BOX 2118
SANTA FE SPRINGS CA 90670

310-946-8477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

P.01

OCT-25-1994   11:21