# EXHIBIT 5

**EURTON'S**

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY *A-1 TOOL REPAIR*

ADDRESS *1851 BLANDING BLVD*

CITY, STATE, ZIP *MIDDLEBURG FL, 32068*

PHONE *904-282-3707* FAX *904-282-3707*

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT

COMPANY NAME *SOUTHERN-WINDING SERV.*
ADDRESS *5302 ST PAUL ST*
CITY STATE ZIP *TAMPA FL 33619*
PHONE *1800-272-7797*
FAX *813-628-4603*
ACCOUNT # *OPEN*

COMPANY NAME *ASSOCIATE ENGINEERING*
ADDRESS *606 SOUTH LAKE ST*
CITY STATE ZIP *HILLSFLIFORD WI 53014*
PHONE *920-349-3728 21*
FAX *1200-349-3691*
ACCOUNT # *OPEN*

COMPANY NAME *BLACK & DECKER*
ADDRESS *CASIAS AVENUE*
CITY STATE ZIP *DEE FC*
PHONE *9054-781-2253*
FAX *904-699-9281*
ACCOUNT # *304-551-3*

COMPANY NAME *CAMPBELL HAUSFFIELD*
ADDRESS *100 PRODUCTION DR*
CITY STATE ZIP *HARRISON OH 45030*
PHONE *1800-445-8278*
FAX *1800-521-6088*
ACCOUNT # *53044*

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YRS IN BUSINESS *7 YEARS*

NUMBER OF LOCATIONS *1*
(if more than one please list address on back)

PURCHASE ORDER REQUIRED?   (YES)   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILL
*CASTELLO BIANCO*

PRINCIPAL OWNER *CASTELLO BIANCO*

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. WHEN LISTING A LARGE CORP., BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

**562-946-8477**
**OUTSIDE CA 800-423-4789**
**FAX 562-946-0094**

TOTAL P.01

EE001502

# APPLICATION FOR CREDIT

## ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY **AAA Electric Motors**

ADDRESS **2405 S HARWOOD St.**

CITY, STATE, ZIP **DALLAS, TX 75215**

PHONE **214-823-1823**   FAX **214-428-2751**

### REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME **BALDOR Electric**
ADDRESS
CITY, STATE, ZIP **Ft Smith AR 72902**
PHONE **501-648-5881 - Rosemary**
FAX **501-648-5937**
ACCOUNT? **080007**

COMPANY NAME **Thompson Tool**
ADDRESS **2628 Hickory St**
CITY, STATE, ZIP **DALLAS, TX 75226**
PHONE **214-428-4311**
FAX **Does not have a fax**
ACCOUNT?

COMPANY NAME **MAGNETEK**
ADDRESS **1125 CORPORATE LAKE DR**
CITY, STATE, ZIP **St LOUIS MO 63132**
PHONE **1-800-325-7304**
FAX **1-800-468-2045**
ACCOUNT? **M000950**

COMPANY NAME **Reliance Electric**
ADDRESS **24701 EUCLID AVE**
CITY, STATE, ZIP **Cleveland, OH 44117**
PHONE **1-216-266-1895**
FAX **1-216-266-7580**
ACCOUNT? **020103**

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS **33**

NUMBER OF LOCATIONS **1**
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
**DONNA BOULTINGHOUSE**

PRESIDENT/OWNER **MURRELL TOMASPRO**

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

THIS INFORMATION PROVIDES US WITH THE BEST WAY OF CONTACTING YOU FOR ALL NORMAL BUSINESS COMMUNICATIONS, INCLUDING: INVOICES, SALES ORDERS, CATALOGS, PROMOTIONAL FLYERS, PRICING UPDATES, ETC.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113

818-948-4501
OUTSIDE CA 800-423-4789

EE004503

JUL-26-94 TUE 12:50   FAX 310-946-0014

7/26/94 .01

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE

#3190

FULL NAME OF COMPANY _ABC Rental, Wayber Inc._

ADDRESS _8510 Old Harford Rd_

CITY, STATE, ZIP _Baltimore, Maryland, 21234_

PHONE _(410) 661-0500_   FAX _(410) 668-2657_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _See Attached List_
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

TYPE OF BUSINESS (CIRCLE)
**CORPORATION**  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _12_

NUMBER OF LOCATIONS _One_
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  **NO**

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_George C. Peverley_
PRESIDENT/OWNER _George C. Peverley_

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY. WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC CO., INC.
9020 RAINIER AVE   PO BOX 2143

EE001504

310-946-4477 OUTSIDE CA 800
FAX 310-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY _Abco Industrial Sup & Equi._

ADDRESS _6015 Power Inn Road, Ste K_

CITY, STATE, ZIP _Sacramento, CA 95824-2610_

PHONE _(916) 381-2222_   FAX _(916) 381-2335_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Unger Ent. Inc._
ADDRESS _425 Asylum Street_
CITY, STATE, ZIP _Bridgeport CT 06610_
PHONE _(203) 368-4833_
FAX _800 367-1988_  Attn: Liz
ACCOUNT #

COMPANY NAME _E.D.I._
ADDRESS _1755 Blake Avenue_
CITY, STATE, ZIP _Los Angeles, CA 90031_
PHONE _(800) 238-3342_
FAX _(213) 667-0144_  Attn: Gloria
ACCOUNT #

COMPANY NAME _Zimmerman Brush_
ADDRESS _Onc West Lake Street_
CITY, STATE, ZIP _Chicago IL 60607_
PHONE _(800) 800-7676_
FAX _(800) 800-1414_  Attn: Miss Fowler
ACCOUNT #

COMPANY NAME _The Hoover Co._
ADDRESS _P.O. Box 90541_
CITY, STATE, ZIP _Chicago IL 60690_
PHONE _(312) 561-7215_
FAX _(216) 499-9200_
ACCOUNT #

TYPE OF BUSINESS  (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _____

NUMBER OF LOCATIONS_____
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

_____

PRESIDENT/OWNER _____

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

**310-946-4477**
OUTSIDE CA 800-423-4789
FAX 310-946-0018

EE00P505

FEB-06-2001 11:53     EURTON ELECTRIC, INC.            562 946 0014   P.01/01



# APPLICATION FOR CREDIT

**ALL INFORMATION HELD IN STRICT CONFIDENCE.**

FULL NAME OF COMPANY _ACCURATE ELEC. CO._

ADDRESS _845 PAYNE Ave._

CITY, STATE, ZIP _ST. PAUL MINNESOTA 55110_

PHONE _651 771 0112_     FAX _651 771 0155_

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   (PROPRIETORSHIP)

NUMBER OF YEARS IN BUSINESS _50_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED? (YES) NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Gerald A. Holt_

PRESIDENT/OWNER _Gerald Holt_

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _SID HARVEY'S IND._
ADDRESS _605 LOCUST STREET_
CITY, STATE, ZIP _GARDEN CITY NY 11530_
PHONE _1 516 745 9351_
FAX _1 516 745 6186_
ACCOUNT # _6017020_

COMPANY NAME _WW GRAINGER INC._
ADDRESS _Dept 495-806457734_
CITY, STATE, ZIP _PALATINE IL 60038-0001_
PHONE _1-800 578 8244_
FAX _1-847 647 5811_
ACCOUNT # _651 771 0112_

COMPANY NAME _JOHNSTONE Supply Co._
ADDRESS _2680 EAST 81st STREET_
CITY, STATE, ZIP _BLOOMINGTON MINN 55425_
PHONE _952 853 9898_
FAX _952 853 2277_
ACCOUNT # _Open_

COMPANY NAME _STATE SUPPLY CO_
ADDRESS _597 EAST 7th STREET_
CITY, STATE, ZIP _ST. PAUL MINN 55101-2477_
PHONE _651-774 5985_
FAX _651-774 7156_
ACCOUNT # _Open_

```
IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU
```

## EURTON ELECTRIC CO., INC.
**9920 PAINTER AVE**
**PO BOX 2113**
**SANTA FE SPRINGS CA 90670**

562-946-4477
OUTSIDE CA 800-423-4789
FAX 562-946-0014

EE001506

TOTAL P.01

FAX   310-946-0014

*Pre approved by John officially set up on 1/18/94*

# EURTON'S APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

#5437

FULL NAME OF COMPANY  Accurate Motor Products

ADDRESS  1655 E. 6th St. B-4

CITY, STATE, ZIP  Corona  CA  91719

PHONE  (909) 270-2700          FAX  (909) 270-2929

---

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME  OTS Wire Insulation
ADDRESS  9155 S.W. Barber St.
CITY, STATE, ZIP  Wilsonville, OR  97070
PHONE  (503) 682-7050
FAX  (503) 682-0548
ACCOUNT #

COMPANY NAME  Conductors & Dielectrics
ADDRESS  13205 Marley Ave
CITY, STATE, ZIP  Fontana, CA  92335
PHONE  (909) 685-0817
FAX  (909) 685-2523
ACCOUNT #

COMPANY NAME  Motion Industries
ADDRESS  7471 Doig Drive
CITY, STATE, ZIP  Garden Grove CA  92641
PHONE  (714) 379-3500
FAX  (805) 951-1170
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

---

TYPE OF BUSINESS  (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  May 93

NUMBER OF LOCATIONS  1
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO  ?

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Mary Hanlin

PRESIDENT/OWNER

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEADQUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

---

## EURTON ELECTRIC  CO., INC.

9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS  CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX  310-946-0014

EE001507

80510043

EURTON

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

28662

FULL NAME OF COMPANY   Sheboygan Armature Works, Inc.

ADDRESS   2727 N. 21st Street

CITY, STATE, ZIP   Sheboygan, Wi.   53083

PHONE   414-452-3389          FAX   414-452-1027

1130
11196

2018   Acme Armature Works

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

TYPE OF BUSINESS (CIRCLE)
* CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS   45

NUMBER OF LOCATIONS   1
(if more than one, please list address on back)

PURCHASE ORDER REQUIRED? *YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Dale A. Kautzer

PRESIDENT/OWNER   Leroy Kautzer

| | |
|---|---|
| COMPANY NAME | H.A. Holden, Inc. |
| ADDRESS | 1208 Harmon Place |
| CITY, STATE, ZIP | Minneapolis MN 55403 |
| PHONE | 612-333-5353 |
| FAX | 612-333-0541 |
| ACCOUNT # | 4144523389 |

| | |
|---|---|
| COMPANY NAME | Helwig Carbon Products, Inc. |
| ADDRESS | 8900 West Tower Ave. |
| CITY, STATE, ZIP | Milwaukee, Wi. 53224-0400 |
| PHONE | 414-354-2411 |
| FAX | 414-800-365-3113 |
| ACCOUNT # | 65838-3 |

| | |
|---|---|
| COMPANY NAME | Leeson Electric Corp. |
| ADDRESS | P.O. Box 241 |
| CITY, STATE, ZIP | Grafton, Wi. 53024-0241 |
| PHONE | 414-377-8810 |
| FAX | 414-377-9025 |
| ACCOUNT # | 50285 |

| | |
|---|---|
| COMPANY NAME | Precision Electric Motor Sales |
| ADDRESS | 208 Brady Street |
| CITY, STATE, ZIP | Corunna, Mich. 48917-3247 |
| PHONE | 577-725-9215 |
| FAX | 517-743-3247 |
| ACCOUNT # | 1374-8 |

