# EXHIBIT 6

{exhibits nos. 1}

12/04/2015 18:32 FAX ☒001

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

**CUSTOMER CONTACT INFORMATION UPDATE FORM**

Company: BEDFORD SERVICE + REPAIR

Address: 8177 SECOR RD SUITE-A

City, St., ZIP: LAMBERTVILLE, MI 48144

Phone: 734-854-4097    Fax: 734-854-4431

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _____

Accounting: _____

Repairs: _____

Sales: _____

Other: (All) - BSR397@GMAIL.COM

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years**   5-10   (10-20)   20-30   30-40+

EE3061

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: Enyart Electric Motor Repair Inc
Address: 1313 Prairie Ave
City, St., ZIP: South Bend    Ind    46613
Phone: 574-288-4731    Fax: 574-282-4860

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: enyartcentral@enyartelectric.com (general mailbox)
Accounting: Robbin Myers
Repairs: Phil Stallter
Sales: Rich Siri Jr.
Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years*    5-10    10-20    20-30    (30-40+)

*Richard A Siri*    June 25, 2015

EE3062

# EURTON ELECTRIC

5-30-16
Paul

Electric Motor Rewinding, and Repair Parts

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: Hatten Electric
Address: 130 So Hastings Ave
City, St., ZIP: Hastings Nebr 68901
Phone: 402 463-4596   Fax: 402-462-5247

**Remit Address (if not the same)**

Company: _____
Address: _____
City, St., ZIP: _____
Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: Sales@hattenelectric.com
Accounting: Same
Repairs: Same
Sales: Same
Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

1-5 years    5-10    (10-20)    20-30    30-40+

EE3063

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: JOHN'S AUTOMOTIVE ELECTRICAL
Address: P.O BOX 3684  51 BRESCIANI LN
City, St., ZIP: QUINCY, CA  95971
Phone: 530-283-5555  Fax: ~~145~~

**Remit Address (if not the same)**

Company: JOHN'S AUTOMOTIVE ELECTRICAL
Address: P.O BOX 3684
City, St., ZIP: QUINCY, CA  95971
Phone: 530-283-5555  Fax: ~~145~~

**Emails Address** (addresses you wish us to have on file)

Mail Contact: 
Accounting: JOHNAUTOELEC@ATT.NET
Repairs: 
Sales: Lower case
Other: 

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

1-5 years    5-10    10-20    **(20-30)**    30-40+

FAX# 1-562-946-0014

EE3064

05/20/2013  09:07    8016213858              JOHNSON ELECTRIC                    PAGE  01/01

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: _____Johnson Electric Motor_____

Address: _____2925 So. Commerce Way_____

City, St., ZIP: ____Ogden UT, 84401_____

Phone: ____801-621-3853_____  Fax: _801-621-3858_____

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact:_____Mark_____

Account_____

Repairs:_____Mark@johnsonelectricmotor.com_____

Sales:_____

Other:_____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

**1-5 years    5-10     10-20        20-30          30-40+**

EE3065

FROM :					FAX NO. :			Dec. 20 2011 02:15PM P1

# EURTON ELECTRIC
Electric Motor Rewinding, and Repair Parts

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: KSP Services
Address: 6 Wheeler Peak Rd.
City, St., ZIP: El Prado  NM 87529
Phone: 575-737-5775  Fax: 575-737-5005

Remit Address (if not the same)
Company: _____
Address: _____ Same _____
City, St., ZIP: _____
Phone: _____ Fax: _____

Emails Address (addresses you wish us to have on file)
Mail Contact: ksp@qwestoffice.net
Accounting: _____
Repairs: _____ Same _____
Sales: _____
Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

1-5 years    5-10    (10-20)    20-30    30-40+

EE3066

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

2015

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: McKee + Strub co
Address: 778 Natoma St
City, St., ZIP: San Francisco CA 94103
Phone: 415-431-6464    Fax: 415-431-6482

**Remit Address (if not the same)**

Company: _____
Address: _____
City, St., ZIP: _____
Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: (Email) FLAMEONSALLY@comcast.Net
Accounting: ⎫
Repairs: ⎬ Same as above
Sales: ⎪
Other: ⎭

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

1-5 years    5-10    (10-20)    20-30    30-40+

EE3067

04/22/2013  00:55   8059258762                                                      PAGE  01/01

# EURTON ELECTRIC

## Electric Motor Rewinding, and Repair Parts.

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: _Perry's Electric_

Address: _414 S. Western_

City, St., ZIP: _Santa Maria  CA 93458_

Phone: _805-925-8761_  Fax: _805-925-8762_

**Remit Address (if not the same)**

Company: _____

Address: _____

City, St., ZIP: _____

Phone: _____  Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact: _Shiela_

Accounting: _____

Repairs: _shiela_salters@perryelectric.com_

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric,  and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

*1-5 years*   5-10   (10-20)   20-30   *30-40+*

EE3068

APR/02/2013/TUE 04:27 PM                                             P. 001/001

# EURTON ELECTRIC
## Electric Motor Rewinding, and Repair Parts

### CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: _____RICE ELECTRIC_____

Address: _____30 LINNWOOD ROAD_____

City, St., ZIP: _____EIGHTY-FOUR PA, 15330_____

Phone:   724-225-4180               Fax:   724-225-6591

Remit Address (if not the same)

Company: _____RICE ELECTRIC_____

Address: _____P.O. BOX 429_____

City, St., ZIP: _____EIGHTY-FOUR PA, 15330_____

Phone: _____ Fax: _____

**Emails Address** (addresses you wish us to have on file)

Mail Contact:_____ED HOLT_____

Accounting:_____

Repairs:_____

Sales:_____

Other:_____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

     1-5 years    5-10          10-20              20-30              30-40+

EE3069

# EURTON ELECTRIC

Electric Motor Rewinding, and Repair Parts

## CUSTOMER CONTACT INFORMATION UPDATE FORM

Company: _S&S Electric Motor & Pump SV._

Address: _120 Omar St._

City, St., ZIP: _Mexico, MO 65265_

Phone: _573-581-7667_ Fax: _573-581-0033_

**Remit Address (if not the same)**

Company: _____

Address: _____SAME_____

City, St., ZIP: _____  _1-14-16_

Phone: _____ Fax: _____

**Emails Address (addresses you wish us to have on file)**

Mail Contact: _Bruce_

Accounting: _"_ _Bruce [signature]_

Repairs: _"_ _S&S Electric_

Sales: _____

Other: _____

The above information is current and is the best way of contacting us through normal business communications including: invoices, sales orders, pricing, , sales promotions, references, phone, facsimile, e-mails, specials and catalog and brochure mailers, etc.

We have always enjoyed our business relationship with Eurton Electric, and we are looking forward to continue working together with Eurton Electric for many years to come.

WE HAVE BEEN WORKING TOGETHER WITH EURTON ELECTRIC FOR MORE THAN (Optional Circle)

    *1-5 years*   *5-10*    *10-20*    *20-30*    **(30-40+)**

EE3070