# EXHIBIT 8

FAX 310-946-0014

# EURTON'S ARMATURE QUOTING DATA SHEET

MAKE COPIES!!!

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. **PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA.** THIS WILL BEST ASSURE YOU OF A MOST ACCURATE QUOTE.

NAME________ COMPANY HPS

PHONE # ( )________ FAX # (541) 673-8598

ADDRESS________

CITY________ STATE____ ZIP____

1. QUANTITY 1
2. MANUFACTURE OF EQUIPMENT Milwaukee
3. NUMBER OF COMMUTATOR BARS 28
4. NUMBER OF SLOTS ON CORE 14
5. APPLICATION OF MOTOR ~~Saw~~ Polisher
6. CORE LENGTH 1 7/8
7. CORE DIAMETER 1 7/8
8. VOLTAGE 115 V AC
9. NUMBER OF CARBON BRUSHES 2
10. APPROXIMATE SIZE AND WEIGHT 7" L 2 lbs.

FOR EURTON'S USE ONLY

YOUR APPROXIMATE REWIND PRICE

$ 85.00

INITIALS________

KEEP IN MIND, ALL QUOTES (unless otherwise stated) ARE APPROXIMATIONS. EVEN WITH ALL THE INFORMATION ABOVE IT IS STILL POSSIBLE TO MAKE A MISTAKE. SO PLEASE BE SURE TO GET A FIRM PRICE WHEN WE ACTUALLY RECEIVE THE ARMATURE.

**PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE**

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE.
SANTA FE SPRINGS CA 90670

310-946-4477 OUTSIDE CA 800-423-4789
FAX ~~310~~-946-0014
562

# EURTON ELECTRIC MOTOR REWINDING quotation data sheet

COMPANY Phil.bin Mfg. Co.
ADDRESS 28 N. Russell St.
PHONE # (503) 287-1718 FAX # (503) 287-3144
CITY/STATE/ZIP Portland, OR. 97227
NAME Mark E-MAIL info@philbingroup.com

PLEASE CIRCLE TYPE OF WINDING SERVICE NEEDED. THEN FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN TO RECEIVE A MORE ACCURATE QUOTE

MOTOR FIELD COILS ARMATURE ROTOR (circled) STATOR OTHER

| | | | |
|---|---|---|---|
| QUANTITY | 1 | NUMBER OF SLOTS ON CORE | 12 |
| MANUFACTURER | Fasco | NUMBER OF COMMUTATOR BARS | 12 |
| APPLICATION | Blower motor | NUMBER OF SLIP RINGS | 0 |
| H.P. | | NUMBER OF CARBON BRUSHES | 2 |
| MOTOR TYPE | | NUMBER OF LEAD WIRES | 2 |
| FRAME | | LAMINATION STACK LENGTH | 1.5" |
| SPEC. NUMBER | | LAMINATION STACK DIAMETER | 2" |
| R.P.M. | | WIRE TYPE | round (circled) rectangular |
| VOLTAGE | 12V | OVERALL SIZE AND WEIGHT | 12" long - 1 lb. |

| QUOTATION PRICE | Regular service | Overtime service | Super Overtime service |
|---|---|---|---|
| | 85.00 | | |

Keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the information above it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your rewind.

PLEASE SEND A COPY OF THIS QUOTE SHEET ALONG WITH YOUR ORDER!

**EURTON ELECTRIC CO., INC.**
9920 Painter Ave., P.O. Box 2113, Santa Fe Springs, CA 90670
800-423-4789 fax 562-946-0014
www.eurtonelectric.com



EE2367

12/13/2011 11:13 4154316482 MCKEESTRUBCO PAGE 01/01

FAX 562-946-0014

12/13/2011

# EURTON'S ARMATURE QUOTATION DATA SHEET

MAKE COPIES

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA. THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

Company

Address

Phone #

City/State/Zip

Name

Michael A. Rossa
ELECTRIC MOTOR REPAIRING
McKEE & STRUB
778 NATOMA STREET
SAN FRANCISCO, CA. 94103
TEL 415 431-6463
OR 415 431-6464
FAX 415 431-6482

Estimate cost to Repair.

