Fax 562) 946-0014 — To whom it may concern —

# G. E. JONES ELECTRIC CO.
## INCORPORATED
### Since 1926

P. O. Box 2049 (79105)
204 N. Polk Street
Amarillo, TX. 79107

Phone 1-806-372-5505
Fax 806-372-5507

Date: 06/18/2020

To: Class Administrator
RE: Eurton Electric Class Action Lawsuit

Attn.: To whom it may concern...

Dear Sir/Madam...

I wish to be excluded from Tech Instruments, Inc. vs Eurton Electric Company, Inc. I believe this to be a frivolous lawsuit and I don't want any part of it. Eurton Electric has been a valued vendor of ours and is operated in in a lawful manner, in my opinion.

Thank you...
George E. Stratton
President,
PO Box 2049
Amarillo, TX...79105-2049
Tel...806-372-5505
Fax 806-372-5507

*Just want y'all to know that I appreciate what you have done for us — and your accomplishments. This is a copy of the letter I sent them and the silly post card they sent me

### Summary Notice

You are receiving this notice because you have been identified as a potential class member in Tech Instrumentation, Inc. v. Eurton Electric Company, Inc. Case No. 1:16-cv-02981, pending in the U.S. District Court for the District of Colorado. The Court has certified a Class that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit https://www.rg2claims.com/eurtonelectric.html to read the Full Notice.

**Nature of the Action.** This lawsuit alleges that Eurton Electric unlawfully sent unsolicited fax advertisements. Eurton denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the pending litigation.

**How Do I Know if I am a Class Member?** You fall into the definition of the Class if you received a cold call from Eurton pursuant to its three-step procedure, are listed on a list prepared by Eurton, and received one or more faxes sent by Eurton between December 16, 2013 through the present.

**What are My Options?** You have a choice of whether stay in the Class or not, and you must decide now.

**Option 1:** If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, Eurton Electric—as part of any other lawsuit—for sending any unsolicited fax advertisements between December 16, 2013 through the present. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class, you do not have to do anything now.

**Option 2:** If you wish to be excluded from the Class, you will not receive any money or benefits from this lawsuit if any are awarded, but you will keep any rights to Eurton Electric for these claims, now or in the future, and will not be bound by any orders or judgments of the Court. To ask to be excluded, send a letter to the Class Administrator at the address on this postcard, postmarked by August 11, 2020 that says "I wish to be excluded from Tech Instruments, Inc. v. Eurton Electric Company, Inc." Include your name, address, telephone number, and fax number.

**Who Represents Me?** The Court has appointed Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense if you so desire.

**How Do I Get More Information?** For more information about the pending litigation and a copy of the full Notice, go to https://www.rg2claims.com/eurtonelectric.html, contact the Administrator at 866-742-4955 or at RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, or call Class Counsel at 720-213-0676.

FOR MORE INFORMATION, VISIT: https://www.rg2claims.com/eurtonelectric.html

| To request exclusion, submit your signed statement that says "I wish to be excluded from Tech Instrumentation, Inc. v. Eurton Electric Company, Inc." to: | For all other inquiries, contact Class Counsel at: |
|---|---|
| RG/2 Claims Administration LLC<br>Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.<br>P.O. Box 59479<br>Philadelphia, PA 19102-9479 | Class Counsel<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Ste. 300<br>Denver, CO 80210<br>(720) 213-0676<br>ppeluso@woodrowpeluso.com |