# EXHIBIT 14

## Tech Instrumentation vs Eurton Electric

## Prior Permission Documentation with List Recipients

Since most of the correspondence in the past with our customers was done by fax, all our established business relationships have verbally agreed to a faxing relationship with Eurton for invoices, quotations, and flyers. The only way to prove this verbal acceptance, when no documentation was filed, could only be done through those recipients who could recall giving this permission in previous years and obtaining a signed document to that fact. Getting this would be a challenge, and present a number of obstacles:

1. Who it was that could have given this permission 3, 5,10, or more years ago.
2. Because the case against Eurton Electric could not be discussed, recipients had no idea why they were being asked if they had memory of this taking place.
3. Because of the low frequency of faxes, most recipients could not even recall getting a fax from Eurton Electric.
4. Contacts who may have given permission, could have retired, left the company, changed positions, or simply forgot they gave this permission in the past.

The following pages are a collection of documentation from Established Business Relationships who did recall an exchange with Eurton Electric whereby permission to fax was granted. Not only did they recall the exchange but signed a document supporting that fact.

*Note: The first 12 documents are from the Colorado Class which represents 12 of the 19 recipients who recalled and signed they gave prior permission, years ago. 63%

EE001290

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

Eurton Electric has had this permission for more than 5 years, and we are looking forward to continue the possibility of working together with Eurton Electric for many years to come.

*Aun Stolte*                                        date  1-25-19

(name/signature)

Company:  Tri-County Instruments
Address:  211 E. Simpson St.
City, St, ZIP:  Lafayette, CO.  80026
Phone:  303-665-0360

EE001291

01/18/2019 FRI 16:10  FAX                                                    ☒001/001

# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts









**MOTOR BRUSHES**       **ARMATURE, COIL & STATOR REWINDING**       **CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Dustin Grayson                              date  1-18-19
(name / signature)

Company: Rouge Tool & Supply, Inc
Address: 1330 S. Inca st.
City, St., ZIP: Denver, CO. 80223
Phone: 303 714-1224  Fax: 303 744-1819

EE001292

01 Jan. 28. 2019 3:22PM 56294 QUEST INC          EURTON ELECTRIC          No. 1760   P. 1   02/02

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

Eurton Electric has had this permission for more than 5 years, and we are looking forward to continue the possibility of working together with Eurton Electric for many years to come.

_____       date _1-28-2019_

(name/signature)

Company: ___QUEST INC___

Address: ___P.O. Box 459___

City, St, ZIP: ___Brighton CO 80601___

Phone: ___720-685-9091___

EE001293

01/22/2019  11:52    7195301577              NELSON APPLIANCE                          PAGE  01/01
    01/22/2019  10:44    5629460014          EURTON ELECTRIC                            PAGE  02/02

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Bret Geihsler                                    date  1-22-19

(name/signature)

Company:  Nelson Appliance Repair

Address:  1220 E. Fillmore St.

City, St, ZIP:  Colorado Springs, CO 80907

Phone:  719-635-1928

EE001294

01/18/2019  13:30    5629460014        EURTON ELECTRIC                     PAGE  01/03

# EURTON ELECTRIC
### Electric Motor Rewinding and Repair Parts

  

**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Edy Pacin  (OWNER)             date  1|18|19
(name / signature)        ODYSSEN ELECTRIC MOTOR CO.

Company: Edyssen  Formerly Larimer Electric
Address: 1808 E Lincoln Ave
City, St., ZIP: Fort Collins  CO  80524
Phone: 970-484-8411   Fax: 970-484-0574

EE001295

# EURTON ELECTRIC

## _Electric Motor Rewinding and Repair Parts_

**Phone: 562-946-4477**

**www.eurtonelectric.com**

**Fax: 562-946-0014**

**info@eurtonelectric.com**



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR
REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

Eurton Electric has had this permission for more than 5 years, and we are looking forward to continue the possibility of working together with Eurton Electric for many years to come.

