# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv- 02981

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Tech Instrumentation, Inc. ("Plaintiff" or "TII") hereby provides notice that the Parties have reached a settlement in this case, and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement in principle to resolve the claims brought by Plaintiff and the Class.
2. The Parties are presently working to finalize a settlement agreement.
3. The Parties respectfully request that a deadline of March 31, 2022 be set for the filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.
4. The Parties further respectfully request that all deadlines in the case, including trial, be vacated at this time pending the settlement approval process.

    \*        \*        \*        \*        \*        \*

Dated: January 4, 2022  Respectfully submitted,

**TECH INSTRUMENTATION INC.**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 4th day of January, 2022 to all counsel of record.

/s/ Patrick H. Peluso