**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: <u>1:16-cv- 02981</u>

TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

EURTON ELECTRIC COMPANY, INC., a California corporation

       Defendant.

---

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

---

**PLEASE TAKE NOTICE** that Plaintiff hereby moves for a thirty-day (30) extension of time, to file its Motion for Preliminary Approval and in support states as follows:

1. The Parties have reached an agreement in principle to settle this case on a class-wide basis.

2. On January 4, 2022, Plaintiff filed a notice of settlement and requested that the Court set a deadline of March 31, 2022 to file a motion for preliminary approval.

3. Plaintiff now seeks an extension until May 2, 2022 to file the preliminary approval motion.

4. Though the Parties have worked diligently, additional time is required for Plaintiff to

move for preliminary approval.

5.  Specifically, the Parties are still working to finalize their settlement agreement.

6.  Plaintiff's counsel has conferred with counsel for the Defendant, who indicated that

Defendants consent to the requested extension of time for the Motion for Preliminary

Approval to be filed.

  *    *    *    *    *    *

Dated: March 29, 2022      Respectfully submitted,

           **TECH INSTRUMENTATION INC.**, individually
           and on behalf of all others similarly situated,


           By: /s/ Patrick H. Peluso
           One of Plaintiff's Attorneys

           Steven L. Woodrow
           swoodrow@woodrowpeluso.com
           Patrick H. Peluso
           ppeluso@woodrowpeluso.com
           Woodrow & Peluso, LLC
           3900 East Mexico Ave., Suite 300
           Denver, Colorado 80210
           Telephone: (720) 213-0675
           Facsimile: (303) 927-0809

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 29th day of March, 2022 to all counsel of record.

/s/ Patrick H. Peluso