# Exhibit B



[www.rg2claims.com](www.rg2claims.com)

Please Remit Payment To:
RG/2 Claims Administration LLC
30 S. 17th St., 5th Floor
Philadelphia, PA 19103
Wiring Instructions:
Bank Name: PNC Bank N.A.
Routing Number: 031000053
Account Number: 8608099439

# Invoice for Notice Services related to Tech Instrumentation v Eurton Electric

| | Units | Quantity | Amount |
|---|---|---|---|
| **Case Intake** | | | |
| Static Website with Case information | Flat Fee | 1 | $ 1,100 |
| Process Data | Hourly | 2 | $ 460 |
| Project Mgt-Intake | Flat Fee | 2 | $ 3,000 |
| **Subtotal: Setup Cost** | | | **$ 4,560** |
| | | | |
| **Class Member Identification & Notification** | | | $ 4,306 |
| Print and Mail Postcard Notice | Per Piece | 4,427 | $ 2,214 |
| NCOA | Flat Fee | 1 | $ 100 |
| Postage | Per Piece | 4,427 | $ 1,992 |
| | | | |
| **Notice Follow Up** | | | $ 982 |
| Returned Notices - Process Mail & Update Database | Per Piece | 792 | $ 594 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | Per Piece | 147 | $ 184 |
| Re-Mail Notices | Per Piece | 141 | $ 141 |
| Postage | Per Piece | 141 | $ 63 |
| **Subtotal: Notification Cost** | | | **$ 5,288** |
| | | | |
| **Claim Processing** | | | |
| Input Opt-Outs and Report | Per Piece | 1 | $ 5 |
| **Subtotal: Processing Cost** | | | **$ 5** |
| | | | |
| **Telephonic Database Support** | | | |
| Live Operator | Monthly | 10 | $ 250 |
| Emails | Per Piece | 7 | $ 32 |
| **Subtotal: Telephone and Email Support** | | | **$ 282** |
| | | | |
| Case Management, Data Management, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | Hourly | 8 | $ 1,840 |
| **Subtotal: Project Management** | | | **$ 1,840** |
| | | | |
| ***Total Notice and Administration Costs and Expenses*** | | | **$ 11,974** |

12/10/2021



www.rg2claims.com

Please Remit Payment To:
RG/2 Claims Administration LLC
30 S. 17th St., 4th Fl
Philadelphia, PA 19103
Wiring Instructions:
Bank Name: PNC Bank N.A.
Routing Number: 031000053
Account Number: 8608099439

## Costs for Notice & Administration Services related to:
## Eurton Settlement Administration

|  | Units | Quantity | Amount |
|---|---|---|---|
| ***Case Intake*** | | | |
| Static Website with Case information | Flat Fee | 1 | $ 1,100 |
| Develop Standard Web Portal for filing claims | Flat Fee | 1 | $ 2,500 |
| Monthly maintenance | Monthly | 6 | $ 750 |
| Process Data | Hourly | 3 | $ 690 |
| Project Mgt-Intake | Flat Fee | 1 | $ 1,800 |
| **Subtotal: Setup Cost** | | | **$ 6,840** |
| ***Class Member Identification & Notification*** | | | $ 1,023 |
| Issue Postcard Notice | Per Piece | 1,489 | $ 372 |
| NCOA | Flat Fee | 1 | $ 100 |
| Postage | Per Piece | 1,489 | $ 551 |
| ***Notice Follow Up*** | | | $ 420 |
| Returned Notices - Process Mail & Update Database | Per Piece | 201 | $ 151 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | Per Piece | 201 | $ 251 |
| Re-Mail Notices | Per Piece | 6 | $ 15 |
| Postage | Per Piece | 6 | $ 3 |
| **Subtotal: Notification Cost** | | | **$ 1,444** |



Please Remit Payment To:
RG/2 Claims Administration LLC
30 S. 17th St., 4th Fl
Philadelphia, PA 19103
Wiring Instructions:
Bank Name: PNC Bank N.A.
Routing Number: 031000053
Account Number: 8608099439

www.rg2claims.com

## Costs for Notice & Administration Services related to:
## Eurton Settlement Administration

| | _Units_ | _Quantity_ | _Amount_ |
|---|---|---:|---:|
| **Processing Costs** | | | |
| Input Opt-Outs and Report | Per Piece | 0 | $ - |
| Process claim Submissions | Per Piece | 13 | $ 33 |
| Correspondence Regarding Deficient Claims | Per Piece | 0 | $ - |
| Postage | Per Piece | 0 | $ - |
| Process Responses | Per Piece | 0 | $ - |
| **Subtotal: Processing Cost** | | | **$ 33** |
| **Telephonic Database Support** | | | |
| Live Operator | Monthly | 12 | $ 1,200 |
| Emails | Per Piece | 7 | $ 32 |
| **Subtotal: Telephone and Email Support** | | | **$ 1,232** |
| Database and Account Setup | Flat Fee | 1 | $ 500 |
| Issue Checks with Tax Documents to Qualified Claimants | Per Piece | 13 | $ 20 |
| Postage | Per Piece | 13 | $ 8 |
| Reissue Checks | Per Piece | 0 | $ - |
| Postage | Per Piece | 0 | $ - |
| **Tax Preparation** | | | |
| QSF Tax Return Prep & Filing | Per Year | 1 | $ 1,200 |
| State Tax Reporting | Per Jurisdiction | 1 | $ 550 |
| **Subtotal: Fund Distribution & Tax Preparation** | | | **$ 2,277** |
| Case Management, Data Management, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | Hourly | 8 | $ 2,080 |
| **Subtotal: Project Management** | | | **$ 2,080** |
| **_Notice and Administration Costs and Expenses_** | | | **$ 13,905** |
| Notice and Administration Costs and Expenses 12/10/21 Invoice | | | $ 11,974 |
| **_Total Costs and Expenses_** | | | **$ 25,879** |