# Exhibit C

Steve Woodrow, Esq.
Patrick Peluso,Esq.
Taylor Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave, Ste 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TECH INSTRUMENTATION, INC., a Colorado corporation, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>EURTON ELECTRIC COMPANY, INC., a California corporation<br><br>Defendant. | Civil Action No.: 2:20-cv-01069-WSS<br><br>**DECLARATION OF DANA BOUB ON BEHALF OF RG2 CLAIMS ADMINISTRATION LLC REGARDING NOTICE TO THE CLASS** |

I, Dana Boub, hereby declare and state as follows:

1. I am a project manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights,

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $1.2 billion in class action settlement proceeds.

3. RG/2 Claims was retained to, among other tasks, a) prepare, print and mail notices to all Settlement Class Members identified by Defendants; b) track the requests for exclusions and objections; c) prepare weekly activity reports for Counsel; d) handle inquiries from Settlement Class Members; e) re-mail notices; f) skip-trace undeliverable addresses; g) calculate and issue distribution checks to Settlement Class Members; h) prepare, print and mail notices to all Aggrieved Employees who are not also Settlement Class; i) calculate and issue distribution checks to Aggrieved Employees; and h) conduct such other tasks as the parties mutually agree or the Court orders RG/2 Claims to perform. RG/2 Claims has and will continue to perform these duties in effectuating the Settlement Agreement.

4. RG/2 Claims used an excel file from Defendant's previous sent, containing a list individuals who were considered Class Members.

5. Prior to the postcard notice mailing and in order to locate the most recent addresses for the 1,489 Class Members, RG/2 Claims ran the mailing file through the United States Postal Service's National Change of Address database.

6. The Settlement website, www.rg2claims.com/eurtonelectric.html, was created by RG/2 Claims and the website (*i.e.*, Homepage, Court Documents, etc.) went live on June 23, 2022. This website allowed potential Class Members to obtain information regarding the Settlement. The Settlement website consists of a Homepage, a Notice/Claim Form page, a Settlement Filings page, a Court Documents page and a Contact Information page. The Settlement website allowed Class members to file a claim electronically using the unique login and password that were included in the mailed Postcard.

7. On June 23, 2022, RG/2 Claims arranged for the printing and mailing, by First Class U.S. Mail, of the Postcard Notice to each of the 1,489 Class Members. A non-personalized copy of the mailed Notice is attached hereto as **Exhibit A**.

8. A total of 201 mailed Postcard Notices have been returned by the United States Postal Service as undeliverable. RG/2 then performed a standard skip-trace procedure and was

1

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

able to re-mail an additional 6 Postcard Notices for whom an updated address was located. A total of 195 Postcard Notice packets remained undeliverable.

9. The Notice informed Class Members of their right to request exclusion from the settlement, provided the request is received or postmarked on or before August 8, 2022. To date, RG/2 Claims has received zero Requests for Exclusion from the Settlement.

10. The Notice also informed Class Members of their right to object to the Settlement, provided the objection is received or postmarked on or before August 8, 2022. To date, RG/2 Claims has not received or been advised of any objections to the settlement.

11. Class members had until August 8, 2022 to either submit a claim through the claims portal or have their mailed Claim Form postmarked. To date, RG/2 has received 13 claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 15, 2022 at Philadelphia, Pennsylvania.

*/s/ Dana Boub*
Dana Boub

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

# EXHIBIT A

**LEGAL NOTICE**

**ATTENTION!
If You Received
A Fax Advertisement
from Eurton Electric, Inc.
From December 6, 2012
to May 24, 2022
You May Be Part of a
Class Action Settlement**

**Learn More At:**

**www.rg2claims.com/eurtonelectric.html**

*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.*
Case No. 1:16-cv-02981
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG



NUMBERIC EQUIVALENT

Postal Service: Please Do Not Mark Barcode

‹‹Name››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹St›› ‹‹Zip››
‹‹Country››

**Summary Notice**

You are receiving this notice because you have been identified as a settlement class member in *Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.* Case No. 1:16-cv-02981 pending in the U.S. District Court for the District of Colorado. The Court has preliminarily approved a settlement that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit www.rg2claims.com/eurtonelectric.html to read the Full Notice, submit a Claim Form, and view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that Eurton sent fax advertisements in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* The Class Representative claims that Eurton sent fax advertisements without prior express permission or invitation. Eurton denies that it violated any laws and asserts several defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the settlement.

**How Do I Know if I am a Class Member?** You fall into the definition of the Settlement Class if you reside in the United States and received a fax advertisement from Eurton from December 6, 2012 to May 24, 2022.

**What are My Options?** You may submit a Claim Form to be paid $200.00. You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Tech v. Eurton*" to the Settlement Administrator, postmarked by August 8, 2022. Specific information is available at www.rg2claims.com/eurtonelectric.html. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the settlement.

Please use the login and password below to file a Claim Form electronically.

**Login: ‹‹Login››   Password: ‹‹Password››**

**Who Represents Me?** The Court has appointed Woodrow & Peluso, LLC to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed settlement and a copy of the full Notice and Claim Form, go to www.rg2claims.com/eurtonelectric.html, contact the Administrator at 1-866-742-4955 or Tech v Eurton Electric, c/o RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479 or call Class Counsel at 720-213-0676.

**TO SUBMIT A CLAIM FORM, VISIT: www.rg2claims.com/eurtonelectric.html**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Tech v. Eurton* to:

*Tech v. Eurton Electric*
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479
1-866-742-4955

For all other inquiries, contact Class Counsel at:

*Tech Instrumentation, Inc. v. Eurton Electric Company, Inc.* Case No. 1:16-cv-02981
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
swoodrow@woodrowpeluso.com

**www.rg2claims.com/eurtonelectric.html**