* IT IS FAST BECOMING THE INDUSTRY
* STANDARD TO ONLY GIVE OUT
* CREDIT INFORMATION BY FAX OR
* MAIL.
*
* ALSO, MANY LARGE CORPORATIONS
* WILL GIVE CREDIT INFORMATION
* FROM THE CORPORATE HEAD-
* QUARTERS ONLY. WHEN LISTING A
* LARGE CORP. BE SURE TO INCLUDE
* THE ADDRESS OF THE MAIN OFFICE
* AND YOUR ACCOUNT NUMBER.
*
* PLEASE COMPLETE ALL OF THE
* INFORMATION REQUESTED, AS
* INCOMPLETE APPLICATIONS MAY
* RESULT IN A DELAY IN APPROVING
* YOUR OPEN ACCOUNT.
*
* THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.
PO BOX 2115
SANTA FE SPRINGS CA 90670

310-940-4877
OUTSIDE CA 800-423-4789
FAX 310-946-0018

FAX 562-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY ___Ace Tool Rental Inc.___

ADDRESS ___7131 Lee Highway___

CITY, STATE, ZIP ___Falls Church, Virginia 22046___

PHONE ___703-532-5600___   FAX ___703-237-9021___

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS ___5___

NUMBER OF LOCATIONS ___1___
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
___Ronald McIninch___

PRESIDENT/OWNER ___Bruce Schwarzmann___

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME ___Diamond Products___
ADDRESS ___P.O. Box 1080___
CITY, STATE, ZIP ___Elyria OH, 44035___
PHONE ___800-634-4035___
FAX ___216-323-8689___
ACCOUNT #

COMPANY NAME ___Virginia Abrasives___
ADDRESS ___2851 Service Rd___
CITY, STATE, ZIP ___Petersburg Virginia 23805___
PHONE ___800-446-1805___
FAX ___804-732-5336___
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY. WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE.
P.O. BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
OUTSIDE CA 800-423-4789
FAX 562-946-0014

EE001509

EURTON'S

FAX   562-946-0014

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE

6736

FULL NAME OF COMPANY   MIKE NAHORNEY
ADVANCE ELECTRIC MOTORS   MIKE NAHORNEY

ADDRESS   1612 SE Brooklyn St   ADVANCE ELECTRIC MOTORS
Portland, OR 97202   1612 SE Brooklyn St

CITY, STATE, ZIP   (503) 238-3944 U.S.A.   Portland, OR 97202
(503) 238-3944 U.S.A.

PHONE   FAX 503-238-3926

COMPANY NAME  Advance Electric motors

ADDRESS  1612 SE Brooklyn

CITY, STATE, ZIP  Portland OR  97202

PHONE  503-238-3944

FAX  503-238-3926

ACCOUNT#

TYPE OF BUSINESS
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  20

NUMBER OF LOCATIONS  1
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

COMPANY NAME  Baldor Electric motors

ADDRESS

CITY, STATE, ZIP  Portland  Oregon

PHONE  503-691-9010

FAX

ACCOUNT#

mike Nahorney

PRESIDENT/OWNER  officer

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

COMPANY NAME  Essex

ADDRESS

CITY, STATE, ZIP  Portland  OR

PHONE  503-408-1001

FAX

ACCOUNT#

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

COMPANY NAME  Mcguire Bearing

ADDRESS

CITY, STATE, ZIP  Portland  OR

PHONE  503-238-1570

FAX

ACCOUNT#

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.
**THANK YOU**

# EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS  CA  90670

562-946-4477
800-423-4789
FAX  562-946-0014

EE001510

# EURTON'S APPLICATION FOR CREDIT

## ALL INFORMATION HELD IN STRICT CONFIDENCE.



FULL NAME OF COMPANY    ADVANCE FIRE PROTECTION CO., INC

ADDRESS    1451 WEST LAMBERT RD

CITY, STATE, ZIP    LAHABRA, CA 90631

PHONE 562/691-0918                        FAX    562/691-5482

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME    GRINNELL CORP.
ADDRESS    1600 E. ORANGETHORPE
CITY, STATE, ZIP    FULLERTON, CA 92631
PHONE    714/773-1166
FAX    714/879-2319
ACCOUNT #

COMPANY NAME    CENTRAL SPRINKLER
ADDRESS    3170 NASA
CITY, STATE, ZIP    BREA, CA 92621
PHONE    714/993-6111
FAX    714/993-6043
ACCOUNT #

COMPANY NAME    RELIABLE
ADDRESS    11821 WAKEMAN
CITY, STATE, ZIP    SANTA FE SPRINGS, CA 90670
PHONE    5627698-9421
FAX    800/848-6055
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

TYPE OF BUSINESS   (CIRCLE)
CORPORATION    PARTNERSHIP    PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS    30

NUMBER OF LOCATIONS    1
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

JOYCE WEIGEL

PRESIDENT/OWNER    J.I. GREEDY

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS, CA 90670

562-946-4477
OUTSIDE CA 800-523-4789
FAX 562 946 0018

JUL 06 '04 10:18 FROM-

FAX 310-946-0014     5822     P.2

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

35450

FULL NAME OF COMPANY _Charleston Elect Motors_

ADDRESS _901 N. Wycoff_

CITY, STATE, ZIP _Bremerton / Wa | 98312_

PHONE _1-206-8377-3400_ FAX _1-206-373-5822_

**REFERENCES**
PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME _CJAX Corp_
ADDRESS _6823 W. 64th St. Suite 226_
CITY, STATE, ZIP _Culver Land Park, Kansas 66202_
PHONE _1-800-543-2357_
FAX _(913)-492-8283_
ACCOUNT# _Joe Cook_

COMPANY NAME _United Pipe & Supply_
ADDRESS _1414 South 30th P.O. Box 1236_
CITY, STATE, ZIP _Tacoma, Wa 98401_
PHONE _1-800-525-3104_
FAX _(200) 743-9244_
ACCOUNT# _Paula Smith_

COMPANY NAME _Familiane N.W._
ADDRESS _1205 Magine Drive_
CITY, STATE, ZIP _Bremerton, Wa_
PHONE _1-206-479-9719_
FAX _(503) 383-3350_
ACCOUNT# _Frank Flomich_

COMPANY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
PHONE _____
FAX _____
ACCOUNT# _____

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   **PROPRIETORSHIP**

NUMBER OF YEARS IN BUSINESS _30 +_

NUMBER OF LOCATIONS _1_
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED?   **YES**   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Ken Tetrault_

PRESIDENT/OWNER _Richard Lambert_

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY. WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

EE001512

AKHURST MACHINERY INC.          563 249 3874          07/16/99  14:23  :02/02  NO:255



**AKHURST MACHINERY INC.**

2225 North Williams
Portland, Oregon U.S.A. 97227
Tel: (503) 249-2900 • Fax: (503) 249-3874
E-mail: omptd@aol.com

## BANKING AND CREDIT INFORMATION

BANK:                    KEY BANK OF OREGON
                         1222 SW SIXTH AVE.
                         PORTLAND, OR 97204
                         (800) 539-2265
                         ACCOUNT:   3702111002248

            →    FEDERAL ID#:      93-0730438

CREDIT REFERENCES:

ARASMITH MANUFACTURING COMPANY
PO BOX 2458 (BIG TEXAS VALLEY ROAD)
ROME, GA    30161
PHONE:      706-235-8576
FAX:        706-291-1894

HOLZ-HER, U.S.
5120 WESTINGHOUSE BLVD.
CHARLOTTE, NC    28273
PHONE:      704-587-3400
FAX:        704-587-3412

PACIFIC GRINDING WHEEL
PO BOX 468
MARYSVILLE, WA    98270
PHONE:      360-659-6201
FAX:        360-653-3200

GENERAL MANUFACTURING COMPANY, LIMITED
835 CHERRIER STREET
DRUMMONDVILLE, QUEBEC, CANADA    J2B 5A8
PHONE:      819-472-1161
FAX:        819-472-3266

Akhurst Machinery has been listed as an Oregon Corporation since 1977.  We have five offices on Canada and two in the United States, one in Seattle and the Portland office. We are a distributor and dealer of sawmill, and re-manufacturing equipment, machinery, and parts.

Accounting contact:   Trudi Traister

Location:   Canada- Delta (Vancouver), Edmonton, Toronto, Montreal, Dieppe (Moncton)
            U.S.A   -  Seattle, Portland
Member of: Canadian Woodworking Machinery Distributors Association
           Woodworking Machinery Distributors Association
           Woodworking Machinery Importers Association

EE001513

**ALCO RENT-ALL INC**
7708 MARBACH RD
SAN ANTONIO, TEXAS 78227

TOTAL P.01

JULIE

FAX 310-946-0014

EURTONS

# APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY __ALCO RENT-ALL INC.__

ADDRESS __7708 MARBACH Rd.__

CITY, STATE, ZIP __SAN ANTONIO Texas 78227__

PHONE __210-674-6950__ FAX __210-6954__

### REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME __PORTABLE HEATER PARTS__
ADDRESS __312 N. County Rd 400 EAST__
CITY, STATE, ZIP __VALPARAISO, IN 46383__
PHONE __1-800-362-6951__
FAX __1-800-255-7985__
ACCOUNT # __674 6950__

COMPANY NAME __PRO PRODUCTS__
ADDRESS __10901 ALDER CIRCLE__
CITY, STATE, ZIP __DALLAS TEX 75238__
PHONE __1-800-527-1903__
FAX __1800-227-1138__
ACCOUNT # __3741__

COMPANY NAME __PIONEER SUPPLY__
ADDRESS __P.O. Box 211__
CITY, STATE, ZIP __BUTLER MO 64730__
PHONE __1-800-356-9006__
FAX __816-679-5447__
ACCOUNT # __3230__

COMPANY NAME __P.K. LINDSAY Co.__
ADDRESS __63 NOTTINGHam Rd.__
CITY, STATE, ZIP __DEERFIELD NEW HAMPSHIRE   03037__
PHONE __1-800-843-2975__
FAX __603-463-7193__
ACCOUNT # __ALCORENSA__

TYPE OF BUSINESS (circle)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS __21__

NUMBER OF LOCATIONS __2__
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   (NO)

PERSON TO CONTACT REGARDING PAYMENT OF BILLS __FRED OR NACHO__

PRESIDENT/OWNER __FRED M. TREVINO__

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY. WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX 310-946-0014

P.01

THANKS!
Fred Trevino
9-29-94

SEP-29-1994   08:22

EE001514

FAX NO. : 818 340 5553
FEB-01-2005 16:51
EURTON ELECTRIC, INC

Feb. 03 2005 05:53PM P1
562-946-0014 -P.01-01

# FAX  562-946-0014

**EURTON'S**

*gen old man field, paid old owners here*
*Already have an account*
*3/22 new owner*
*Past due invoices*

# APPLICATION FOR CREDIT

**ALL INFORMATION HELD IN STRICT CONFIDENCE**

10100

FULL NAME OF COMPANY  ALL-SAFE ELECTRIC, INC.