Thank's Mike

1. Quantity: One
2. Manufacturer of Equipment: Foreign/Treadmill
3. Application of Motor: Treadmill
4. Number of Slots on Core: 24 / slots = 24
5. Core Length: 1 5/8
6. Core Diameter: 2 9/16
8. Voltage: 90 Volts DC P.M
9. Number of Carbon Brushes: Two
10. Overall Size and Weight: 11"

FOR EURTON'S USE ONLY

YOUR APPROXIMATE REWIND PRICE

$ 135.00

INITIALS ______

KEEP IN MIND, all quotes (unless otherwise stated) are approximations. Even with all the information above, it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your armature. Thank you.

PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE

**EURTON ELECTRIC CO., INC.** 9920 Painter Ave. • P.O. Box 2113 • Santa Fe Springs, CA 90670
562-946-4477 • 800-423-4789 • FAX 562-946-0014

FAX 562-946-0014

# EURTON'S ARMATURE QUOTATION DATA SHEET

**MAKE COPIES!**

9/29/11

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. **PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA.** THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

**COMPANY** Arbuckle Electric Motors Inc
**ADDRESS** 7548 Santa Monica Blvd.
**PHONE #**(323) 876-7100 **FAX #**(323) 876-1850
**CITY/STATE ZIP** Hollywood, CA 90046
**NAME** Barbara

1. QUANTITY: 1
2. MANUFACTURER OF EQUIPMENT: Cheng Yih Electrical
3. APPLICATION OF MOTOR: Gear box motor
4. NUMBER OF SLOTS ON CORE: 24
5. NUMBER OF COMMUTATOR BARS: 72
6. CORE LENGTH: 5"
7. CORE DIAMETER: 3 1/4"
8. VOLTAGE: 110V DC
9. NUMBER OF CARBON BRUSHES: 2
10. OVERALL SIZE AND WEIGHT: 15" long 11 Lbs.

FOR EURTON'S USE ONLY

YOUR APPROXIMATE REWIND PRICE

$________

INITIALS________

Please quote repair w/ expedite charge

Thank you.

KEEP IN MIND, all quotes (unless otherwise stated) are approximations. Even with all the information above, it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your armature. Thank you.

**PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE**

**EURTON ELECTRIC CO., INC.**
9920 PAINTER AVE.
SANTA FE SPRINGS CA 90670

800 423-4789
FAX 562-946-0014

Feb 21 12 04:02p Doc 541-830-0205 p.1

FAX 562-946-0014




MAKE COPIES!!

IF A REWIND PRICE IS NOT IN OUR CURRENT CATALOG, IT IS IMPORTANT THAT WE GET AS MUCH INFORMATION ABOUT THE REWIND AS POSSIBLE. PLEASE FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN. THEN FAX IT TO US OR CALL IN THE DATA. THIS WILL BEST ASSURE YOU OF A MORE ACCURATE QUOTE.

COMPANY ~~Doc's Electric Motor Repair~~

ADDRESS 541-830-0205 6419 Table Rock Road

PHONE #( ) ~~Central Point, OR 97502~~ FAX #( ) ~~FAX 541-830-0205~~

CITY/STATE/ZIP

NAME

1. QUANTITY 1
2. MANUFACTURE OF EQUIPMENT WEKA
3. APPLICATION OF MOTOR Drill
4. NUMBER OF SLOTS ON CORE 12
5. NUMBER OF COMMUTATOR BARS 24
6. CORE LENGTH 2 1/2
7. CORE DIAMETER 1.665
8. VOLTAGE 110V AC
9. NUMBER OF CARBON BRUSHES 2
10. OVERALL SIZE AND WEIGHT 1.6 x 8 1 3/4 lbs

FOR EURTON'S USE ONLY

YOUR APPROXIMATE REWIND PRICE

$ 195.00

INITIALS

KEEP IN MIND, ALL QUOTES (unless otherwise stated) ARE APPROXIMATIONS. EVEN WITH ALL THE INFORMATION ABOVE IT IS STILL POSSIBLE TO MAKE A MISTAKE. SO PLEASE BE SURE TO GET A FIRM PRICE WHEN WE ACTUALLY RECEIVE THE ARMATURE.