_Mark Beaver_   _[signature]_   date  1/22/19

(name/signature)

Company:  _MFCP_

Address:  _6800 Stapleton Dr. South_

City, St, ZIP:  _Denver Co  80216_

Phone:  _303  333  7442_

EE001296

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*







**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

ERIN HOWARD _____     date  1/18/19

(name / signature)

Company: GREELEY ELECTRIC REPAIR

Address: 2509  8TH  AVE

City, St., ZIP: GREELEY  CO  80631

Phone: 970-352-1961   Fax: 970-352-5536

EE001297

Apr. 11. 2019  2:57PM    CSI                                          No. 1966   P.  1/1

# EURTON ELECTRIC

## *Electric Motor Rewinding and Repair Parts*







**ARMATURE, COIL & STATOR REWINDING**

**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

John Zobolas _____   date  April 11, 2019

(name / signature)

Company:  TOOLTECH
Address:  5515 W. Warren Ave.
City, St., ZIP:  Denver CO. 80227
Phone: 303-825-8555  Fax: 303-623-9483

EE001298

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts



**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Gerry Cowper                    date   1-22-19

(name / signature)

Company: __Connective Systems__

Address: __5718 Wright Drive__

City, St., ZIP: __Loveland   CO   80538__

Phone: __970-663-2616__   Fax: __970-663-2012__

EE001299

# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477                              Fax: 562-946-0014

www.eurtonelectric.com                           info@eurtonelectric.com





**ARMATURE, COIL & STATOR REWINDING**



**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

Eurton Electric has had this permission for more than 5 years, and we are looking forward to continue the possibility of working together with Eurton Electric for many years to come.

John Donn                          date /-22-19

(name/signature)

Company: COLO GARAGE DOOR SER

Address: 4235 THOMPSON CT

City, St, ZIP: DEN, CO. 80216

Phone:

EE001300

01/23/2019   07:59 Automatic Access, Inc.                    (FAX)719 390 3840              P.001/001

01/22/2019   11:03     5629460014          EURTON ELECTRIC              PAGE  02/03

# EURTON ELECTRIC
### *Electric Motor Rewinding and Repair Parts*

**Phone: 562-946-4477**

**www.eurtonelectric.com**

**Fax: 562-946-0014**

**info@eurtonelectric.com**



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**




**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

*Carl Benda*                        date  1/22/2019

(name/signature)

Company:  Automatic-Access, Inc

Address:  606 S Weber Street

City, St, ZIP: Colorado Springs, Co 80903

Phone:  719-390-8400

EE001301

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____     date _1_/_25_/_19_

(name/signature)

Company: _A/S Industrial Supply_

Address: _3900 Ulster St._

City, St, ZIP: _Denver, CO, 80207_

Phone: _303-372-0497_

EE001302



# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477                                        Fax: 562-946-0014
www.eurtonelectric.com                              info@eurtonelectric.com





**MOTOR BRUSHES**          **ARMATURE, COIL & STATOR**          **CAPACITORS**
                                    **REWINDING**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings.
Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair
parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this
permission for more than 5 years, and we are looking forward to continue working together
with Eurton Electric for many years to come.

_Joseph Fowley_                           date  31 June 2018
(name/signature)

Company:  VaMaCo Tool
Address:  6718 E 38th ST
City, St, ZIP: Indianapolis, IN. 46226
Phone:  317-632-2208



EE001303

No. 0436   P. 1   ·   Total Tool Lincoln   ·   Jun. 20. 2018 11:57AM

# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Charles Cald_                    date _6-20-18_

(name/signature)

Company: _Total Tool_

Address: _2611 Kimco Dr._

City, St, ZIP: _Lincoln, NE.   68521_

Phone: _402-476-6673_

EE001304

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com







**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Randy Williams                    date 7-3-18

(name/signature)

Company: Milne Nail, Power Tool & Repair

Address: 1303 W. Lewis St.

City, St, ZIP: Pasco, WA 99301

Phone: 509-547-7834

EE001305

Case No. 1:16-cv-02981-MSK-MDB   Document 109-17   filed 11/01/21   USDC Colorado   pg 18
of 40
7/3/2018
Eurton Electric relation sheet.jpg

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*



**ARMATURE, COIL & STATOR REWINDING**



**MOTOR BRUSHES**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

*Jennifer Vazquez*                     date *June 22, 2018*

(name/signature)

Company: *Northed Rental & Construction Supply*

Address: *13827 Highway 99 #2*

City, St, ZIP: *Lynnwood WA 98087*

Phone: *425.745.5690*

EE001306

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

  