ADDRESS  7057 CANOGA AVE

CITY, STATE, ZIP  CANOGA PARK, CA. 91303

PHONE  818 340 0974  FAX  (818) 340-5553

COMPANY NAME  ESSEX
ADDRESS  P.O. BOX 90413
CITY, STATE, ZIP  CHICAGO IL 60696
PHONE  (480) 457-7200
FAX
ACCOUNT#  A9111 56-000

COMPANY NAME  MIDPOINT BEARING
ADDRESS  P.O. BOX 1400  1155 W. BROAD
CITY, STATE, ZIP  PINTAR 10, CA 91262
PHONE  (909) 395-0279
FAX  (909) 391-7648
ACCOUNT#

COMPANY NAME  JOHNSTONE SUPPLY
ADDRESS  8639 TAMMARK AVE
CITY, STATE, ZIP  SUN VALLEY, CA. 91352
PHONE  (818) 768-8890
FAX  (818) 768-3072
ACCOUNT#  A 3720

COMPANY NAME  BRYDOR ELEC.
ADDRESS
CITY, STATE, ZIP  FORT, SMITH, ARKANSA  72902
PHONE  (479) 646-4711
FAX
ACCOUNT#  30.033

TYPE OF BUSINESS (circle)
CORPORATION  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  25

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  (YES)  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
MANNY BALLARET
PRESIDENT/OWNER  MANNY BALLARET

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY.  WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.

**THANK YOU**

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

TOTAL P.01

EE001515

EE001516

FAX 310-946-0014

EURTON'S **APPLICATION FOR CREDIT**

ALL INFORMATION HELD IN STRICT CONFIDENCE.

#70313

FULL NAME OF COMPANY _ALL Tool Repair_

ADDRESS _7225 STANKa Dr_

CITY, STATE, ZIP _East Lansing, M. 48823_

PHONE _517-339011_   FAX _517 339-2990_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME _Green Tool Service_
ADDRESS _322 Ramsey SW_
CITY, STATE, ZIP _Grand Rapid MI 49503_
PHONE _1-616-451-2725_
FAX _616-457-2778_
ACCOUNT# _ALL Tool Repair_

COMPANY NAME _Detroit Ball Bearing_
ADDRESS _138 N. Cedar_
CITY, STATE, ZIP _Lansing M._
PHONE _517 485-9453  (800)443-7765_
FAX _313 961-8965_
ACCOUNT #

COMPANY NAME _Fasteners Inc._
ADDRESS _310 Beaver St_
CITY, STATE, ZIP _Lansing M._
PHONE _517 485-5858_
FAX
ACCOUNT #

COMPANY NAME _Black & Decker_
ADDRESS _3205 W. Saginaw_
CITY, STATE, ZIP _Lansing MI 48917_
PHONE _517-323-4181_
FAX _517 323-1649_
ACCOUNT# _30 5005_

TYPE OF BUSINESS   (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIET**O**RSHIP

NUMBER OF YEARS IN BUSINESS _3_

NUMBER OF LOCATIONS _1_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   **NO**

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
_Roy Bailey_

PRESIDENT / OWNER _Roy Bailey_

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE C**O**RP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK Y**O**U

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.   P.O. B**O**X 2113
SANTA FE SPRINGS   CA   90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX  310-946-0014

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

#10325

1/3/95

FULL NAME OF COMPANY _All-Trade Ind Supply_

ADDRESS _73-5563 Malau St._

CITY, STATE, ZIP _Kailua - Kona, HI 96740_

PHONE (808) 329-05110   FAX (808) 329-0876

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT.

COMPANY NAME _A.P.C. Hawaii_
ADDRESS _2727 Waiwai Loop_
CITY, STATE, ZIP _Honolulu HI 96819_
PHONE _(808) 836-4568_
FAX
ACCOUNT #

COMPANY NAME _Depco Fastening Systems_
ADDRESS _6888A _____ H_
CITY, STATE, ZIP _Honolulu, HI 96819_
PHONE _(808) 833-5891_
FAX
ACCOUNT #

COMPANY NAME _West Hawaii Screen Printers_
ADDRESS _74-5610 Alapa St. Suite 9_
CITY, STATE, ZIP _Kailua - Kona, HI 96740_
PHONE _(808) 329-9474_
FAX
ACCOUNT #

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT #

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

PRESIDENT/OWNER

IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY RELEASE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY. WHEN LISTING A
LARGE CORP. BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.

THANK YOU

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.   PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX 310-946-0014

EE001517

Sent by:ALL TRADES     Jan-05-98 08:23pm;        663168887562  946  0814     page  14?2;
Received  03-May-99 08:40am     from  582 946 0014 → ALL TRADES
MAY-03-1999  08:44        EURTON ELECTRIC,INC.                                 page  1
                                                          582 946 0014    P.01/01

EURTON'S

FAX  562-946-0014

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE

10386

FULL NAME OF COMPANY  ALL TRADES Tool + Equipment Repair

ADDRESS  3515 Sunrise BLVD #23

CITY, STATE, ZIP  Rancho Cordova, CA 95742

PHONE 916) 631-3550   FAX (916) 631-3688

COMPANY NAME  Allen Eng
ADDRESS  819 South fifth ST
CITY, STATE, ZIP  Paragould  AR.  72450
PHONE  1 800 643-0095
FAX  1 870 236-3921  (870) 236 3934
ACCOUNT#

COMPANY NAME  Grainger
ADDRESS  3691 Industrial Blvd
CITY, STATE, ZIP  W. Sacto  95815
PHONE  (916) 372-7800
FAX
ACCOUNT#  851839071b

COMPANY NAME  Snap-on Tools
ADDRESS  PO Box 2502
CITY, STATE, ZIP  Granite Bay  CA. 8746
PHONE  (916) 791-2917
FAX
ACCOUNT#  3-12-12

COMPANY NAME
ADDRESS
CITY, STATE, ZIP
PHONE
FAX
ACCOUNT#

TYPE OF BUSINESS (CIRCLE)
CORPORATION  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS  New business

NUMBER OF LOCATIONS
(If more than one, please list address on each)  1

PURCHASE ORDER REQUIRED?  YES    NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Red Clark / Scott Bowers

PRESIDENT/OWNER

IT IS FAST BECOMING THE INDUSTRY STANDARD TO ONLY GIVE OUT CREDIT INFORMATION BY FAX OR MAIL.

ALSO, MANY LARGE CORPORATIONS WILL GIVE CREDIT INFORMATION FROM THE CORPORATE HEAD-QUARTERS ONLY . WHEN LISTING A LARGE CORP. BE SURE TO INCLUDE THE ADDRESS OF THE MAIN OFFICE AND YOUR ACCOUNT NUMBER.

PLEASE COMPLETE ALL OF THE INFORMATION REQUESTED, AS INCOMPLETE APPLICATIONS MAY RESULT IN A DELAY IN APPROVING YOUR OPEN ACCOUNT.
**THANK YOU**

# EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX 562-946-0014

Faxed
5-3-99

TOTAL P.01

EE001518

EURTON ELECTRIC **APPLICATION FOR CREDIT**

*# 78756 an Already had an open account*

ALL INFORMATION HELD IN STRICT CONFIDENCE.

Allied Const.
9440

FULL NAME OF COMPANY (dba) _ALLIED RENTAL CENTER Corp_

ADDRESS _P.O.Box 302824 ST. THOMAS U.S.V.I. 00803_

CITY, STATE, ZIP _2-1-C ESTATE CHARLOTTE AMALIE_

PHONE _ST. THOMAS U.S.V.I. 00802_ FAX (340) 775-5134 & FAX

TYPE OF BUSINESS (CIRCLE)
CORPORATION   PARTNERSHIP   PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS _12_

NUMBER OF LOCATIONS _2_
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?   YES   (NO)   _Verbal Edmundo_

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

_Edmundo Zayas_

PRESIDENT/OWNER _Edmundo Zayas_ _Zayas_

**REFERENCES**

PLEASE LIST VENDORS WITH WHICH YOU HAVE A
CURRENT OPEN ACCOUNT

COMPANY NAME _MAKITA LATINOAMERICA_
ADDRESS _1108 N.W. 102 old ROAD, SUITE #4_
CITY STATE ST _MEDLEY FL 33178_
PHONE _(305) 882-0522_
FAX _(305) 882-0484_
ACCOUNT # _MR. HUGO SOTO # 30-0001074_

COMPANY NAME _Kostwin America Corp._
ADDRESS _1218 REMINGTON ROAD_
CITY STATE ST _SCHAUMBURG IL 60173_
PHONE _(847) 834-1570 - 800-649-4092_
FAX _(847) 310-0740_
ACCOUNT # _RVI 001_

COMPANY NAME _BELLE GROUP_
ADDRESS _321 TAZEWELL AVE_
CITY STATE ST _ROANOKE, VA. 24013_
PHONE _(540)-345-5090_
FAX _(540) 345-5091_
ACCOUNT # _5-7011_

COMPANY NAME _Ivy Classic Industries, Inc._
ADDRESS _109 FAIRVIEW PARK DRIVE_
CITY STATE ST _ELMSFORD, NY 10523_
PHONE _(914) 347-3705_
FAX _(914) 347-3703_
ACCOUNT # _1394_

• • • • • • • • • • • • • • • •
• IT IS FAST BECOMING THE INDUSTRY
• STANDARD TO ONLY GIVE OUT
• CREDIT INFORMATION BY FAX OR
• MAIL.
•
• ALSO, MANY LARGE CORPORATIONS
• WILL GIVE CREDIT INFORMATION
• FROM THE CORPORATE HEAD-
• QUARTERS ONLY. WHEN LISTING A
• LARGE CORP. BE SURE TO INCLUDE
• THE ADDRESS OF THE MAIN OFFICE
• AND YOUR ACCOUNT NUMBER.
•
• PLEASE COMPLETE ALL OF THE
• INFORMATION REQUESTED. AS
• INCOMPLETE APPLICATIONS MAY
• RESULT IN A DELAY IN APPROVING
• YOUR OPEN ACCOUNT.
•
• THANK YOU
• • • • • • • • • • • • • • • •

**EURTON ELECTRIC CO., INC.**

9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS  CA  90670

**562-946-4477**
**OUTSIDE CA 800-423-4789**
**FAX 562-946-0014**

EE0015520

# EURTON'S APPLICATION FOR CREDIT

ALL INFORMATION HELD IN STRICT CONFIDENCE.

1068

Scarlc

FULL NAME OF COMPANY Atoop Electric Motor Shop

ADDRESS 905 Vertin Ave

CITY, STATE, ZIP Salinas, Ca 93901

(408) PHONE 422-7447     (408) FAX 422-3860

## REFERENCES
PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME Industrial Machine Shop
ADDRESS 652 Pelliot
CITY, STATE, ZIP Salinas Ca 93901
PHONE 424-2951 (408)
FAX (408) 424-0913
ACCOUNT #

COMPANY NAME Westburne
ADDRESS P.O. Box 2023
CITY, STATE, ZIP Salinas, Ca 93902
PHONE 157-4151 (408)
FAX (408) 424-7603
ACCOUNT #

COMPANY NAME Simflo                    1% 10
ADDRESS P.O. Box 520                   N30
CITY, STATE, ZIP Willcox, AZ 85644     HC 10,000.
PHONE 520) 384-2273                    Discount
FAX                                    Linda
ACCOUNT #

COMPANY NAME Fairbanks Morse
ADDRESS 2790 S. Railroad
CITY, STATE, ZIP Fresno Ca 93725
PHONE (209) 266-0516
FAX (913) 371-6969
ACCOUNT #

TYPE OF BUSINESS (CIRCLE)
CORPORATION  PARTNERSHIP  PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS 1928

NUMBER OF LOCATIONS
(if more than one, please list address on each)

PURCHASE ORDER REQUIRED?  YES  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS
Annie Bachar

PRESIDENT/OWNER Steve Allison

* * * * * * * * * * * * * * * *
* IT IS FAST BECOMING THE INDUSTRY
* STANDARD TO ONLY GIVE OUT
* CREDIT INFORMATION BY FAX OR
* MAIL.
*
* ALSO, MANY LARGE CORPORATIONS
* WILL GIVE CREDIT INFORMATION
* FROM THE CORPORATE HEAD-
* QUARTERS ONLY. WHEN LISTING A
* LARGE CORP. BE SURE TO INCLUDE
* THE ADDRESS OF THE MAIN OFFICE
* AND YOUR ACCOUNT NUMBER.
*
* PLEASE COMPLETE ALL OF THE
* INFORMATION REQUESTED, AS
* INCOMPLETE APPLICATIONS MAY
* RESULT IN A DELAY IN APPROVING
* YOUR OPEN ACCOUNT.
*
* THANK YOU
* * * * * * * * * * * * * * * *

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

310-946-4477
OUTSIDE CA 800-423-4789
FAX 310-946-0014

FAX  310-946-0014

# EURTON'S CREDIT HISTORY REQUEST

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

10950 - N30

FULL NAME OF COMPANY _American Armature Corp._

ADDRESS _980 Morgan Avenue_

CITY, STATE, ZIP _Tiffin, OH  44883_

PHONE _(419) 448-1926_     FAX _(419) 448-1950_

## REFERENCES

PLEASE LIST VENDORS WITH WHICH YOU HAVE A CURRENT OPEN ACCOUNT.