PLEASE SEND A COPY OF THIS QUOTE ALONG WITH YOUR ARMATURE

EURTON ELECTRIC CO., INC.
9920 PAINTER AVE
SANTA FE SPRINGS CA 90670

800-423-4789
FAX 562-946-0014

EE2370

Apr. 9. 2012 9:11AM Matlock Electric Co., Inc. No. 6404 P. 1

# EURTON ELECTRIC ARMATURE

## Quotation Data Sheet

| | | | |
|---|---|---|---|
| COMPANY | MATLOCK ELECTRIC CO | | |
| ADDRESS | 2780 HIGHLAND AVE. | | |
| CITY/STATE/ZIP | CINCINNATI, OHIO 45212 | | |
| NAME | CASEY MCKENNA | E-MAIL | casey@matlockelectric.com |
| PHONE | (513) 731-9600 | FAX | (513) 731-9646 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind. **Send a copy of this completed quote sheet along with your order!**




**QUOTE**

| | | | |
|---|---|---|---|
| QUANTITY | 1 | MANUFACTURER | — |
| APPLICATION | TACHOMETER | NO. OF BRUSHES | — |
| NO. OF SLOTS | 31 | WIRE TYPE | ROUND (circled) or RECTANULAR |
| NO. OF COMMUTATOR BARS | 31 | VOLTAGE | |
| LAMINATION STACK LENGTH | .300" | COMM DIAMETER | 1.00" |
| LAMINATION STACK DIAMETER | 1.312. | COMM BAR LENGTH | .258" |

| | |
|---|---|
| REG | 285.00 — 350.00 |
| O.T. | |
| Super O.T. | |

FAX 562-946-0014

EURTON ELECTRIC
9920 Painter Ave.
Santa Fe Springs, CA 90670

800-423-4789
www.eurtonelectric.com



EE2371

# EURTON ELECTRIC
# ARMATURE
## Quotation Data Sheet

| | |
|---|---|
| COMPANY HATTEN ELECTRIC | |
| ADDRESS 130 S HASTINGS AVE | |
| CITY/STATE/ZIP HASTINGS, NE 68901 | |
| NAME ROB RAMSEY | E-MAIL |
| PHONE (402) 463 4596 | FAX (402) 462 5247 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are APPROXIMATIONS. . Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind. **Send a copy of this completed quote sheet along with your order!**




**QUOTE**

| QUANTITY | 1 | MANUFACTURER | RIDGID 770 |
|---|---|---|---|
| APPLICATION | THREADER | NO. OF BRUSHES | 2 |
| NO. OF SLOTS | 16 | WIRE TYPE | ROUND or RECTANGULAR |
| NO. OF COMMUTATOR BARS | 32 | VOLTAGE | 115 |
| LAMINATION STACK LENGTH | 2 7/16 | COMM DIAMETER | 1.475 |
| LAMINATION STACK DIAMETER | 2" | COMM BAR LENGTH | 1" |

**FAX 562-946-0014**




**EURTON ELECTRIC**
9920 Painter Ave.
Santa Fe Springs, CA 90670

**800-423-4789**
www.eurtonelectric.com

# EURTON ELECTRIC MOTOR REWINDING

## quotation data sheet

| | | | |
|---|---|---|---|
| COMPANY | JP TOOL REPAIR | | |
| ADDRESS | 3440 SACRAMENTO DR SAN LUIS OBISPO, CALIFORNIA 93401 | | |
| PHONE # ( ) | (805) 544-7152 | FAX # ( | 805 544-9327 |
| CITY/STATE/ZIP | | | |
| NAME | | E-MAIL | jP. tools@att.com |

PLEASE CIRCLE TYPE OF WINDING SERVICE NEEDED. THEN FILL OUT THE QUESTIONS BELOW AS BEST YOU CAN TO RECEIVE A MORE ACCURATE QUOTE