**ARMATURE, COIL & STATOR REWINDING**

**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Dave Reith_                          date _7/3/18_

(name/signature)

**Company:** _Quality Supply + Tool Repair_

**Address:** _5722 S. Harding ST_

**City, St, ZIP:** _Indianapolis In 46217_

**Phone:** _317-786-0042_

EE001307

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

*Chris Overholt*                           date _6/29/18_

(name/signature)

Company: _Tri-County Tool Repair, LLC_

Address: _1900 Discher St_

City, St, ZIP: _Charleston, SC 29405_

Phone: _(843) 554-8005_

EE001308
06/29/2018 10:43 FAX 8435545974

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

date 7 - 2 - 18

(name/signature)

Company: TOOL SHED

Address: 654 MALTMAN DR.

City, St, ZIP: GRASS Valley

Phone: 530 - 477 - 1185

EE001309

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_(signature)_ date 7/2/2018

(name/signature)

Company: Rupés Hydraulics

Address: 725 N Twin Oaks Valley Rd.

City, St, ZIP: San Marcos CA. 92069

Phone: 760-744-9350

EE001310

07/03/2018 TUE 8:23 FAX 8067445690 LUBBOCKELECTRIC                     ⌀001/001

# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com





**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_T Brown_                                    date _7/3/18_

(name/signature)

Company: _Lubbock Electric Co_
Address: _1108 34th St_
City, St, ZIP: _Lubbock TX 79411_
Phone: _806 744 2336_

EE001311

# EURTON ELECTRIC
## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Tim Nickum_

date 29 June 18

(name/signature)

Company: KAY DEE Tool Repair

Address: 5466 Lake Ct

City, St, ZIP: Cleveland TN 44085

Phone: _____

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

**www.eurtonelectric.com**

**Fax: 562-946-0014**

**info@eurtonelectric.com**



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Yvonne R._                         date _6/28/2018_

(name/signature)

Company: _Thomas Tool Supply_

Address: _1201 Lincoln Ave._

City, St, ZIP: _Sauke Rapids_

Phone: _(320) 253-4526_

EE001313

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

**www.eurtonelectric.com**

**Fax: 562-946-0014**

**info@eurtonelectric.com**



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Todd Heathman_                          date _6/29/ 2018_

**(name/signature)**

**Company:** _STORM ELECTRIC_

**Address:** _405 S. Main Street_

**City, St, ZIP:** _TROY IDAHO 83871_

**Phone:** _(208) 835 - 2331_

EE001314

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Corey Pigg_

(name/signature)

date _6/25/18_

Company: _Power Tool Service, Inc._

Address: _1106 Elm Hill Pike Suite 130_

City, St, ZIP: _Nashville, TN 37210_

Phone: _615-255-8227_

EE001315

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

**www.eurtonelectric.com**

**Fax: 562-946-0014**

**info@eurtonelectric.com**



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**





**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_(signature)_ BRIAN KNOWLES

(name/signature)

date 6-25-18

Company: _____

Address: _____

City, St, ZIP: _____

Phone: _____

**LOGAN SUPPLY CO., INC.**
7515 TELEGRAPH ROAD
MONTEBELLO, CA 90640
TEL:(323) 724-4330•FAX (323) 725-3930

EE001316

# EURTON ELECTRIC

## *Electric Motor Rewinding and Repair Parts*





**ARMATURE, COIL & STATOR REWINDING**



**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

JaNee Robinson *John Rohin*                    date  6/25/18
**(name/signature)**

**Company:** Christiansen fasteners DBA Tool Tech
**Address:** 4647 Ste A Las Positas Rd
**City, St, ZIP:** Livermore CA 94551
**Phone:** 925 443 7922

EE001317

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com





**ARMATURE, COIL & STATOR REWINDING**



**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_P. Layon_   PATRICK LAPSYS   date _6/20/2018_

(name/signature)

Company: _Valley Tool Repair_

Address: _4131 B Power Inn Road_

City, St, ZIP: _Sac, Ca. 95826_

Phone: _916 737 6300_

Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Mark O. Wright_   date _10-21-18_

(name/signature)

EE001318

# EURTON ELECTRIC

## *Electric Motor Rewinding and Repair Parts*



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____     date_____10-21-18_____