COMPANY NAME _Baldor Electric_
ADDRESS _4562 E. 71st Street_
CITY, STATE, ZIP _Cuyahoga Hgts, Oh_
PHONE _(216) 883-3837 (fax)_
FAX _(216) 883-3837_
ACCOUNT #

COMPANY NAME _Precision Electric_
ADDRESS _319 Shiawassee_
CITY, STATE, ZIP _Corunna, MI_
PHONE
FAX _(517) 743-3247_
ACCOUNT #

COMPANY NAME _W. W. Grainger_     12 mo
ADDRESS _1300 Third Street_     2040.00
CITY, STATE, ZIP                 N30
PHONE _(419) 666-3320_     prompt
FAX
ACCOUNT # _848-81-103-8229_

COMPANY NAME _Tiffin Hardware_
ADDRESS _P.O. Box "D"_
CITY, STATE, ZIP _Tiffin, OH_
PHONE _(419) 447-5280_
FAX _(419) 447-4892_
ACCOUNT #

---

THE COMPANY LISTED ABOVE HAS GIVEN YOUR NAME AS ONE OF THEIR VENDORS FOR WHICH THEY HAVE AN OPEN ACCOUNT.

PLEASE FILL OUT THE INFORMATION BELOW AND RETURN VIA FAX OR MAIL.

THANK YOU FOR YOUR VALUABLE TIME. IF WE CAN FURNISH SIMILAR INFORMATION, WE WILL BE HAPPY TO HELP YOU.

SOLD FROM _____ TO _____

TERMS _____

RECENT HIGH CREDIT _____

AMOUNT OWING _____

AMOUNT PAST DUE _____

PAYMENTS   (CIRCLE)
DISCOUNTS   PROMPT   SLOW _____ DAYS

RECENT TREND TOWARDS   (CIRCLE)
PROMPTNESS   SLOWNESS

---

## EURTON ELECTRIC CO., INC.

9920 PAINTER AVE.,   PO BOX 2113
SANTA FE SPRINGS, CA  90670

310-946-4477 OUTSIDE CA  800-423-4789
FAX  310-946-0014

EE001521



8017 FORT SMALLWOOD ROAD
PASADENA, MD
(Mailing Address Balto., MD 21226)
TEL. (301) 437-5800

## CREDIT REFERENCES

Type of Ownership:  Corporation
President:  Michael A. Wist, Sr.
Corporate Name:  Bay Country Rentals of Pasadena, Inc.
Trading As:  Bay Country Rentals
Type of Business:  General Rental Center
Starting Date:  July, 1978

Trade References:

Chesapeake Hahn, Inc.                      Phone: (301) 485-2350
6300 Frankford Avenue          FAX (301) 485-5037  OK
Baltimore, MD 21206            ATTN: WANDA  OK

                                           Phone: (301) 391-9000
W. W. Grainger, Inc.
2820 Citation Road
Baltimore, MD 21221

                                           Phone: (301) 377-4008
                                                  (301) 879-2244
The Kunkel Service Co.                     Oct 85   C157di  no problems.
Moravia Industrial Park           T 2/10 N/25   HC 500:
6252 Frankford Avenue                              P: prompt
Baltimore, MD 21206
                                           Phone: 1-800-233-0175
                                           FAX (717) 656- 4841
Rental Service Supply, Inc.                ATTN. SHERRY L.  OK
50 Farmland Road
Leola, PA 17540

Bank Reference:                            Phone: (301) 437-4710
                                           Account No. 162-8945-1
    First National Bank of Maryland
    Fort Smallwood Road
    Riviera Beach, MD 21122

    Tax Exempt #04045548

                                           Date: 11/21/96

    Signature:

02/25/2005  15:26  3135633993  BEECH SERVICES  PAGE  01/01

**Beech Services, L.L.C.**
2801 S. Beech Daly Rd.
Dearborn Heights, MI  48125

19863

Purchase Order No.: 113380
Vendor ID : E044

# Purchase Order

PHONE (313) 563-4521

FAX:  (313) 563-3995

Their customer

To: EURTON ELECTRIC
9920 PAINTER AVE
Santa Fe Springs, CA  90670

Ship To: AMERCON INTERNATIONAL
1699 SOUTH 19TH STREET
Harrisburg, PA  17104

| P.O. Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 02/25/05 | UPS RED 456-481 | | Origin | | Net 30 | |
| Buyer | Freight | Req Date | Confirming To | | Remarks | Tax |
| DENISE | Collect | ASAP | | | | N |

| QTY. Req. | Item No. | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2 Non-stock | | REWIND ARMATURES | 2000.00 | 4000.00 |

1 TO SHIP 2/25/05
1 TO SHIP WEEK OF 2/28/05

PLEASE SHIP DIRECT TO END
USER AT ABOVE ADDRESS
ATTEN: JIM PASSELLI

OK TO SHIP 130

Please advise of any questions
or concerns.
Please verify that one is shipping
2/25/05

Thank You.
Denise

SO# 100283

Denise M Enduarc
Authorized Signature

EES001612

08/15/2012 10:15 FAX
08/24/2012 11:15    5629460014            EURTON ELECTRIC                    ☑002/009
                                                                    PAGE  01/01

MAINTENANCE DEPT.

# EURTON'S

## FAX  562-946-0014

# APPLICATION FOR CREDIT

### ALL INFORMATION HELD IN STRICT CONFIDENCE.

FULL NAME OF COMPANY  Blue Lake Casino & Hotel

ADDRESS

CITY, STATE, ZIP  See attached ⟶

PHONE _____ FAX _____

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

TYPE OF BUSINESS  (circle)
CORPORATION    PARTNERSHIP    PROPRIETORSHIP

NUMBER OF YEARS IN BUSINESS

NUMBER OF LOCATIONS
(If more than one, please list address on each)

PURCHASE ORDER REQUIRED? (YES)  NO

PERSON TO CONTACT REGARDING PAYMENT OF BILLS

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

PRESIDENT / OWNER

```
.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .
```
IT IS FAST BECOMING THE INDUSTRY
STANDARD TO ONLY GIVE OUT
CREDIT INFORMATION BY FAX OR
MAIL.

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

ALSO, MANY LARGE CORPORATIONS
WILL GIVE CREDIT INFORMATION
FROM THE CORPORATE HEAD-
QUARTERS ONLY . WHEN LISTING A
LARGE CORP BE SURE TO INCLUDE
THE ADDRESS OF THE MAIN OFFICE
AND YOUR ACCOUNT NUMBER

| | |
|---|---|
| COMPANY NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |
| PHONE | |
| FAX | |
| ACCOUNT# | |

PLEASE COMPLETE ALL OF THE
INFORMATION REQUESTED, AS
INCOMPLETE APPLICATIONS MAY
RESULT IN A DELAY IN APPROVING
YOUR OPEN ACCOUNT.
           THANK YOU
```
.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .
```

## EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
PO BOX 2113
SANTA FE SPRINGS CA 90670

562-946-4477
800-423-4789
FAX  562-946-0014

EE001613

24390



# BLUE LAKE
## CASINO ♦ HOTEL
PO BOX 1128, BLUE LAKE, CA 95525
PHONE 707-668-9770, FAX 707-668-9753

## FACSIMILE TRANSMITTAL SHEET

TO: CREDIT DEPT.

COMPANY: EURTON'S

FAX NUMBER: (562) 946-0014

PHONE NUMBER:
800-423-4759

FROM: Janet X 2633

DATE: 6/14/12

TOTAL NO. OF PAGES INCLUDING COVER: 9

SENDER'S REFERENCE NUMBER:

RE: Credit app. plus tax exemption info.

NOTES/COMMENTS:

EE001614

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

Arrowhead Electric Corp.

P.O. Box 5547, 6120 Valley View Street

Buena Park, CA 90620

November 15, 1983

RE: Bellflower Electric Service

10030 Artesia Place

Bellflower, CA 90706

Would you be kind enough to provide us with your credit experience on the above concern. We shall be very grateful to you for this assistance. Your reply will, of course, be kept in strict confidence.

| FOR TRADE USE | FOR BANK USE ONLY |
|---|---|
| (a) Sold from 3/21/74 to 11/16/83 | YEARS EXPERIENCE |
| (b) Terms NET 15TH PROX | AVERAGE BALANCE—PLEASE CHECK |
| (c) Recent high credit $ $272.93 | $1.00 to $100.00 |
| (d) Amount owing $ $561.01 | $100.00 to $500.00 |
| (e) Amount past due $ NONE | $500.00 to $1500.00 |
| (f) Payments: ☐ Discounts ☒ Prompt ☐ Slow | $1500.00 plus |
| (g) Recent trend toward: ☒ Promptness ☐ Slowness | Five Figure |
| (i) Credit refused because ___ | REMARKS: EXCELLENT |
| | SATISFACTORY |
| REMARKS: WE HAVE FOUND THIS COMPANY | UNSATISFACTORY |
| GOOD TO DO BUSINESS WITH. | ANY NSF CHECKS |

Thank you for your valuable time.
Should you at anytime require similar information
we will be happy to furnish it.