MOTOR    FIELD COILS    ARMATURE ROTOR    STATOR    OTHER

| | |
|---|---|
| QUANTITY | 1 |
| MANUFACTURER | Black + Decker |
| APPLICATION | Grinder |
| H.P. | |
| MOTOR TYPE | |
| FRAME | |
| SPEC. NUMBER | |
| R.P.M. | |
| VOLTAGE | |

| | |
|---|---|
| NUMBER OF SLOTS ON CORE | 16 |
| NUMBER OF COMMUTATOR BARS | 32 |
| NUMBER OF SLIP RINGS | |
| NUMBER OF CARBON BRUSHES | 2 |
| NUMBER OF LEAD WIRES | |
| LAMINATION STACK LENGTH | 2" |
| LAMINATION STACK DIAMETER | 2 1/8" |
| WIRE TYPE | round rectangular |
| OVERALL SIZE AND WEIGHT | 7 3/4" 2LB |

| QUOTATION PRICE | Regular service | Overtime service | Super Overtime service |
|---|---|---|---|
| | 85.00 | | |



Keep in mind, ALL QUOTES (unless otherwise stated) are approximations. Even with all the information above it is still possible to make a mistake. So please, be sure to get a firm price when we actually receive your rewind.

PLEASE SEND A COPY OF THIS QUOTE SHEET ALONG WITH YOUR ORDER!

**EURTON ELECTRIC CO., INC.**
9920 Painter Ave., P.O. Box 2113, Santa Fe Springs, CA 90670
800-423-4789 fax 562-946-0014
www.eurtonelectric.com

EE2373

Aug 14 2012 8:58AM Perrine Electric 541-826-1259 p.1

TO: 15418261259 02/02/12 11:33 Pg 1 of 2

# EURTON ELECTRIC
## Winding Quotation Data Sheet




| Manufacture | | Company: Perrine Ele |
|---|---|---|
| Application | | Contact: James |
| H.P., KW | Voltage 120 | Phone: (541) 826-5505 |
| # of Slots 16 | # of Bars 32 | FAX: (541) 826-1259 |
| Lam. Stack Diameter 2.085 | Lam. Stack Length 3.4 | E-Mail |
| Commutator Brush Diameter 1.508 | Commutator Bar Length 1 | REWIND QUOTATION |
| (Round) or Rectangular Wire | # of Brushes 2 | Regular |
| | | Overtime |
| | | Super O.T. |

*Notes: (Model, Part #, Comments, etc.) $125.00

*Please keep in mind, ALL Quotes (unless otherwise stated) are approximations. Even with all the ... it is still possible to make a mistake. So please be sure to ...*

**Always send a copy of this completed quote ... with your rewind.**

800 ...

EURTON ELECTRIC

SE2374

8-9-12

# EURTON ELECTRIC ARMATURE

## Quotation Data Sheet

| | | | |
|---|---|---|---|
| COMPANY | Lee's Electric | | |
| ADDRESS | 1310 4th St. SW. | | |
| CITY/STATE/ZIP | Albuquerque, NM 87102 | | |
| NAME | Billy Armijo | E-MAIL | |
| PHONE | (505) 247-2635 | FAX | (505) 247-2635 |

Please keep in mind, ALL QUOTES (unless otherwise stated) are APPROXIMATIONS. Even with all the info. below it is still possible to make a mistake. So please be sure to get a firm price once we actually receive your rewind. **Send a copy of this completed quote sheet along with your order!**




| | | | |
|---|---|---|---|
| QUANTITY | 1 | MANUFACTURER | Reliance |
| APPLICATION | Grayhound Bus | NO. OF BRUSHES | 4 |
| NO. OF SLOTS | 19 | WIRE TYPE | ROUND (circled) or RECTANGULAR |
| NO. OF COMMUTATOR BARS | 57 | VOLTAGE | 26.5 Volts |
| LAMINATION STACK LENGTH | 4 1/8" | COMM DIAMETER | 3" |
| LAMINATION STACK DIAMETER | 4 1/16" | COMM BAR LENGTH | 1 1/2 |

$375.—

**FAX 562-946-0014**

EURTON ELECTRIC
9920 Painter Ave.
Santa Fe Springs, CA 90670

**800-423-4789**
www.eurtonelectric.com



EE2375

08/09/2012 15:55 5052472635

PAGE 01/01