(name/signature)

Company: ___NORTHWEST TOOL REPAIR___

Address: ___1000 BAKER AVE___

City, St, ZIP: ___WHITEFISH, Mt 59937___

Phone: ___406-862-6275___

EE001319

06/22/2018   08:43   2084596586   PRIEST ELECTRIC   PAGE 01/01

# EURTON ELECTRIC

## *Electric Motor Rewinding and Repair Parts*



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

*Valerie Garcia*   *Valerie Garcia*   date   6-22-18

(name/signature)

Company: Priest Electric

Address: 412 Simplot Blvd

City, St, ZIP: Caldwell, Id 83605

Phone: 208-459-6351

EE001320

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*



**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____  Peter Bell     date  6/21/18

(name/signature)

Company: _Wagner Electric of Fort Wayne_

Address: _3610 N. Clinton St._

City, St, ZIP: _Fort Wayne, IN 46805_

Phone: _260-484-5532_

EE001321

962-946-0014

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*







**ARMATURE, COIL & STATOR REWINDING**

**MOTOR BRUSHES**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____     date  _21 JUN 2018_____

(name/signature)

Company:  _PRIEST ELECTRIC_

Address:  _2 412 Simplot Blvd_

City, St, ZIP:  _Caldwell Id 83644_

Phone:  _208-459-6551_

EE001322

JUN-20-2018  15:58          THACKER ELECTRIC                    402 592 3768    P.01/01

# EURTON ELECTRIC

## *Electric Motor Rewinding and Repair Parts*



**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____   date __6-20-18__
(name/signature)

Company: ___THACKER ELECTRIC___

Address: ___8517  I  St___

City, St, ZIP: ___OMAHA  NE  68127___

Phone: ___402 - 592-8477___

EE001323 P.01

JUN/20/2018/WED 10:43 AM          FAX No.                        P. 001/001

F# 562-946-0014

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

Leo Valverde                    date  06/20/19

(name/signature)

Company: Westside Building Material

Address: 1111 E. Howell Ave.

City, St, ZIP: Anaheim, CA 92805

Phone: (714) 385-1644

EE001324

6/19/2018                                                                                        eurton.jpeg

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_Dean Ruediger_                                      date_ 6/19/18_

(name/signature)

**Company:** _UCI Sales, Inc_

**Address:** _2601 Douglas Ave_

**City, St, ZIP:** _Racine, WI 53402_

**Phone:** _262-639-1225    UCIracine@Gmail.com_

EE001325

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

**Phone: 562-946-4477**

www.eurtonelectric.com

**Fax: 562-946-0014**

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____     date _00/29/18_
(name/signature)

**Company:** _Valley Construction Supply_

**Address:** _45340 N Trevor_

**City, St, ZIP:** _Lancaster 93534_

**Phone:** _____

EE001326

# EURTON ELECTRIC

## Electric Motor Rewinding and Repair Parts

Phone: 562-946-4477

www.eurtonelectric.com

Fax: 562-946-0014

info@eurtonelectric.com



**MOTOR BRUSHES**



**ARMATURE, COIL & STATOR REWINDING**



**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 5 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

_____  date _01/29/18_
(name/signature)

Company:  _Tool Mart_

Address:  _2750 Auto Park Way_

City, St, ZIP:  _Escondido, Ca 92029_

Phone:  _(760) 480-1444_

EE001327

# EURTON ELECTRIC
## *Electric Motor Rewinding and Repair Parts*







**MOTOR BRUSHES**

**ARMATURE, COIL & STATOR REWINDING**

**CAPACITORS**

Eurton Electric has had permission to contact us via: phone calls, faxes, emails, and mailings. Sending flyers, catalogs, postcards, etc. to keep us informed on the latest rewinds, repair parts, products, sales and specials offered from time to time.

We have always enjoyed our working relationship with Eurton Electric and they have had this permission for more than 3 years, and we are looking forward to continue working together with Eurton Electric for many years to come.

*Gary L Martin* *Gary L Mart*  date *6-20-18*
(name/signature)

Company: *Valu Tools Inc.*
Address: *2501 Crittenden Dr,*
City, St, ZIP: *Louisville Ky 40217*
Phone: *502-636-2835*

EE001328