**EURTON ELECTRIC CO. INC.**

(please refold so our address shows and staple)
Postage has been prepaid.                    EE001615

N30
12/12/05

ATTN:
JULIE

20113

**Bell Plumbing and Heating Company**
2150 S. Abilene St.
Aurora, CO 80014
303-757-5661
303-758-5104 Fax

**Credit Information**

In business since 1926; incorporated in 1946

Nature of Business: Plumbing and HVAC service and supply

Corporation Officers:        Larry D. Bell, President
                             Gary D. Bell, Vice-President

Federal ID #: 84-0459230    Colorado ID #: 01-8792-0000        Aurora ID #: 20752RSTL

Master Plumbing License: 179078                                DUNS#: 00-796-9892ST1

Bonding Company: Old Republic

Insurance Agent: Flood & Peterson Insurance, Inc., 9351 Grant St., Suite 600,
                Denver, CO 80229, (720) 977-6004, Primary Contact: Mary Cole

P.O. Number required on all purchases

Purchasing Agents: Tim Allons and Tim Bell

Accounts Payable: Nichole Fitzgerald

References

| Bank: | Citywide Banks – Doug Watson, VP | Supplier: | Ferguson Enterprises |
| | 13731 E. Mississippi Ave. | | P.O. Box 5252 |
| | Aurora, CO 80012 | | Denver, CO 80217 |
| | Acct. #09 4412 4 | | 303-320-4833 |
| | Phone: 303-365-4022 | | |
| Supplier: | LAS Replacement Parts | Supplier: | Empire Gas & Electric |
| | P.O. Box 873 | | P.O. Box 2753 |
| | Bronx, NY 10457 | | Denver, CO 80201 |
| | 800-223-8303 | | 303-623-7747 |
| Supplier: | Westburne Supply, Inc. | Supplier: | G.T. Sanders |
| | P.O. Box 4401 | | 10201 W. 49th Avenue |
| | Denver, CO 80204 | | Wheat Ridge, CO 80033 |
| | 303-534-5111 | | 303-423-9660 |

Authorized Signature _____   Date: ____ / ____ / ____
                    Koleta Williams

EE001616

#20275

# BENEFAST, INC.

*[address lines illegible]*
*Nashville, TN 37211*

## CREDIT REFERENCES

Michael Pennell - Owner/President
Tawnee A. Brancato - Vice President/Secretary

Bank:      Third National Bank                    Acct.# 4628201
           *Murfreesboro Rd*
           Nashville, TN 37210          100.00
           (615)748-4806

References:  H.W. Ramset/Redhead
            P.S. 12 & Liberty Trail              (219)874-4217
            Michigan City, IN 46360              Sandra A. *Name* - Credit Mgr

            Juhne Distributing Co.
            9380 San Fernando Rd.                (818)768-3333
            Sun Valley, CA 91352                 Valerie Day - Credit Mgr

            Joseph F. Crisay Co.
            P.O. Box 107                          (213)774-2312
            Paramount, CA 90723                  Robert W. Howey - President

            Abratek - Ohio, Inc.
            151 Potomac Ave. #A                  (800)321-8800
            Tallmadge, OH 44278

Above information is issued for credit approval. I hereby authorize the investigation of
credit status with the above companies. Additional references available upon request.

Tawnee A. Brancato
Vice President

*** Upon opening of your account, please reference our purchase order numbers on all billings.

ĚE001617

MAR-17-1999  13:59                                                        P.02

20331

# Bennett Electric, Inc.

211 REPUBLIC STREET
NORWALK, OHIO 44857
(419) 668-6136   FAX (419) 668-1960

1736
3/18/99
pg

To Whom it May Concern:

    The following is the information you requested in applying for credit with your company:

## Trade References

Browning Mfg.,  P. O. Box 70804,  Chicago, IL  60673
(606) 564-2000 FAX (606) 564-2022  ACCT# 0112

Parts & Electric Motors ,1400-34 N. Ciero, Chicago, IL 60651
(312) 921-3600

W. W. Grainger, Inc., Dept. 160, Box 2028, Skokie, IL 60076
(216) 398-1880  FAX (216) 351-8377    ACCT # 160-80-215-347-8

Hartman-Spreng Co., P. O. Box 5~~, ~~~~~~~~~, OH  44901
(419) 524-7211

## Bank References

National City Bank, 7-11 East Main St., Norwalk, OH  44857
(419) 668-3361

    If you should have any questions, please do not hesitate to call me.

Sincerely,

Laura Mack
Office Manager
(419) 668-6136
FAX (419) 668-1960

TAX EXEMPT # 39-011 936

FED I.D. # 34-1045736

EE001618
TOTAL P.02

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue   P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

OK
4/25/89
1

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.   Attention:   Credit Dept.
Give only names of those you buy from on open account.

Name _Dixie Sales_

Address _Box 1408_

_Greensboro, N.C._   Zip _27402_

Phone (_800_) _438-1069_

Name _Ingersoll Rand_

Address _Box 75820_

_Charlotte, NC._   Zip _28275_

Phone (_704_) _634-3561_

Name _Milwaukee Tools_

Address _PO Box 905169_

_Charlotte, NC._   Zip _28290_

Phone (_404_) _455-7300_

Name _Terramite Corp._

Address _Box 7146_

_Charleston, WV_   Zip _25356_

Phone (_800_) _428-3772_

_Mailed 4/4/89_

I understand the terms are NET.   Due and payable on receipt of statement.   Past
due after the 10th of the month.   Interest of 1½% per month charged on accounts
past due 30 days or more.

#20975

SIGNED _Best Rentals, Inc._   BY _Walter Perry_
(Full name of Firm)           (Member of Firm)   TITLE

Address _1313 S. Church St._   Phone (_919_) _446-6648_

_Rocky Mount, N.C. 27803_

EE001619

Big River Elect'   FAX  614-446-7384          PAGE 02

## CREDIT APPLICATION

NAME: BIG RIVER ELECTRIC, INC.          DATE: _____

STREET/P.O.BOX  P. O. BOX 244            FAX: 614-446-7384
                                        PHONE: 614-446-4360

CITY: GALLIPOLIS          STATE: OHIO          ZIP: 45631

TYPE OF BUSINESS: ELECTRIC MOTOR SALES AND REPAIR--WELDING SUPPLIES

YEARS IN BUSINESS: SINCE 7/83          CORPORATION: YES  X  NO ___

FINANCIAL CONTACT : GERALDINE COUNTS          TITLE: VICE-PRES.

NAME OF OFFICERS/OWNERS

ZANE G. COUNTS                    TITLE: PRESIDENT

GERALDINE A. COUNTS               TITLE: VICE-PRESIDENT

DEBRA BARCUS                      TITLE: SEC.

TAX EXEMPT: YES x  NO___  CERTIFICATE ATTACHED: YES x  NO_____

PURCHASE ORDER REQUIRED: YES  ____ NO    X  _____

BANKING:

STAR BANKING          PHONE 614-446-0662          ADDRESS 25 COURT ST.
                                                  GALLIPOLIS, OH. 45631

REFERENCES:

1. _See attached References_ PHONE _____

2. _____ ADDRESS _____ PHONE ____ _____

3. _____ ADDRESS _____ PHONE ____ _____

SIGNED: _Zane G. Counts_          TITLE: _President_

BIG RIVER ELECTRIC, INC.
P.O. BOX 244
GALLIPOLIS, OHIO 45631
614-446-4360
614-446-7384-FAX

EE001620

*6-96-91*

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue · P. O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
**FAX (213) 946-0014**

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___BLUE  ASH TOOL  RENTAL___  #24375

Address ___8976  BLUE  ASH RD___

City, State, Zip ___CINCINNATI  OHIO___  45242

Phone ___513-891-3491___   FAX ___

Type of Business:   ☑Corporation   ☐Partnership   ☐Proprietorship

Number of year in business ___14___

Number of locations (if more than one, send complete information on each) ___1___

Presidents Name ___STEVE  NEIL___

Person to contact regarding payment of bills ___STEVE___ ___NEIL___   ___PRESIDENT___
                                              Name                      Title

Purchase order required?   Yes_____   No __X__

Authorized Buyer ___C NRIS___  ✓ ___IM___

Describe in detail your business, including industries served ___TOOL  RENTAL  SALES___

We plan to use Eurton Electric for the following services:

☑Armature and Field Coil Rewinding        ☑ Motor Parts

☑ Power Tool Parts                        ☐ Motor Repair

References:
___STAR  BANK___
Bank Name
___KENWOOD  + COOPER RD___        Telephone ___8085615___
Bank Address
___CINCINNATI___ ___OHIO___ ___45242___   Account Number
City          State      Zip

___ABRATEK  OHIO  INC  154  POTOMAC  AVE  "A"  TALLMADGE  OH  44278___
Name          Address              City              State   Zip
___OEC CORP  P.O. BOX  1068  MEDINA  OHIO  44258___
Name          Address              City              State   Zip
___LAKDA  13705 N.E. AIRPORT  WAY  PORTLAND  OREGON  97230-1048___
Name          Address              City              State   Zip
___BEARING  DISTRIBUTORS  P.O. BOX  74069  CLEVELAND  OHIO  44194-0189___
Name          Address              City              State   Zip

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

___7/18/91___            Signed _____        Signed _____
Date
           ___PRESIDENT___
           Title                                Title

EE001621

Billing Address:

Blue Ridge Electric Motor Repair Inc.
PO Box 16557
Asheville, NC 28816
828/258-0800

Shipping Address: Main

Blue Ridge Electric Motor Repair Inc.
629 Emma Road
Asheville, NC 28806

Credit References:

Asheville Precision Mach.
51 Haywood Road
Asheville, NC 28806
828/254-0884
828/252-4272 Fax

M & L Welder Repair
PO Box 17698
Asheville, NC 28816
828/250-9353
828/250-9354 Fax

Interstate Utility Sales Inc.
6831-B Fairview Road
Charlotte, NC 28210
704/367-1970
704/367-1690 Fax

Ingram Machine
199 Amboy Road
Asheville, NC 28806
828/254-3420
828/252-0782 Fax

Grainger
834 Riverside Dr.
Asheville, NC 28804-3222
828/258-8986

BBI
1010 Commerce Drive
Lake Zurich, IL 60047
800/248-9113
800/785-7283

Fed Tax ID - 56-2037073
NC Tax ID - 600117390 (Resale ID)

If more info is required please call:
Rusty Rice
828/258-0800

EE001622

05/07/2013  13:21    4344557167                                      PAGE  01/01

34459

Fax 562-946-0014

# EURTON ELECTRIC
# APPLICATION FOR CREDIT
All information held in strict confidence

FULL NAME OF COMPANY _Blue Ridge Respiratory + Medical Equipment Services_

ADDRESS _2225 Langhorne Rd_

CITY _Lynchburg_          STATE _VA_   ZIP _24501_

PHONE _434 316 9115_          FAX _434 455 7166_

## REFERENCES
Please list vendors with whom you have a current open account.

COMPANY NAME _AEP_
ADDRESS _PO Box 24413_
CITY, STATE, ZIP _Canton OH 44701_
PHONE _800-956-4237_
FAX _800-611-0964_
ACCOUNT # _024-732-008-1-0_

COMPANY NAME _Caldwell Banker_
ADDRESS _101 Amis Ct_
CITY, STATE, ZIP _Forest VA 24551_
PHONE _434 455 2285_
FAX _____
ACCOUNT # _____

COMPANY NAME _Compete Medical_
ADDRESS _100 Rt 59 Ste 103A_
CITY, STATE, ZIP _Suffern NY 10901_
PHONE _845-533-5073_
FAX _845-533-5092_
ACCOUNT # _31166_

COMPANY NAME _Cropper Medical_
ADDRESS _240 E Hersey St Ste 2_
CITY, STATE, ZIP _Ashland OR 97520_
PHONE _541-488-0600_
FAX _541-482-2119_
ACCOUNT # _____

## COMPANY INFORMATION

Type of Business (circle)
(Corporation)   Partnership   Proprietorship

Number of years in business _7 yrs_

Number of Locations _1_
   If more than one, please supply information

Purchase Order Required?   Yes   (No)

Person to contact regarding payment of bills
_Julie McKenzie_

President / Owner
_Richard Gilman_

Please complete all of the information requested, as incomplete applications may result in a delay in approving your open account.

Many large corporations will give credit information from the corporate headquarters only. When listing a large corp., be sure to include the address of the main office and your account number.

Thank you

## EURTON ELECTRIC CO., INC.
9920 Painter Ave.  P.O. Box 2113
Santa Fe Springs, CA 90670
800-423-4789  562-946-4477
Fax 562-946-0014
info@eurtonelectric.com
www.eurtonelectric.com

EE001623

*6/3014*
*Re established*
*their acct*
*Axxx W.A + form 2nd time*
*1590472*

# BOCA RATON
REGIONAL HOSPITAL

800 Meadows Road
Boca Raton, FL 33486
561-395-7100

## CREDIT INFORMATION

**IN BUSINESS SINCE:**       1963

**TYPE OF BUSINESS:**        NOT FOR PROFIT HEALTHCARE
ORGANIZATION

**OFFICERS:**                Jerry Fedele, President and CEO
Dawn Javersack, CFO

**BANK REFERENCE:**          WACHOVIA BANK
Mary Lyn Dost
800 N MAGNOLIA AVE
7TH FLOOR
ORLANDO FL 33442
407-649-5880

**BUSINESS REFERENCE:**      **BOSTON SCIENTIFIC Customer # 11261**
Contact: Kathleen Homsab
508-650-5084 phone
508-650-8929 fax

**STRYKER    Customer# 2046**
Contact: Susan Rodgers
201-831-576 phone
201-831-4786 fax
Susan.rodgers@stryker.com

**OWENS & MINOR**           #45-009839-000
PO Box 860437
Orlando FL 32886
1-954-845-2200

**\*FLORIDA TAX EXEMPTION #** 85-8012529354c-6    CHARITABLE ORGANIZATION
**\*FEDERAL TAX ID#**        59-1006663

**SIGNED** _Jam Mahon_
Jam Mahon, Controller
**PHONE:**   561-955-4230 Finance Office

EE001624

BURTON ELECTRIC CO. INC.
9920 Painter Avenue, P.O. Box 2110
Santa Fe Springs, California 90670
(213) 868-4477
FAX (213) 868-0014

Rcvd 3-25-92

Bill to

APPLICATION FOR CREDIT

OK AR 3-31-92 OK 4/1/92 LZ

The following information must be completed in full. All information will be held in strict confidence.

#25287

Full name of company: [illegible] Construction Co., Inc.

Address: 1854 N. Main St.

City, State, Zip: Orange, CA 92665 — Ontario OK too

Phone: (714) 921-1660 FAX: (714) 921-1943

Type of Business: ☒ Corporation ☐ Partnership ☐ Proprietorship

Number of year in business: 21 Years

Number of locations (if more than one, send complete information on each):

Presidents Name: Robert Marcanda

Person to contact-regarding payment of bills: Cherie Han (Name), Accounts Payable Supervisor (Title)

Purchase order required? Yes X No ____

Authorized Buyer: Dave Denhart

Describe in detail your business, including industries served: We are a commercial concrete contractor

We plan to use Burton Electric for the following services:

☒ Armature and Field Coil Rewinding ☐ Motor Parts

☐ Power Tool Parts ☐ Motor Repair

References:

| Bank Name | Telephone |
|---|---|
| Orange National Bank - Attn: Bill Utter | (714) 771-4000 |

| Bank Address | Account Number |
|---|---|
| 1201 E. Katella Ave. | 701-466579 |

| City | State | Zip |
|---|---|---|
| Orange | CA | 92667 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Catalina Pacific Concrete | P.O. Box 606 | San Juan Capistrano | CA | [illegible] |
| Kaner Company | 1850 E. 15th St. | Los Angeles | CA | 90021 |
| D & N Concrete Pumping | P.O. Box 3595 | Gardena | CA | 90247 |
| Southwest Plywood & Lumber | 18210 So. [illegible] | Rancho Dominguez | CA | 9022[illegible] |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS

Date: 3-25-92 Signed: [signature] Signed: ____

Title: D. F. Hensler - Treasurer Title: ____

EE001625

BOSTON RD EQUIP RENTAL TEL:212-515-5821     Apr 11,97   16:34 No.011 P.03

25625

## Boston Rd.
## Equipment Rentals Inc.

3211 BOSTON ROAD · BRONX, N.Y. 10469
(212) 654-8710
FAX (212) 515-5821

**FIRM NAME:**     BOSTON ROAD EQUIPMENT RENTALS, INC.

**ADDRESS:**     3211 BOSTON ROAD, BRONX, N.Y. 10469

**TELEPHONE:**     718-654-8710    FAX: 718-515-5821

**DESCRIPTION OF BUSINESS:**    RENTAL, SALES AND REPAIRS
OF EQUIPMENT TO HOMEOWNERS,
CONTRACTORS.

**OWNER/PRESIDENT:**    LAWRENCE GRITZ

**INCORPORATED IN THE STATE OF NEW YORK**     **YEAR: 1974**

**RESALE TAX #** 13-2790287    (CERTIFICATE ATTACHED)

**REFERENCES:**    BANK:    CHASE MANHATTAN
748 ALLERTON AVENUE
BRONX, N.Y. 10467
718-935-9935    ACCT #034-002897665

**TRADE REFERENCES:**

ROBERT BOSCH POWER TOOLS              ONE HUNDRED BOSCH BLVD.
    800-334-5730                          NEW BERN, N.C. 28562

TERRAMITE CORPORATION                  600 GOFF MOUNTAIN ROAD
    800-428-3772                          CHARLESTON, W.VA. 25356

NEW JERSEY FLOOR SUPPLY                 179 LINCOLN AVENUE
    201-678-7870                          ORANGE, N.J. 07050

EE001626

JUL-25-1998  15:18      BRAD EQUIP RENTALS              423 339 0017   P.02





Residential • Industrial • Construction

25983
8|4|98

## CREDIT APPLICATION INFORMATION

**CORPORATE NAME**     : BRADLEY EQUIPMENT RENTALS & SALES, INC.

**D/B/A**              : BRADLEY EQUIPMENT RENTALS

**BILLING ADDRESS**    : 1010 S. LEE HWY.
                         CLEVELAND, TN   37311-5857

**SHIPPING ADDRESS**   : 1010 S. LEE HWY.
                         CLEVELAND, TN   37311-5857

**TELEPHONE NUMBER**   : 423-339-0075

**FAX NUMBER**         : 423-339-0017

**TYPE BUSINESS**      : CORPORATION

**DATE BUSINESS STARTED** : 10-01-92

**CORPORATE OFFICERS** : PRESIDENT - HAL Y. ROE   SS # 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
                         SECRETARY - ANDREA C. ROE   SS # 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

**FEDERAL TAX ID NUMBER** : 62-1508284

**TENNESSEE SALES TAX NO.** : 101544492

## FINANCIAL REFERENCE

**BANK:**  FIRST CITIZENS BANK          **CONTACT:** GEORGE W. THOROGOOD, JR.
           P.O. BOX 3300                           SR. EXECUTIVE VICE-PRESIDENT
           CLEVELAND, TN 37320-3300     **CHECKING ACCT. NUMBER:** 5505-4381
           423-478-8600  423-479-6276 (FAX)

## CREDIT REFERENCES:

COLLINS OIL COMPANY, INC.          VERMEER OF TENNESSEE, INC.
P.O. BOX 2456                      1610 HEIL QUAKER BLVD.
CLEVELAND, TN   37320-2456         LAVERGNE, TN   37086
423-472-8770                       615-641-2050
423-472-0754 (FAX)                 615-641-2053 (FAX)
CONTACT: FAYE COLLINS              CONTACT: SHANNON McCAMPBELL
                                   CUSTOMER #4445

THE BAILEY COMPANY                 THE TERRAMITE CORPORATION
P.O. BOX 80565                     P.O. BOX 7146
NASHVILLE, TN   37208              CHARLESTON, WV  25356-7146
615-242-0351                       304-776-4231
615-244-9395 (FAX)                 304-776-4845 (FAX)
CONTACT: PHYLLIS KEITH             CONTACT: DOREEN LANYI
CUSTOMER #25115                    ACCOUNT #224700

IF YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT US.

THANK YOU!!!

1010 South Lee Highway  Cleveland, TN 37311  423 339-0075  FAX 423 339-0017

BR001627

Aug-28-97 07:47A Bradley Fasteners                    515 274 2280              P.03

*[handwritten notes in margins: "new name", "They have an open-acct", "Cust #", "504 53", "30th street", "1141"]*

# CREDIT ACCOUNT
# APPLICATION

**DATE** _8/28/97_

**BUSINESS TYPE:** ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation - In State of _Iowa_
**Number of years in business** _New_                    **D and B Number**
**COMPANY NAME** _Bradley Tools & Fasteners, Inc._
**ADDRESS** _6250 NW Beaver Ave., Ste. A4_   **P.O.** Box 271   _Bill to_
**CITY** _Johnston_         **STATE** _Iowa_                **ZIP** _50131_

**NAME AND ADDRESS OF INDIVIDUALS OR PARTNERS - NAME/TITLE/PHONE NUMBER OF CORPORATE OFFICERS**

Mark Bradley, President

1815-45th St.

Des Moines, Iowa 50310          (515) 274-0838          (515) 249-2501

**NAME OF PERSON TO CONTACT REGARDING PURCHASE ORDERS AND INVOICE PAYMENTS, TITLE, ADDRESS AND PHONE NUMBER**

Mark Bradley, President                 1815-45th St.
Carolyn Bradley, Vice President         Des Moines, Iowa 50310

**BANK REFERENCE**                       **BANK ACCOUNT NUMBER, CONTACT, TITLE AND PHONE NUMBER**

Brenton Bank - Des Moines          Acct. #1031772

                                    Scott Geadelmann, V.P.

                                    (515) 237-5405

**TRADE REFERENCES: COMPANY NAME, ADDRESS, CONTACT AND TITLE, AND PHONE NUMBER.**

| | | |
|---|---|---|
| Universal Products | 1120 Antlers Ct., Sumter, CA 29150 | Bernie Chalmers |
| | | (803) 469-9000 |
| Falcon Fasteners | 251 Nantucket Blvd., Scarborough, Ontario | Fred Dolce |
| | | (800) 477-7072 |
| Tighton Fastener | 4145 S. 89th, Omaha, NE | (402) 331-5550 Dan Williams |

THE ABOVE INFORMATION IS HEREWITH SUBMITTED FOR   **SIGNED** _Mark Bradley_
THE PURPOSE OF OPENING AN ACCOUNT AND I DO HEREBY
CERTIFY THIS INFORMATION TO BE TRUE.               **TITLE** _President_

                                                   **DATE** _8/28/97_

NOTES ON ACCOUNT APPLICATION: ☒ APPROVED ☐ DISAPPROVED - REASONS

EE001628

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(213) 948-4477
FAX (213) 948-0014

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company _Bradley Tool Service_   #26050

Address _Rt 3 Box 107_

City, State, Zip _Buffalo, Mo  65622_

Phone _417-345-6467_   FAX _417-345-6525_

Type of Business:   ☐ Corporation   ☐ Partnership   ☒ Proprietorship

Number of year in business _new Business_

Number of locations (if more than one, send complete information on each) _____

Presidents Name _____

Person to contact regarding payment of bills   _Kirby Bradley_   _owner_
                                                              Name                           Title

Purchase order required?  Yes _____  No _X_

Authorized Buyer _Kirby Bradley_

Describe in detail your business, including industries served _Repair of elect, pneumatic Hydraulic, pavetools_
_elect Mtrs, generators etc. Industries served manufacturing + wood, metal fiberglass, dairy, automotive_
_service, municipalities & State Highway depts_

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding          ☒ Motor Parts

☒ Power Tool Parts                          ☒ Motor Repair _on occasion_

References: _SOUTHWEST BANK of BUFFALO_          _417-345-2213_
Bank Name                                                      Telephone
_PO BOX 559_                                            _02 00224839_
Bank Address                                                  Account Number
_BUFFALO, MO_        _65622-9112_
City              State              Zip

_W. W. GRAINGER, INC._  _808 N. Cedarbrook Ave_  _SpFLD, Mo 65802_  ACCT# 15743
Name              Address              City              State              Zip

Name              Address              City              State              Zip

Name              Address              City              State              Zip

Name              Address              City              State              Zip

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

_Kirby E. Bradley_
Date        Signed                                          By
_owner_
Title                                                        Title

EE001629

01/25/02  FRI 14:34 FAX 361 882 4385        BRADLEYS' INC.                                      002



*# 26087*

*1/30/2/02*

## A TRADITION OF SERVICE FOR OVER 60 YEARS
## CREDIT INFORMATION

## BILLING ADDRESS

BRADLEYS', INC.
1920 N. PORT AVE.
CORPUS CHRISTI, TEXAS 78401

## CREDIT INFORMATION

STEWART DEAN BEARING                         512/884-4044
P.O. Box 9091                                Fax 512/887-6707
Corpus Christi, Texas 78469                  Murph Corder

HOUSTON ARMATURE WORKS                       713/928-2615
P.O. Box 9503                                713/928-3845
Houston, Texas 77261                         Robert Jackson

HISCO                                        210-657-4110
                                             SKIP SKONNORD
San Antonio, Tx.                             Fax 210-657-4218
                                             A/N 40311288

E.I.S.                                        409/355-1651
1255 Collier Rd., N.W.                       Fax 409/355-6060
Atlanta, GA. 30318                            A/N 51354

KEN COIL                                      800/221-8577
P.O. Box 95122                               Fax 504/393-9625
New Orleans, LA 70195                        Ken Poche

## BANKING REFERENCE

AMERICAN BANK - CC
Attn:  Richard Scanio
P.O. Box 6469
Corpus Christi, Texas 78413
512/992-9900

## OFFICERS

PRESIDENT:                    J.L. Williams, Sr.
VICE PRESIDENT/SECRETARY:     Jimmie L. Williams, Jr.
TREASURER:                    Vaughan Williams

(512) 882-4381   ■   FAX: (512) 882-4385   ■   1920 N. PORT AVE.   ■   CORPUS CHRISTI, TEXAS 78401

EE001630



5152 Commerce Drive
Baldwin Park, CA  91706-1450
(626)960-4981     Fax (626)337-5075

## CREDIT REFERENCES

DUNS#: 00-632-6805  FED TAX I.D.#: 95-3786052  RESALE#:  SRAP 17-705913

Geologistics
Attn: Kathy Sullivan
1261 E. Dyer Rd., Ste. 250
Santa Ana, CA  92705
Phone (714) 513-3069
Fax    (714) 513-3060

John King
Attn: Dolores
5434 E. Slauson Ave.
Commerce, CA  90040-2955
Phone (323) 727-1800
Fax    (323) 721-9257

JDC, Incorporated
Attn: Linda Kline
206 East Division Street
Mt. Juliet, TN  37122
Phone (615) 754-9797 ext.116
Fax    (615) 758-6200

Tietex
Attn: Credit
P.O. Box 6218
Spartanburg, SC  29304-6218
Phone (864) 574-0500
Fax    (864) 574-9486

A.W. Die
Attn: Crystal
8550 Roland Street
Buena Park, CA  90621
Phone (714) 521-0842
Fax    (714) 521-2709

Casas International
Attn: Hector Casas
2380 Martin Luther King, Suite A
Calexico, CA  92231
Phone (760) 357-5911
Fax    (760) 357-5912

Flexcon
Attn: Priscilla
1 Flexcon Industrial Park
Spencer, MA  01562-2642
Phone (508) 885-8290
Fax    (508) 885-1426

## BANK REFERENCE

Union Bank of California
Attn: Commercial Customer Service
Karen Hall or Susie Kou
Dept. V03-023
1980 Saturn St.
Monterey Park, CA  91755
Phone (800) 298-6466
Fax    (800) 738-2329

Credit inquiries must be on company
letterhead.

F:\POLICIES\CREDIT\CREDITRF.DOC

EE001631

JUL-27-00 16:03A   40413   P.01

OK NBD

# CONSTRUCTION PRODUCTS & CONSULTANTS, Inc.
## CONSTRUCTION EQUIPMENT & RENTALS, Inc.
Post Office Box 84433 • Sioux Falls, South Dakota 57118-4433
101 East Benson Road • Sioux Falls, South Dakota 57104
**Phone: 605/332-4991 • Toll Free 1-800-497-3961**
FAX 605/332-4993

## CREDIT REFERENCE FOR

Construction Products & Consultants, Inc.

Billing:   P.O. Box 84433          Shipping:   101 East Benson Road
           Sioux Falls, SD 57118-4433           Sioux Falls, SD 57104

Phone:   605/332-4991
605/332-4993 (FAX)

Owners:   Robert Lommen—President
Mark Adam—Vice President

Bank:   Home Federal                 Phone: 605/333-7577
225 S. Main Ave.                      Gary Sieverding
Sioux Falls, SD 57102

Credit References:

HILTI
P.O. Box 890890
Dallas, TX 75389-0890
800/950-6196
918/252-3810    (FAX)
Attn: Janet King

Kraft Tool
619 E. 19th Street
Kansas City, MO 64108
913/422-4848
913/422-7140    (FAX)

Chem Rex
CM 9018
St. Paul, MN 55170
612/496-6309
612/496-6068    (FAX)

Target
43420 Clary Blvd.
Kansas City, MO 64130
913/928-1000    Ext. #1129
913/438-7938    (FAX)

SD Sales Tax License:
51-001-000059113T-ST-001
Federal ID#

EE001698

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue ▪ P. O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
**FAX (213) 946-0014**

*v/ sent 1-31-90*
*ok 2/15/90*

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company  Construction Rental Inc    # 40225

Address  515 N. Broadway

City, State, Zip  Saline Kansas 67401

Phone  913 - 825 - 8121                FAX  913 - 827 - 8044

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business  27

Number of locations (if more than one, send complete information on each)

Presidents Name  D. W. Reeve

Person to contact regarding payment of bills   Jim Foster            Mgr
                                               Name                   Title

Purchase order required?   Yes _____   No ✓

Authorized Buyer  Jim Foster

Describe in detail your business, including industries served  Construction Equip Rental & Sales

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding          ☒ Motor Parts

☒ Power Tool Parts                           ☐ Motor Repair

References:  National Bank of America              913 - 825 - 0511
Bank Name                                          Telephone
         100 S. Santa Fe                           8 - 047 - 514 - 9
Bank Address                                       Account Number
Salina              Kansas        67401
City                 State          Zip

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| Contractors Supply | 500 E. 18th St | Kansas City | Mo | 64108 |
| White Star Machinery + Supply | 7223 N. Hydraulic | Wichita | KS | 67201 |
| Senstorm Inc | P.O. Box 70527 | Houston | TX | 77270-0527 |
| Bosch Power Tool Corp | 2701 Neuse Blvd. | New Bern | NC | 28560 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

1-25-90                James Reeve
Date                   Signed                          Signed

         Manager
Title                                                  Title

EE001699

Rec'd 9-8-93
mailed
Ok. Net 30

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P. O. Box 2113
Santa Fe Springs, California 90670
(3 16)(213) 946-4477
FAX (213) 946-0014
(316)

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company _____ Construction Rental, Inc. _____ 40225

Billing Address _____ PO Box 68, Scandia, KS 66966 _____

City, State, Zip _____

Phone _____ (913) 335-2224 _____ FAX _____ (913) 335-2301 _____

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business _____ 31 yrs. _____

Number of locations (if more than one, send complete information on each) _____

Presidents Name _____ Randall R. Hardy _____

Person to contact regarding payment of bills _____ Earl L. Melby _____ Secretary/Accts. Payable
Name                              Title

Purchase order required?   Yes _____   No X _____

Authorized Buyer _____

Describe in detail your business, including industries served _____ Sale and rental of portable construction equipment, tools and repairs _____

We plan to use Eurton Electric for the following services:

☐ Armature and Field Coil Rewinding        ☐ Motor Parts

☐ Power Tool Parts                                      ☐ Motor Repair

References:
Five Points Bank                                    (308) 384-9077
Bank Name                                              Telephone
2015 N. Broadwell                               05-118-7
Bank Address                                          Account Number
Grand Island        NE        68801
City                    State       Zip

| Name | Address | City | State | Zip | |
|---|---|---|---|---|---|
| Robert Bosch Power Tool Corp., | 3701 Neuse Blvd., | New Bern | NC | 28560 | (919) 633-4133 |
| Bowen Tools, Inc. | PO Box 3186 | Houston | TX | 77253 | (713) 869-6711 |
| Crader Distributing Co. | | Marble Hill | MO | 63764 | (314) 238-2675 |
| Contractors Supply Co., | 620 E 18th St. | Kansas City | MO | 64108 | (816) 221-7788 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

Sept. 1, 1993
Date                    Signed
Secretary/Accts. Payable                    Earl L. Melby
Title                                                          Signed
                                                                Title

*Please include phone and/or FAX numbers of reference*

EE001700

**EURTON ELECTRIC CO., INC.**
9920 Painter Avenue • P.O. Box 2113
Santa Fe Springs, California 90670
**(213) 946-4477**
**FAX (213) 946-0014**

## APPLICATION FOR CREDIT

The following information must be completed in full. All information will be held in strict confidence.

Full name of company ___CONSTRUCTION TOOLS & SUPPLY Co.___ #40475

Address ___1721 SEPTEMBER ST___

City, State, Zip ___MEMPHIS  TN 38116___

Phone ___901-332-6181___  FAX ___901-332-6190___

Type of Business:   ☒ Corporation   ☐ Partnership   ☐ Proprietorship

Number of year in business ___16___

Number of locations (if more than one, send complete information on each) _____

Presidents Name ___JESSE PEARSON___

Person to contact regarding payment of bills ___MIKE TURNIPSEED___ ___V.P.___
                                              Name                    Title

Purchase order required? Yes ___X___  No _____

Authorized Buyer ___MIKE TURNIPSEED, TERRY TOWNSEND, TONY JAMES___

Describe in detail your business, including industries served ___SELLS & SERVICES COMMERCIAL___
___BUILDING TRADE___

We plan to use Eurton Electric for the following services:

☒ Armature and Field Coil Rewinding        ☒ Motor Parts

☒ Power Tool Parts                         ☒ Motor Repair

References: ___UNITED AMERICAN BANK___        ___901-766-2749___
Bank Name                                     Telephone
Bank Address ___P.O. Box 1959___              Account Number
City ___MEMPHIS___  State ___TN___  Zip ___38101___

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| MILWAUKEE ELECTRIC TOOL | 13135 W. LISBON | BROOKFIELD | WI | 53005 |
| R.D. WERNER Co. | P.O. BOX 580 | GREENVILLE | PA | 16125 |
| AMERICAN SAW & MANUF | P.O. BOX 504 | EAST LONGMEADOW | MA | 01028 |
| ROBERT BOSCH CORP. | 100 BOSCH BLVD. | NEW BERN | NC | 28562-4097 |

I (WE) CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND THAT WE CAN AND WILL COMPLY WITH YOUR TERMS.

___05/30/91___   ___Michael Turnipseed___              _____
Date            Signed                      Signed
                ___V. PRESIDENT___                      _____
                Title                       Title

EE001701

07/23/97   13:30

40236

## CONSTRUCTION TOOL & SUPPLY
## DIV. OF WESTERN PNEUMATIC TOOL CO., INC.

**BILLING:** 4213 S. 37TH STREET
PHOENIX, ARIZONA 85040
TEL: (602) 437-2881   FAX: (602) 437-3166

| | |
|---|---|
| **ARIZONA CORP.:** | 1984 |
| **ESTABLISHED:** | 1973 |
| **OFFICERS:** | TOM MCCULLOUGH, PRESIDENT |
| | VINCE FERGUSON, VICE-PRESIDENT |
| | MICHAEL CRUTCHFIELD, SECRETARY/TREASURER |
| **RESALE NO.** | 07-155022Y   **CITY TAX NO.**   88014985S |
| **FEDERAL ID.** | 86-0444384   **DUNS NO.**   07-899-0678 |
| **TRADE REFERENCES:** | HITACHI POWER TOOLS   ATTN: BOB DANNER |

3950 STEVE REYNOLDS BLVD
NORCROSS, GA 30093
TEL: 800-706-7337   FAX: 404-279-4293
**RUBBERMAID SPECIALITY PRODUCTS**
1147 AKRON RD
WOOSTER, OH 44691
TEL: 216-264-6464   FAX: 216-287-2051
**ITW RAMSET/REDHEAD**   ATTN: SANDY OR KRISTEN
P.O. BOX 364
MICHIGAN CITY, IN 46360
TEL: 800-348-3231   FAX: 800-368-3844
**WRIGHT TOOL COMPANY**
ONE WRIGHT TOOL
BARBERTON, OH 44203
TEL: 216-848-0600   FAX: 216-848-0632
**3M CREDIT DEPT**   ATTN: GEORGE MURPHY
P.O. BOX 28158
DALLAS, TX 75228
FAX ONLY: 214-324-8255
**MILWAUKEE ELECTRIC TOOL CO.**
13135 W. LISBON RD   ATTN: CREDIT DEPT
BROOKFIELD, WI 53005
TEL: 414-781-3600   FAX: 414-781-3611

**BANKING REFERENCE:** BANK ONE, ARIZONA, NA
2528 W. SOUTHERN
TEMPE, AZ 85282
TEL: 602-890-6257   ACCT. NO.: 2203-5693
**PAYABLES CONTACT:** CARRIE PARK   TEL: 602-437-2881

EE001702



N30
3/21/06

40638

# *Contractor's Maintenance Services*
## *3440 B Sacramento Dr.*
### *San Luis Obíspo, CA 93401*
Ph: 805-543-4558 Fax: 805-543-4472
E mail cmspwissler@sbcglobal.com

Credit References

My business is new as of July 2004. I have been around the industrial supply business for close to 30 years. I am establishing a new MRO supply business selling and maintaining hydraulics, air compressors, controls, pressure washing equipment, air & fluid connections.

I do business as a sole proprietorship

My Tax ID is 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
California Resale # SR GHC 100 431849

Home Address: Paul Wissler
              855 Mirada Dr
              San Luis Obispo, CA 93405

Creditors

Westside Auto Parts
56 Prado Rd
San Luis Obispo, CA 93401
Ph 805-543-5943 FAX 805-544-5142

JB Dewar
POB 3059
San Luis Obispo, CA 93401
Ph 805-543-0180 Fax 805-543-8537

Water Cannon
4546 S. Semoran Blvd
Orlando, FL 32822
Ph 800-333-9274 Fax 888-928-9274

C-Tech  att: Angela Ragsdale Act 47341
4275 NW Pacific Rim Blvd
Camas WA. 98607
Ph 888-805-9854 Fax 800-248-8409



EE001703



406.88

FILE No. 505 01/09 '98 15:48 ID:CONTRACTORS Whse.   916 331 2648   PAGE 3

**Western Division**
P.O Box 214329
Sacramento, CA
95821-321

916/331-5934
916/331-8732 FAX

**Midwest Region**
4620 Wesley Ave.
Norwood, OH
45212

513/338-2400
513/366-2409 Fax

## VENDOR CREDIT REFERENCE INFORMATION

BILL TO:
Contractors' Warehouse
P.O. Box 214329
Sacramento, CA 95821

| | |
|---|---|
| CA RESALE LIC: | SYARB 15702487 |
| NV RESALE LIC: | 1-140533 |
| OH RESALE LIC: | 31-248815 |
| KY RESALE LIC: | 034-892 |
| IN RESALE LIC: | 005294010 |
| FEDERAL ID# | 38-0524830 |
| U & B # | 153 021 988D |
| DIP # | 97-695-697 |

Rich Fiechter, V.P. Regional Manager
916/331-5934 ext 123
Michael J. Fox, Controller
916/331-5934 ext 130
Mike Haugen, V.P. General Merchandise Manager
916/331-5934 ext 130
Tom Dillon, Merchandise Manager
513/366-2400 ext 224

**BANK:**
First Union National Bank
1512 W.T. Harris Blvd.
Charlotte, NC. 28288-1148
910-651-5827
ACCOUNT #        2079850012928

## TRADE REFERENCES

SCHULTZ, SNYDER, & STEELE
P.O. BOX 24128
Okemos, MI. 48909-4128
Fax: 517/349-8377

BAY CITY METALS
301 E. Alonora Blvd.
Gardena, CA. 90248
Fax: 310/515-7423
Attn: John Kneen

LEADCO LIGHTING
6070 Hillcrest Dr.
Valley View, OH. 44125
Fax: 216/573-1053
Attn: Fred Gieger

CERTAINTEED CORP.
Dept. 53492
Los Angeles, CA. 90074
Fax: 610/341-7939

GEORGIA PACIFIC CORP.
360 Inverness Dr. South
Englewood, CO. 80112
Fax: 800/830-7259

12/02/97                    08:36 AM                    VENREF.WK4

EE001704

**EURTON ELECTRIC CO. INC.**
9920 Painter Avenue  P. O. Box 2113
SANTA FE SPRINGS, CA 90670
**(213) 946-4477**

OK 6-7-88  OK 6/7/88

## APPLICATION FOR CREDIT

Please fill out this form and send it to the above address.  Attention:  Credit Dept.
Give only names of those you buy from on open account.

2 yrs +
owe 0
H  $600.
say within 30 day

Name __Kirkwood Inc.__

Address __4855 West 130 Street__

__Cleveland, Ohio__                Zip __44135__

Phone (216) __267-6200__

Name __Morganite, Inc.__

Address __P.O. Box 544__

__Birmingham, Alabama__           Zip __35201__

Phone (205) __252-6300__  FAX #

1-84
# $577.
net 30
very prompt
0 balance

Name __Landmark Electric__

Address __475 N. Lewis Road__

__Royersford, Pennsylvania__      Zip __19468__

Phone ( )__1-800-223-3853__

Name ____

Address ____

____                              Zip ____

Phone ( ) ____

I understand the terms are NET.  Due and payable on receipt of statement.  Past
due after the 10th of the month.  Interest of 1½% per month charged on accounts
past due 30 days or more.

#35325

SIGNED __Chapman Electric Co. Inc.__    BY ____ President
        (Full name of Firm)              (Member of Firm)    TITLE

Address __3131 S. Haskell__             Phone (214) __824-8095__

        __Dallas, TX  75223__

EE001705

355538

CREDIT REFERENCES: CHATTANOOGA ARMATURE WORKS

BALDOR ELECTRIC
P.O. BOX 2400
FORT SMITH, AR
72908
PH. 479-649-5113
FAX 479-648-5937
ATTN:" JUDITH RAEF

SOUTHERN WINDING SERVICE
5302 ST.PAUL ST.
TAMPA, FL 33619
800-272-7797
FAX 813-623-6184
ATN: LINDA

TECO WESTINGHOUSE
P.O. BOX 203073
HOUSTON, TX 77216-3073
FAX 512-218-7435
ATTN: TIM ATCHESON

U.S. ELECTRIC
P.O. BOX 905287
CHARLOTTE, NC 28290-5287
PH. 314-553-3986
FAX 314-553-1236
ATTN: VERLINZIA HENDERSON

BANK: UNION PLANTERS
835 GEORGIA AVE.
CHATTANOOGA, TN 37402
PHONE 423-634-2103
FAX 423-634-2111
CHRIS VARNELL

ORDER
N30/10/6/03

Chattanooga Arm. Wks
1209 E. 23rd Street
Chattanooga, TN 37408

EE001706

MAR-22-02 05:55 PM   CHET'S_WARREN                    810 264 2722          P.01



**BERKLEY**
3009 Coolidge Hwy.
Berkley, MI 48072
(248) 543-0118
FAX (248) 584-7070

35650





**WARREN**
2200 E. Fourteen Mile
Warren, MI 48092
(810) 264-2420
FAX (810) 264-2722

**SINCE 1946**

*"Your Professional Rental Center"*



**CHESTERFIELD TWP.**
53381 Gratiot
Chesterfield Twp., MI 4801
(810) 749-6030
FAX (810) 749-3988

**ROCHESTER HILLS**
Main Office
2616 Crooks Rd.
Rochester Hills, MI 48309
(248) 853-6020
FAX (248) 853-7620

**BURTON**
Grand Rental Station
4089 Davison Rd.
Burton, MI 48509
(810) 742-2650
FAX (810) 743-0038

# FAX COVER SHEET

DATE: _3·22·01_                    FAX #: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: _2_

TO: _LARRY_

COMPANY: _E:UKTON_

FROM: _GARY MERCER_

MESSAGE: _Credit information &_

_Please send 4 #8630K2 SWITCH'S TO WARREN_

_LOCATION ASAP   PO# 3828_

If you do not receive all of the pages, please contact us immediately.
THANK YOU FOR DOING BUSINESS WITH CHET'S!

EE001707

FEB-15 88 11 51 2 SM CHET'S_WARREN          51 0  264 2622          P. 01

2616 Crooks Road
Rochester Hills MI 48309

# Keeley Enterprises, Inc
# DBA: Davison Rd Rental
# Chet's Rent All

Keeley Enterprises, Inc
Fed # 38-3292813
DBA – Chet's Rent All  Davison Road Rental
2616 Crooks Road
Rochester Hills, MI 48309

President:         Kevin Keeley
Controller         Kyle J. Keeley        Main Office – (248)-853-6020
Accounts Payable:  Ron Cominsky          Fax -        (248) 853-7620

TRADE REFERENCES:

Ditch Witch Sales,         (517)-546-9848
3401 W  Grand River Ave.
Howell, MI  48843
By Fax Only: (517)-546-9890 Attention: Yvonne

Pace Inc,                   (734)-453-8258
739 5 Mile Street
Plymouth, MI  48170
By Fax Only: (734)-453-5320 Attention: Michelle

Pro-Cut Products Inc.      (800)-527-1403
P.O. Box 0550
Pittsburgh, PA  15264-0550
By Fax Only: (800)-443-1092 Attention: Derona Brown

Banking Information

National City Bank
Ed Keating                 (517)-894-6808
300 Center Ave
Bay City, MI  48708

ALL ACCOUNTS SHOULD BE SET UP UNDER CHET'S RENT ALL

EE001708